IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

PREMIER MARINE INC.,

    Debtor.

Bankruptcy No. 17-32006 (Chapter 11)

**CORPORATE DISCLOSURE STATEMENT**

---

COMES NOW The Weitz Company LLC pursuant to Federal Rule of Civil Procedure 7.1, and states:

The Weitz Company, LLC is wholly owned by Orascom Construction Limited, which is a publically traded company.

Respectfully submitted,

**FABYANSKE, WESTRA, HART & THOMSON, P.A.**


By: /e/ Jesse R. Orman
Jesse R. Orman (#310244)
333 South Seventh Street
Suite 2600
Minneapolis, MN 55402
(p)612-359-7600
(f) 612-359-7602
jorman@fwhtlaw.com


ATTORNEYS FOR CREDITOR,
THE WEITZ COMPANY, LLC


**CERTIFICATE OF SERVICE**

**The foregoing instrument was served upon all parties listed below either by electronic mail as shown by the Notice of Electronic Filing through the CM/ECF system or by depositing**

1

**a copy thereof to each of the parties not served via electronic mail in the U.S. Mail, postage prepaid, in envelopes addressed to each of the parties at their respective addresses on June 28, 2017. The undersigned declares under penalty of perjury that the foregoing is true and correct.**

*U.S. TRUSTEE*
*Sarah Wencil*
1015 US Courthouse
300 S. 4th Street
Minneapolis, MN 55415

*DEBTOR IN POSSESSION*
*Premier Marine, Inc.*
*By counsel Michael McGrath*
15 South Fifth Street, Suite 3450
Minneapolis, MN 55402

All other CM/ECF filers of record.

/s/ *Jesse Orman*_____