**Fill in this information to identify the case:**

Debtor name  **PREMIER MARINE, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   **17-32006**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $              0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................ $      13,517,012.10

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................. $      13,517,012.10

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $      8,320,400.46

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $         33,515.39

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$      6,343,109.15

4.   Total liabilities .............................................................................................
   Lines 2 + 3a + 3b          $      14,697,025.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **PREMIER MARINE, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   **17-32006**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | AMERICAN BANK OF THE NORTH 2310 NW 3RD STREET GRAND RAPIDS, MN  55744 | CHECKING | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | CD ACCOUNT NO. ENDING #3021 MIDWEST BANK 613 HWY 10 E PO BOX 703 DETROIT LAKES, MN  56501 | | | $1,000,000.00 |
|---|---|---|---|---|

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,000,000.00 |
|---|

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | MERCURY MARINE DEPOSIT | $10,000.00 |
|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **PREMIER MARINE, INC.** | Case number *(If known)* **17-32006** |
|---|---|---|
| | Name | |

| 7.2. | **FARNUM STREET FINANCIAL DEPOSIT** | **$11,460.00** |
|---|---|---|

| 7.3. | **I LIMITED, LLC DEPOSIT** | **$5,405.50** |
|---|---|---|

| 7.4. | **LIPPERT COMPONENTS, INC. PRE-PAYMENT** | **$125,840.00** |
|---|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.          **$152,705.50**

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11.  **Accounts receivable**

    11a. 90 days old or less:          **89,552.00**  -          **0.00**  = ....          **$89,552.00**
                     face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:          **149,740.00**  -          **0.00**  = ....          **$149,740.00**
                     face amount      doubtful or uncollectible accounts

12.  **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          **$239,292.00**

**Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**RAW MATERIALS** | **12-31-16** | **$7,939,396.00** | **NBV** | **$7,939,396.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **PREMIER MARINE, INC.** | | Case number *(If known)* **17-32006** |
|---|---|---|---|
| | Name | | |

**20.** Work in progress
**WORK IN PROGRESS**       12-31-16       $225,281.00       NBV       $225,281.00

**21.** Finished goods, including goods held for resale
**FINISHED GOODS**       12-31-16       $1,075,829.00       NBV       $1,075,829.00

**22.** Other inventory or supplies

**23.** Total of Part 5.
Add lines 19 through 22.  Copy the total to line 84.                **$9,240,506.00**

**24.** Is any of the property listed in Part 5 perishable?
■ No
☐ Yes

**25.** Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** Has any of the property listed in Part 5 been appraised by a professional within the last year?
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture **OFFICE FURNITURE** | $75,538.00 | NBV | $75,538.00 |

**40.** Office fixtures

**41.** Office equipment, including all computer equipment and communication systems equipment and software

**42.** Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** Total of Part 7.
Add lines 39 through 42.  Copy the total to line 86.                **$75,538.00**

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
☐ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor    **PREMIER MARINE, INC.**                                    Case number *(If known)*  **17-32006**
_____
Name

■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **SEE ATTACHED EXHIBIT 47** | **$385,518.60** | **NBV** | **$385,518.60** |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**MACHINERY, FIXTURES AND EQUIPMENT** | **$2,024,452.00** | **NBV** | **$2,024,452.00** |

51.    **Total of Part 8.**                                                            | **$2,409,970.60** |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **PREMIER MARINE, INC.**                                    Case number *(If known)*  **17-32006**

Name

| 55.1. | **26634 FALLBROOK AVENUE, WYOMING, MN 55092** | | | |
|---|---|---|---|---|
| | | **TENANT** | **$0.00** | **$0.00** |

| 55.2. | **BUILDINGS B, BC AND C DESCRIBED AS: 50,400 SQ FT OF BLDG B, BC & C, INCLUDING LOADING DOCK ON SOUTH SIDE OF "B", LOADING DOCK ON NORTH SIDE OF "C" AND DOCK FACILITIES ON THE EAST SIDE OF NEW 22800' SECTION OF B/C ADDITION.** | | | |
|---|---|---|---|---|
| | | **TENANT** | **$0.00** | **$0.00** |

| 55.3. | **BUILDING L DESCRIBED AS: 17,040 SQ FT OF BLDG L AND 23,400 SQ FT OF BLDG M FOR A TOTAL SQ FT OF 40,440 SQ FT** | | | |
|---|---|---|---|---|
| | | **TENANT** | **$0.00** | **$0.00** |

| 55.4. | **BUILDING A, I AND J DESCRIBED AS: 12,000 SQ FT OF BLDG "A" (WEST 2/3RD'S OF BLDG) PLUS BLDG I AND J CONSISTING OF 35,076 SQ FT PLUS A SECON DLEVEL IN BLDG "I" AS FOR A TOTAL SPACE OF APPROXIMATELY 37,100 FT** | | | |
|---|---|---|---|---|
| | | **TENANT** | **$0.00** | **$0.00** |

| 55.5. | **BUILDING 7 (MAIN OFFICE) DESCRIBED AS: 24,800 SQ FT OF BLDG "7" LOCATED ON APPROXIMATELY FOUR ACRES OF LAND. BLDG IS A STEEL AND CONCRETE BLDG, FULLY HEATED AND INSULATED, INCLUDES ENTRY COMPLEX AND SEVERAL OFFICES** | | | |
|---|---|---|---|---|
| | | **TENANT** | **$0.00** | **$0.00** |

Debtor    **PREMIER MARINE, INC.**                                    Case number *(If known)*  **17-32006**
_____
Name

| 55.6. | **2137 BROADWAY STREET, NEW ULM, MN 56073 DESCRIBED AS: 105,000 SQ FT, INCLUDING 10 ACRES OF LAND IN THE INDUSTRIAL PARK, NEW ULM, MN** | **TENANT** | **$0.00** | | **$0.00** |

---

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$0.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **PATENTS AND TRADEMARKS** | **$125,000.00** | **NBV** | **$125,000.00** |
| 61. **Internet domain names and websites** **PONTOON.COM** | **$137,000.00** | **NBV** | **$137,000.00** |
| **PONTOONS.COM** | **$137,000.00** | **NBV** | **$137,000.00** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$399,000.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **PREMIER MARINE, INC.**                                    Case number *(If known)*  **17-32006**
          Name

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **PREMIER MARINE, INC.** | Case number *(If known)* **17-32006** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,000,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $152,705.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $239,292.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $9,240,506.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $75,538.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,409,970.60 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $399,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,517,012.10 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,517,012.10 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# EXHIBIT 47

**Premier Marine, Inc.**
**Fixed Assets Schedule**
Vehicles-Wyo

Page 1of 1

| Description | Method | Life (Years) | Book Cost | Beginning Acc Dep | Current Yr Dep | Net Book Value |
|---|---|---|---|---|---|---|
| 2003 International Flat Bed - modify | Straight Line | 5.0 | 8,400.00 | 8,400.00 | 0.00 | 0.00 |
| 99 International 8100 Conv 40S Truck (USED) | Straight Line | 5.0 | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| 01 Chevrolet 4C Silverado Truck (USED) | Straight Line | 5.0 | 22,000.00 | 22,000.00 | 0.00 | 0.00 |
| 2000 White Van (Used) | Straight Line | 5.0 | 10,500.00 | 10,500.00 | 0.00 | (0.00) |
| 2006 International 4300LP (S/N 237270) (Paid $30,481.25 plus trade-in allowance for Asset ID #000564 of $15,365) | Straight Line | 5.0 | 45,846.25 | 45,846.25 | 0.00 | (0.00) |
| (Used) 2000 Mo Trailer 48' Stinger VIN#101CCFB2YG003964 | Straight Line | 5.0 | 12,500.00 | 12,500.00 | 0.00 | 0.00 |
| (Used) 2001 International 8100 VIN#1HTHBAHN81H358214 | Straight Line | 5.0 | 37,500.00 | 37,500.00 | 0.00 | 0.00 |
| (Used) 1995 Ford Truck VIN#1FTHF25HXSLB37704 | Straight Line | 5.0 | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| (New) 2006 Chev Silverado 2500HD VIN#1GCHK23D66F246225 | Straight Line | 5.0 | 46,382.78 | 46,382.78 | 0.00 | 0.00 |
| Overhaul 1999 International 8100 VIN#1HTHBAHN3XH640172 | Straight Line | 5.0 | 23,191.23 | 23,191.23 | 0.00 | 0.00 |
| (New) Phoenix B32-89TRB Trailer VIN#5LUBA36346T025454 | Straight Line | 5.0 | 5,504.30 | 5,504.30 | 0.00 | 0.00 |
| (New) 2007 Chev Silverado 2500HD VIN#1GCHC23D27E150039 | Straight Line | 5.0 | 30,965.64 | 30,965.64 | 0.00 | 0.00 |
| Phoenix B32-89TRB Trailer (S/NT029989) | Straight Line | 5.0 | 6,090.50 | 6,090.50 | 0.00 | 0.00 |
| Phoenix PT25HD-5G Trailer (S/NT029955) | Straight Line | 5.0 | 3,928.70 | 3,928.70 | 0.00 | 0.00 |
| Phoenix PT25HD-5G Trailer (S/NT029957) | Straight Line | 5.0 | 3,928.70 | 3,928.70 | 0.00 | 0.00 |
| Phoenix B28-73TTB Trailer (S/NT030888) | Straight Line | 5.0 | 4,890.30 | 4,890.30 | 0.00 | 0.00 |
| Phoenix B32-89TRB Trailer (S/NT030237) | Straight Line | 5.0 | 5,772.60 | 5,772.60 | 0.00 | 0.00 |
| 1992-Ford (Used) S/N 2FTHF25HXNCA70746 | Straight Line | 5.0 | 1,650.00 | 1,650.00 | 0.00 | 0.00 |
| Trailer for Storage | Straight Line | 5.0 | 2,320.00 | 2,320.00 | 0.00 | 0.00 |
| 2000 Dodge Ram 2500 VIN: 3B7KF26W0YM238633 (Used) | Straight Line | 5.0 | 7,013.50 | 6,312.15 | 701.35 | 0.00 |
| 2005 MO Trailer VIN: 101CCFKB65G004451 (Used) | Straight Line | 5.0 | 5,694.30 | 5,124.87 | 569.43 | 0.00 |
| 2005 Sterling L9500 Truck VIN: 2FZAAYCV36AV05070 (Used) | Straight Line | 5.0 | 11,405.70 | 10,264.13 | 1,139.59 | 1.98 |
| TRAILER, EZ CAPT55 22 STD  S/N 1L8T12035CA004249 | Straight Line | 5.0 | 3,989.00 | 3,590.10 | 398.90 | 0.00 |
| TRAILER, EZ CAPT55 22 STD S/N 1L8T12031CA004250 | Straight Line | 5.0 | 3,989.00 | 3,590.10 | 398.90 | 0.00 |
| TRAILER, EZ CAPT55 27 STD 1L8UCSZG8CA004251 | Straight Line | 5.0 | 4,143.00 | 3,728.70 | 414.30 | 0.00 |
| TRAILER, EZ CAPT55 27 STD 1L8UCSZGXCA004252 | Straight Line | 5.0 | 4,143.00 | 3,728.70 | 414.30 | 0.00 |
| TRAILER, EZ CAPT55 27 STD 1L8UCSZG1CA004253 | Straight Line | 5.0 | 4,143.00 | 3,728.70 | 414.30 | 0.00 |
| TRAILER, EZ CAPT55 27 STD 1L8UCSZG3CA004254 | Straight Line | 5.0 | 4,143.00 | 3,728.70 | 414.30 | 0.00 |
| 2006 Sterling L9500 Truck (S/N 2FZACRCV76AV55888) - Used | Straight Line | 5.0 | 12,001.00 | 8,400.70 | 2,400.20 | 1,200.10 |
| 2006 MO Stinger Trailer 48' (S/N 101CCFKB56G004491) - Used | Straight Line | 5.0 | 3,496.00 | 2,447.20 | 699.20 | 349.60 |

**Fill in this information to identify the case:**

Debtor name    **PREMIER MARINE, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **17-32006**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **AMERICAN BANK OF THE NORTH**<br>Creditor's Name<br><br>**2310 NW 3RD STREET<br>GRAND RAPIDS, MN 55744**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**05-30-14**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**INVENTORY, ACCOUNTS, EQUIPMENT, GENERAL INTANGIBLES, FURNITURE, FIXTURES, MACHINERY AND ALL OTHER BUSINESS ASSETS (VALUE = NET BOOK VALUE)**<br><br>Describe the lien<br>**LOAN**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | **$6,521,648.00** | **$12,364,306.60** |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | **FORD CREDIT**<br>Creditor's Name<br>**PO BOX 62180<br>COLORADO SPRINGS, CO 80962**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**04-17-15**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**2015 FORD EXPLORER (VALUE = NET BOOK VALUE)**<br><br>Describe the lien<br>**LOAN**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | **$32,403.43** | **$41,800.36** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **PREMIER MARINE, INC.** | Case number (if know) | **17-32006** |
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **FORD CREDIT** | Describe debtor's property that is subject to a lien | **$27,934.53** | **$32,248.91** |

Creditor's Name

**PO BOX 62180**
**COLORADO SPRINGS, CO**
**80962**

Creditor's mailing address

**2015 F-350 PICKUP (VALUE = NET BOOK VALUE)**

**Describe the lien**
**LOAN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **MIDWEST BANK** | Describe debtor's property that is subject to a lien | **$1,000,000.00** | **$1,000,000.00** |

Creditor's Name

**613 HIGHWAY 10 E**
**DETROIT LAKES, MN**
**56502-0703**

Creditor's mailing address

**CD ACCOUNT NO. ENDING #3021**
**MIDWEST BANK**
**613 HWY 10 E**
**PO BOX 703**
**DETROIT LAKES, MN  56501**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.5 | **TD AUTO FINANCE** | Describe debtor's property that is subject to a lien | **$21,814.92** | **$33,762.29** |

Creditor's Name

**MAIL STOP SC1 094 375**
**200 CAROLINA POINT PKWY**
**GREENVILLE, SC 29607**

**2014 CHEVROLET TRAVERSE (VALUE = NET BOOK VALUE)**

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 2 of 5

Debtor    **PREMIER MARINE, INC.**                          Case number (if know)    **17-32006**
_____
Name

Creditor's mailing address

**Describe the lien**
**LOAN**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **TRUSEK LLC** | | |
|---|---|---|---|

Creditor's Name

**1308 WEST HIGHWAY 13**
**SUITE 4**
**BURNSVILLE, MN**
**55337-2285**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**INVENTORY, ACCOUNTS, EQUIPMENT,**
**GENERAL INTANGIBLES, FURNITURE,**
**FIXTURES, MACHINERY AND ALL OTHER**
**BUSINESS ASSETS (VALUE = NET BOOK**
**VALUE)**                              **$500,000.00**    **$12,364,306.60**

**Describe the lien**
**LOAN**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **WELLS FARGO EQUIPMENT FINANCE** | | |
|---|---|---|---|

Creditor's Name

**MAC N9306-070**
**733 MARQUETTE AVENUE**
**STE 700**
**MINNEAPOLIS, MN 55402**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**EQUIPMENT  (VALUE = NET BOOK VALUE)**     **$124,097.61**    **$124,097.91**

**Describe the lien**
**LOAN**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 5

| Debtor | **PREMIER MARINE, INC.** | Case number *(if know)* | **17-32006** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **WELLS FARGO EQUIPMENT FINANCE** | Describe debtor's property that is subject to a lien | $19,501.97 | $1,950,197.00 |
|---|---|---|---|---|

Creditor's Name

**MAC N9306-070**
**733 MARQUETTE AVENUE**
**STE 700**
**MINNEAPOLIS, MN 55402**

**EQUIPMENT  (VALUE = NET BOOK VALUE)**

Creditor's mailing address

**Describe the lien**
**LOAN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **WELLS FARGO EQUIPMENT FINANCE** | Describe debtor's property that is subject to a lien | $73,000.00 | $73,000.00 |
|---|---|---|---|---|

Creditor's Name

**MAC N9306-070**
**733 MARQUETTE AVENUE**
**STE 700**
**MINNEAPOLIS, MN 55402**

**YAMAHA MOTORS**

Creditor's mailing address

**Describe the lien**
**LOAN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $8,320,400.46 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 5

| Debtor | **PREMIER MARINE, INC.** | Case number (if know) | **17-32006** |
| | Name | | |

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name    **PREMIER MARINE, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **17-32006**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12.95** | **$12.95** |
| | **COMMONWEALTH OF MASSACHUSETTS SECRETARY OF THE COMMONWEALTH ONE ASHBURTON PL ROOM 1717 BOSTON, MA 02108-1512** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **TAXES** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $301.61 | $301.61 |
|---|---|---|---|---|
| | **HASSHAW, DAN HAWKEYE MARKETING CORP 31455 GLENRIDGE ROAD WESTLAKE VILLAGE, CA 91361** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **SALES COMMISSIONS** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,733.63 | $5,733.63 |
| --- | --- | --- | --- | --- |

**KAGY, RYAN**
**KAGY DISTRIBUTING LLC**
**9082 EVERSOLE RUN**
**POWELL, OH 43065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES COMMISSIONS**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,117.79 | $15,117.79 |
| --- | --- | --- | --- | --- |

**KRUEGER, DUANE**
**3784 395TH AVENUE NE**
**STANCHFIELD, MN 55080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES COMMISSIONS**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,519.02 | $10,519.02 |
| --- | --- | --- | --- | --- |

**MARTIN, CURTIS**
**302 LAKEWOOD DRIVE**
**CADILLAC, MI 49601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES COMMISSIONS**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,830.39 | $1,830.39 |
| --- | --- | --- | --- | --- |

**WILSON, DAVID**
**229-3309 PTARMIGAN PLACE**
**WHISTLER, BC V0N 1B3**
**CANADA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES COMMISSIONS**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|

Name

---

**3.1**

**Nonpriority creditor's name and mailing address**
**1383113 ALBERTA LTD**
**4012 50TH STREET**
**COLD LAKE, AB T9M 1P2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

$9,373.26

---

**3.2**

**Nonpriority creditor's name and mailing address**
**154 MARINE LLC**
**40175 HIGHWAY 154**
**PERRY, MO 63462**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

$1,097.45

---

**3.3**

**Nonpriority creditor's name and mailing address**
**80SEVEN**
**MARKO ZITZER FILMS LLC**
**3509 NE STINSON BLVD**
**MINNEAPOLIS, MN 55418**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

$3,265.50

---

**3.4**

**Nonpriority creditor's name and mailing address**
**A 1 TIRE SERVICE INC**
**PO BOX 475**
**STACY, MN 55079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

$786.72

---

**3.5**

**Nonpriority creditor's name and mailing address**
**ABRASIVE BLAST SUPPLY INC**
**1000 S BENTON DRIVE UNIT 422**
**SAUK RAPIDS, MN 56379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

$2,063.00

---

**3.6**

**Nonpriority creditor's name and mailing address**
**ABSOLUTE LOCATING SERVICES**
**5230 150TH NW**
**CLEARWATER, MN 55320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.7**

**Nonpriority creditor's name and mailing address**
**ACCON MARINE LLC**
**13665 AUTOMOBILE BLVD**
**CLEARWATER, FL 33762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

$3,537.94

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,006.12** |
|---|---|---|---|

**ACE PATTERN & FOUNDRY
OF KANSAS
1901 N 10TH STREET
KANSAS CITY, KS 66104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$997.82** |
|---|---|---|---|

**ACROTECH OF MINNESOTA
14311 EWING AVE S STE 100
BURNSVILLE, MN 55306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,816.71** |
|---|---|---|---|

**AD TAPE & LABEL COMPANY INC
W140 N9504 FOUNTAIN BLVD
PO BOX 637
MENOMONEE FALLS, WI 53052-0637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$966.21** |
|---|---|---|---|

**ADP LLC
PO BOX 842875
BOSTON, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$443.11** |
|---|---|---|---|

**ADVANCEDTEK
255 E ROSELAWN AVENUE
SAINT PAUL, MN 55117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,520.00** |
|---|---|---|---|

**AEROFAST INC
360 GUNDERSEN DRIVE
CAROL STREAM, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$364,270.98** |
|---|---|---|---|

**AEROTEK COMMERCIAL STAFFING
PO BOX 198531
ATLANTA, GA 30384-8531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **PREMIER MARINE, INC.**
_____
Name

Case number *(if known)*    **17-32006**

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AIA COUNTERTOPS**
**501 W RAILROAD AVENUE**
**SYRACUSE, IN 46567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,838.92 |

**AIR COMPRESSOR TECHNOLOGIES**
**5143 FAWN LAKE DRIVE**
**STACY, MN 55079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AKZO NOBEL INTERPON POWDER**
**20 CULVER STREET**
**NASHVILLE, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,150.00 |

**ALL WELDING**
**9155 ARCHIBALD AVE SUITE 107**
**RANCHO CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $436.25 |

**ALLINA HEALTH**
**NW 629601**
**PO BOX 1450**
**MINNEAPOLIS, MN 55485-6296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $654.00 |

**ALOHA RV MARINE**
**PO BOX 90907**
**8300 PAN AMERICAN HWY NE**
**ALBUQUERQUE, NM 87199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,252.99 |

**AMBASSADOR MARINE INC**
**1173 CALLE SUERTE**
**CAMARILLO, CA 93012-8052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**AMERASSIST**
PO BOX 26095
COLUMBUS, OH 43226

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,677.14 |
|---|---|---|---|

**AMERI-KART CORP**
17196 STATE ROAD 120
BRISTOL, IN 46507

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,305.75 |
|---|---|---|---|

**AMERICAN FLEXIBLE PRODUCTS**
124 PEAVEY CIRCLE
CHASKA, MN 55318

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,152.90 |
|---|---|---|---|

**AMERICAN FUNDS**
ATTN FINANCE AND ACCOUNTING
PO BOX 659530
SAN ANTONIO, TX 78265-9530

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,990.50 |
|---|---|---|---|

**AMERICAN SUZUKI MOTOR CORP**
3251 E IMPERIAL HIGHWAY
PO BOX 1100
BREA, CA 92822-1100

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,237.38 |
|---|---|---|---|

**AMERIGAS**
7411 W HIGHWAY 10 NW
ANOKA, MN 55303-6039

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.15 |
|---|---|---|---|

**APLIX**
12300 STEELE CREEK ROAD
CHARLOTTE, NC 28273

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

**3.29** | Nonpriority creditor's name and mailing address

**ARNELL INC**
**255 E ROSELAWN AVE SUITE 39**
**SAINT PAUL, MN 55117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

$1,574.71

---

**3.30** | Nonpriority creditor's name and mailing address

**ARNOLD MACHINERY COMPANY**
**2975 W 2100 S**
**PO BOX 30020**
**SALT LAKE CITY, UT 84130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

$1,040.00

---

**3.31** | Nonpriority creditor's name and mailing address

**ASA ELECTRONICS LLC**
**2602 MARINA DRIVE**
**ELKHART, IN 46514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.32** | Nonpriority creditor's name and mailing address

**ASSOCIATED BAG COMPANY**
**PO BOX 3036**
**MILWAUKEE, WI 53201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

$692.12

---

**3.33** | Nonpriority creditor's name and mailing address

**ASSOCIATED SPRING RAYMOND**
**370 WEST DUSSEL DR SUITE A**
**MAUMEE, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

$2,431.08

---

**3.34** | Nonpriority creditor's name and mailing address

**ASTRO PLASTICS**
**16350 ASHER AVENUE**
**PO BOX 459**
**ROSEMOUNT, MN 55068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

$4,045.65

---

**3.35** | Nonpriority creditor's name and mailing address

**ATLAS COPCO COMPRESSORS LLC**
**2501 LANDMEIER ROAD SUITE B**
**ELK GROVE VILLAGE, IL 60007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

$3,297.65

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,652.72 |
|---|---|---|---|

**AUBRIGHT INC**
**6305 GLENN CARLSON DRIVE**
**SAINT CLOUD, MN 56301**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,760.37 |
|---|---|---|---|

**AVALA MARKETING GROUP**
**1078 HEADQUARTERS PARK DRIVE**
**FENTON, MO 63026**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,622.77 |
|---|---|---|---|

**AXALTA COATING SYSTEMS**
**POWDER COATINGS NA**
**9800 GENARD ROAD**
**HOUSTON, TX 77041**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,500.00 |
|---|---|---|---|

**B & N SHEET METAL**
**26564 FAXTON AVENUE**
**PO BOX 187**
**WYOMING, MN 55092-0187**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,927.00 |
|---|---|---|---|

**BARBOUR PLASTICS INC**
**PO BOX 2158**
**BROCKTON, MA 02305-2158**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**BAY TO BAY BOAT CLUB**
**4831 MANITOU ROAD**
**EXCELSIOR, MN 55331**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $977.75 |
|---|---|---|---|

**BCH IMAGE**
**500 MAIN STREET**
**PO BOX 500**
**JACKMAN, ME 04945-0500**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | | Case number *(if known)* | **17-32006** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,756.87** |
|---|---|---|---|

**BEAR COMPONENTS INC**
**27873 ROUTE 66**
**PO BOX 311**
**LEBANON, MO 65536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,489.90** |
|---|---|---|---|

**BLAINE BROTHERS INC**
**10011 XYLITE STREET NE**
**MINNEAPOLIS, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,240.00** |
|---|---|---|---|

**BLUE ROCK MANUFACTURING INC**
**1336 AUTUMN ROAD**
**LONG PRAIRIE, MN 56347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,887.97** |
|---|---|---|---|

**BLUE SEA SYSTEMS**
**425 SEQUOIA DRIVE**
**BELLINGHAM, WA 98226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,290.00** |
|---|---|---|---|

**BLUESKIES INTERNATIONAL LLC**
**3491 SWENSON AVENUE**
**SAINT CHARLES, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,604.90** |
|---|---|---|---|

**BOATER'S CHOICE**
**12011 BROOKLYN ROAD (M-50)**
**BROOKLYN, MI 49230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,900.00** |
|---|---|---|---|

**BOATING WORLD**
**17782 COWAN SUITE C**
**IRVINE, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | | Case number *(if known)* | **17-32006** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.90 |
|---|---|---|---|

**BOB'S MARINE INC**
PO BOX 2
29088 HWY 52
BELLEVUE, IA 52031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BOMBARDIER RECREATIONAL
PRODUCTS**
10101 SCIENCE DRIVE
STURTEVANT, WI 53177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.80 |
|---|---|---|---|

**BRUCE'S FOODS**
5358 WYOMING TRAIL
WYOMING, MN 55092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BURLINGTON GRAPHIC SYSTEMS INC**
2600 CHICORY ROAD
RACINE, WI 53403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.01 |
|---|---|---|---|

**C P S DISTRIBUTORS INC**
6024 PARETTA DR
KANSAS CITY, MO 64120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,109.10 |
|---|---|---|---|

**CAL STATE MOTOR SPORTS INC
DBA REDDING YAMAHA SEA DOO**
PO BOX 796
SHASTA LAKE, CA 96019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,145.80 |
|---|---|---|---|

**CAMCO MANUFACTURING INC**
121 LANDMARK DRIVE
GREENSBORO, NC 27409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number *(if known)* | **17-32006** |
|---|---|---|---|
| | Name | | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,304.63** |
|---|---|---|---|

**CARDINAL PAINT & POWDER INC**
**21326 HEYWOOD AVENUE**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.73** |
|---|---|---|---|

**CARQUEST AUTO PARTS**
**26664 FALLBROOK AVENUE**
**WYOMING, MN 55092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,496.00** |
|---|---|---|---|

**CASSIDY TRICKER INDUSTRIAL**
**SALES**
**1608 HIGHWAY 13 W**
**BURNSVILLE, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103.41** |
|---|---|---|---|

**CAST PRODUCTS INC**
**18676 N JEFFERSON STREET**
**ATHENS, AL 35612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,500.00** |
|---|---|---|---|

**CEDAR BOX COMPANY**
**2012 CEDAR AVENUE**
**MINNEAPOLIS, MN 55404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,935.12** |
|---|---|---|---|

**CH ROBINSON WORLDWIDE INC**
**PO BOX 9121**
**MINNEAPOLIS, MN 55480-9121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,438.63** |
|---|---|---|---|

**CHAMPAGNE METALS**
**429 W 158TH STREET S**
**GLENPOOL, OK 74033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PREMIER MARINE, INC.**                                           Case number (if known)    **17-32006**
_____
Name

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $848.88 |

**CHARLES A RICHARDSON INC**
**PO BOX 29**
**MANSFIELD, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,368.43 |

**CHET'S SAFETY SALES**
**8870 RENDOVA STREET NE**
**CIRCLE PINES, MN 55014-4104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,080.17 |

**CINTAS CORPORATION 470**
**11500 95TH AVENUE N**
**MAPLE GROVE, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,583.08 |

**CITY OF WYOMING**
**PO BOX 251250**
**SAINT PAUL, MN 55125-6250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.75 |

**CLANCY'S FIRE EXTINGUISHERS**
**SALES & SERVICE**
**PO BOX 312**
**NEW ULM, MN 56073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,227.40 |

**CLASS C COMPONENTS INC**
**6825 SUNWOOD DR NW**
**RAMSEY, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |

**CLOCKWORK ACTIVE MEDIA SYSTEMS**
**1501 E HENNEPIN AVENUE**
**MINNEAPOLIS, MN 55414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **PREMIER MARINE, INC.** | Case number *(if known)* | **17-32006** |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,371.36** |
|---|---|---|---|

**COLUMBUS AUTO TRUCK & TRAILER**
**15131 FELLER STREET**
**FOREST LAKE, MN 55025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,457.50** |
|---|---|---|---|

**COMMERCIAL SEWING**
**65 GRANT STREET**
**TORRINGTON, CT 06790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,114.00** |
|---|---|---|---|

**COMPONENT SUPPLY INC**
**2019 W COUNTY ROAD C2**
**ROSEVILLE, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,326.38** |
|---|---|---|---|

**COMPOSITES ONE LLC**
**85 W ALGONQUIN ROAD SUITE 600**
**ARLINGTON HEIGHTS, IL 60005-4421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$338.13** |
|---|---|---|---|

**CONTROLLED AUTOMATION INC**
**PO BOX 888**
**BRYANT, AR 72089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,922.07** |
|---|---|---|---|

**COTTAGE MARKETER**
**98 BRANDT STREET UNIT E**
**STEINBACH, MB R5G 0V6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205.68** |
|---|---|---|---|

**COYOTE**
**PO BOX 742636**
**ATLANTA, GA 30374-2636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$181,125.74** |
|---|---|---|---|

**CROWN EXTRUSIONS**
**122 COLUMBIA COURT N**
**CHASKA, MN 55318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,785.00** |
|---|---|---|---|

**CTC SUPPLIES INC**
**3845 N BREMEN STREET**
**MILWAUKEE, WI 53212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$241.53** |
|---|---|---|---|

**D H SMITH**
**1464 EAST COMMERCIAL**
**SPRINGFIELD, MO 65803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,868.17** |
|---|---|---|---|

**DEC O ART INC**
**3914 LEXINGTON PARK DRIVE**
**ELKHART, IN 46514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,473.00** |
|---|---|---|---|

**DECKRITE LLC**
**3912 EAST PROGRESS**
**NORTH LITTLE ROCK, AR 72114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,009.95** |
|---|---|---|---|

**DOMETIC CORP-SANITATION SYS**
**13128 STATE RT 226**
**PO BOX 38**
**BIG PRAIRIE, OH 44611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,222.00** |
|---|---|---|---|

**DOWCO INC**
**4230 CLIPPER DRIVE**
**MANITOWOC, WI 54220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$436,815.12**

**DOWCO PLASTICS LLC**
**1020 INDUSTRIAL STREET NE**
**PINE CITY, MN 55063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __GOODS AND SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DOWCO PLASTICS LLC**
**5520 COLBY LAKE ROAD**
**HOYT LAKES, MN 55750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,019.78**

**DR SHRINK**
**315 WASHINGTON STREET**
**MANISTEE, MI 49660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __GOODS AND SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,945.00**

**DRIFTWOOD COVE MARINA**
**67 LACAWAC ROAD**
**LAKE ARIEL, PA 18436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __GOODS AND SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,938.21**

**DURAMARK TECHNOLOGIES LLC**
**209 E 175TH STREET**
**WESTFIELD, IN 46074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __GOODS AND SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

**EAGLE BAY MARINA INC**
**DBA CLARK'S MARINA**
**ROUTE 28 FOURTH LAKE**
**INLET, NY 13360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __GOODS AND SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,061.67**

**EAGLE MOULDINGS**
**10550 COUNTY HWY 81 STE 113**
**MAPLE GROVE, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __GOODS AND SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **PREMIER MARINE, INC.** | | Case number (if known) | **17-32006** |
|---|---|---|---|---|
| | Name | | | |

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,297.00**

**EC HALLBERG LEASING**
**C/O HALLBERG MARINE INC**
**26470 FALLBROOK AVENUE**
**WYOMING, MN 55092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **10-15-2012**

Basis for the claim:   **EQUIPMENT LEASE**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,529.66**

**ECHO GLOBAL LOGISTICS**
**600 W CHICAGO AVENUE SUITE 725**
**CHICAGO, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

Basis for the claim:   **GOODS AND SERVICES**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$589.75**

**EIDE SAW AND KNIFE SERVICE**
**1329 TYLER ST NE**
**MINNEAPOLIS, MN 55413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

Basis for the claim:   **GOODS AND SERVICES**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$362.50**

**EKVALL ENGINEERING**
**4720 VIKING BLVD NE**
**WYOMING, MN 55092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

Basis for the claim:   **GOODS AND SERVICES**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,412.36**

**ELAN**
**PO BOX 790408**
**SAINT LOUIS, MO 63179-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

Basis for the claim:   **GOODS AND SERVICES**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66.27**

**ELIAS, TJ**
**2716 E 31ST ST**
**MINNEAPOLIS, MN 55406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

Basis for the claim:   **GOODS AND SERVICES**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,250.00**

**ELLINGSON & ELLINGSON LTD**
**5101 VERNON AVENUE S SUITE 501**
**EDINA, MN 55436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

Basis for the claim:   **GOODS AND SERVICES**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

**3.99**

**Nonpriority creditor's name and mailing address**

**ENCHEM**
**10424 TIMBERLINE ROAD**
**KINGSTON, OK 73439**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,870.00**

---

**3.100**

**Nonpriority creditor's name and mailing address**

**EPCO PRODUCTS INC**
**3736 VANGARD DRIVE**
**PO BOX 9250**
**FORT WAYNE, IN 46899-9250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,507.07**

---

**3.101**

**Nonpriority creditor's name and mailing address**

**EZ LOADER CUSTOM BOAT TRAILERS**
**MOUNTAIN HOME INDUSTRIAL PK**
**PO BOX 270**
**MIDWAY, AR 72651-0270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.102**

**Nonpriority creditor's name and mailing address**

**FAIRVIEW HEALTH SERVICES**
**PO BOX 199**
**MINNEAPOLIS, MN 55440-0199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,654.00**

---

**3.103**

**Nonpriority creditor's name and mailing address**

**FALLS INDUSTRIAL FOAM**
**16731 HAVEN ROAD**
**LITTLE FALLS, MN 56345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,129.20**

---

**3.104**

**Nonpriority creditor's name and mailing address**

**FARIA BEEDE INSTRUMENTS**
**385 NORWICH NEW LONDON TRNPK**
**PO BOX 0983**
**UNCASVILLE, CT 06382**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,439.03**

---

**3.105**

**Nonpriority creditor's name and mailing address**

**FARNUM STREET FINANCIAL INC**
**240 PONDVIEW PLAZA**
**5850 OPUS PKWY**
**MINNETONKA, MN 55343**

Date(s) debt was incurred  **08-01-2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COMPUTER EQUIPMENT LEASE**

Is the claim subject to offset? ■ No  ☐ Yes

**$41,132.13**

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,392.58** |
|---|---|---|---|

**FASTENAL COMPANY**
**1467 LAKE STREET S STE 100**
**FOREST LAKE, MN 55025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,044.80** |
|---|---|---|---|

**FIAMM TECHNOLOGIES INC**
**23880 INDUSTRIAL PARK DRIVE**
**FARMINGTON HILLS, MI 48335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,430.57** |
|---|---|---|---|

**FLEXSTEEL INDUSTRIES INC**
**3400 JACKSON STREET**
**DUBUQUE, IA 52001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,491.17** |
|---|---|---|---|

**FOREST LAKE MARINA**
**10 S 5TH STREET SUITE 110**
**MINNEAPOLIS, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **GOOD AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$166.39** |
|---|---|---|---|

**FREIGHTQUOTE.COM**
**1495 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,580.00** |
|---|---|---|---|

**FRIEND MECHANICAL**
**21490 FOREST BLVD**
**FOREST LAKE, MN 55025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212.32** |
|---|---|---|---|

**FRONTIER**
**PO BOX 20567 SUITE C**
**ROCHESTER, NY 14602-0567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,254.75 |
|---|---|---|---|

**FRONTIER COMMUNICATIONS**
**PO BOX 20550 SUITE B**
**ROCHESTER, NY 14602-0550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,985.66 |
|---|---|---|---|

**GARMIN INTERNATIONAL**
**1200 E 151ST STREET**
**OLATHE, KS 66062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GEM PRODUCTS**
**140 INDUSTRIAL LOOP**
**ORANGE PARK, FL 32073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GEMECO MARINE ACCESSORIES LLC**
**1141 S RON MCNAIR BLVD**
**LAKE CITY, SC 29560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,547.86 |
|---|---|---|---|

**GLOBAL INTERIOR SOLUTIONS**
**55375 LYON INDUSTRIAL DRIVE**
**NEW HUDSON, MI 48165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.05 |
|---|---|---|---|

**GOPHER STATE ONE CALL**
**18946 LAKE DRIVE E**
**CHANHASSEN, MN 55317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,422.46 |
|---|---|---|---|

**GW INDUSTRIES**
**8900 SW CITIZENS DRIVE**
**WILSONVILLE, OR 97070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | | Case number (if known) | **17-32006** |
|---|---|---|---|---|
| | Name | | | |

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,729.38**

**HALLBERG INC**
**PO BOX 277**
**WYOMING, MN 55092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124,327.76**

**HALLBERG MARINE INC**
**PO BOX 277**
**WYOMING, MN 55092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LEASE AGREEMENTS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,764.00**

**HANKS SPECIALTIES INC**
**PO BOX 120150**
**NEW BRIGHTON, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**HANNAY'S INC**
**630 ARTHUR STREET NE**
**MINNEAPOLIS, MN 55413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$698.80**

**NATHAN HARPER**
**8055 291ST AVE NW**
**PRINCETON, MN 55371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,579.00**

**HARRIS PUBLISHING INC**
**520 PARK AVENUE**
**IDAHO FALLS, ID 83402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,774.18**

**HELLA INC**
**DEPT 771011**
**201 KELLY DRIVE**
**DETROIT, MI 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186.00** |
|---|---|---|---|

**HENNEPIN COUNTY MEDICAL CTR**
**PO BOX 860047**
**MINNEAPOLIS, MN 55486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,398.96** |
|---|---|---|---|

**HIAWATHA METALCRAFT INC**
**2631 31ST AVENUE S**
**MINNEAPOLIS, MN 55406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**HIGHPOINT EH & S**
**23524 ULYSSES STREET E**
**EAST BETHEL, MN 55005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HONDA MARINE**
**POWER EQUIPMENT DIV**
**4900 MARCONI DRIVE**
**ALPHARETTA, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$595.68** |
|---|---|---|---|

**HORN MACHINE TOOLS INC**
**40455 BRICKYARD DRIVE STE 101**
**MADERA, CA 93636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.89** |
|---|---|---|---|

**HYDRAULIC PLUS**
**26511 FALLBROOK AVENUE**
**WYOMING, MN 55092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,811.00** |
|---|---|---|---|

**I LIMITED LLC**
**1789 WHITECAP CIRCLE**
**NORTH FORT MYERS, FL 33903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LEASE AGREEMENT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number *(if known)* | **17-32006** |
|---|---|---|---|
| | Name | | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IMPACT NORTH INC**
PO BOX 274
GORDON, WI 54838-0274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $566,696.87 |
|---|---|---|---|

**INFINITY WOVEN PRODUCTS LLC**
DEPT 2408
PO BOX 11407
BIRMINGHAM, AL 35246-2804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,760.00 |
|---|---|---|---|

**INFOR (US) INC**
NW 7418
PO BOX 1450
MINNEAPOLIS, MN 55485-7418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,797.81 |
|---|---|---|---|

**INNER WORKINGS INC**
600 W CHICAGO AVENUE SUITE 850
CHICAGO, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|---|

**INNOVATIVE LIGHTING INC**
PO BOX 366
109 PROGRESSIVE AVENUE
ROLAND, IA 50236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,245.09 |
|---|---|---|---|

**IRON WIND MARINE INC**
4566 PROSPECT ROAD
HALIFAX, NS B3Z 1L8
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,280.72 |
|---|---|---|---|

**ISANTI TOOL CO INC**
39036 NAPLES STREET NE
PO BOX 57
STANCHFIELD, MN 55080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number *(if known)* | **17-32006** |
|---|---|---|---|
| | Name | | |

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ITC INCORPORATED**
**230 E LAKEWOOD BLVD**
**PO BOX 8338**
**HOLLAND, MI 49422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,689.91 |
|---|---|---|---|

**JIF MARINE**
**566 N BINGHAM STREET**
**MEMPHIS, TN 38112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $973.66 |
|---|---|---|---|

**JIM'S ANCHORAGE CORP**
**5090 SCHOOLHOUSE ROAD**
**HESSTON, PA 16647-8449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,689.68 |
|---|---|---|---|

**JOHNSON MARINE SUPPLIES INC**
**1237 W HOLT BLVD**
**ONTARIO, CA 91762-3639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,215.08 |
|---|---|---|---|

**JOHNSON PUMPS OF AMERICA**
**SPX AMERICAS SHARED SERVICES**
**13320 BALLANTYNE CORPORATE PL**
**CHARLOTTE, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.75 |
|---|---|---|---|

**JOHNSON, MIKE**
**19275 FOXFIELD DRIVE**
**PRIOR LAKE, MN 55372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,498.61 |
|---|---|---|---|

**JR WATERSPORTS**
**DBA SOUTH FLORIDA MASTERCRAFT**
**725 N FEDERAL HIGHWAY**
**BOYNTON BEACH, FL 33435-3909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,782.43** |
|---|---|---|---|

**KENNEDY SCALES INC**
**11485 XEON STREET NW**
**COON RAPIDS, MN 55448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,544.37** |
|---|---|---|---|

**KENT'S HARBOR**
**15179 OLD STATE ROAD 101**
**LIBERTY, IN 47353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$146.63** |
|---|---|---|---|

**LADD DISTRIBUTION LLC**
**4849 HEMPSTEAD STATION DRIVE**
**KETTERING, OH 45429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,536.96** |
|---|---|---|---|

**LAKE STATES LUMBER**
**PO BOX 310**
**AITKIN, MN 56431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,250.00** |
|---|---|---|---|

**LAKELAND BOATING**
**PO BOX 6695**
**CAROL STREAM, IL 60197-6695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,659.26** |
|---|---|---|---|

**LAVANTURE PRODUCTS GROUP**
**PO BOX 2088**
**ELKHART, IN 46515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,140.00** |
|---|---|---|---|

**LEADING EDGE FABRICATION LLC**
**1007 OLD STATE ROAD 15**
**MILFORD, IN 46542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$341.83**

**LECTRA SYSTEMS**
**PO BOX 198501**
**ATLANTA, GA 30384-8501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59.80**

**LEGALSHIELD**
**PO BOX 2629**
**ADA, OK 74821-2629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,300.00**

**LES PLAISANCIERS**
**970 MONTEE DE LIESSE STE 310**
**ST LAURENT, QC H4T 1W7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79,367.00**

**LIGHTNING PRINTING INC**
**DBA WALLACE CARLSON PRINTING**
**LOCKBOX 113**
**MINNEAPOLIS, MN 55480-1575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$362,423.90**

**LIPPERT COMPONENTS INC**
**3501 COUNTY ROAD 6 EAST**
**ELKHART, IN 46514-7663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,608.32**

**LITIN PAPER PACKAGING &**
**CONVERTING**
**3003 N PACIFIC STREET**
**MINNEAPOLIS, MN 55411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**LOBOSTAR INC**
**14601 S BROADWAY**
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,200.00** |
|---|---|---|---|

**LOGIC REFINERY LLC**
**PO BOX 308**
**201 1ST STREET**
**SANDSTONE, MN 55072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,009.76** |
|---|---|---|---|

**LOGISTICS SUPPLY CORPORATION**
**PO BOX 481931**
**CHARLOTTE, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,448.99** |
|---|---|---|---|

**M E STORES**
**DBA WHER-RENA BOATLAND**
**18919 W CATAWBA AVENUE**
**CORNELIUS, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,810.00** |
|---|---|---|---|

**MAINTENANCE RESELLER CORP**
**400 W CUMMINGS PARK STE 4450**
**WOBURN, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,016.19** |
|---|---|---|---|

**MARCO**
**NW 7128**
**PO BOX 1450**
**MINNEAPOLIS, MN 55485-7128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114.31** |
|---|---|---|---|

**MARCO**
**NW 7128**
**PO BOX 1450**
**MINNEAPOLIS, MN 55485-7128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARINCO**
**6100 N BAKER ROAD**
**MILWAUKEE, WI 53209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|

Name

---

**3.169** | Nonpriority creditor's name and mailing address

**MARINE EAST**
**4844 N 100 WEST**
**PO BOX 400**
**LA PORTE, IN 46350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$2,252.69**

---

**3.170** | Nonpriority creditor's name and mailing address

**MARINE ELECTRICAL PRODUCTS**
**1401 TOWER ROAD**
**LEBANON, MO 65536-3437**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$56,453.42**

---

**3.171** | Nonpriority creditor's name and mailing address

**MARINE FASTENERS MIDWEST INC**
**55155 STAINLESS DRIVE**
**ELKHART, IN 46516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$15,438.54**

---

**3.172** | Nonpriority creditor's name and mailing address

**MARINETECH PRODUCTS INC**
**1360 EAST COUNTY ROAD E**
**VADNAIS HEIGHTS, MN 55110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$97,650.42**

---

**3.173** | Nonpriority creditor's name and mailing address

**MARLEN TEXTILES**
**500 ORCHARD STREET**
**NEW HAVEN, MO 63068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$29,162.04**

---

**3.174** | Nonpriority creditor's name and mailing address

**MASTERSON STAFFING**
**WATERFORD PARK**
**505 HIGHWAY 169 N SUITE 700**
**PLYMOUTH, MN 55441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$49,317.44**

---

**3.175** | Nonpriority creditor's name and mailing address

**MCMASTER-CARR SUPPLY CO**
**PO BOX 7690**
**CHICAGO, IL 60680-7690**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$4,035.18**

---

| Debtor | **PREMIER MARINE, INC.** | | Case number (if known) | **17-32006** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,782.00 |
|---|---|---|---|

**MED COMPASS**
**7841 WAYZATA BLVD SUITE 214**
**MINNEAPOLIS, MN 55426**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **GOODS AND SERVICES**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,465.97 |
|---|---|---|---|

**MEDALLION INSTRUMENTATION**
**SYSTEMS LLC**
**17150 HICKORY STREET**
**SPRING LAKE, MI 49456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **GOODS AND SERVICES**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,904.08 |
|---|---|---|---|

**MEDICA**
**NW 7105**
**PO BOX 1450**
**MINNEAPOLIS, MN 55485-7105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **GOODS AND SERVICES**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MERCURY MARINE**
**W6250 PIONEER ROAD**
**FOND DU LAC, WI 54936**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **NOTICE ONLY**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,872.16 |
|---|---|---|---|

**METAL MOULDING CORP**
**1225 NORTHGATE BUSINESS PKWY**
**MADISON, TN 37115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **GOODS AND SERVICES**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,592.34 |
|---|---|---|---|

**METAL SERVICES OF BLOOMING**
**PRAIRIE INC**
**605 5TH STREET NE**
**BLOOMING PRAIRIE, MN 55917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **GOODS AND SERVICES**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $461.22 |
|---|---|---|---|

**METRO SALES INC**
**ATTN ACCOUNTS RECEIVABLE**
**1620 E 78TH STREET**
**MINNEAPOLIS, MN 55423**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **GOODS AND SERVICES**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIDWAY INDUSTRIAL SUPPLY CO**
**4759 OLD HIGHWAY 8**
**SAINT PAUL, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,533.59 |
|---|---|---|---|

**MIDWEST MARINE MARKETING INC**
**4821 3RD STREET SW**
**MOORHEAD, MN 56560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,575.00 |
|---|---|---|---|

**MINNESOTA CHAMBER OF COMMERCE**
**NW7812**
**PO BOX 1450**
**MINNEAPOLIS, MN 55485-7812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.28 |
|---|---|---|---|

**MINNESOTA DVS OFFICE**
**445 MINNESOTA STREET**
**SAINT PAUL, MN 55101-5188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $609.00 |
|---|---|---|---|

**MINNESOTA SAFETY COUNCIL**
**474 CONCORDIA AVENUE**
**SAINT PAUL, MN 55103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.00 |
|---|---|---|---|

**MINNESOTA VISITING NURSE AGENC**
**2000 SUMMER ST NE STE 100**
**MINNEAPOLIS, MN 55413-2648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,278.83 |
|---|---|---|---|

**MISSISSIPPI WELDERS SUPPLY CO**
**1810 WEBSTER STREET**
**HUDSON, WI 54016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **PREMIER MARINE, INC.** | | Case number (if known) | **17-32006** |
|---|---|---|---|---|
| | Name | | | |

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $490.34 |
|---|---|---|---|

**MJM MARINE LP**
**DBA PREMIER YAMAHA BOATING CTR**
**105 W MOORE**
**ARANSAS PASS, TX 78336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __GOODS AND SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $204,887.66 |
|---|---|---|---|

**MNSTAR TECHNOLOGIES**
**4201 HIGHWAY 169**
**GRAND RAPIDS, MN 55744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __GOODS AND SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,702.22 |
|---|---|---|---|

**MOELLER MARINE PRODUCTS**
**801 NORTH SPRING STREET**
**SPARTA, TN 38583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __GOODS AND SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,041.00 |
|---|---|---|---|

**MPI PRODUCTS INC**
**29603 HALL STREET**
**SOLON, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __GOODS AND SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $312.23 |
|---|---|---|---|

**MUZAK LLC**
**1703 W 5TH ST STE 600**
**AUSTIN, TX 78703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __GOODS AND SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $104,153.82 |
|---|---|---|---|

**MYTECH PARTNERS**
**300 2ND STREET NW**
**SAINT PAUL, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __GOODS AND SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,440.75 |
|---|---|---|---|

**NARDINI FIRE EQUIPMENT CO INC**
**405 COUNTY ROAD E W**
**SAINT PAUL, MN 55126-7093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __GOODS AND SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$644.03**

**NARGIBOY LLC**
**5 OAK ST**
**SOUTHWICK, MA 01077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00**

**NATIONAL ASSOCIATION OF**
**MANUFACTURERS**
**733 10TH STREET NW STE 700**
**WASHINGTON, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**THE NETWORK GUYS INC**
**7070 BROOKLYN BLVD**
**BROOKLYN CENTER, MN 55429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$806.51**

**NEW ULM PUBLIC UTILITIES**
**100 N BROADWAY**
**NEW ULM, MN 56073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79,436.45**

**NMMA**
**231 S LASALLE SUITE 2050**
**CHICAGO, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00**

**NORTH COUNTRY AIRE**
**29617 RIVER RIDGE ROAD**
**ISANTI, MN 55040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$447.77**

**NORTHERN SAFETY CO INC**
**PO BOX 4250**
**UTICA, NY 13504-4250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **PREMIER MARINE, INC.**                                    Case number (if known)    **17-32006**

Name

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,286.68** |
|---|---|---|---|

**NORTHERN WHOLESALE SUPPLY INC**
**6800 OTTER LAKE ROAD**
**LINO LAKES, MN 55038-4428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** GOODS AND SERVICES

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$703.44** |
|---|---|---|---|

**NORTHPOINT COMMERCIAL FINANCE**
**11675 RAINWATER DRIVE STE 450**
**ALPHARETTA, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** GOODS AND SERVICES

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,129.83** |
|---|---|---|---|

**NQA USA**
**PO BOX 392489**
**PITTSBURGH, PA 15251-9489**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** GOODS AND SERVICES

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**NU TELECOM**
**27 N MINNESOTA STREET**
**NEW ULM, MN 56073-0697**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**OAKITE PRODUCTS INC**
**675 CENTRAL AVE**
**PO BOX 7**
**NEW PROVIDENCE, NJ 07974-0007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00** |
|---|---|---|---|

**OMNOVA SOLUTIONS**
**133 YORKVILLE ROAD E**
**PO BOX 191**
**COLUMBUS, MS 39703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** GOODS AND SERVICES

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,695.26** |
|---|---|---|---|

**ONE BEACON INSURANCE GROUP**
**PO BOX 371871**
**PITTSBURGH, PA 15250-7871**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** GOODS AND SERVICES

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

**3.211** | Nonpriority creditor's name and mailing address
**OPTRONICS INTERNATIONAL**
**5115 S 122ND EAST AVENUE**
**TULSA, OK 74146**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$506.02**

---

**3.212** | Nonpriority creditor's name and mailing address
**OPTUM HEALTH FINANCIAL SVCS**
**OHFS BILLING MN051-B110**
**13625 TECHNOLOGY DR**
**EDEN PRAIRIE, MN 55344**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$797.16**

---

**3.213** | Nonpriority creditor's name and mailing address
**PANCHUK ENTERPRISES LTD**
**BOX 1528**
**PRINCE ALBERT, SK S6V 5T1**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$246.67**

---

**3.214** | Nonpriority creditor's name and mailing address
**PENTAIR FLOW TECHNOLOGIES LLC**
**375 5TH AVENUE NW**
**NEW BRIGHTON, MN 55112-2100**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,850.73**

---

**3.215** | Nonpriority creditor's name and mailing address
**PERFIT MARINE INC**
**806 DIVISION ST**
**BRISTOL, IN 46507**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.216** | Nonpriority creditor's name and mailing address
**PINNCLE ENGINEERING**
**11541 95TH AVENUE N**
**MINNEAPOLIS, MN 55369**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,836.37**

---

**3.217** | Nonpriority creditor's name and mailing address
**PITNEY BOWES GLOBAL FINANCIAL**
**SERVICES**
**PO BOX 371887**
**PITTSBURGH, PA 15250-7887**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$428.43**

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,146.96 |

**PITNEY BOWES PURCHASE POWER**
PO BOX 85042
LOUISVILLE, KY 40285-5042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** GOODS AND SERVICES

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,693.44 |

**PL ENTERPRISES INC
DBA ROCHFORD SUPPLY**
7624 BOONE AVE N SUITE 200
MINNEAPOLIS, MN 55428

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** GOODS AND SERVICES

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,314.10 |

**PLANO MOLDING COMPANY**
PO BOX 71675
CHICAGO, IL 60694-1675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** GOODS AND SERVICES

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**PLASTECH CORPORATION**
PO BOX 2135
MANKATO, MN 56002-2135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** NOTICE ONLY

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,605.18 |

**PRECISION CUT INC**
PO BOX 3106
OLATHE, KS 66063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** GOODS AND SERVICES

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,088.71 |

**PRECISION PERFORMANCE PRODUCTS
DBA PRECISION BOATS**
2199 NORTH WOODRUFF
IDAHO FALLS, ID 83401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** GOODS AND SERVICES

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,306.28 |

**PRECISION POWDER COATING INC**
26467 FALLBROOK AVENUE
WYOMING, MN 55092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** GOODS AND SERVICES

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,012.78**

PREMIER PRODUCTS LTD
137 S 8TH AVE STE D
LA PUENTE, CA 91746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31.91**

PRO DEC PRODUCTS INC
PO BOX 542035
HOUSTON, TX 77254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

PRO MARINER
PO BOX 968
RYE, NH 03870-0968

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,476.35**

PROFFITT'S MACHINING INC
MARINE TOWER SYSTEMS
24583 HIGHWAY 95 N
GREENBACK, TN 37742

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,975.38**

PROSPEC ELECTRONICS OF SC INC
3325 S MORGANS POINT ROAD
MOUNT PLEASANT, SC 29466

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,857.00**

PT EUDE
JL INDUSTRI TERBOYO TIMUR D35
CENTRAL JAVA 50118
INDONESIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$424,039.87**

QUALITY METALS INC
2575 DOSWELL AVENUE
SAINT PAUL, MN 55108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|

Name

---

**3.232**

**Nonpriority creditor's name and mailing address**

**QUALITY TRIM**
**3645 CLARK AVENUE**
**SAINT LOUIS, MO 63110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$10,549.30**

---

**3.233**

**Nonpriority creditor's name and mailing address**

**RANGE PRECISION LLC**
**1262 98TH AVENUE NE**
**BLAINE, MN 55434**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$1,384.30**

---

**3.234**

**Nonpriority creditor's name and mailing address**

**RAO MANUFACTURING COMPANY**
**200 MISSISSIPPI STREET NE**
**MINNEAPOLIS, MN 55432-4396**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$54,753.70**

---

**3.235**

**Nonpriority creditor's name and mailing address**

**RAPID PRESS PRINTING & COPY
CENTER**
**609 S LAKE STREET**
**FOREST LAKE, MN 55025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$8,530.60**

---

**3.236**

**Nonpriority creditor's name and mailing address**

**RAY CLEPPER INC
DBA RAY CLEPPER BOATING CENTER**
**10439 BROAD RIVER**
**IRMO, SC 29063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$3,802.31**

---

**3.237**

**Nonpriority creditor's name and mailing address**

**REPROCESSED PLASTICS INC**
**609 COUNTY RD 82 NW**
**PO BOX 125**
**GARFIELD, MN 56332**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$3,332.00**

---

**3.238**

**Nonpriority creditor's name and mailing address**

**RESEARCH & DESIGN INNOVATIONS
LLC**
**33 BUSINESS PARK DRIVE UNIT 2**
**BRANFORD, CT 06405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$4,827.50**

---

| Debtor | **PREMIER MARINE, INC.** | Case number *(if known)* | **17-32006** |
|---|---|---|---|
| | Name | | |

---

**3.239** | Nonpriority creditor's name and mailing address

**RETROFIT RECYCLING**
**DBA LIGHT CYCLE**
**3855 HIGHWAY 14 W**
**OWATONNA, MN 55060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$4,444.28**

---

**3.240** | Nonpriority creditor's name and mailing address

**RISE INCORPORATED**
**8406 SUNSET ROAD NE**
**SPRING LAKE PARK, MN 55432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$6,058.52**

---

**3.241** | Nonpriority creditor's name and mailing address

**ROBERT PEARL PHOTOGRAPHY**
**5735 ANNAPOLIS LANE N**
**PLYMOUTH, MN 55446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$26,783.36**

---

**3.242** | Nonpriority creditor's name and mailing address

**ROCK RIVER MOTORSPORTS INC**
**DBA ROCK RIVER MARINA**
**520 E RICHARDSON SPRINGS RD**
**EDGERTON, WI 53534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$1,884.54**

---

**3.243** | Nonpriority creditor's name and mailing address

**ROCKFORD CORPORATION**
**600 S ROCKFORD DRIVE**
**TEMPE, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$23,129.96**

---

**3.244** | Nonpriority creditor's name and mailing address

**ROYAL ADHESIVES & SEALANTS LLC**
**2001 W WASHINGTON ST**
**SOUTH BEND, IN 46628-2032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$316.21**

---

**3.245** | Nonpriority creditor's name and mailing address

**RSM US LLP**
**801 NICOLLET MALL SUITE 1100**
**MINNEAPOLIS, MN 55402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$71,995.00**

---

| Debtor | **PREMIER MARINE, INC.** | | Case number (if known) | **17-32006** |
|---|---|---|---|---|
| | Name | | | |

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,835.71 |
|---|---|---|---|
| | **RUDY MARINE INC**<br>**411 S MARYLAND AVENUE**<br>**WILMINGTON, DE 19804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **GOODS AND SERVICES**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,361.17 |
|---|---|---|---|
| | **S & M MARINE PRODUCTS LLC**<br>**PO BOX 1787**<br>**WARSAW, IN 46581** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **GOODS AND SERVICES**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249,875.34 |
|---|---|---|---|
| | **SAMUEL SON & CO MIDWEST INC**<br>**580 KIRTS BLVD SUITE 300**<br>**TROY, MI 48084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **GOODS AND SERVICES**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $482.53 |
|---|---|---|---|
| | **SCHMITT MARINE STEERING WHEELS**<br>**1001 RANCK MILL ROAD**<br>**LANCASTER, PA 17602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **GOODS AND SERVICES**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **SCHWINTEK INC**<br>**301 RANGER DRIVE**<br>**CASSOPOLIS, MI 49031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **NOTICE ONLY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,105.07 |
|---|---|---|---|
| | **SEADEK MARINE PRODUCTS**<br>**5440 SHENCK AVENUE**<br>**ROCKLEDGE, FL 32955** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **GOODS AND SERVICES**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,138.07 |
|---|---|---|---|
| | **SEADOG LINE**<br>**PO BOX 479**<br>**EVERETT, WA 98206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **GOODS AND SERVICES**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **PREMIER MARINE, INC.** | | Case number *(if known)* | **17-32006** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,241.44** |
|---|---|---|---|

**SEASTAR CANADA**
**3831 N 6 ROAD**
**RICHMOND, BC V6V 1P6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SEI MANUFACTURING INC**
**100 INDUSTRIAL DRIVE**
**CROMWELL, IN 46732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,283.80** |
|---|---|---|---|

**SHAMROCK DISPOSAL LLC**
**3280 99TH COURT NE**
**BLAINE, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,133.94** |
|---|---|---|---|

**SHAPCO PRINTING INC**
**524 N FIFTH STREET**
**MINNEAPOLIS, MN 55401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,445.25** |
|---|---|---|---|

**SHARPLINE CONVERTING INC**
**1520 S TYLER ROAD**
**PO BOX 9608**
**WICHITA, KS 67209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,921.08** |
|---|---|---|---|

**SHETEK MARINE**
**1554 US HIGHWAY 169**
**SLAYTON, MN 56172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,038.44** |
|---|---|---|---|

**SHRED-IT**
**MINNESOTA SHREDDING LLC**
**8400 89TH AVENUE N SUITE 430**
**MINNEAPOLIS, MN 55445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | | Case number (if known) | **17-32006** |
|---|---|---|---|---|
| | Name | | | |

---

**3.260** | Nonpriority creditor's name and mailing address

**SHS AUTOMOTIVE SASKATOON**
**3440 IDYLWYKD DRIVE**
**SASKATOON, SK S7L 5Y7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$1,207.50

---

**3.261** | Nonpriority creditor's name and mailing address

**SIDESHIFT INC**
**130 INDUSTRIAL AVE UNIT 303**
**CARLETON PLACE, ON K7C 3T2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$2,301.00

---

**3.262** | Nonpriority creditor's name and mailing address

**SIGNATURE CONCEPTS INC**
**4777 SHADY OAK ROAD**
**MINNETONKA, MN 55343**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$11,615.85

---

**3.263** | Nonpriority creditor's name and mailing address

**SKARNES INC**
**2100 NIAGRA LANE N**
**PLYMOUTH, MN 55447-4700**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$5,331.47

---

**3.264** | Nonpriority creditor's name and mailing address

**SNOOK BIGHT YACHT CLUB**
**& MARINA**
**4765 ESTERO BLVD**
**FORT MYERS BEACH, FL 33931**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$1,488.74

---

**3.265** | Nonpriority creditor's name and mailing address

**SPARTAN PROMOTIONAL GROUP**
**711 HALE AVENUE N**
**OAKDALE, MN 55128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$54,681.27

---

**3.266** | Nonpriority creditor's name and mailing address

**SPORTSMAN'S OUTFITTER & MARINE**
**INC**
**19700 S PECULIAR DRIVE**
**BELTON, MO 64012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$844.87

---

| Debtor | **PREMIER MARINE, INC.** | | Case number (if known) | **17-32006** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,325.44** |
|---|---|---|---|

**SPRADLING INTERNATIONAL INC**
**200 CAHABA VALLEY PKWY N**
**PELHAM, AL 35124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$761.02** |
|---|---|---|---|

**SPRINGFIELD MARINE CO**
**1093 CYNTHIA STREET SUITE 1**
**NIXA, MO 65714**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**SSI**
**43985 COMMERCE AVENUE**
**PO BOX 99**
**HOLLYWOOD, MD 20636**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,496.99** |
|---|---|---|---|

**STANCRAFT MARINE CTR**
**DBA STANCRAFT BOAT CO**
**PO BOX 430**
**POST FALLS, ID 83877**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,208.82** |
|---|---|---|---|

**STANDARD INSURANCE COMPANY RC**
**PO BOX 5676**
**PORTLAND, OR 97228-5676**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,032.08** |
|---|---|---|---|

**STAPLES BUSINESS ADVANTAGE**
**DEPT DET**
**PO BOX 83689**
**CHICAGO, IL 60696-3689**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,703.19** |
|---|---|---|---|

**STEWART PRODUCTS**
**699 W MAIN STREET SUITE 208**
**HENDERSONVILLE, TN 37075**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number *(if known)* | **17-32006** |
|---|---|---|---|
| | Name | | |

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,600.57** |
|---|---|---|---|

**STRAIT PRODUCTIONS**
**11505 HILLCREST COURT N**
**GRANT, MN 55110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __GOODS AND SERVICES__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$293.17** |
|---|---|---|---|

**SULLIVAN GROUP**
**302 DAL MAR WAYPO**
**BOX 167**
**NAPPANEE, IN 46550-0167**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __GOODS AND SERVICES__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,094.35** |
|---|---|---|---|

**SUMMIT COMPANIES**
**575 MINNEHAHA AVE W**
**SAINT PAUL, MN 55103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __GOODS AND SERVICES__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,516.94** |
|---|---|---|---|

**SUNRISE FIBERGLASS CORP**
**5175 260TH STREET**
**WYOMING, MN 55092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __LEASE AGREEMENT__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,991.88** |
|---|---|---|---|

**SYNTEC INDUSTRIES INC**
**PO BOX 1653**
**ROME, GA 30162-1653**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __GOODS AND SERVICES__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,026.22** |
|---|---|---|---|

**T H MARINE SUPPLIES INC**
**200 FINNEY DRIVE**
**HUNTSVILLE, AL 35824**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __GOODS AND SERVICES__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TACO METALS INC**
**3040 GANDY BLVD**
**SAINT PETERSBURG, FL 33702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __NOTICE ONLY__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PREMIER MARINE, INC.**

_Name_

Case number _(if known)_ **17-32006**

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$12,718.75** |
|---|---|---|---|

**TANGENT DESIGN GROUP INC**
**2701 W CHICAGO AVENUE SUITE 1**
**CHICAGO, IL 60622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3,152.45** |
|---|---|---|---|

**TEAK ISLE INC**
**401 CAPITOL COURT**
**PO BOX 417**
**OCOEE, FL 34761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9,932.80** |
|---|---|---|---|

**TEMPRESS PRODUCTS LP**
**5052 SHARP STREET**
**DALLAS, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$619.10** |
|---|---|---|---|

**TENDANCE YACHTING**
**15, AV ARISTIDE BRIAND**
**ANTONY 92160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$4,596.44** |
|---|---|---|---|

**TOWN & COUNTRY DISPOSAL**
**PO BOX 564**
**WYOMING, MN 55092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**TRANSHIELD**
**2932 THORNE DRIVE**
**ELKHART, IN 46514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,658.95** |
|---|---|---|---|

**TRI PLASTICS INC**
**4751 E CR 2100 N**
**DALE, IN 47523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __GOODS AND SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | | Case number (if known) | **17-32006** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,515.35 |
|---|---|---|---|
| | **TRIANGLE INDUSTRIES INC**<br>**2930 ANTHONY LANE N**<br>**MINNEAPOLIS, MN 55418** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **GOODS AND SERVICES** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,577.45 |
|---|---|---|---|
| | **TYCO INTEGRITY SECURITY LLC**<br>**PO BOX 371967**<br>**PITTSBURGH, PA 15250-7967** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **GOODS AND SERVICES** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,273.77 |
|---|---|---|---|
| | **UFLEX USA INC**<br>**6442 PARKLAND DRIVE**<br>**SARASOTA, FL 34243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **GOODS AND SERVICES** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,996.91 |
|---|---|---|---|
| | **ULINE**<br>**3325 HEISER STREET**<br>**HUDSON, WI 54016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **GOODS AND SERVICES** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,475.60 |
|---|---|---|---|
| | **ULTRA INDUSTRIES INC**<br>**26467 FALLBROOK AVENUE**<br>**WYOMING, MN 55092** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **GOODS AND SERVICES** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,379.69 |
|---|---|---|---|
| | **ULTRAFABRICS LLC**<br>**303 S BROADWAY SUITE 201**<br>**TARRYTOWN, NY 10591** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **GOODS AND SERVICES** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,069.40 |
|---|---|---|---|
| | **UNIFORCE TECHNOLOGIES INC**<br>**707 ROBINS STREET SUITE 115**<br>**CONWAY, AR 72034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **GOODS AND SERVICES** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **PREMIER MARINE, INC.** | | Case number *(if known)* | **17-32006** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,157.18** |
|---|---|---|---|

**UPS**
**PO BOX 577**
**CAROL STREAM, IL 60132-0577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$860.00** |
|---|---|---|---|

**URSA MAJOR**
**26615 FALLBROOK AVENUE**
**PO BOX 805**
**WYOMING, MN 55092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,575.25** |
|---|---|---|---|

**US MARINE SALES**
**3525 PACIFIC AVENUE SE**
**OLYMPIA, WA 98501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,761.68** |
|---|---|---|---|

**USA MOBILE DRUG TESTING**
**333 WASHINGTON AVE N STE 300**
**MINNEAPOLIS, MN 55401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$329.27** |
|---|---|---|---|

**USF HOLLAND**
**PO BOX 9021**
**HOLLAND, MI 49422-9021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,268.84** |
|---|---|---|---|

**VANTAGE RESOURCE GROUP INC**
**4821 3RD STREET SW**
**MOORHEAD, MN 56560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,732.79** |
|---|---|---|---|

**VICO PLASTICS**
**N2885 COUNTY ROAD Z**
**DOUSMAN, WI 53118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,303.26**

**VIKING ELECTRIC SUPPLY**
**500 BROADWAY**
**SAINT PAUL, MN 55101-2494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,722.39**

**VISTA MFG INC**
**53345 COLUMBIA DRIVE**
**ELKHART, IN 46514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$913.28**

**VTE INC**
**5437 ROBINSON ROAD**
**PELLSTON, MI 49769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$671.45**

**WATSON CO INC**
**1555 320TH LANE NE**
**CAMBRIDGE, MN 55008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,489.70**

**WAYTEK INC**
**PO BOX 690**
**CHANHASSEN, MN 55317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.307** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$308,624.27**

**THE WEITZ COMPANY LLC**
**5901 THORNTON AVENUE**
**DES MOINES, IA 50321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,153.16**

**WELD MOUNT SYSTEM**
**57 OZICK DRIVE SUITE G**
**DURHAM, CT 06422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

**3.309** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**WELLS FARGO CDF**
**PO BOX 402437**
**ATLANTA, GA 30384-2437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,451.26**

**WELLS FARGO COM DISTR FINANCE**
**C/O PO BOX 8782 POSTAL ST A**
**TORONTO, ON M5W 3C2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.311** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,433.09**

**WELLS FARGO COM DISTR FINANCE**
**C/O PO BOX 8937 POSTAL ST A**
**TORONTO, ON M5W 2C5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,864.46**

**WELLS FARGO COMMERCIAL**
**DISTRIBUTION FINANCE LLC**
**75 REMITTANCE DR SUITE 6995**
**CHICAGO, IL 60675-6995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,594.94**

**WESTFIELD INSURANCE**
**PO BOX 9001566**
**LOUISVILLE, KY 40290-1566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$907.32**

**WINNICK SUPPLY**
**92 SW 11TH STREET**
**PO BOX 97**
**FOREST LAKE, MN 55025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,577.91**

**WINNISQUAM MARINE INC**
**12 SUNSET DRIVE**
**BELMONT, NH 03220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **GOODS AND SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

---

**3.316**

**Nonpriority creditor's name and mailing address**

**WINTHROP & WEINSTINE PA**
**225 S SIXTH STREET SUITE 3500**
**MINNEAPOLIS, MN 55402-4629**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LEGAL SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$86,605.94**

---

**3.317**

**Nonpriority creditor's name and mailing address**

**WIZARD LAKE MARINE INC**
**BOX 660**
**CALMAR, AB R0C 0V0**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,068.36**

---

**3.318**

**Nonpriority creditor's name and mailing address**

**WORLD PUBLICATIONS INC**
**PO BOX 2456**
**WINTER PARK, FL 32790-4802**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,500.00**

---

**3.319**

**Nonpriority creditor's name and mailing address**

**XCEL ENERGY**
**PO BOX 9477**
**MINNEAPOLIS, MN 55484-9477**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,934.46**

---

**3.320**

**Nonpriority creditor's name and mailing address**

**XTREME PAING & AUTO BODY**
**5204 260TH STREET**
**WYOMING, MN 55092**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.321**

**Nonpriority creditor's name and mailing address**

**YAMAHA MOTOR CORPORATION**
**MARINE POWER GROUP**
**1270 CHASTAIN ROAD**
**KENNESAW, GA 30144**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$263,244.86**

---

**3.322**

**Nonpriority creditor's name and mailing address**

**YAMAHA MOTOR CORPORATION**
**MARINE POWER GROUP**
**1270 CHASTAIN ROAD**
**KENNESAW, GA 30144**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS AND SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

| Debtor | **PREMIER MARINE, INC.** | Case number (if known) | **17-32006** |
|---|---|---|---|
| | Name | | |

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.50 |
|---|---|---|---|

**ZEP SALES & SERVICE**
**8490 CORAL SEA ST**
**MOUNDSVIEW, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  GOODS AND SERVICES 

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **MARSHALL, JOHN S**<br>**MARSHALL FORMAN**<br>**250 CIVIC CENTER DR STE 480**<br>**COLUMBUS, OH 43215** | Line  2.3 <br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **ZITO, MICHAEL A**<br>**SHOOK HARDY & BACON**<br>**1155 F STREET NW STE 200**<br>**WASHINGTON, DC 20004-1305** | Line  3.14 <br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 33,515.39 |
| 5b. Total claims from Part 2 | 5b. + | $ | 6,343,109.15 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,376,624.54 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name     **PREMIER MARINE, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **17-32006**

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
        (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **LEASE NO. 001X FOR COMPUTER EQUIPMENT DATED 09-10-2014** <br><br> **FARNUM STREET FINANCIAL INC** <br> **240 PONDVIEW PLAZA** <br> **5850 OPUS PKWY** <br> **MINNETONKA, MN 55343** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **EQUIPMENT LEASE NO. 002 DATED 09-10-2014** <br><br> **FARNUM STREET FINANCIAL INC** <br> **240 PONDVIEW PLAZA** <br> **5850 OPUS PKWY** <br> **MINNETONKA, MN 55343** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **LEASE AGREEMENT FOR BUILDING 7 (MAIN OFFICE) DATED 03-01-2016** <br><br> **HALLBERG INC** <br> **PO BOX 277** <br> **WYOMING, MN 55092** |
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **LEASE AGREEMENT FOR 2137 BROADWAY ST. N., NEW ULM, MN 56073 DATED 08-01-2011** <br><br> **HALLBERG INC** <br> **PO BOX 277** <br> **WYOMING, MN 55092** |

| Debtor 1 | **PREMIER MARINE, INC.** | | Case number *(if known)* | **17-32006** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT FOR BUILDINGS B, BC AND C DATED 01-01-2008** | |
|---|---|---|---|
| | State the term remaining | | **HALLBERG MARINE INC** |
| | List the contract number of any government contract | | **PO BOX 277** **WYOMING, MN 55092** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT FOR BUILDING L AND M DATED 03-01-2016** | |
|---|---|---|---|
| | State the term remaining | | **HALLBERG MARINE INC** |
| | List the contract number of any government contract | | **PO BOX 277** **WYOMING, MN 55092** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT FOR BUILDING A, I AND J DATED 03-01-2016** | |
|---|---|---|---|
| | State the term remaining | | **HALLBERG MARINE INC** |
| | List the contract number of any government contract | | **PO BOX 277** **WYOMING, MN 55092** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **SALES REPRESENTATIVE AGREEMENT EFFECTIVE AS OF 07-01-2015** | |
|---|---|---|---|
| | State the term remaining | | **HASSHAW, DAN** |
| | List the contract number of any government contract | | **HAWKEYE MARKETING CORP** **31455 GLENRIDGE ROAD** **WESTLAKE VILLAGE, CA 91361** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE FOR PREMISES LOCATED AT 26634 FALLBROOK AVE, WYOMING, MN 55092 DATED 11-18-2015** | |
|---|---|---|---|
| | State the term remaining | | **I LIMITED LLC** |
| | List the contract number of any government contract | | **1789 WHITECAP CIRCLE** **NORTH FORT MYERS, FL 33903** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **SALES REPRESENTATIVE AGREEMENT EFFECTIVE AS OF 07-01-2015** | **KAGY, RYAN** **KAGY DISTRIBUTING LLC** **9082 EVERSOLE RUN** **POWELL, OH 43065** |
|---|---|---|---|

Debtor 1  **PREMIER MARINE, INC.**
<u>First Name</u>          <u>Middle Name</u>          <u>Last Name</u>

Case number *(if known)*    **17-32006**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **SALES REPRESENTATIVE AGREEMENT EFFECTIVE AS OF 07-01-2015** |
| | State the term remaining | **KRUEGER, DUANE** |
| | List the contract number of any government contract | **3784 395TH AVENUE NE STANCHFIELD, MN 55080** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **SALES REPRESENTATIVE AGREEMENT EFFECTIVE AS OF 07-01-2015** |
| | State the term remaining | **MARTIN, CURTIS** |
| | List the contract number of any government contract | **302 LAKEWOOD DRIVE CADILLAC, MI 49601** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **SALES REPRESENTATIVE AGREEMENT EFFECTIVE AS OF 07-01-2015** |
| | State the term remaining | **POTVIN, MAURICE** |
| | List the contract number of any government contract | **11 BRYANT'SL LANDING ROAD AUSTIN, QC J0B 1B0 CANADA** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **SALES REPRESENTATIVE AGREEMENT EFFECTIVE AS OF 07-01-2015** |
| | State the term remaining | **SOLWOLD, ROSS** |
| | List the contract number of any government contract | **4821 3RD STREET SW MOORHEAD, MN 56560** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **TOOLING EQUIPMENT LEASE DATED 01-27-2015, AS AMENDED** |
| | State the term remaining | **SUNRISE FIBERGLASS CORP** |
| | List the contract number of any | **5175 260TH STREET WYOMING, MN 55092** |

Debtor 1    **PREMIER MARINE, INC.**                                            Case number *(if known)*    **17-32006**

            First Name               Middle Name              Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LEASE NO. 426172-100 DATED 11-21-2014** | |
| | State the term remaining | | **WELLS FARGO EQUIPMENT FINANCE MAC N9306-070 733 MARQUETTE AVE SUITE 700 MINNEAPOLIS, MN 55402** |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **SALES REPRESENTATIVE AGREEMENT EFFECTIVE AS OF 07-01-2015** | |
| | State the term remaining | | **WILSON, DAVID 229-3309 PTARMIGAN PLACE WHISTLER, BC V0N 1B3 CANADA** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **PREMIER MARINE, INC.**

United States Bankruptcy Court for the:     DISTRICT OF MINNESOTA

Case number (if known)    **17-32006**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | BETTY MENNE | 8924 RAPS ROAD COOK, MN 55723 GUARANTY | TRUSEK LLC | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.2 | BETTY MENNE | 8924 RAPS ROAD COOK, MN 55723 GUARANTY | WELLS FARGO COM DISTR FINANCE | ☐ D ____ ■ E/F __3.310__ ☐ G ____ |
| 2.3 | BETTY MENNE | 8924 RAPS ROAD COOK, MN 55723 GUARANTY | AMERICAN BANK OF THE NORTH | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.4 | ROBERT MENNE | 8924 RAPS ROAD COOK, MN 55723 GUARANTY | TRUSEK LLC | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.5 | ROBERT MENNE | 8924 RAPS ROAD COOK, MN 55723 GUARANTY | WELLS FARGO COM DISTR FINANCE | ☐ D ____ ■ E/F __3.310__ ☐ G ____ |

| Debtor | **PREMIER MARINE, INC.** | Case number *(if known)* | **17-32006** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                   Column 2: **Creditor**

2.6     **ROBERT MENNE**        **8924 RAPS ROAD**                **AMERICAN BANK OF**        ■ D ___2.1___
                                **COOK, MN 55723**                **THE NORTH**              ☐ E/F _____
                                                                                            ☐ G _____

**Fill in this information to identify the case:**

Debtor name    **PREMIER MARINE, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **17-32006**

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July  5, 2017**          X **/s/ LORI J. MELBOSTAD**
                                         Signature of individual signing on behalf of debtor

                                         **LORI J. MELBOSTAD**
                                         Printed name

                                         **PRESIDENT**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**PREMIER MARINE, INC.**__

United States Bankruptcy Court for the: __DISTRICT OF MINNESOTA__

Case number (if known) __**17-32006**__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2017** to **Filing Date** | ☐ Operating a business ■ Other   **YTD DEBTOR BUSINESS INCOME** | **$15,735,058.00** |
| **For prior year:** From  **1/01/2016** to **12/31/2016** | ☐ Operating a business ■ Other   **DEBTOR BUSINESS INCOME** | **$58,405,559.00** |
| **For year before that:** From  **1/01/2015** to **12/31/2015** | ☐ Operating a business ■ Other   **DEBTOR BUSINESS INCOME** | **$59,584,693.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

| Debtor | **PREMIER MARINE, INC.** | | Case number *(if known)* **17-32006** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **AMERICAN BANK OF THE NORTH**<br>522 E HOWARD STREET SUITE 104<br>HIBBING, MN 55746-1826 | SEE<br>ATTACHED<br>EXHIBIT 3(b) | $2,179,728.85 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **MERCURY MARINE**<br>W6250 PIONEER ROAD<br>FOND DU LAC, WI 54936 | SEE<br>ATTACHED<br>EXHIBIT 3(b) | $753,415.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **YAMAHA MOTOR CORPORATION**<br>**MARINE POWER GROUP**<br>1270 CHASTAIN ROAD<br>KENNESAW, GA 30144 | SEE<br>ATTACHED<br>EXHIBIT 3(b) | $473,246.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **LIPPERT COMPONENTS INC**<br>3501 COUNTY ROAD 6 EAST<br>ELKHART, IN 46514-7663 | SEE<br>ATTACHED<br>EXHIBIT 3(b) | $454,742.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **DOWCO PLASTICS LLC**<br>**FKA LEISURE DESIGNS INC**<br>1020 INDUSTRIAL STREET NE<br>PINE CITY, MN 55063 | SEE<br>ATTACHED<br>EXHIBIT 3(b) | $394,101.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **HONDA MARINE**<br>**POWER EQUIPMENT DIV**<br>4900 MARCONI DRIVE<br>ALPHARETTA, GA 30005 | SEE<br>ATTACHED<br>EXHIBIT 3(b) | $330,978.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **BOMBARDIER RECREATIONAL**<br>**PRODUCTS**<br>10101 SCIENCE DRIVE<br>STURTEVANT, WI 53177 | SEE<br>ATTACHED<br>EXHIBIT 3(b) | $208,439.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. **CROWN EXTRUSIONS**<br>122 COLUMBIA COURT N<br>CHASKA, MN 55318 | SEE<br>ATTACHED<br>EXHIBIT 3(b) | $158,557.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **PREMIER MARINE, INC.**                                          Case number *(if known)*  **17-32006**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **EC HALLBERG LEASING**<br>**C/O HALLBERG MARINE INC**<br>**26470 FALLBROOK AVENUE**<br>**WYOMING, MN 55092** | **SEE ATTACHED EXHIBIT 3(b)** | $147,862.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **SAMUEL SON & CO MIDWEST INC**<br>**580 KIRTS BLVD SUITE 300**<br>**TROY, MI 48084** | **SEE ATTACHED EXHIBIT 3(b)** | $146,102.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **AMERICAN BANK OF THE NORTH**<br>**522 E HOWARD STREET SUITE 104**<br>**HIBBING, MN 55746-1826** | **SEE ATTACHED EXHIBIT 3(b)** | $135,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **CREDIT CARD PAYMENTS** |
| 3.12. **MASTERSON STAFFING**<br>**WATERFORD PARK**<br>**505 HIGHWAY 169 N SUITE 700**<br>**PLYMOUTH, MN 55441** | **SEE ATTACHED EXHIBIT 3(b)** | $119,261.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. **INFINITY WOVEN PRODUCTS LLC**<br>**DEPT 2408**<br>**PO BOX 11407**<br>**BIRMINGHAM, AL 35246-2804** | **SEE ATTACHED EXHIBIT 3(b)** | $112,696.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **DOWCO INC**<br>**4230 CLIPPER DRIVE**<br>**MANITOWOC, WI 54220** | **SEE ATTACHED EXHIBIT 3(b)** | $105,878.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **ONE BEACON INSURANCE GROUP**<br>**PO BOX 371871**<br>**PITTSBURGH, PA 15250-7871** | **SEE ATTACHED EXHIBIT 3(b)** | $96,769.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **INSURANCE** |
| 3.16. **QUALITY METALS INC**<br>**2575 DOSWELL AVENUE**<br>**SAINT PAUL, MN 55108** | **SEE ATTACHED EXHIBIT 3(b)** | $82,389.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **PREMIER MARINE, INC.**                                          Case number *(if known)*  **17-32006**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17. **MEDICA** **NW 7105** **PO BOX 1450** **MINNEAPOLIS, MN 55485-7105** | **SEE ATTACHED EXHIBIT 3(b)** | $78,621.07 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **INSURANCE** |
| 3.18. **PRECISION POWDER COATING INC** **26467 FALLBROOK AVENUE** **WYOMING, MN 55092** | **SEE ATTACHED EXHIBIT 3(b)** | $73,929.39 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.19. **DOWCO PLASTICS LLC** **FKA PREMIER PLASTICS** **5520 COLBY LAKE ROAD** **HOYT LAKES, MN 55750** | **SEE ATTACHED EXHIBIT 3(b)** | $70,367.63 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.20. **MEDALLION INSTRUMENTATION SYSTEMS LLC** **17150 HICKORY STREET** **SPRING LAKE, MI 49456** | **SEE ATTACHED EXHIBIT 3(b)** | $63,428.94 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.21. **MNSTAR TECHNOLOGIES** **4201 HIGHWAY 169** **GRAND RAPIDS, MN 55744** | **SEE ATTACHED EXHIBIT 3(b)** | $62,490.95 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.22. **LAKE STATES LUMBER** **PO BOX 310** **AITKIN, MN 56431** | **SEE ATTACHED EXHIBIT 3(b)** | $57,004.12 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.23. **HALLBERG MARINE INC** **PO BOX 277** **WYOMING, MN 55092** | **SEE ATTACHED EXHIBIT 3(b)** | $56,663.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **LEASE RENT** |
| 3.24. **XCEL ENERGY** **PO BOX 9477** **MINNEAPOLIS, MN 55484-9477** | **SEE ATTACHED EXHIBIT 3(b)** | $54,556.13 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |

Debtor    **PREMIER MARINE, INC.**    Case number *(if known)* **17-32006**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.25. **PL ENTERPRISES INC**<br>**DBA ROCHFORD SUPPLY**<br>**7624 BOONE AVE N SUITE 200**<br>**MINNEAPOLIS, MN 55428** | **SEE ATTACHED EXHIBIT 3(b)** | $51,015.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.26. **ASA ELECTRONICS LLC**<br>**2602 MARINA DRIVE**<br>**ELKHART, IN 46514** | **SEE ATTACHED EXHIBIT 3(b)** | $40,716.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.27. **WESTFIELD INSURANCE**<br>**PO BOX 9001566**<br>**LOUISVILLE, KY 40290-1566** | **SEE ATTACHED EXHIBIT 3(b)** | $39,204.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **INSURANCE** |
| 3.28. **AMERICAN FUNDS**<br>**ATTN FINANCE AND ACCOUNTING**<br>**PO BOX 659530**<br>**SAN ANTONIO, TX 78265-9530** | **SEE ATTACHED EXHIBIT 3(b)** | $35,002.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **401k** |
| 3.29. **MISSISSIPPI WELDERS SUPPLY CO**<br>**1810 WEBSTER STREET**<br>**HUDSON, WI 54016** | **SEE ATTACHED EXHIBIT 3(b)** | $33,779.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.30. **COMPOSITES ONE LLC**<br>**85 W ALGONQUIN ROAD SUITE 600**<br>**ARLINGTON HEIGHTS, IL 60005-4421** | **SEE ATTACHED EXHIBIT 3(b)** | $31,586.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.31. **ITC INCORPORATED**<br>**230 E LAKEWOOD BLVD**<br>**PO BOX 8338**<br>**HOLLAND, MI 49422** | **SEE ATTACHED EXHIBIT 3(b)** | $30,786.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.32. **CLASS C COMPONENTS INC**<br>**6825 SUNWOOD DR NW**<br>**RAMSEY, MN 55303** | **SEE ATTACHED EXHIBIT 3(b)** | $30,544.55 | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   **PREMIER MARINE, INC.**                                    Case number (if known) **17-32006**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.33. | **MOELLER MARINE PRODUCTS**<br>**801 NORTH SPRING STREET**<br>**SPARTA, TN 38583** | **SEE ATTACHED EXHIBIT 3(b)** | $28,204.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.34. | **HALLBERG INC**<br>**PO BOX 277**<br>**WYOMING, MN 55092** | **SEE ATTACHED EXHIBIT 3(b)** | $27,514.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **LEASE RENT** |
| 3.35. | **AMERI-KART CORP**<br>**17196 STATE ROAD 120**<br>**BRISTOL, IN 46507** | **SEE ATTACHED EXHIBIT 3(b)** | $24,304.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.36. | **SPRINGFIELD MARINE CO**<br>**1093 CYNTHIA STREET SUITE 1**<br>**NIXA, MO 65714** | **SEE ATTACHED EXHIBIT 3(b)** | $23,088.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.37. | **MARINETECH PRODUCTS INC**<br>**1360 EAST COUNTY ROAD E**<br>**VADNAIS HEIGHTS, MN 55110** | **SEE ATTACHED EXHIBIT 3(b)** | $22,435.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.38. | **GLOBAL INTERIOR SOLUTIONS**<br>**55375 LYON INDUSTRIAL DRIVE**<br>**NEW HUDSON, MI 48165** | **SEE ATTACHED EXHIBIT 3(b)** | $22,232.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.39. | **RAO MANUFACTURING COMPANY**<br>**200 MISSISSIPPI STREET NE**<br>**MINNEAPOLIS, MN 55432-4396** | **SEE ATTACHED EXHIBIT 3(b)** | $21,545.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.40. | **CHAMPAGNE METALS**<br>**429 W 158TH STREET S**<br>**GLENPOOL, OK 74033** | **SEE ATTACHED EXHIBIT 3(b)** | $21,077.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **PREMIER MARINE, INC.** | | Case number *(if known)* **17-32006** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.41. | **ADP LLC**<br>**PO BOX 842875**<br>**BOSTON, MA 02284-2875** | **SEE ATTACHED EXHIBIT 3(b)** | $20,950.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.42. | **HIAWATHA METALCRAFT INC**<br>**2631 31ST AVENUE S**<br>**MINNEAPOLIS, MN 55406** | **SEE ATTACHED EXHIBIT 3(b)** | $20,600.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. | **WINTHROP & WEINSTINE PA**<br>**225 S SIXTH STREET SUITE 3500**<br>**MINNEAPOLIS, MN 55402-4629** | **SEE ATTACHED EXHIBIT 3(b)** | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.44. | **CAPITAL ONE BANK**<br>**PO BOX 6492**<br>**CAROL STREAM, IL 60197-6492** | **SEE ATTACHED EXHIBIT 3(b)** | $19,969.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **CREDIT CARD PAYMENTS** |
| 3.45. | **SEASTAR CANADA**<br>**3831 N 6 ROAD**<br>**RICHMOND, BC V6V 1P6**<br>**CANADA** | **SEE ATTACHED EXHIBIT 3(b)** | $18,728.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.46. | **FLEET ONE LLC**<br>**613 BAKERTOWN ROAD**<br>**ANTIOCH, TN 37013** | **SEE ATTACHED EXHIBIT 3(b)** | $18,239.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.47. | **CAST PRODUCTS INC**<br>**18676 N JEFFERSON STREET**<br>**ATHENS, AL 35612** | **SEE ATTACHED EXHIBIT 3(b)** | $16,738.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48. | **METAL MOULDING CORP**<br>**1225 NORTHGATE BUSINESS PKWY**<br>**MADISON, TN 37115** | **SEE ATTACHED EXHIBIT 3(b)** | $15,867.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **PREMIER MARINE, INC.** | | Case number *(if known)* **17-32006** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.49. | **BARBOUR PLASTICS INC**<br>PO BOX 2158<br>BROCKTON, MA 02305-2158 | **SEE ATTACHED EXHIBIT 3(b)** | $15,564.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50. | **NORTHPOINT COMMERCIAL FINANCE**<br>11675 RAINWATER DRIVE STE 450<br>ALPHARETTA, GA 30009 | **SEE ATTACHED EXHIBIT 3(b)** | $14,596.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **FLOORPLAN INTEREST** |
| 3.51. | **WELLS FARGO EQUIPMENT FINANCE INC**<br>MAC N9306-070<br>733 MARQUETTE AVE STE 700<br>MINNEAPOLIS, MN 55402 | **SEE ATTACHED EXHIBIT 3(b)** | $14,038.92 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.52. | **FARNUM STREET FINANCIAL INC**<br>240 PONDVIEW PLAZA<br>5850 OPUS PKWY<br>MINNETONKA, MN 55343 | **SEE ATTACHED EXHIBIT 3(b)** | $13,710.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **COMPUTER HARDWARE LEASE** |
| 3.53. | **UGLY JOHN'S CUSTOM BOATS**<br>19123 E ADMIRAL PLACE<br>CATOOSA, OK 74015 | **SEE ATTACHED EXHIBIT 3(b)** | $13,673.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **DEALER REIMBURSEMENT** |
| 3.54. | **IMPACT NORTH INC**<br>PO BOX 274<br>GORDON, WI 54838-0274 | **SEE ATTACHED EXHIBIT 3(b)** | $13,195.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **CONSULTING SERVICES** |
| 3.55. | **ATTWOOD CORPORATION**<br>1016 N MONROE ST<br>LOWELL, MI 49331 | **SEE ATTACHED EXHIBIT 3(b)** | $13,129.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **PREMIER MARINE, INC.**                                    Case number *(if known)*   **17-32006**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.56. | **UPS**<br>**PO BOX 577**<br>**CAROL STREAM, IL 60132-0577** | **SEE ATTACHED EXHIBIT 3(b)** | **$12,403.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.57. | **ROCKFORD CORPORATION**<br>**600 S ROCKFORD DRIVE**<br>**TEMPE, AZ 85281** | **SEE ATTACHED EXHIBIT 3(b)** | **$11,732.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.58. | **JIF MARINE**<br>**566 N BINGHAM STREET**<br>**MEMPHIS, TN 38112** | **SEE ATTACHED EXHIBIT 3(b)** | **$11,197.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.59. | **SCHWINTEK INC**<br>**301 RANGER DRIVE**<br>**CASSOPOLIS, MI 49031** | **SEE ATTACHED EXHIBIT 3(b)** | **$11,035.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.60. | **SITEDONERITE**<br>**4464 MATHIS MILL ROAD**<br>**VALDOSTA, GA 31602** | **SEE ATTACHED EXHIBIT 3(b)** | **$11,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.61. | **MARINE FASTENERS MIDWEST INC**<br>**55155 STAINLESS DRIVE**<br>**ELKHART, IN 46516** | **SEE ATTACHED EXHIBIT 3(b)** | **$9,916.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.62. | **GARMIN INTERNATIONAL**<br>**1200 E 151ST STREET**<br>**OLATHE, KS 66062** | **SEE ATTACHED EXHIBIT 3(b)** | **$9,103.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.63. | **PT EUDE**<br>**JL INDUSTRI TERBOYO TIMUR D35**<br>**CENTRAL JAVA 50118**<br>**INDONESIA** | **SEE ATTACHED EXHIBIT 3(b)** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   **PREMIER MARINE, INC.**                                      Case number (if known) **17-32006**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.64. **CLOCKWORK ACTIVE MEDIA SYSTEMS**<br>1501 E HENNEPIN AVENUE<br>MINNEAPOLIS, MN 55414 | SEE ATTACHED EXHIBIT 3(b) | $8,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.65. **VISTA MFG INC**<br>53345 COLUMBIA DRIVE<br>ELKHART, IN 46514 | SEE ATTACHED EXHIBIT 3(b) | $8,827.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.66. **NATHAN HARPER**<br>8055 291ST AVE NW<br>PRINCETON, MN 55371 | SEE ATTACHED EXHIBIT 3(b) | $8,666.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.67. **SPRADLING INTERNATIONAL INC**<br>200 CAHABA VALLEY PKWY N<br>PELHAM, AL 35124 | SEE ATTACHED EXHIBIT 3(b) | $8,587.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.68. **AMERICAN WATERSPORTS INC**<br>124 EDGEWATER DRIVE<br>JACKSONS GAP, AL 36861 | SEE ATTACHED EXHIBIT 3(b) | $8,575.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **DEALER REIMBURSEMENT** |
| 3.69. **ROBERT PEARL PHOTOGRAPHY**<br>5735 ANNAPOLIS LANE N<br>PLYMOUTH, MN 55446 | SEE ATTACHED EXHIBIT 3(b) | $8,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.70. **AIA COUNTERTOPS**<br>501 W RAILROAD AVENUE<br>SYRACUSE, IN 46567 | SEE ATTACHED EXHIBIT 3(b) | $7,984.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.71. **DELTA DENTAL**<br>500 WASHINGTON AVE S<br>MINNEAPOLIS, MN 55415 | SEE ATTACHED EXHIBIT 3(b) | $7,926.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **INSURANCE** |

Debtor   **PREMIER MARINE, INC.**                                     Case number (if known) **17-32006**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.72. **KAGY, RYAN**<br>**KAGY DISTRIBUTING LLC**<br>**9082 EVERSOLE RUN**<br>**POWELL, OH 43065** | **SEE ATTACHED EXHIBIT 3(b)** | **$7,569.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **SALES COMMISSIONS** |
| 3.73. **COLUMBUS AUTO TRUCK & TRAILER**<br>**15131 FELLER STREET**<br>**FOREST LAKE, MN 55025** | **SEE ATTACHED EXHIBIT 3(b)** | **$7,500.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.74. **NEW ULM PUBLIC UTILITIES**<br>**100 N BROADWAY**<br>**NEW ULM, MN 56073** | **SEE ATTACHED EXHIBIT 3(b)** | **$7,072.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **UTILITY** |
| 3.75. **FARIA BEEDE INSTRUMENTS**<br>**385 NORWICH NEW LONDON TRNPK**<br>**PO BOX 0983**<br>**UNCASVILLE, CT 06382** | **SEE ATTACHED EXHIBIT 3(b)** | **$7,010.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.76. **MARCO**<br>**NW 7128**<br>**PO BOX 1450**<br>**MINNEAPOLIS, MN 55485-7128** | **SEE ATTACHED EXHIBIT 3(b)** | **$6,988.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.77. **WELLS FARGO CDF ATLANTA SUZUKI**<br>**PO BOX 402437**<br>**ATLANTA, GA 30384-2437** | **SEE ATTACHED EXHIBIT 3(b)** | **$6,891.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **INTEREST** |
| 3.78. **FRONTIER**<br>**PO BOX 20567 SUITE C**<br>**ROCHESTER, NY 14602-0567** | **SEE ATTACHED EXHIBIT 3(b)** | **$6,818.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.79. **GUIDESOURCE**<br>**203 JACKSON STREET, SUITE 202B**<br>**ANOKA, MN 55303** | **SEE ATTACHED EXHIBIT 3(b)** | **$60,082.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **PREMIER MARINE, INC.** | Case number *(if known)* **17-32006** |
|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **LORI MELBOSTAD**<br>**38052 FIELDSTONE DRIVE**<br>**NORTH BRANCH, MN 55056**<br>**PRESIDENT** | **SEE ATTACHED EXHIBIT 4** | $139,615.30 | **WAGES** |
| 4.2. | **ROBERT MENNE**<br>**8924 RAPS ROAD**<br>**COOK, MN 55723**<br>**SHAREHOLDER AND EMPLOYEE** | **SEE ATTACHED EXHIBIT 4** | $400.00 | **EXPENSE REIMBURSEMENT** |
| 4.3. | **ROBERT MENNE**<br>**8924 RAPS ROAD**<br>**COOK, MN 55723**<br>**SHAREHOLDER AND EMPLOYEE** | **SEE ATTACHED EXHIBIT 4** | $88,200.00 | **WAGES** |
| 4.4. | **BETTY MENNE**<br>**8924 RAPS ROAD**<br>**COOK, MN 55723**<br>**SHAREHOLDER AND EMPLOYEE** | **SEE ATTACHED EXHIBIT 4** | $63,323.02 | **WAGES** |
| 4.5. | **MENNE HOLDINGS**<br>**C/O PREMIER MARINE, INC.**<br>**PO BOX 509**<br>**WYOMING, MN 55092**<br>**SHAREHOLDER** | **SEE ATTACHED EXHIBIT 4** | $10,000.00 | **NORTH BRANCH APPLICATION FEE - NEW BUILDING** |
| 4.6. | **EC HALLBERG LEASING**<br>**C/O HALLBERG MARINE INC**<br>**26470 FALLBROOK AVENUE**<br>**WYOMING, MN 55092**<br>**SHAREHOLDER/DIRECTOR** | **SEE ATTACHED EXHIBIT 4** | $147,862.00 | **LEASE PAYMENTS AND LEASE BUYOUTS** |
| 4.7. | **HALLBERG MARINE INC**<br>**PO BOX 277**<br>**WYOMING, MN 55092**<br>**SHAREHOLDER/DIRECTOR** | **SEE ATTACHED EXHIBIT 4** | $56,663.00 | **RENT PAYMENT** |
| 4.8. | **HALLBERG INC**<br>**PO BOX 277**<br>**WYOMING, MN 55092**<br>**SHAREHOLDER/DIRECTOR** | **SEE ATTACHED EXHIBIT 4** | $27,514.00 | **RENT PAYMENT** |
| 4.9. | **MICHAEL MENNE**<br>**STRAIGHT PRODUCTIONS**<br>**11505 HILLCREST COURT N**<br>**GRANT, MN 55110**<br>**EMPLOYEE** | **SEE ATTACHED EXHIBIT 4** | $2,116.94 | **EXPENSE REIMBURSEMENT** |
| 4.10. | **STEVE MELBOSTAD**<br>**38052 FIELDSTONE DRIVE**<br>**NORTH BRANCH, MN 55056**<br>**EMPLOYEE** | **SEE ATTACHED EXHIBIT 4** | $2,083.31 | **EXPENSE REIMBURSEMENT** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **PREMIER MARINE, INC.**                                    Case number *(if known)*   **17-32006**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.11· | **LORI MELBOSTAD** **38052 FIELDSTONE DRIVE** **NORTH BRANCH, MN 55056** **PRESIDENT** | **06-15-17** | **$3,948.29** | **EXPENSE REIMBURSEMENT** |
| 4.12· | **ROBERT MENNE** **8924 RAPS ROAD** **COOK, MN 55723** **SHAREHOLDER AND EMPLOYEE** | **SEE ATTACHED EXHIBIT 4** | **$677.00** | **EXPENSE REIMBURSEMENT** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **HALLBERG MARINE, INC. VS. PREMIER MARINE, INC.** **13-CV-17-365** | **CIVIL** | **CHISAGO COUNTY DISTRICT COURT** **313 NORTH MAIN STREET** **CENTER CITY, MN 55012** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **HALLBERG, INC. VS. PREMIER MARINE, INC.** **13-CV-17-366** | **CIVIL** | **CHISAGO COUNTY DISTRICT COURT** **313 NORTH MAIN STREET** **CENTER CITY, MN 55012** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

Debtor   **PREMIER MARINE, INC.**                                Case number (if known)   **17-32006**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **OPERATION HIGHER GROUND** | **DONATION OF NON-CURRENT BOAT CHAIRS** | **08-2016** | **$54,890.93** |
| | Recipients relationship to debtor | | | |
| 9.2. | **LAKE ZUMBRO FOREVER INC** | **CASH DONATION** | **04-27-2016** | **$500.00** |
| | Recipients relationship to debtor | | | |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| **BREAK IN AT WELDING FACILITY** | | **04-06-17** | **$19,360.00** |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **RAVICH MEYER KIRKMAN MCGRATH NAUMAN & TANSEY, P.A. 150 S. FIFTH STREET, SUITE 3450 MINNEAPOLIS, MN 55402** | | **06-16-17** | **$75,000.00** |
| | Email or website address **mfmcgrath@ravichmeyer.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **PREMIER MARINE, INC.**                                    Case number *(if known)* **17-32006**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **RAVICH MEYER KIRKMAN MCGRATH NAUMAN & TA 150 S. FIFTH STREET, SUITE 3450 MINNEAPOLIS, MN 55402-4201** | | **05-19-17** | **$15,000.00** |
| | Email or website address **mfmcgrath@ravichmeyer.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **GUIDESOURCE 203 JACKSON STREET, SUITE 202B ANOKA, MN 55303** | | **06-16-17** | **$45,000.00** |
| | Email or website address **rick@wisdomforhire.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **GUIDESOURCE 203 JACKSON STREET, SUITE 202B ANOKA, MN 55303** | | **06-15-17** | **$7,852.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **GUIDESOURCE 203 JACKSON STREET, SUITE 202B ANOKA, MN 55303** | | **05-26-17** | **$7,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.6. | **IMPACT NORTH, INC PO BOX 274 GORDON, WI 54838-0274** | | **06-05-17** | **$695.20** |
| | Email or website address **erik@impactnorthinc.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **PREMIER MARINE, INC.**                                    Case number *(if known)*    **17-32006**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.7. | **IMPACT NORTH INC PO BOX 274 GORDON, WI 54838-0274** | | **05-24-17** | **$4,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.8. | **IMPACT NORTH INC PO BOX 274 GORDON, WI 54838-0274** | | **05-12-17** | **$2,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.9. | **IMPACT NORTH INC PO BOX 274 GORDON, WI 54838-0274** | | **05-05-17** | **$2,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.10. | **IMPACT NORTH INC PO BOX 274 GORDON, WI 54838-0274** | | **04-24-17** | **$4,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Debtor    **PREMIER MARINE, INC.**                                              Case number *(if known)*  **17-32006**

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **PREMIER MARINE, INC. 401k TRUST** | EIN:  **41-1841343** |

        Has the plan been terminated?
        ■ No
        ☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **PREMIER MARINE, INC.**                                   Case number *(if known)*  **17-32006**

---

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **MANSFIELD OIL** | **BOAT LOT** | **1 - 250 GALLON FUEL TANK**<br>**1 - 1,000 GALLON FUEL TANK** | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **MISSISSIPPI WELDERS SUPPLY CO**<br>**1810 WEBSTER STREET**<br>**HUDSON, WI 54016** | **WELD SHOP, TOOLING SHOP**<br>**RAIL WELD SHOP** | **13 - ARGON GAS TANKS (VARIOUS CAPACITIES)**<br>**3 - 100 LB OXYGEN TANKS**<br>**13 - NITROGEN TANKS (VARIOUS CAPACITIES)**<br>**1 - 50 LB ACETYLENE TANK** | $0.00 |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■   No.
☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an**

---

Debtor    **PREMIER MARINE, INC.**                                    Case number *(if known)*  **17-32006**

environmental law?

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **RSM US LLP**<br>**801 NICOLLET MALL SUITE 1100**<br>**MINNEAPOLIS, MN 55402** | **1992 - 2017** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **RSM US LLP**<br>**801 NICOLLET MALL SUITE 1100**<br>**MINNEAPOLIS, MN 55402** | **1992 - 2017** |

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☐ None

| Name and address |
|---|
| |

Debtor    **PREMIER MARINE, INC.**                                    Case number *(if known)*  **17-32006**

---

**Name and address**

| | |
|---|---|
| 26d.1. | **AMERICAN BANK OF THE NORTH**<br>**2310 NW 3RD STREET**<br>**GRAND RAPIDS, MN 55744** |
| 26d.2. | **WELLS FARGO EQUIPMENT FINANCE**<br>**MAC N9306-070**<br>**733 MARQUETTE AVENUE STE 700**<br>**MINNEAPOLIS, MN 55402** |
| 26d.3. | **NORTHPOINT COMMERCIAL FINANCE**<br>**11675 RAINWATER DRIVE STE 450**<br>**ALPHARETTA, GA 30009** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No

☒  Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **DAVE GROVENDER** | **03-01-17 -**<br>**03-03-17** | **$9,587,345** |
| | **Name and address of the person who has possession of inventory records**<br>**JUDY STRAUB**<br>**PREMIER MARINE, INC.**<br>**PO BOX 509**<br>**WYOMING, MN 55092** | | |
| 27.2. | **MARK SCHLOER** | **01-03-17 -**<br>**01-05-17** | **$11,529,072** |
| | **Name and address of the person who has possession of inventory records**<br>**JUDY STRAUB**<br>**PREMIER MARINE, INC.**<br>**PO BOX 509**<br>**WYOMING, MN 55092** | | |
| 27.3. | **MARK SCHLOER** | **08-01-16 -**<br>**08-03-16** | **$10,844,789** |
| | **Name and address of the person who has possession of inventory records**<br>**JUDY STRAUB**<br>**PREMIER MARINE, INC.**<br>**PO BOX 509**<br>**WYOMING, MN 55092** | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **PREMIER MARINE, INC.**                                    Case number *(if known)*   **17-32006**

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.4. | **TODD SEMPEL** | **12-30-15 - 12-31-15** | **$10,906,727** |

|  | Name and address of the person who has possession of inventory records |
|---|---|
|  | **JUDY STRAUB** **PREMIER MARINE, INC.** **PO BOX 509** **WYOMING, MN 55092** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **LORI MELBOSTAD** | **38052 FIELDSTONE DRIVE** **NORTH BRANCH, MN 55056** | **PRESIDENT AND CEO** | |
| **ROBERT MENNE** | **8924 RAPS ROAD** **COOK, MN 55723** | **CHAIRMAN AND DIRECTOR** | |
| **WENDELL PEDERSON** | **PO BOX 509** **WYOMING, MN 55092** | **CHIEF FINANCIAL OFFICER** | |
| **BETTY MENNE** | **8924 RAPS ROAD** **COOK, MN 55723** | **SECRETARY AND DIRECTOR** | |
| **EUGENE HALLBERG** | **26470 FALLBROOK AVENUE** **WYOMING, MN 55092** | **DIRECTOR** | |
| **SEE ATTACHED EXHIBIT 28** | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor  **PREMIER MARINE, INC.**                                    Case number *(if known)*  **17-32006**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **LORI MELBOSTAD**<br>**38052 FIELDSTONE DRIVE**<br>**NORTH BRANCH, MN 55056**<br><br>Relationship to debtor<br>**PRESIDENT** | **$3,948.29** | **SEE ATTACHED EXHIBIT 30** | **EXPENSE REIMBURSEMENT** |
| 30.2. | **LORI MELBOSTAD**<br>**38052 FIELDSTONE DRIVE**<br>**NORTH BRANCH, MN 55056**<br><br>Relationship to debtor<br>**PRESIDENT** | **$139,615.30** | **SEE ATTACHED EXHIBIT 30** | **WAGES** |
| 30.3. | **ROBERT MENNE**<br>**8924 RAPS ROAD**<br>**COOK, MN 55723**<br><br>Relationship to debtor<br>**SHAREHOLDER AND EMPLOYEE** | **$88,200.00** | **SEE ATTACHED EXHIBIT 30** | **WAGES** |
| 30.4. | **ROBERT MENNE**<br>**8924 RAPS ROAD**<br>**COOK, MN 55723**<br><br>Relationship to debtor<br>**SHAREHOLDER AND EMPLOYEE** | **$677.00** | **SEE ATTACHED EXHIBIT 30** | **EXPENSE REIMBURSEMENT** |
| 30.5. | **BETTY MENNE**<br>**8924 RAPS ROAD**<br>**COOK, MN 55723**<br><br>Relationship to debtor<br>**SHAREHOLDER AND EMPLOYEE** | **$63,323.02** | **SEE ATTACHED EXHIBIT 30** | **WAGES** |
| 30.6. | **EC HALLBERG LEASING**<br>**C/O HALLBERG MARINE INC**<br>**26470 FALLBROOK AVENUE**<br>**WYOMING, MN 55092**<br><br>Relationship to debtor<br>**SHAREHOLDER/DIRECTOR** | **$147,862.00** | **SEE ATTACHED EXHIBIT 30** | **LEASE PAYMENTS AND LEASE BUYOUTS** |
| 30.7. | **HALLBERG MARINE INC**<br>**PO BOX 277**<br>**WYOMING, MN 55092**<br><br>Relationship to debtor<br>**SHAREHOLDER/DIRECTOR** | **$56,663.00** | **SEE ATTACHED EXHIBIT 30** | **LEASE PAYMENT** |

Debtor    **PREMIER MARINE, INC.**                                      Case number (if known)  **17-32006**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.8. | **HALLBERG INC**<br>**PO BOX 277**<br>**WYOMING, MN 55092** | **$27,514.00** | **SEE ATTACHED EXHIBIT 30** | **LEASE PAYMENT** |
| | Relationship to debtor<br>**SHAREHOLDER/DIRECTOR** | | | |
| 30.9. | **MENNE HOLDINGS**<br>**C/O PREMIER MARINE INC**<br>**PO BOX 509**<br>**WYOMING, MN 55092** | **$10,000.00** | **SEE ATTACHED EXHIBIT 30** | **NORTH BRANCH APPLICATION FEE - NEW BUILDING** |
| | Relationship to debtor<br>**SHAREHOLDER** | | | |
| 30.10. | **MICHAEL MENNE**<br>**STRAIGHT PRODUCTIONS**<br>**11505 HILLCREST COURT N**<br>**GRANT, MN 55110** | **$2,116.94** | **SEE ATTACHED EXHIBIT 30** | **EXPENSE REIMBURSEMENT** |
| | Relationship to debtor<br>**EMPLOYEE** | | | |
| 30.11. | **STEVE MELBOSTAD**<br>**38052 FIELDSTONE DRIVE**<br>**NORTH BRANCH, MN 55056** | **$2,083.31** | **NORTH BRANCH APPLICATION FEE - NEW BUILDING** | **EXPENSE REIMBURSEMENT** |
| | Relationship to debtor<br>**EMPLOYEE** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor   **PREMIER MARINE, INC.**                                    Case number *(if known)*   **17-32006**

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  5, 2017**

**/s/ LORI J. MELBOSTAD**                                **LORI J. MELBOSTAD**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    **PRESIDENT**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# STATEMENT OF FINANCIAL AFFAIRS
# EXHIBIT 3(b)

| Vendor | Name | On Creditor List | Type | Check | Invoice | Due/Paid Date | Amt Paid |
|---|---|---|---|---|---|---|---|
| VA03057 | American Bank | #N/A | Payment | 201607427 6/16/2017 Loan Payment | | 6/16/2017 | 238,843.53 |
| VA03057 | American Bank | #N/A | Payment | 201607426 6/16/2017 Wire Fee | | 6/16/2017 | 10.00 |
| VA03057 | American Bank | #N/A | Payment | 201607420 Hallberg Note Pmt #37 | | 6/15/2017 | 18,575.00 |
| VA03057 | American Bank | #N/A | Payment | 201607418 6/14/2017 Loan Payment | | 6/14/2017 | 53,629.35 |
| VA03057 | American Bank | #N/A | Payment | 201607417 6/14/2017 NSF Fee | | 6/14/2017 | 4.00 |
| VA03057 | American Bank | #N/A | Payment | 201607416 6/13/2017 Loan Payment | | 6/13/2017 | 3,584.68 |
| VA03057 | American Bank | #N/A | Payment | 201607415 6/12/2017 Loan Payment | | 6/12/2017 | 1,513.90 |
| VA03057 | American Bank | #N/A | Payment | 201607414 6/12/2017 Stop Pay Fee | | 6/12/2017 | 56.00 |
| VA03057 | American Bank | #N/A | Payment | 201607413 6/9/2017 Stop Pay Fee | | 6/9/2017 | 28.00 |
| VA03057 | American Bank | #N/A | Payment | 201607363 6/8/2017 Loan Payment | | 6/8/2017 | 79,623.71 |
| VA03057 | American Bank | #N/A | Payment | 201607361 6/7/2017 Stop Pay Fee | | 6/7/2017 | 4.00 |
| VA03057 | American Bank | #N/A | Payment | 201607359 6/6/2017 Int'l Wire Fe | | 6/6/2017 | 25.00 |
| VA03057 | American Bank | #N/A | Payment | 201607358 6/5/2017 Loan Payment | | 6/5/2017 | 32,056.37 |
| VA03057 | American Bank | #N/A | Payment | 201607357 6/5/2017 Remote Servic | | 6/5/2017 | 20.00 |
| VA03057 | American Bank | #N/A | Payment | 201607364 6/5/2017 Remote Dep Fe | | 6/5/2017 | 27.75 |
| VA03057 | American Bank | #N/A | Payment | 201607354 6/2/2017 Wire Fee | | 6/2/2017 | 70.00 |
| VA03057 | American Bank | #N/A | Payment | 201607353 6/2/2017 NSF Fees | | 6/2/2017 | 112.00 |
| VA03057 | American Bank | #N/A | Payment | 201607322 5/31/2017 Loan Payment | | 5/31/2017 | 70,406.43 |
| VA03057 | American Bank | #N/A | Payment | 201607320 5/31/2017 Service Fee | | 5/31/2017 | 147.74 |
| VA03057 | American Bank | #N/A | Payment | 201607317 5/30/2017 Loan Payment | | 5/30/2017 | 12,678.97 |
| VA03057 | American Bank | #N/A | Payment | 201607318 5/24/2017 Wire Fee | | 5/24/2017 | 10.00 |
| VA03057 | American Bank | #N/A | Payment | 201607294 5/23/2017 Loan Payment | | 5/23/2017 | 44,438.13 |
| VA03057 | American Bank | #N/A | Payment | 201607293 5/23/2017 Wire Fee | | 5/23/2017 | 10.00 |
| VA03057 | American Bank | #N/A | Payment | 201607285 5/17/2017 Loan Payment | | 5/17/2017 | 80,092.74 |
| VA03057 | American Bank | #N/A | Payment | 201607284 5/16/2017 Service Fee | | 5/16/2017 | 8.00 |
| VA03057 | American Bank | #N/A | Payment | 201607283 5/12/2017 Loan Payment | | 5/12/2017 | 20,192.14 |
| VA03057 | American Bank | #N/A | Payment | 201607268 Hallberg Note Pmt #36 | | 5/15/2017 | 18,575.00 |
| VA03057 | American Bank | #N/A | Payment | 201607324 20170601 LOC Payment | | 6/1/2017 | 28,190.82 |
| VA03057 | American Bank | #N/A | Payment | 201607253 5/10/2017 Loan Payment | | 5/10/2017 | 13,689.50 |
| VA03057 | American Bank | #N/A | Payment | 201607249 5/8/2017 Loan Payment | | 5/8/2017 | 173,366.23 |
| VA03057 | American Bank | #N/A | Payment | 201607248 5/5/2017 Service Fee | | 5/5/2017 | 20.00 |
| VA03057 | American Bank | #N/A | Payment | 201607247 5/5/2017 Remote Dep Fe | | 5/5/2017 | 27.75 |
| VA03057 | American Bank | #N/A | Payment | 201607246 5/5/2017 Wire Fee | | 5/5/2017 | 10.00 |
| VA03057 | American Bank | #N/A | Payment | 201607242 5/3/2017 Wire Fee | | 5/3/2017 | 10.00 |
| VA03057 | American Bank | #N/A | Payment | 201607241 5/2/2017 Loan Payment | | 5/2/2017 | 50,743.98 |

| VA03057 | American Bank | #N/A | Payment | 201607225 5/2/2017 Wire Fees | 5/2/2017 | 70.00 |
|---------|---------------|------|---------|------------------------------|----------|-------|
| VA03057 | American Bank | #N/A | Payment | 201607224 5/1/2017 Loan Payment | 5/1/2017 | 8,750.32 |
| VA03057 | American Bank | #N/A | Payment | 201607220 4/2017 Service Charge | 4/28/2017 | 132.42 |
| VA03057 | American Bank | #N/A | Payment | 201607219 4/27/2017 Loan Payment | 4/27/2017 | 56,860.47 |
| VA03057 | American Bank | #N/A | Payment | 201607221 4/26/2017 Loan Payment | 4/26/2017 | 3,763.70 |
| VA03057 | American Bank | #N/A | Payment | 201607197 4/24/17 Loan Payment | 4/24/2017 | 97,928.99 |
| VA03057 | American Bank | #N/A | Payment | 201607189 4/21/2017 Wire Fee | 4/21/2017 | 10.00 |
| VA03057 | American Bank | #N/A | Payment | 201607171 4/19/2017 Loan Payment | 4/19/2017 | 35,923.70 |
| VA03057 | American Bank | #N/A | Payment | 201607170 4/18/2017 Loan Payment | 4/18/2017 | 20,459.18 |
| VA03057 | American Bank | #N/A | Payment | 201607165 Hallberg Note Pmt #35 | 4/17/2017 | 18,575.00 |
| VA03057 | American Bank | #N/A | Payment | 201607216 20170501 LOC Payment | 5/1/2017 | 26,610.49 |
| VA03057 | American Bank | #N/A | Payment | 201607163 4/13/2017 Loan Payment | 4/13/2017 | 92,117.55 |
| VA03057 | American Bank | #N/A | Payment | 201607162 4/13/2017 Wire Fee | 4/13/2017 | 10.00 |
| VA03057 | American Bank | #N/A | Payment | 201607155 4/12/2017 Loan Payment | 4/12/2017 | 175,531.79 |
| VA03057 | American Bank | #N/A | Payment | 201607151 4/11/2017 Loan Payment | 4/11/2017 | 79,570.49 |
| VA03057 | American Bank | #N/A | Payment | 201607136 4/07/2017 Loan Payment | 4/7/2017 | 98,207.96 |
| VA03057 | American Bank | #N/A | Payment | 201607132 4/05/2017 Loan Payment | 4/5/2017 | 115,863.21 |
| VA03057 | American Bank | #N/A | Payment | 201607126 3/31/2017 Wire Fee | 3/31/2017 | 10.00 |
| VA03057 | American Bank | #N/A | Payment | 201607123 4/5/2017 Remote Fee | 4/5/2017 | 27.75 |
| VA03057 | American Bank | #N/A | Payment | 201607122 4/5/2017 Service Fee | 4/5/2017 | 20.00 |
| VA03057 | American Bank | #N/A | Payment | 201607121 4/04/2017 Loan Payment | 4/4/2017 | 57,090.74 |
| VA03057 | American Bank | #N/A | Payment | 201607121 4/04/2017 Loan Payment | 4/4/2017 | (57,090.74) |
| VA03057 | American Bank | #N/A | Payment | 201607119 4/3/2017 Loan Payment | 4/3/2017 | 69,091.46 |
| VA03057 | American Bank | #N/A | Payment | 201607119 4/3/2017 Loan Payment | 4/3/2017 | (69,091.46) |
| VA03057 | American Bank | #N/A | Payment | 201607117 4/3/2017 Wire Fee | 4/3/2017 | 70.00 |
| VA03057 | American Bank | #N/A | Payment | 201607116 4/01/2017 Loan Payment | 4/1/2017 | 69.75 |
| VA03057 | American Bank | #N/A | Payment | 201607116 4/01/2017 Loan Payment | 4/1/2017 | (69.75) |
| VA03057 | American Bank | #N/A | Payment | 201607115 3/31/2017 Loan Payment | 3/31/2017 | 1,122.61 |
| VA03057 | American Bank | #N/A | Payment | 201607115 3/31/2017 Loan Payment | 3/31/2017 | (1,122.61) |
| VA03057 | American Bank | #N/A | Payment | 201607114 3/31/2017 Service Fee | 3/31/2017 | 62.54 |
| VA03057 | American Bank | #N/A | Payment | 201607110 20170401 LOC Payment | 4/3/2017 | 27,249.27 |
| VA03057 | American Bank | #N/A | Payment | 201607092 3/30/2017 Wire Fees | 3/31/2017 | 70.00 |
| VA03057 | American Bank | #N/A | Payment | 201607090 3/30/2017 Wire Fee | 3/30/2017 | 10.00 |
| VA03057 | American Bank | #N/A | Payment | 201607089 3/29/2017 Loan Payment | 3/29/2017 | 17,943.14 |
| VA03057 | American Bank | #N/A | Payment | 201607085 3/29/2017 Wire Fee | 3/29/2017 | 10.00 |
| VA03057 | American Bank | #N/A | Payment | 201607084 3/27/2017 Loan Payment | 3/27/2017 | 58,735.93 |

| VA03057 | American Bank | #N/A | Payment | 201607082 3/24/2017 Loan Payment | | 3/24/2017 | 44,375.31 |
|---------|---------------|------|---------|----------------------------------|--|-----------|----------|
| VA03057 | American Bank | #N/A | Payment | 201607081 3/23/2017 Loan Payment | | 3/23/2017 | 138,434.76 |
| VA03057 | American Bank | #N/A | Payment | 201607077 3/22/2017 Loan Payment | | 3/22/2017 | 71,724.90 |
| VA03057 | American Bank | #N/A | Payment | 201607076 3/21/2017 Loan Payment | | 3/21/2017 | 30,595.22 |
| VA03057 | American Bank | #N/A | Payment | 201607323 Hallberg Note Pmt #25 | | 5/31/2017 | 18,575.00 |
| VA03057 | American Bank | #N/A | Payment | 201607321 Hallberg Note Pmt #14 | | 5/31/2017 | 629.04 |
| | **American Bank Total** | | | | | | 2,179,728.85 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607340 | 8879168 | 6/6/2017 | 15,700.50 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607199 | 8853527 | 4/25/2017 | 32,694.91 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607340 | 8853527 | 6/6/2017 | (27,696.41) |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607209 | 8858756 | 4/26/2017 | 17,419.61 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607397 | 8851450 | 6/16/2017 | 6,836.96 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607271 | 8851172 | 5/16/2017 | 7,957.18 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607306 | 8851172 | 5/25/2017 | 5,000.80 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607380 | 8851172 | 6/12/2017 | 8,604.52 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607255 | 8851171 | 5/11/2017 | 6,293.40 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607340 | 8851171 | 6/6/2017 | 682.73 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607380 | 8851171 | 6/12/2017 | 608.51 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607274 | 8851066 | 5/17/2017 | 15,375.36 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607340 | 8851066 | 6/6/2017 | (10,376.86) |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607340 | 8850967 | 6/6/2017 | 23,420.00 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607340 | 8850959 | 6/6/2017 | 24,183.50 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607309 | 8850482 | 5/26/2017 | 10,320.00 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607340 | 8850482 | 6/6/2017 | 14,108.50 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607340 | 8850481 | 6/6/2017 | 8,828.50 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607340 | 8850474 | 6/6/2017 | 8,828.50 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607237 | 8850211 | 5/3/2017 | 15,829.60 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607340 | 8850211 | 6/6/2017 | 5,084.90 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607214 | 2462400 | 5/1/2017 | 5,546.98 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607255 | 2462400 | 5/11/2017 | 5,448.02 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607125 | 8829744 | 3/28/2017 | 44,108.71 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607125 | 8826106 | 3/28/2017 | 12,239.86 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607125 | 8825813 | 3/28/2017 | 14,202.54 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607125 | 8825812 | 3/28/2017 | 75,035.56 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607125 | 8825811 | 3/28/2017 | 20,705.35 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607340 | 2431916 | 6/6/2017 | (400.00) |

| VA01168 | Mercury Marine | VA01168 | Payment | 201607060 | 8814120 | 3/21/2017 | 18,913.23 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607060 | 8814892 | 3/21/2017 | 39.34 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607125 | 8729892 | 3/28/2017 | 10,490.13 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607125 | 8724646 | 3/28/2017 | 133.20 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607255 | 7250.4 | 5/11/2017 | 5,578.19 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607125 | 8721230 | 3/28/2017 | 830.22 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607125 | 8697446 | 3/28/2017 | 135.96 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607176 | 8697446 | 4/17/2017 | 32,070.48 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607340 | 8697446 | 6/6/2017 | (31,295.53) |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607161 | 8448881 | 4/13/2017 | 5,546.98 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607168 | 8448881 | 4/18/2017 | 13,068.31 |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607340 | 8448881 | 6/6/2017 | (6,403.79) |
| VA01168 | Mercury Marine | VA01168 | Payment | 201607154 | 8666669 | 4/12/2017 | 337,717.07 |
| | **Mercury Marine Total** | | | | | | 753,415.52 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607325 PLA0820 | | 5/12/2017 | 7,369.50 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607208 | | 4/30/2017 | 967,211.79 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607208 WF Funding Credit 3/17 | | 4/30/2017 | (72,022.78) |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607086 PLA0819 | | 3/29/2017 | 120,697.67 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607208 WF Funding Int Cr 2/17 | | 4/30/2017 | (38,987.26) |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607208 WF Funding Credit 2/17 | | 4/30/2017 | (236,376.49) |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607208 PLA0815 | | 4/30/2017 | (332,258.47) |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607327 | 2242106 | 5/23/2017 | 1,426.48 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607254 | 2872.81 | 5/11/2017 | 2,872.81 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607254 | 2162362 | 5/11/2017 | 1,511.33 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607270 | 2181872 | 5/16/2017 | 16,960.65 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607327 | 2181872 | 5/23/2017 | 1,442.21 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607254 | 2191624 | 5/11/2017 | 75.14 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607327 | 2191624 | 5/23/2017 | 842.03 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607254 | 2164574 | 5/11/2017 | 558.63 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607254 | 2188761 | 5/11/2017 | 2,351.59 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607327 | 2231926 | 5/23/2017 | 558.63 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607327 | 2233704 | 5/23/2017 | 4,424.00 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607191 | 2525502 | 4/21/2017 | 8,575.00 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607239 | 91036901 | 5/9/2017 | 9,796.00 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607112 | 2273550 | 4/4/2017 | 254,876.72 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W | VA01223 | Payment | 201607208 | 2273550 | 4/30/2017 | (253,696.72) |

| | | | | | | |
|---|---|---|---|---|---|---|
| VA01223 | YAMAHA MOTOR CORPORATION ** W VA01223 | Payment | 201607111 | 2271533 | 4/4/2017 | 19,377.45 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W VA01223 | Payment | 201607208 | 2271533 | 4/30/2017 | (17,431.53) |
| VA01223 | YAMAHA MOTOR CORPORATION ** W VA01223 | Payment | 201607103 | 91015186 | 3/30/2017 | 19,530.22 |
| VA01223 | YAMAHA MOTOR CORPORATION ** W VA01223 | Payment | 201607208 | 91015186 | 4/30/2017 | (14,740.22) |
| VA01223 | YAMAHA MOTOR CORPORATION ** W VA01223 | Payment | 201607208 | 2132179 | 4/30/2017 | (542.58) |
| VA01223 | YAMAHA MOTOR CORPORATION ** W VA01223 | Payment | 201607208 | 2125389 | 4/30/2017 | (95.67) |
| VA01223 | YAMAHA MOTOR CORPORATION ** W VA01223 | Payment | 201607208 | 2117576 | 4/30/2017 | (68.82) |
| VA01223 | YAMAHA MOTOR CORPORATION ** W VA01223 | Payment | 201607208 | 2117528 | 4/30/2017 | (24.17) |
| VA01223 | YAMAHA MOTOR CORPORATION ** W VA01223 | Payment | 201607208 | 2095606 | 4/30/2017 | (967.08) |
| | **YAMAHA MOTOR CORPORATION  ** Wire Payment** Total** | | | | | 473,246.06 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607319 PO#P5004378 | | 6/6/2017 | 1,910.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607297 5/25/2017 Freight | | 5/25/2017 | 1,950.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607297 PO#P5002417 | | 5/25/2017 | 220.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607297 PO#P5002412 | | 5/25/2017 | 3,900.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607297 PO#P5002414 | | 5/25/2017 | 325.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607297 PO#P5002892 | | 5/25/2017 | 1,950.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607296 PO#P5001769 | | 5/25/2017 | 7,820.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607296 PO#P5002311 | | 5/25/2017 | 9,440.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607296 PO#P5002739 | | 5/25/2017 | 6,785.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607296 PO#P5003090 | | 5/25/2017 | 10,556.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607296 PO#P5002285 | | 5/25/2017 | 9,190.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607296 PO#P5001997 | | 5/25/2017 | 4,355.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607095 | 258065 | 3/31/2017 | 485.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607095 | 258064 | 3/31/2017 | 595.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607043 | 259098 | 3/24/2017 | 10,205.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607043 | 259094 | 3/24/2017 | 4,265.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607043 | 259659 | 3/24/2017 | 330.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607095 | 259284 | 3/31/2017 | 1,900.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607095 | 259667 | 3/31/2017 | 325.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 261708 | 6/16/2017 | 5,980.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 261731 | 6/16/2017 | 8,155.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 261730 | 6/16/2017 | 595.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 261728 | 6/16/2017 | 13,145.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 261727 | 6/16/2017 | 7,805.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 261711 | 6/16/2017 | 10,810.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 261710 | 6/16/2017 | 90.10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 261704 | 6/16/2017 | 1,145.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 261103 | 6/16/2017 | 1,855.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 261102 | 6/16/2017 | 2,915.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 261087 | 6/16/2017 | 265.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 261089 | 6/16/2017 | 3,250.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 261088 | 6/16/2017 | 530.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 261028 | 6/16/2017 | 1,320.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 260196 | 4/14/2017 | 3,900.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 260134 | 4/14/2017 | 3,900.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 260102 | 4/14/2017 | 3,900.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260857 | 6/16/2017 | 1,950.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260858 | 6/16/2017 | 1,950.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607187 | 260287 | 4/21/2017 | 1,950.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607187 | 260286 | 4/21/2017 | 1,950.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 260022 | 4/14/2017 | 1,950.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 260021 | 4/14/2017 | 1,950.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607095 | 259338 | 3/31/2017 | 1,950.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260976 | 6/16/2017 | 8,790.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260975 | 6/16/2017 | 6,305.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260974 | 6/16/2017 | 3,855.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260973 | 6/16/2017 | 4,470.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260927 | 6/16/2017 | 2,685.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260926 | 6/16/2017 | 11,095.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260925 | 6/16/2017 | 11,095.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260832 | 6/16/2017 | 664.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607187 | 260831 | 4/21/2017 | 325.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607187 | 260709 | 4/21/2017 | 110.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260708 | 6/16/2017 | 4,305.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260707 | 6/16/2017 | 6,390.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607187 | 260585 | 4/21/2017 | 325.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260584 | 6/16/2017 | 1,590.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260583 | 6/16/2017 | 1,590.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260582 | 6/16/2017 | 975.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607187 | 260418 | 4/21/2017 | 90.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260327 | 6/16/2017 | 3,900.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 260269 | 4/14/2017 | 110.00 |

| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 260268 | 4/14/2017 | 550.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607319 | 260259 | 6/6/2017 | 9,830.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607187 | 260258 | 4/21/2017 | 680.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607301 | 260257 | 5/25/2017 | 8,984.50 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607319 | 260257 | 6/6/2017 | 1,130.50 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607301 | 260257 | 5/25/2017 | (8,984.50) |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260257 | 6/16/2017 | 8,984.50 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607187 | 260256 | 4/21/2017 | 8,400.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607187 | 260255 | 4/21/2017 | 10,810.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607296 | 260254 | 5/25/2017 | 1,210.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 260253 | 4/14/2017 | 770.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607296 | 260252 | 5/25/2017 | 3,604.60 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607297 | 260252 | 5/25/2017 | 639.50 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607319 | 260252 | 6/6/2017 | 1,305.90 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607319 | 260251 | 6/6/2017 | 8,400.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607319 | 260250 | 6/6/2017 | 2,783.60 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607395 | 260250 | 6/16/2017 | 161.40 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607319 | 260249 | 6/6/2017 | 2,585.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607319 | 260248 | 6/6/2017 | 9,940.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607187 | 260247 | 4/21/2017 | 425.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 260246 | 4/14/2017 | 115.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259810 | 4/14/2017 | 285.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259801 | 4/14/2017 | 2,352.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259800 | 4/14/2017 | 650.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259799 | 4/14/2017 | 6,770.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259798 | 4/14/2017 | 220.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259797 | 4/14/2017 | 8,400.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259796 | 4/14/2017 | 4,360.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259795 | 4/14/2017 | 3,030.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259794 | 4/14/2017 | 10,030.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259793 | 4/14/2017 | 9,454.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259792 | 4/14/2017 | 5,726.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259726 | 4/14/2017 | 595.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607095 | 259660 | 3/31/2017 | 330.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607095 | 259658 | 3/31/2017 | 990.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607095 | 259657 | 3/31/2017 | 990.00 |

| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607043 | 259656 | 3/24/2017 | 380.00 |
|---------|-----|---------|---------|-----------|--------|-----------|--------|
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607095 | 259583 | 3/31/2017 | 340.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607095 | 259582 | 3/31/2017 | 2,685.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259581 | 4/14/2017 | 8,400.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259580 | 4/14/2017 | 2,685.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259579 | 4/14/2017 | 11,440.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259578 | 4/14/2017 | 6,090.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259577 | 4/14/2017 | 4,565.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259576 | 4/14/2017 | 445.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607095 | 259575 | 3/31/2017 | 4,280.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259575 | 4/14/2017 | 5,225.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259574 | 4/14/2017 | 10,205.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607148 | 259573 | 4/14/2017 | 9,475.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607043 | 259283 | 3/24/2017 | 325.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607043 | 259282 | 3/24/2017 | 650.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607043 | 259281 | 3/24/2017 | 380.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607043 | 259280 | 3/24/2017 | 325.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607043 | 259107 | 3/24/2017 | 9,835.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607043 | 259106 | 3/24/2017 | 2,945.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607043 | 259105 | 3/24/2017 | 2,685.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607043 | 259104 | 3/24/2017 | 2,240.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607043 | 259102 | 3/24/2017 | 920.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607043 | 259101 | 3/24/2017 | 170.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607095 | 259097 | 3/31/2017 | 5,525.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607043 | 259096 | 3/24/2017 | 3,030.00 |
| VA02863 | Lippert Components Inc. (Lexington) | VA02863 | Payment | 201607095 | 259095 | 3/31/2017 | 4,605.00 |
| | **Lippert Components Inc. (Lexington) Total** | | | | | | 454,742.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 20201746 RotoSpeed | | 5/31/2017 | (110,000.00) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607300 | 1053 | 5/31/2017 | 2,909.12 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607300 | 1051 | 5/31/2017 | 2,909.12 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607278 | 1043 | 5/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607300 | 1042 | 5/31/2017 | 1,173.45 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607278 | 1034 | 5/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607278 | 1030 | 5/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607278 | 1029 | 5/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607278 | 1028 | 5/19/2017 | 298.10 |

| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 90322 PO#P5003623 | | 4/26/2017 | 75.75 |
|---|---|---|---|---|---|---|
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 1262 | 5/31/2017 | 19.30 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607304 | 1152 | 5/26/2017 | 10.40 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607300 | 1075 | 5/31/2017 | 475.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607278 | 1047 | 5/19/2017 | 135.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 90278 PO#P5003512 | | 4/19/2017 | 528.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 90278 PO#P5003102 | | 4/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 90278 PO#P5003662 | | 4/19/2017 | 1,492.76 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 994 | 5/31/2017 | 52.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 993 | 5/31/2017 | 72.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 958 | 5/31/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 931 | 5/31/2017 | 168.70 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 900 | 5/31/2017 | 1,088.34 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 888 | 5/31/2017 | 400.20 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 877 | 5/31/2017 | 767.25 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 90235 PO#P5002681 | | 4/7/2017 | 2,835.58 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607131 | 700 | 4/10/2017 | 365.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 1245 | 5/31/2017 | 4,983.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607131 | 723 | 4/10/2017 | 40.20 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607131 | 469 | 4/10/2017 | 918.49 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607131 | 468 | 4/10/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607131 | 467 | 4/10/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607131 | 461 | 4/10/2017 | 79.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607131 | 460 | 4/10/2017 | 365.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 459 | 5/31/2017 | 582.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607131 | 458 | 4/10/2017 | 79.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607131 | 455 | 4/10/2017 | 596.20 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607131 | 802 | 4/10/2017 | 2,770.37 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607131 | 876 | 4/10/2017 | 1,912.35 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607131 | 1057 | 4/10/2017 | 3,821.99 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607131 | 1056 | 4/10/2017 | 3,871.99 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607131 | 453 | 4/10/2017 | 654.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607411 | 1365 | 6/19/2017 | 1,462.24 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607411 | 1366 | 6/19/2017 | 586.61 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607411 | 1361 | 6/19/2017 | 2,350.57 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607411 | 1358 | 6/19/2017 | 5,775.75 |

| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607131 | 1081 | 4/10/2017 | 1,403.25 |
|---------|------------------------------------------|---------|---------|-----------|------|-----------|----------|
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607131 | 1263 | 4/10/2017 | 418.75 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1354 | 6/19/2017 | 582.58 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1348 | 6/19/2017 | 1,466.88 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1349 | 6/19/2017 | 582.58 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1350 | 6/19/2017 | 3,266.66 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1351 | 6/19/2017 | 2,938.20 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1352 | 6/19/2017 | 2,054.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1353 | 6/19/2017 | 2,054.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1355 | 6/19/2017 | 77.95 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1357 | 6/19/2017 | 77.95 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1356 | 6/19/2017 | 143.20 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 1260 | 5/31/2017 | 365.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 1259 | 5/31/2017 | 365.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 1258 | 5/31/2017 | 365.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607131 | 1257 | 4/10/2017 | 117.25 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 1256 | 5/31/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 1255 | 5/31/2017 | 1,466.47 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 1254 | 5/31/2017 | 3,708.72 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 1253 | 5/31/2017 | 2,850.36 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 1252 | 5/31/2017 | 2,728.60 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607131 | 1251 | 4/10/2017 | 2,728.60 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607131 | 1250 | 4/10/2017 | 2,850.36 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607131 | 1249 | 4/10/2017 | 2,389.84 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607131 | 1248 | 4/10/2017 | 2,409.59 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 1247 | 5/31/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 1246 | 5/31/2017 | 2,371.96 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607131 | 210 | 4/10/2017 | 159.36 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1289 | 6/19/2017 | 3,276.33 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1296 | 6/19/2017 | 360.30 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607370 | 1295 | 6/15/2017 | 2,980.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1323 | 6/19/2017 | 3,278.54 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1322 | 6/19/2017 | 3,572.26 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1321 | 6/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1320 | 6/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1319 | 6/19/2017 | 1,165.16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1318 | 6/19/2017 | 2,389.84 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1317 | 6/19/2017 | 2,389.84 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1316 | 6/19/2017 | 2,723.21 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1315 | 6/19/2017 | 3,316.17 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1314 | 6/19/2017 | 3,234.67 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1313 | 6/19/2017 | 3,234.67 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1312 | 6/19/2017 | 3,227.77 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1311 | 6/19/2017 | 3,543.36 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1310 | 6/19/2017 | 3,032.80 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1309 | 6/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1308 | 6/19/2017 | 2,329.52 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1293 | 6/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1338 | 6/19/2017 | 285.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1337 | 6/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1336 | 6/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1335 | 6/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1334 | 6/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1333 | 6/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1332 | 6/19/2017 | 884.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1331 | 6/19/2017 | 2,032.27 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1330 | 6/19/2017 | 1,794.55 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1329 | 6/19/2017 | 2,665.25 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1328 | 6/19/2017 | 3,520.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1327 | 6/19/2017 | 2,620.49 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1326 | 6/19/2017 | 2,620.49 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1325 | 6/19/2017 | 1,487.33 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1324 | 6/19/2017 | 3,520.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1346 | 6/19/2017 | 342.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1345 | 6/19/2017 | 1,805.62 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1344 | 6/19/2017 | 2,329.52 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1343 | 6/19/2017 | 2,629.64 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1342 | 6/19/2017 | 1,181.14 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1341 | 6/19/2017 | 2,333.79 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1340 | 6/19/2017 | 582.58 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1339 | 6/19/2017 | 875.69 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure [ | VA02953 | Payment | 201607411 | 1307 | 6/19/2017 | 3,284.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607411 | 1305 | 6/19/2017 | 96.75 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607367 | 1304 | 6/12/2017 | 11.48 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607411 | 1304 | 6/19/2017 | 50.02 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607411 | 1303 | 6/19/2017 | 3,554.67 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607411 | 1302 | 6/19/2017 | 1,218.78 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607411 | 1301 | 6/19/2017 | 1,516.88 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607411 | 1300 | 6/19/2017 | 1,516.88 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607411 | 1299 | 6/19/2017 | 1,516.88 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607370 | 1298 | 6/15/2017 | 1,516.88 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607370 | 1297 | 6/15/2017 | 3,405.92 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607370 | 1294 | 6/15/2017 | 2,713.96 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607370 | 1292 | 6/15/2017 | 2,690.78 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607370 | 1291 | 6/15/2017 | 3,234.67 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607370 | 1290 | 6/15/2017 | 1,447.36 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607411 | 1290 | 6/19/2017 | 327.75 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607411 | 1288 | 6/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607370 | 1287 | 6/15/2017 | 922.79 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607367 | 1284 | 6/12/2017 | 281.20 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607370 | 1283 | 6/15/2017 | 1,181.14 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607367 | 1282 | 6/12/2017 | 1,461.04 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607367 | 1281 | 6/12/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607367 | 1280 | 6/12/2017 | 767.25 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607370 | 1279 | 6/15/2017 | 588.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607367 | 1278 | 6/12/2017 | 3,520.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607367 | 1277 | 6/12/2017 | 2,352.20 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607367 | 1276 | 6/12/2017 | 1,170.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607367 | 1275 | 6/12/2017 | 168.70 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607367 | 1274 | 6/12/2017 | 1,799.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607367 | 1273 | 6/12/2017 | 55.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607367 | 1272 | 6/12/2017 | 1,165.16 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607367 | 1271 | 6/12/2017 | 2,560.25 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607367 | 1270 | 6/12/2017 | 1,964.19 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607367 | 1269 | 6/12/2017 | 3,042.80 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1268 | 5/31/2017 | 3,643.09 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607367 | 1268 | 6/12/2017 | 65.63 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1267 | 5/31/2017 | 3,708.72 |

| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1266 | 5/31/2017 | 3,708.72 |
|---------|--------------------------------------------------|---------|-----------|------|-----------|----------|
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1265 | 5/31/2017 | 3,266.66 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607131 | 1185 | 4/10/2017 | 2,185.55 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1167 | 5/31/2017 | 3,222.16 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1166 | 5/31/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1165 | 5/31/2017 | 159.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1164 | 5/31/2017 | 411.25 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1163 | 5/31/2017 | 281.20 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1162 | 5/31/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1161 | 5/31/2017 | 390.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1159 | 5/31/2017 | 1,485.02 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1158 | 5/31/2017 | 907.02 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1157 | 5/31/2017 | 2,940.79 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1156 | 5/26/2017 | 2,065.44 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1155 | 5/26/2017 | 133.83 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1155 | 5/31/2017 | 2,867.88 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1154 | 5/26/2017 | 1,224.93 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1153 | 5/26/2017 | 1,105.37 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1151 | 5/26/2017 | 922.80 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1150 | 5/26/2017 | 64.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1149 | 5/26/2017 | 2,233.25 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1148 | 5/26/2017 | 2,637.78 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1146 | 5/26/2017 | 365.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1145 | 5/26/2017 | 365.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1144 | 5/26/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1143 | 5/26/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1142 | 5/26/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1141 | 5/26/2017 | 1,173.45 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1140 | 5/26/2017 | 875.35 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1139 | 5/26/2017 | 2,652.13 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1138 | 5/26/2017 | 3,202.65 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1137 | 5/26/2017 | 1,206.71 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1136 | 5/26/2017 | 1,206.71 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1135 | 5/26/2017 | 2,674.96 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1134 | 5/26/2017 | 1,169.45 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1133 | 5/26/2017 | 1,169.45 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1132 | 5/26/2017 | 2,033.77 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1131 | 5/26/2017 | 2,909.12 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607304 | 1130 | 5/26/2017 | 3,202.65 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1129 | 5/31/2017 | 2,684.34 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1128 | 5/31/2017 | 179.35 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1128 | 5/31/2017 | 3,359.16 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1127 | 5/31/2017 | 1,206.71 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1126 | 5/31/2017 | 2,674.96 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1124 | 5/31/2017 | 1,132.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1123 | 5/31/2017 | 1,206.71 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1122 | 5/31/2017 | 2,687.09 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1121 | 5/31/2017 | 2,687.09 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1120 | 5/31/2017 | 1,862.92 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1119 | 5/31/2017 | 566.25 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1118 | 5/31/2017 | 79.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1117 | 5/31/2017 | 89.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1116 | 5/31/2017 | 84.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1115 | 5/31/2017 | 84.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1114 | 5/31/2017 | 179.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1113 | 5/31/2017 | 186.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1112 | 5/31/2017 | 110.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1111 | 5/31/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607282 | 1110 | 5/23/2017 | 86.85 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1110 | 5/31/2017 | 211.25 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607282 | 1109 | 5/23/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607282 | 1108 | 5/23/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607282 | 1107 | 5/23/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607262 | 1106 | 5/16/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607262 | 1105 | 5/16/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1104 | 5/31/2017 | 1,504.81 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607292 | 1103 | 5/19/2017 | 1,344.33 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607300 | 1103 | 5/31/2017 | 160.48 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607292 | 1102 | 5/19/2017 | 3,202.65 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607282 | 1101 | 5/23/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607292 | 1100 | 5/19/2017 | 2,037.96 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607292 | 1099 | 5/19/2017 | 2,037.96 |

| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607292 | 1098 | 5/19/2017 | 3,244.48 |
|---------|--------------------------------------------------|---------|-----------|------|-----------|----------|
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607292 | 1097 | 5/19/2017 | 2,684.34 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607292 | 1096 | 5/19/2017 | 2,679.16 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607292 | 1095 | 5/19/2017 | 1,504.81 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607262 | 1094 | 5/16/2017 | 1,788.79 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607262 | 1093 | 5/16/2017 | 1,741.29 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607262 | 1092 | 5/16/2017 | 2,604.55 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607262 | 1091 | 5/16/2017 | 1,206.71 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607262 | 1090 | 5/16/2017 | 2,637.70 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607262 | 1089 | 5/16/2017 | 3,494.52 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607262 | 1088 | 5/16/2017 | 2,472.14 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607262 | 1087 | 5/16/2017 | 1,206.71 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607262 | 1086 | 5/16/2017 | 1,206.71 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607262 | 1085 | 5/16/2017 | 1,169.45 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607262 | 1084 | 5/16/2017 | 1,169.45 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607292 | 1083 | 5/19/2017 | 2,909.12 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607262 | 1080 | 5/16/2017 | 281.20 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607262 | 1079 | 5/16/2017 | 281.20 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607262 | 1078 | 5/16/2017 | 1,639.75 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607262 | 1077 | 5/16/2017 | 5,436.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607282 | 1076 | 5/23/2017 | 356.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607282 | 1073 | 5/23/2017 | 10.40 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607282 | 1072 | 5/23/2017 | 273.25 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607282 | 1069 | 5/23/2017 | 175.05 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607292 | 1068 | 5/19/2017 | 2,033.20 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607292 | 1067 | 5/19/2017 | 3,821.99 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607282 | 1066 | 5/23/2017 | 3,821.99 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607282 | 1065 | 5/23/2017 | 3,821.99 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607282 | 1064 | 5/23/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607282 | 1063 | 5/23/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607282 | 1062 | 5/23/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607278 | 1061 | 5/19/2017 | 140.35 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607300 | 1061 | 5/31/2017 | 157.75 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607282 | 1060 | 5/23/2017 | 1,206.71 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607282 | 1058 | 5/23/2017 | 1,224.93 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure E VA02953 | Payment | 201607278 | 1055 | 5/19/2017 | 298.10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607282 | 1054 | 5/23/2017 | 2,909.12 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607282 | 1052 | 5/23/2017 | 2,909.12 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607278 | 1050 | 5/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607282 | 1049 | 5/23/2017 | 1,812.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607282 | 1041 | 5/23/2017 | 2,983.90 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607278 | 1040 | 5/19/2017 | 1,224.93 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607278 | 1039 | 5/19/2017 | 1,224.93 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607282 | 1038 | 5/23/2017 | 3,821.99 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607278 | 1037 | 5/19/2017 | 3,821.99 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607278 | 1036 | 5/19/2017 | 3,821.99 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607278 | 1035 | 5/19/2017 | 908.06 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607278 | 1033 | 5/19/2017 | 1,195.68 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607278 | 1032 | 5/19/2017 | 875.35 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607278 | 1031 | 5/19/2017 | 2,975.72 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607278 | 1027 | 5/19/2017 | 2,983.90 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607278 | 1026 | 5/19/2017 | 2,902.75 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607278 | 1025 | 5/19/2017 | 3,202.65 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607269 | 1024 | 5/16/2017 | 714.48 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607319 | 1024 | 5/31/2017 | 160.66 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607269 | 1024 | 5/16/2017 | (714.48) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607411 | 1024 | 6/19/2017 | 714.48 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607269 | 1023 | 5/16/2017 | 2,327.30 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607269 | 1023 | 5/16/2017 | (2,327.30) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607411 | 1023 | 6/19/2017 | 2,327.30 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607269 | 1022 | 5/16/2017 | 2,016.55 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607269 | 1022 | 5/16/2017 | (2,016.55) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607411 | 1022 | 6/19/2017 | 2,016.55 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607269 | 1021 | 5/16/2017 | 1,771.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607269 | 1021 | 5/16/2017 | (1,771.10) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607411 | 1021 | 6/19/2017 | 1,771.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607269 | 1020 | 5/16/2017 | 1,190.56 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607269 | 1020 | 5/16/2017 | (1,190.56) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607411 | 1020 | 6/19/2017 | 1,190.56 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607269 | 1019 | 5/16/2017 | 2,386.24 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607269 | 1019 | 5/16/2017 | (2,386.24) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C VA02953 | Payment | 201607411 | 1019 | 6/19/2017 | 2,386.24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1018 | 5/16/2017 | 2,663.16 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1018 | 5/16/2017 | (2,663.16) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1018 | 6/19/2017 | 2,663.16 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1017 | 5/16/2017 | 2,326.06 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1017 | 5/16/2017 | (2,326.06) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1017 | 6/19/2017 | 2,326.06 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1016 | 5/16/2017 | 282.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1016 | 5/16/2017 | (282.50) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1016 | 6/19/2017 | 282.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1015 | 5/16/2017 | 2,677.09 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1015 | 5/16/2017 | (2,677.09) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1015 | 6/19/2017 | 2,677.09 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1014 | 5/16/2017 | 3,207.22 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1014 | 5/16/2017 | (3,207.22) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1014 | 6/19/2017 | 3,207.22 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1013 | 5/16/2017 | 875.35 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1013 | 5/16/2017 | (875.35) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1013 | 6/19/2017 | 875.35 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1012 | 5/16/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1012 | 5/16/2017 | (298.10) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1012 | 6/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1011 | 5/16/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1011 | 5/16/2017 | (298.10) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1011 | 6/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1010 | 5/16/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1010 | 5/16/2017 | (298.10) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1010 | 6/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1009 | 5/16/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1009 | 5/16/2017 | (298.10) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1009 | 6/19/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1008 | 5/16/2017 | 2,033.33 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1008 | 5/16/2017 | (2,033.33) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1008 | 6/19/2017 | 2,033.33 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1007 | 5/16/2017 | 2,903.53 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1007 | 5/16/2017 | (2,903.53) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1007 | 6/19/2017 | 2,903.53 |

| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1006 | 5/16/2017 | 365.50 |
|---------|------------------------------------------|---------|---------|-----------|------|-----------|--------|
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607269 | 1006 | 5/16/2017 | (365.50) |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607411 | 1006 | 6/19/2017 | 365.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 1005 | 5/31/2017 | 365.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 1004 | 5/31/2017 | 1,206.71 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 1003 | 5/31/2017 | 2,033.77 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 1002 | 5/31/2017 | 365.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 1001 | 5/31/2017 | 365.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 1000 | 5/31/2017 | 365.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 999 | 5/31/2017 | 365.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 998 | 5/31/2017 | 576.81 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 997 | 5/31/2017 | 3,241.36 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 996 | 5/31/2017 | 3,889.07 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 995 | 5/31/2017 | 1,132.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 992 | 5/31/2017 | 3,871.99 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 991 | 5/31/2017 | 2,102.35 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 990 | 5/31/2017 | 1,206.71 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 989 | 5/31/2017 | 1,206.71 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 988 | 5/31/2017 | 851.90 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 987 | 5/31/2017 | 1,541.05 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 986 | 5/31/2017 | 691.90 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 985 | 5/31/2017 | 3,397.50 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 984 | 5/31/2017 | 4.83 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 983 | 5/31/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 982 | 5/31/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 981 | 5/31/2017 | 576.81 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 980 | 5/31/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 979 | 5/31/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 978 | 5/31/2017 | 1,504.81 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 977 | 5/31/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 976 | 5/31/2017 | 2,610.14 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 975 | 5/31/2017 | 2,019.46 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 974 | 5/31/2017 | 3,207.22 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 973 | 5/31/2017 | 1,173.45 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 972 | 5/31/2017 | 298.10 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure C | VA02953 | Payment | 201607319 | 971 | 5/31/2017 | 112.50 |

| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 970 | 5/31/2017 | 691.90 |
|---------|---------|---------|---------|---------|---------|---------|
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 969 | 5/31/2017 | 1,493.55 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 968 | 5/31/2017 | 1,887.60 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 967 | 5/31/2017 | 3,817.02 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 966 | 5/31/2017 | 3,520.81 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 965 | 5/31/2017 | 2,065.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 964 | 5/31/2017 | 168.70 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 963 | 5/31/2017 | 120.54 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607319 | 962 | 5/31/2017 | 102.00 |
| VA02953 | Dowco Plastics, LLC (formerly Leisure D VA02953 | Payment | 201607131 | 9608 | 4/10/2017 | (660.00) |
| | **Dowco Plastics, LLC (formerly Leisure Designs Inc.) Total** | | | | | 394,101.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607210 | 3621935 | 4/27/2017 | 50,470.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607299 | 3622308 | 5/24/2017 | 9,694.30 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607272 | 3620795 | 5/16/2017 | 5,634.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607298 | 3620795 | 5/24/2017 | 2,276.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607240 | 3619815 | 5/9/2017 | 1,606.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607256 | 3619815 | 5/11/2017 | 4,920.88 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607273 | 3619815 | 5/17/2017 | 14,812.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607240 | 3620487 | 5/9/2017 | 4,098.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607240 | 3621619 | 5/9/2017 | 11,542.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607240 | 3620486 | 5/9/2017 | 27,952.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607240 | 3618982 | 5/9/2017 | 11,646.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607240 | 3618238 | 5/9/2017 | 5,263.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607240 | 3616983 | 5/9/2017 | 13,064.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607238 | 3617641 | 5/5/2017 | 24,781.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607256 | 3617641 | 5/11/2017 | 11,248.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607238 | 3616982 | 5/5/2017 | 38,918.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607328 | 80021400854 | 5/23/2017 | 13,455.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607104 | 3604493 | 3/30/2017 | 60,776.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607343 | 3604493 | 6/5/2017 | 13,188.00 |
| VA01215 | HONDA MARINE ***Wire Payment*** VA01215 | Payment | 201607387 | 3604493 | 6/15/2017 | 5,634.00 |
| | **HONDA MARINE ***Wire Payment*** Total** | | | | | 330,978.18 |
| VA01789 | Bombardier Recreational Products | VA01789 | Payment | 201607158 662220RI | 4/13/2017 | 9,000.00 |
| VA01789 | Bombardier Recreational Products | VA01789 | Payment | 201607190 661087RI | 4/21/2017 | 9,000.00 |
| VA01789 | Bombardier Recreational Products | VA01789 | Payment | 201607344 653183RI | 6/6/2017 | 35,777.70 |
| VA01789 | Bombardier Recreational Products | VA01789 | Payment | 201607167 653182RI | 4/17/2017 | 26,953.40 |

| VA01789 | Bombardier Recreational Products | VA01789 | Payment | 201607113 651132RI | | 4/5/2017 | 2,474.54 |
|---------|----------------------------------|---------|---------|--------------------|----|----------|----------|
| VA01789 | Bombardier Recreational Products | VA01789 | Payment | 201607153 651132RI | | 4/12/2017 | 40,619.22 |
| VA01789 | Bombardier Recreational Products | VA01789 | Payment | 201607062 | 11205292 | 3/24/2017 | 918.72 |
| VA01789 | Bombardier Recreational Products | VA01789 | Payment | 201607062 | 11205358 | 3/24/2017 | 2,014.80 |
| VA01789 | Bombardier Recreational Products | VA01789 | Payment | 201607062 | 1205359 | 3/24/2017 | 918.72 |
| VA01789 | Bombardier Recreational Products | VA01789 | Payment | 201607105 | 1205293 | 3/30/2017 | 13,194.82 |
| VA01789 | Bombardier Recreational Products | VA01789 | Payment | 201607062 649586RI | | 3/24/2017 | 5,147.76 |
| VA01789 | Bombardier Recreational Products | VA01789 | Payment | 201607106 649586RI | | 3/31/2017 | 62,419.50 |
| | **Bombardier Recreational Products Total** | | | | | | 208,439.18 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90460 PO#P5002872 | | 6/7/2017 | 3,001.50 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90460 PO#P5003780 | | 6/7/2017 | 683.76 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90445 PO#P5004130 | | 6/5/2017 | 1,054.79 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90445 PO#P5003585 | | 6/5/2017 | 6,795.80 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90445 PO#P5004112 | | 6/5/2017 | 1,551.78 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90445 PO#P5001071 | | 6/5/2017 | 3,467.24 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90445 PO#P5002636 | | 6/5/2017 | 1,614.60 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90411 PO#P498812 | | 5/24/2017 | 1,934.25 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90411 PO#P499792 | | 5/24/2017 | 3,210.92 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90411 PO#P5002795 | | 5/24/2017 | 2,175.76 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90445 | 125602 | 6/5/2017 | 1,448.42 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90379 PO#P5001574 | | 5/12/2017 | 2,250.00 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90379 PO#P5000006 | | 5/12/2017 | 924.60 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90379 PO#P5002276 | | 5/12/2017 | 3,600.00 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90379 PO#P5001572 | | 5/12/2017 | 4,920.00 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90379 PO#P5003007 | | 5/12/2017 | 3,400.00 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90363 PO#P5002639 | | 5/5/2017 | 10,534.20 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90363 PO#P5002289 | | 5/5/2017 | 741.47 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90363 PO#P5001807 | | 5/5/2017 | 1,624.50 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90363 PO#P5001050 | | 5/5/2017 | 11,650.00 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90225 PO#P5003101 | | 3/31/2017 | 2,253.70 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90152 PO#P5002795 | | 3/22/2017 | 1,653.60 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90152 PO#P5001940 | | 3/22/2017 | 14,527.26 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90162 | 119275 | 3/24/2017 | 27,170.66 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90162 | 119334 | 3/24/2017 | 504.44 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90363 | 119334 | 5/5/2017 | 2,926.32 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90460 | 120531 | 6/7/2017 | 368.53 |

| VA01061 | Crown Extrusions | VA01061 | Payment | 90421 | 120530 | 5/26/2017 | 5,831.45 |
|---------|------------------|---------|---------|-------|--------|-----------|----------|
| VA01061 | Crown Extrusions | VA01061 | Payment | 201607412 | 120363 | 6/19/2017 | 5,862.00 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 201607412 | 120362 | 6/19/2017 | 13,173.30 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 201607406 | 120261 | 6/19/2017 | 10.00 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90379 | 120260 | 5/12/2017 | 1,649.91 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90479 | 120260 | 6/12/2017 | 6,117.82 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 201607412 | 120260 | 6/19/2017 | 3,776.26 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90152 | 120030 | 3/22/2017 | 4,045.22 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 90379 | 120030 | 5/12/2017 | 2,123.74 |
| VA01061 | Crown Extrusions | VA01061 | Payment | 201607412 | 118829 | 6/19/2017 | (20.00) |
| | **Crown Extrusions Total** | | | | | | 158,557.80 |
| VA02050 | Samuel, Son & Co. Midwest Inc. ***Wi | VA02050 | Payment | 201607212 T182328 | | 4/28/2017 | 23,073.99 |
| VA02050 | Samuel, Son & Co. Midwest Inc. ***Wi | VA02050 | Payment | 201607295 T182819 | | 5/24/2017 | 7,541.56 |
| VA02050 | Samuel, Son & Co. Midwest Inc. ***Wi | VA02050 | Payment | 201607212 T182329 | | 4/28/2017 | 17,455.00 |
| VA02050 | Samuel, Son & Co. Midwest Inc. ***Wi | VA02050 | Payment | 201607295 T182819A | | 5/24/2017 | 36,327.46 |
| VA02050 | Samuel, Son & Co. Midwest Inc. ***Wi | VA02050 | Payment | 201607212 T182328 | | 4/28/2017 | 1,928.94 |
| VA02050 | Samuel, Son & Co. Midwest Inc. ***Wi | VA02050 | Payment | 201607295 T182328 | | 5/24/2017 | 30,016.96 |
| VA02050 | Samuel, Son & Co. Midwest Inc. ***Wi | VA02050 | Payment | 201607212 T181843 | | 4/28/2017 | 13,548.71 |
| VA02050 | Samuel, Son & Co. Midwest Inc. ***Wi | VA02050 | Payment | 201607212 T181346 | | 4/28/2017 | 16,210.20 |
| | **Samuel, Son & Co. Midwest Inc. ***Wire Payment*** Total** | | | | | | 146,102.82 |
| VD03100 | American Bank of the North | VD03100 | Payment | 201607159 3985 March 2017 CC | | 4/13/2017 | 159.41 |
| VD03100 | American Bank of the North | VD03100 | Payment | 201607159 #3985 Feb. 2017 Add. | | 4/13/2017 | 848.74 |
| VD03100 | American Bank of the North | VD03100 | Payment | 201607068 #3985 Feb. 2017 | | 3/30/2017 | 12,090.06 |
| VD03100 | American Bank of the North | VD03100 | Payment | 201607159 #3985 Feb. 2017 | | 4/13/2017 | 66,491.85 |
| VD03100 | American Bank of the North | VD03100 | Payment | 201607068 #3985 JAN, 2017 | | 3/30/2017 | 54,805.95 |
| VD03100 | American Bank of the North | VD03100 | Payment | 201607068 #3985 DEC, 2016 | | 3/30/2017 | 603.99 |
| | **American Bank of the North Total** | | | | | | 135,000.00 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay | VA01197 | Payment | 201607408 | 1271115 | 6/19/2017 | 635.04 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay | VA01197 | Payment | 201607408 | 1271074 | 6/19/2017 | 1,537.20 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay | VA01197 | Payment | 201607408 | 1271073 | 6/19/2017 | 630.63 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay | VA01197 | Payment | 201607408 | 1271072 | 6/19/2017 | 4,161.30 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay | VA01197 | Payment | 201607408 | 1271071 | 6/19/2017 | 2,187.36 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay | VA01197 | Payment | 201607408 | 1271070 | 6/19/2017 | 591.33 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay | VA01197 | Payment | 90395 | 1270503 | 5/19/2017 | 1,537.20 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay | VA01197 | Payment | 201607408 | 1270501 | 6/19/2017 | 5,369.75 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay | VA01197 | Payment | 90395 | 1270502 | 5/19/2017 | 458.64 |

| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90395 | 1270500 | 5/19/2017 | 2,654.82 |
|---------|----------------------------------------------|---------|-------|---------|-----------|----------|
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90395 | 1270499 | 5/19/2017 | 1,163.34 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90395 | 1270164 | 5/19/2017 | 1,474.73 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90395 | 1270162 | 5/19/2017 | 4,743.78 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90395 | 1270163 | 5/19/2017 | 554.19 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90395 | 1270161 | 5/19/2017 | 2,302.02 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90395 | 1270160 | 5/19/2017 | 1,094.00 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90395 | 1269718 | 5/19/2017 | 1,537.20 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90352 | 1269716 | 5/1/2017 | 5,221.15 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90352 | 1269717 | 5/1/2017 | 611.52 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90395 | 1269715 | 5/19/2017 | 1,758.18 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90395 | 1269714 | 5/19/2017 | 547.17 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90352 | 1269256 | 5/1/2017 | 1,479.56 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90352 | 1269255 | 5/1/2017 | 5,067.01 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90352 | 1269254 | 5/1/2017 | 1,159.83 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90352 | 1269253 | 5/1/2017 | 1,150.58 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90352 | 1268840 | 5/1/2017 | 199.92 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90352 | 1268683 | 5/1/2017 | 1,488.90 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90352 | 1268682 | 5/1/2017 | 3,604.85 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90352 | 1268681 | 5/1/2017 | 1,532.16 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90352 | 1268680 | 5/1/2017 | 708.29 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90252 | 1266624 | 4/13/2017 | 328.44 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90352 | 1268233 | 5/1/2017 | 1,551.69 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90352 | 1268232 | 5/1/2017 | 3,118.13 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90352 | 1268231 | 5/1/2017 | 436.80 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90252 | 1268230 | 4/13/2017 | 264.62 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90352 | 1267791 | 5/1/2017 | 1,248.98 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90252 | 1267790 | 4/13/2017 | 524.40 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90252 | 1266605 | 4/13/2017 | 193.20 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90352 | 1267479 | 5/1/2017 | 1,239.42 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90252 | 1267478 | 4/13/2017 | 148.01 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90252 | 1266572 | 4/13/2017 | 864.57 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90252 | 1266574 | 4/13/2017 | 705.18 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90252 | 1266575 | 4/13/2017 | 1,224.93 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90252 | 1266573 | 4/13/2017 | 7,223.87 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pa\ VA01197 | Payment | 90252 | 1267036 | 4/13/2017 | 1,220.10 |

| VA01197 | Masterson Personnel, Inc. ***Wire Pay VA01197 | | Payment | 90252 | 1267035 | 4/13/2017 | 3,128.88 |
|---|---|---|---|---|---|---|---|
| VA01197 | Masterson Personnel, Inc. ***Wire Pay VA01197 | | Payment | 90198 | 1266103 | 3/30/2017 | 970.20 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay VA01197 | | Payment | 90164 | 1266102 | 3/24/2017 | 101.91 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay VA01197 | | Payment | 90198 | 1266102 | 3/30/2017 | 828.90 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay VA01197 | | Payment | 90164 | 1266107 | 3/24/2017 | 1,484.65 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay VA01197 | | Payment | 90198 | 1266106 | 3/30/2017 | 782.04 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay VA01197 | | Payment | 90198 | 1266104 | 3/30/2017 | 11,393.02 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay VA01197 | | Payment | 90198 | 1266105 | 3/30/2017 | 4,704.26 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay VA01197 | | Payment | 90164 | 1265507 | 3/24/2017 | 1,009.89 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay VA01197 | | Payment | 90164 | 1265512 | 3/24/2017 | 179.41 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay VA01197 | | Payment | 90164 | 1265511 | 3/24/2017 | 1,070.16 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay VA01197 | | Payment | 90164 | 1265508 | 3/24/2017 | 4,000.00 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay VA01197 | | Payment | 90164 | 1265509 | 3/24/2017 | 8,980.25 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay VA01197 | | Payment | 90164 | 1265510 | 3/24/2017 | 1,399.44 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay VA01197 | | Payment | 90164 | 1265165 | 3/24/2017 | 1,609.65 |
| VA01197 | Masterson Personnel, Inc. ***Wire Pay VA01197 | | Payment | 90164 | 1265176 | 3/24/2017 | 164.64 |
| | **Masterson Personnel, Inc. ***Wire Payment*** Total** | | | | | | 119,261.29 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607258 PO#P5004096 | | 5/12/2017 | 4,817.00 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607264 | 17932 | 5/17/2017 | 6,455.11 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607264 | 17931 | 5/17/2017 | 1,185.28 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607193 PO#P5003593 | | 4/25/2017 | 1,185.28 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607264 PO#P5003593 | | 5/17/2017 | (1,185.28) |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607193 PO#P5003536 | | 4/25/2017 | 6,455.11 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607264 PO#P5003536 | | 5/17/2017 | (6,455.11) |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607264 | 16921 | 5/17/2017 | 347.74 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607264 | 16922 | 5/17/2017 | 1,750.62 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607264 | 16915 | 5/17/2017 | 6,025.38 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607264 PO#P5002085 | | 5/17/2017 | (1,750.62) |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607264 PO#P5002582 | | 5/17/2017 | (6,025.38) |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607264 PO#P5002812 | | 5/17/2017 | (347.74) |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607365 | 14673 | 6/9/2017 | 9,465.96 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607392 | 14673 | 6/16/2017 | 8,068.34 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607392 | 14739 | 6/16/2017 | 12,990.22 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607312 | 14674 | 5/26/2017 | 7,661.67 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607392 | 14674 | 6/16/2017 | 82.98 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607312 | 14504 | 5/26/2017 | 14,620.62 |

| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607277 | 14447 | 5/19/2017 | 3,777.13 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607312 | 14447 | 5/26/2017 | 4,789.11 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607066 | 14282 | 3/24/2017 | 4,774.18 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607193 | 14282 | 4/25/2017 | 7,640.39 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607277 | 14282 | 5/19/2017 | 946.64 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607258 | 14382 | 5/12/2017 | 4,817.00 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607277 | 14382 | 5/19/2017 | 12,886.89 |
| VA02932 | Infinity Woven Products LLC | VA02932 | Payment | 201607392 | 14432 | 6/16/2017 | 7,717.56 |
| | **Infinity Woven Products LLC Total** | | | | | | 112,696.08 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607257 | 10981 | 5/12/2017 | 482.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607257 | 10727 | 5/12/2017 | 6,532.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607257 DR0000000039 | | 5/12/2017 | 105.01 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607257 | 11006 | 5/12/2017 | 430.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607257 | 11005 | 5/12/2017 | 430.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607257 | 11098 | 5/12/2017 | 452.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607257 | 11097 | 5/12/2017 | 3,307.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607257 | 11096 | 5/12/2017 | 660.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607257 | 136434 | 5/12/2017 | 2,729.19 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607257 | 11007 | 5/12/2017 | 4,777.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607257 | 10956 | 5/12/2017 | 4,350.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607257 | 10913 | 5/12/2017 | 942.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607257 | 10756 | 5/12/2017 | 460.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607257 | 10730 | 5/12/2017 | 1,931.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607040 Upholstery Prepay | | 3/23/2017 | 33,041.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 Upholstery Prepay | | 3/31/2017 | (33,041.00) |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607040 PO#P5003185 | | 3/23/2017 | 3,815.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 PO#P5003185 | | 3/31/2017 | (3,815.00) |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607040 PO#P5003359 | | 3/23/2017 | 492.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 PO#P5003359 | | 3/31/2017 | (492.00) |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607040 PO#P5003370 | | 3/23/2017 | 452.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 PO#P5003370 | | 3/31/2017 | (452.00) |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607040 PO#P5002556 | | 3/23/2017 | 2,700.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 PO#P5002556 | | 3/31/2017 | (2,700.00) |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 10731 | 3/31/2017 | 934.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 10726 | 3/31/2017 | 472.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 10728 | 3/31/2017 | 4,550.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 10676 | 3/31/2017 | 3,454.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607040 | 10616 | 3/23/2017 | 2,237.36 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 10616 | 3/31/2017 | 6,015.64 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 132777 | 3/31/2017 | 683.64 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 133002 | 3/31/2017 | 2,251.50 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 01/30/2017 Prepay | | 3/31/2017 | (1,933.75) |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 10677 | 3/31/2017 | 4,350.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 10675 | 3/31/2017 | 460.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 10674 | 3/31/2017 | 492.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 446003 | 3/31/2017 | 2,621.13 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 445559 | 3/31/2017 | 2,240.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 10643 | 3/31/2017 | 465.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 10642 | 3/31/2017 | 11,180.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 10641 | 3/31/2017 | 692.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 10629 | 3/31/2017 | 3,100.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 10628 | 3/31/2017 | 942.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 132077 | 3/31/2017 | 4,264.25 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607040 | 10617 | 3/23/2017 | 3,224.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 10615 | 3/31/2017 | 1,476.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607040 | 10596 | 3/23/2017 | 6,648.00 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607040 | 10589 | 3/23/2017 | 4,945.24 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607096 | 445521 | 3/31/2017 | 4,581.96 |
| VA02976 | DOWCO, INC. | VA02976 | Payment | 201607040 | 445514 | 3/23/2017 | 7,945.40 |
| | **DOWCO, INC. Total** | | | | | | 105,878.57 |
| VA02964 | OneBeacon Insurance Group | VA02964 | Payment | 201607360 IB001002-5/01/17 | | 6/6/2017 | 32,576.00 |
| VA02964 | OneBeacon Insurance Group | VA02964 | Payment | 201607313 IB001002-4/01/17 | | 5/30/2017 | 32,577.00 |
| VA02964 | OneBeacon Insurance Group | VA02964 | Payment | 201607044 IB001002-3/01/17 | | 3/27/2017 | 31,616.97 |
| | **OneBeacon Insurance Group Total** | | | | | | 96,769.97 |
| VD01868 | Ravich,Meyer,Kirkman,Mcgrath&Naum | #N/A | Payment | 201607425 6/16/2017 Consulting | | 6/16/2017 | 75,000.00 |
| VD01868 | Ravich,Meyer,Kirkman,Mcgrath&Naum | #N/A | Payment | 201607291 Retainer | | 5/19/2017 | 15,000.00 |
| | **Ravich,Meyer,Kirkman,Mcgrath&Nauman ***Pay via ACH*** Total** | | | | | | 90,000.00 |
| VA01241 | QUALITY METALS,INC. | VA01241 | Payment | 201607099 | 519344 | 3/31/2017 | 2,421.18 |
| VA01241 | QUALITY METALS,INC. | VA01241 | Payment | 201607374 | 519344 | 6/15/2017 | 1,108.29 |
| VA01241 | QUALITY METALS,INC. | VA01241 | Payment | 201607099 | 519031 | 3/31/2017 | 3,453.96 |
| VA01241 | QUALITY METALS,INC. | VA01241 | Payment | 201607374 | 519343 | 6/15/2017 | 2,446.00 |
| VA01241 | QUALITY METALS,INC. | VA01241 | Payment | 201607399 | 519343 | 6/16/2017 | 8,557.16 |

| VA01241 | QUALITY METALS,INC. | VA01241 | Payment | 201607276 | 519247 | 5/19/2017 | 14,625.92 |
| VA01241 | QUALITY METALS,INC. | VA01241 | Payment | 201607374 | 519247 | 6/15/2017 | 5,651.96 |
| VA01241 | QUALITY METALS,INC. | VA01241 | Payment | 201607099 | 519248 | 3/31/2017 | 17,723.34 |
| VA01241 | QUALITY METALS,INC. | VA01241 | Payment | 201607099 | 519157 | 3/31/2017 | 14,532.84 |
| VA01241 | QUALITY METALS,INC. | VA01241 | Payment | 201607099 | 519158 | 3/31/2017 | 8,899.38 |
| VA01241 | QUALITY METALS,INC. | VA01241 | Payment | 201607099 | 518945 | 3/31/2017 | 2,969.30 |
| | **QUALITY METALS,INC. Total** | | | | | | 82,389.33 |
| VA02310 | Medica | VA02310 | Payment | 201607303 C0043277234 | | 5/26/2017 | 10,984.05 |
| VA02310 | Medica | VA02310 | Payment | 201607279 C0042991271 | | 5/22/2017 | 23,600.00 |
| VA02310 | Medica | VA02310 | Payment | 201607303 C0042991271 | | 5/26/2017 | 44,037.02 |
| | **Medica Total** | | | | | | 78,621.07 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136379 | 6/15/2017 | 260.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136379 | 6/15/2017 | (260.00) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136202 | 6/15/2017 | 400.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136202 | 6/15/2017 | (400.00) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136399 | 6/15/2017 | 596.11 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136399 | 6/15/2017 | (596.11) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136355 | 6/15/2017 | 1,000.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136355 | 6/15/2017 | (1,000.00) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90471 | 136086 | 6/9/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136378 | 6/15/2017 | 1,000.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136378 | 6/15/2017 | (1,000.00) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136376 | 6/15/2017 | 182.92 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136376 | 6/15/2017 | (182.92) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136375 | 6/15/2017 | 161.21 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136375 | 6/15/2017 | (161.21) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136422 | 6/15/2017 | 30.24 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136422 | 6/15/2017 | (30.24) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136380 | 6/15/2017 | 170.10 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136380 | 6/15/2017 | (170.10) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136361 | 6/15/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136361 | 6/15/2017 | (100.00) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136360 | 6/15/2017 | 320.36 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136360 | 6/15/2017 | (320.36) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136359 | 6/15/2017 | 109.62 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136359 | 6/15/2017 | (109.62) |

| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136358 | 6/15/2017 | 137.03 |
|---------|-------------------------------|---------|---------|-------|--------|-----------|--------|
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136358 | 6/15/2017 | (137.03) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136357 | 6/15/2017 | 106.79 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136357 | 6/15/2017 | (106.79) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136356 | 6/15/2017 | 30.24 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136356 | 6/15/2017 | (30.24) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136300 | 6/15/2017 | 27.71 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136300 | 6/15/2017 | (27.71) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136280 | 6/15/2017 | 469.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136280 | 6/15/2017 | (469.00) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136205 | 6/15/2017 | 390.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136205 | 6/15/2017 | (390.00) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136204 | 6/15/2017 | 390.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136204 | 6/15/2017 | (390.00) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90471 | 136147 | 6/9/2017 | 325.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90471 | 136146 | 6/9/2017 | 325.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90471 | 136145 | 6/9/2017 | 1,000.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136142 | 6/15/2017 | 1,000.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136142 | 6/15/2017 | (1,000.00) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90471 | 136141 | 6/9/2017 | 105.30 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90471 | 136140 | 6/9/2017 | 15.67 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90471 | 136109 | 6/9/2017 | 162.36 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90471 | 136131 | 6/9/2017 | 1,000.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90471 | 136112 | 6/9/2017 | 207.94 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90471 | 136130 | 6/9/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90471 | 136042 | 6/9/2017 | 233.81 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90471 | 136041 | 6/9/2017 | 152.39 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90471 | 136040 | 6/9/2017 | 161.21 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90471 | 136033 | 6/9/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136299 | 6/15/2017 | 424.16 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136299 | 6/15/2017 | (424.16) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136298 | 6/15/2017 | 473.06 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136298 | 6/15/2017 | (473.06) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136306 | 6/15/2017 | 140.39 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136306 | 6/15/2017 | (140.39) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136297 | 6/15/2017 | 233.81 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136297 | 6/15/2017 | (233.81) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136296 | 6/15/2017 | 233.81 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136296 | 6/15/2017 | (233.81) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136295 | 6/15/2017 | 233.81 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136295 | 6/15/2017 | (233.81) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136294 | 6/15/2017 | 218.74 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136294 | 6/15/2017 | (218.74) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136293 | 6/15/2017 | 186.52 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136293 | 6/15/2017 | (186.52) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136292 | 6/15/2017 | 186.52 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136292 | 6/15/2017 | (186.52) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136257 | 6/15/2017 | 387.08 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136257 | 6/15/2017 | (387.08) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136256 | 6/15/2017 | 422.52 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136256 | 6/15/2017 | (422.52) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136255 | 6/1/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136229 | 6/1/2017 | 326.45 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136223 | 6/1/2017 | 161.21 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136222 | 6/1/2017 | 225.12 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136221 | 6/1/2017 | 225.09 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136220 | 6/1/2017 | 225.11 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136219 | 6/1/2017 | 225.11 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136218 | 6/15/2017 | 14.14 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136218 | 6/15/2017 | (14.14) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136217 | 6/1/2017 | 161.21 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136216 | 6/15/2017 | 14.14 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90505 | 136216 | 6/15/2017 | (14.14) |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90471 | 136215 | 6/9/2017 | 35.91 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136214 | 6/1/2017 | 305.86 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136132 | 5/25/2017 | 244.32 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136128 | 5/25/2017 | 47.86 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136111 | 5/25/2017 | 149.86 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136110 | 5/25/2017 | 177.86 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136108 | 6/1/2017 | 175.78 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136103 | 5/25/2017 | 149.86 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136102 | 6/1/2017 | 149.86 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136100 | 6/1/2017 | 194.86 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136203 | 6/1/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136201 | 6/1/2017 | 45.10 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136200 | 6/1/2017 | 8.24 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136199 | 6/1/2017 | 125.58 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136198 | 6/1/2017 | 8.24 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136197 | 6/1/2017 | 21.90 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136196 | 6/1/2017 | 7.16 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136195 | 6/1/2017 | 15.53 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136194 | 6/1/2017 | 19.07 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136193 | 6/1/2017 | 29.60 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136192 | 6/1/2017 | 8.10 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136188 | 6/1/2017 | 182.92 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136187 | 6/1/2017 | 298.19 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136186 | 6/1/2017 | 289.89 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136170 | 5/25/2017 | 4.73 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136169 | 6/1/2017 | 174.71 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136168 | 6/1/2017 | 229.29 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136164 | 6/1/2017 | 186.52 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136163 | 6/1/2017 | 176.19 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136162 | 6/1/2017 | 176.20 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90444 | 136161 | 6/1/2017 | 423.18 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136167 | 5/25/2017 | 0.55 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136166 | 5/25/2017 | 96.27 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136165 | 5/25/2017 | 96.27 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90324 | 135552 | 4/27/2017 | 1,600.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 135990 | 5/19/2017 | 176.87 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90388 | 135913 | 5/17/2017 | 8.24 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90324 | 135710 | 4/27/2017 | 470.31 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90324 | 135672 | 4/27/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90324 | 135574 | 4/27/2017 | 550.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90324 | 135515 | 4/27/2017 | 59.38 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90324 | 135569 | 4/27/2017 | 160.12 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136096 | 5/25/2017 | 186.29 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136095 | 5/25/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136094 | 5/25/2017 | 7.16 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136093 | 5/25/2017 | 8.24 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136092 | 5/25/2017 | 14.72 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136091 | 5/25/2017 | 8.24 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136089 | 5/25/2017 | 727.37 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136088 | 5/25/2017 | 35.54 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136087 | 5/25/2017 | 195.94 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136085 | 5/25/2017 | 27.71 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136084 | 5/25/2017 | 17.88 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136083 | 5/25/2017 | 186.30 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136079 | 5/19/2017 | 130.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 136063 | 5/25/2017 | 420.57 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136065 | 5/19/2017 | 96.28 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136064 | 5/19/2017 | 62.41 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136057 | 5/19/2017 | 42.41 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136049 | 5/19/2017 | 500.77 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136048 | 5/19/2017 | 390.83 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136047 | 5/19/2017 | 1,000.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136044 | 5/19/2017 | 423.02 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136043 | 5/19/2017 | 57.04 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136039 | 5/19/2017 | 449.83 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136038 | 5/19/2017 | 560.66 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136037 | 5/19/2017 | 422.52 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136032 | 5/19/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136006 | 5/19/2017 | 424.16 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136005 | 5/19/2017 | 42.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136004 | 5/19/2017 | 150.16 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 135975 | 5/19/2017 | 102.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90388 | 135958 | 5/17/2017 | 597.70 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90388 | 135957 | 5/17/2017 | 472.26 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90388 | 135977 | 5/17/2017 | 29.97 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90388 | 135950 | 5/17/2017 | 39.29 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90388 | 135928 | 5/17/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136001 | 5/19/2017 | 45.88 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 136000 | 5/19/2017 | 176.87 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 135995 | 5/19/2017 | 195.88 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 135994 | 5/19/2017 | 189.16 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 135993 | 5/19/2017 | 175.59 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 135992 | 5/19/2017 | 176.87 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 135991 | 5/19/2017 | 273.96 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 135983 | 5/19/2017 | 31.73 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 135982 | 5/19/2017 | 161.21 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 135981 | 5/19/2017 | 178.43 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90414 | 135974 | 5/25/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 135973 | 5/19/2017 | 520.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 135972 | 5/19/2017 | 390.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 135971 | 5/19/2017 | 200.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 135970 | 5/19/2017 | 448.35 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90399 | 135963 | 5/19/2017 | 216.33 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135962 | 5/15/2017 | 175.59 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135961 | 5/15/2017 | 175.59 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90388 | 135947 | 5/17/2017 | 520.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90388 | 135946 | 5/17/2017 | 7.56 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90388 | 135945 | 5/17/2017 | 1,000.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90388 | 135944 | 5/17/2017 | 229.29 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135943 | 5/15/2017 | 214.98 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135942 | 5/15/2017 | 298.99 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135941 | 5/15/2017 | 186.02 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90388 | 135940 | 5/17/2017 | 4.73 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90388 | 135939 | 5/17/2017 | 4.73 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90388 | 135938 | 5/17/2017 | 8.24 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135937 | 5/15/2017 | 208.01 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135936 | 5/15/2017 | 260.10 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135930 | 5/15/2017 | 325.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135929 | 5/15/2017 | 260.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135915 | 5/15/2017 | 260.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135907 | 5/15/2017 | 200.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135897 | 5/10/2017 | 13.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135890 | 4/20/2017 | 121.52 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135876 | 4/20/2017 | 14.99 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135875 | 4/20/2017 | 200.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135837 | 4/14/2017 | 14.34 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135886 | 5/10/2017 | 585.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135914 | 5/15/2017 | 90.72 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135912 | 5/15/2017 | 42.73 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135911 | 5/15/2017 | 6.82 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135910 | 5/15/2017 | 189.03 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135909 | 5/15/2017 | 189.03 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135908 | 5/15/2017 | 171.20 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135898 | 5/15/2017 | 248.20 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135894 | 5/15/2017 | 440.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135889 | 5/15/2017 | 239.78 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135874 | 5/10/2017 | 423.18 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135871 | 5/10/2017 | 219.93 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135870 | 5/15/2017 | 175.59 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135869 | 5/15/2017 | 149.86 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135868 | 5/15/2017 | 176.87 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135867 | 5/15/2017 | 189.16 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90382 | 135866 | 5/15/2017 | 175.59 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135888 | 5/10/2017 | 1.08 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135887 | 5/10/2017 | 130.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135853 | 5/10/2017 | 15.67 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135852 | 5/10/2017 | 370.99 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135851 | 5/10/2017 | 330.08 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135850 | 5/10/2017 | 390.36 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135849 | 5/10/2017 | 502.81 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135891 | 5/10/2017 | 25.62 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135846 | 5/10/2017 | 161.21 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135845 | 5/10/2017 | 186.78 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135844 | 5/10/2017 | 239.65 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135843 | 5/10/2017 | 93.03 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135828 | 5/10/2017 | 186.02 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135827 | 5/10/2017 | 424.16 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135825 | 5/10/2017 | 5.06 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135823 | 5/10/2017 | 59.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135826 | 5/10/2017 | 177.26 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135813 | 4/20/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135811 | 5/10/2017 | 470.31 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135810 | 4/20/2017 | 126.00 |

| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90375 | 135808 | 5/10/2017 | 100.00 |
|---------|-------------------------------|---------|---------|-------|--------|-----------|--------|
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90324 | 135807 | 4/27/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135806 | 4/20/2017 | 146.75 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135805 | 4/20/2017 | 180.81 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135798 | 4/20/2017 | 138.66 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135780 | 4/20/2017 | 195.37 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135774 | 4/20/2017 | 34.76 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135773 | 4/20/2017 | 2,000.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135777 | 4/20/2017 | 147.26 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135758 | 4/20/2017 | 186.58 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135759 | 4/20/2017 | 421.87 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135733 | 4/20/2017 | 175.58 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135732 | 4/20/2017 | 175.58 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135731 | 4/20/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135757 | 4/20/2017 | 285.51 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135717 | 4/20/2017 | 269.11 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135791 | 4/20/2017 | 22.10 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135690 | 4/14/2017 | 8.24 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135689 | 4/14/2017 | 39.35 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90282 | 135688 | 4/20/2017 | 8.84 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135686 | 4/14/2017 | 318.51 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135685 | 4/14/2017 | 327.80 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135671 | 4/14/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135670 | 4/14/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135668 | 4/14/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135719 | 4/14/2017 | 160.94 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135718 | 4/14/2017 | 182.98 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135642 | 4/14/2017 | 285.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135641 | 4/14/2017 | 550.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135704 | 4/14/2017 | 300.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135703 | 4/14/2017 | 200.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135579 | 4/14/2017 | 156.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135578 | 4/14/2017 | 120.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135708 | 4/14/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135705 | 4/14/2017 | 100.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135572 | 4/14/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90244 | 135571 | 4/12/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135570 | 4/14/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90244 | 135646 | 4/12/2017 | 1,239.41 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90244 | 135644 | 4/12/2017 | 186.30 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90229 | 135466 | 4/5/2017 | 189.29 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90229 | 135462 | 4/5/2017 | 247.66 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90229 | 135461 | 4/5/2017 | 206.57 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90229 | 135664 | 4/5/2017 | 1,000.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90229 | 135449 | 4/5/2017 | 1,400.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90223 | 135440 | 3/31/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90223 | 135439 | 3/31/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90223 | 135444 | 3/31/2017 | 1,000.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90229 | 135438 | 4/5/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135424 | 3/23/2017 | 8.24 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135665 | 3/23/2017 | 34.45 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135369 | 3/23/2017 | 349.45 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135380 | 3/23/2017 | 422.69 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135326 | 3/23/2017 | 1,000.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135328 | 3/23/2017 | 1,239.41 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135534 | 4/14/2017 | 345.60 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90229 | 135465 | 4/5/2017 | 143.74 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90229 | 135581 | 4/5/2017 | 206.57 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90229 | 135463 | 4/5/2017 | 247.66 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90223 | 135448 | 3/31/2017 | 223.54 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90223 | 135447 | 3/31/2017 | 184.83 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90223 | 135445 | 3/31/2017 | 184.83 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90185 | 135433 | 3/29/2017 | 175.34 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90185 | 135422 | 3/29/2017 | 253.91 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135423 | 3/23/2017 | 34.76 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90185 | 135425 | 3/29/2017 | 201.12 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90185 | 135441 | 3/29/2017 | 215.47 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135395 | 3/23/2017 | 186.71 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90185 | 135567 | 3/29/2017 | 1,000.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135643 | 3/23/2017 | 675.29 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135519 | 4/14/2017 | 448.04 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135511 | 3/23/2017 | 14.99 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90244 | 135514 | 4/12/2017 | 443.50 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135512 | 4/14/2017 | 561.47 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90244 | 135513 | 4/12/2017 | 186.11 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90244 | 135496 | 4/12/2017 | 250.11 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90244 | 135507 | 4/12/2017 | 305.86 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90244 | 135516 | 4/12/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135488 | 3/23/2017 | 13.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90244 | 135492 | 4/12/2017 | 422.69 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90244 | 135493 | 4/12/2017 | 420.58 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90244 | 135504 | 4/12/2017 | 280.61 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90244 | 135506 | 4/12/2017 | 305.86 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90244 | 135505 | 4/12/2017 | 189.15 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90229 | 135487 | 4/5/2017 | 239.78 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90229 | 135474 | 4/5/2017 | 440.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90244 | 135486 | 4/12/2017 | 256.11 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90244 | 135491 | 4/12/2017 | 174.51 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90244 | 135489 | 4/12/2017 | 162.36 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135490 | 3/23/2017 | 272.25 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90229 | 135480 | 4/5/2017 | 209.81 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | | 4/14/2017 | 15.44 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90229 | 135479 | 4/5/2017 | 181.11 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90229 | 135483 | 4/5/2017 | 220.96 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90223 | 135477 | 3/31/2017 | 209.91 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135421 | 3/23/2017 | 6.21 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90185 | 135420 | 3/29/2017 | 127.61 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90185 | 135419 | 3/29/2017 | 127.61 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90185 | 135398 | 3/29/2017 | 255.84 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90185 | 135411 | 3/29/2017 | 422.69 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135416 | 3/23/2017 | 162.36 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135418 | 3/21/2017 | 32.83 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90185 | 135417 | 3/29/2017 | 1,000.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90185 | 135412 | 3/29/2017 | 1,239.41 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135396 | 3/23/2017 | 237.96 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135472 | 3/23/2017 | 120.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90275 | 135473 | 4/14/2017 | 208.00 |

| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90156 | 135414 | 3/23/2017 | 223.54 |
|---------|-------------------------------|---------|---------|-------|--------|-----------|--------|
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135413 | 3/21/2017 | 191.71 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135409 | 3/21/2017 | 131.31 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135408 | 3/21/2017 | 14.99 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135407 | 3/21/2017 | 111.48 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135377 | 3/21/2017 | 100.00 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135371 | 3/21/2017 | 152.06 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135370 | 3/21/2017 | 163.82 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135376 | 3/21/2017 | 160.12 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135375 | 3/21/2017 | 220.30 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135374 | 3/21/2017 | 172.82 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135373 | 3/21/2017 | 199.68 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135367 | 3/21/2017 | 448.35 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135372 | 3/21/2017 | 186.02 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135382 | 3/21/2017 | 6.21 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135415 | 3/21/2017 | 208.67 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135410 | 3/21/2017 | 34.76 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135381 | 3/21/2017 | 423.18 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135325 | 3/21/2017 | 161.21 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135324 | 3/21/2017 | 175.57 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135322 | 3/21/2017 | 6.21 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135307 | 3/21/2017 | 209.13 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135306 | 3/21/2017 | 269.12 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135305 | 3/21/2017 | 305.86 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135302 | 3/21/2017 | 448.45 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135299 | 3/21/2017 | 189.15 |
| VA02773 | Precision Powder Coating, Inc. | VA02773 | Payment | 90145 | 135298 | 3/21/2017 | 272.15 |
| | **Precision Powder Coating, Inc. Total** | | | | | | 73,929.39 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo | VA01239 | Payment | 90321 PO#P5003840 | | 4/25/2017 | 159.00 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo | VA01239 | Payment | 201607097 | 354 | 3/31/2017 | 3,882.20 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo | VA01239 | Payment | 201607097 | 438 | 3/31/2017 | 235.00 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo | VA01239 | Payment | 201607097 | 267 | 3/31/2017 | 48.60 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo | VA01239 | Payment | 201607097 | 419 | 3/31/2017 | 5,431.50 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo | VA01239 | Payment | 201607097 | 320 | 3/31/2017 | 392.50 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo | VA01239 | Payment | 201607097 | 191 | 3/31/2017 | 2,873.75 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo | VA01239 | Payment | 201607097 | 178 | 3/31/2017 | 3,105.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 CR0000000019 | | 3/31/2017 | (235.00) |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 526 | 3/31/2017 | 2,470.80 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 519 | 3/31/2017 | 1,829.00 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 513 | 3/31/2017 | 4,214.96 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 524 | 3/31/2017 | 463.50 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 523 | 3/31/2017 | 3,243.00 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 522 | 3/31/2017 | 862.00 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 479 | 3/31/2017 | 942.82 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 282 | 3/31/2017 | 820.00 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 473 | 3/31/2017 | 8,553.80 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 480 | 3/31/2017 | 2,163.00 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 534 | 3/31/2017 | 1,670.00 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 533 | 3/31/2017 | 1,175.08 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 503 | 3/31/2017 | 36.60 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 495 | 3/31/2017 | 392.50 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 494 | 3/31/2017 | 218.32 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 493 | 3/31/2017 | 392.50 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 492 | 3/31/2017 | 579.50 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 491 | 3/31/2017 | 392.50 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 490 | 3/31/2017 | 257.70 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 489 | 3/31/2017 | 1,924.50 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 488 | 3/31/2017 | 1,770.00 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 487 | 3/31/2017 | 2,079.80 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 486 | 3/31/2017 | 8,725.40 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 485 | 3/31/2017 | 748.60 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 484 | 3/31/2017 | 392.50 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 483 | 3/31/2017 | 711.25 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 482 | 3/31/2017 | 392.50 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 481 | 3/31/2017 | 3,993.75 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 478 | 3/31/2017 | 886.50 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 477 | 3/31/2017 | 835.50 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 476 | 3/31/2017 | 615.00 |
| VA01239 | Dowco Plastics, LLC ***Wire payme(fo VA01239 | Payment | 201607097 | 472 | 3/31/2017 | 722.00 |
| | **Dowco Plastics, LLC ***Wire payme(formerly PREMIER PLASTICS) Total** | | | | | 70,367.63 |
| VA03210 | Medallion Instrumentation Systems LL( VA03210 | Payment | 201607391 | 452752 | 6/16/2017 | 13,596.05 |
| VA03210 | Medallion Instrumentation Systems LL( VA03210 | Payment | 201607177 PO#P5002773 | | 4/21/2017 | 16,499.76 |

| VA03210 | Medallion Instrumentation Systems LL\VA03210 | Payment | 201607391 PO#P5002773 | | 6/16/2017 | (16,499.76) |
|---|---|---|---|---|---|---|
| VA03210 | Medallion Instrumentation Systems LL\VA03210 | Payment | 201607391 | 451981 | 6/16/2017 | 14,781.05 |
| VA03210 | Medallion Instrumentation Systems LL\VA03210 | Payment | 201607391 CM-17250OP | | 6/16/2017 | (832.52) |
| VA03210 | Medallion Instrumentation Systems LL\VA03210 | Payment | 201607205 | 451648 | 4/28/2017 | 9,899.86 |
| VA03210 | Medallion Instrumentation Systems LL\VA03210 | Payment | 201607391 | 451648 | 6/16/2017 | 3,371.19 |
| VA03210 | Medallion Instrumentation Systems LL\VA03210 | Payment | 201607366 | 451647 | 6/9/2017 | 13,199.81 |
| VA03210 | Medallion Instrumentation Systems LL\VA03210 | Payment | 201607038 PO#P5002772 | | 3/21/2017 | 13,424.80 |
| VA03210 | Medallion Instrumentation Systems LL\VA03210 | Payment | 201607391 PO#P5002772 | | 6/16/2017 | (13,424.80) |
| VA03210 | Medallion Instrumentation Systems LL\VA03210 | Payment | 201607038 | 450273 | 3/21/2017 | 448.92 |
| VA03210 | Medallion Instrumentation Systems LL\VA03210 | Payment | 201607055 | 450273 | 3/30/2017 | 517.49 |
| VA03210 | Medallion Instrumentation Systems LL\VA03210 | Payment | 201607055 | 450709 | 3/30/2017 | 1,152.51 |
| VA03210 | Medallion Instrumentation Systems LL\VA03210 | Payment | 201607391 | 450709 | 6/16/2017 | 5,058.70 |
| VA03210 | Medallion Instrumentation Systems LL\VA03210 | Payment | 201607038 | 450232 | 3/21/2017 | 2,235.88 |
| | **Medallion Instrumentation Systems LLC *** Wire Payment *** Total** | | | | | 63,428.94 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90391 PO#P497872 | | 5/17/2017 | 3,005.82 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90387 PO#P5003478 | | 5/16/2017 | 1,293.90 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90168 | 5005676 | 3/24/2017 | 2,171.34 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 201607377 | 5006228 | 6/16/2017 | 3,941.23 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90466 | 5006207 | 6/8/2017 | 8,015.52 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90466 | 5006206 | 6/8/2017 | 912.00 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90466 | 5006201 | 6/8/2017 | 1,106.30 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90466 | 5006202 | 6/8/2017 | 1,178.80 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 201607377 | 5006203 | 6/16/2017 | 4,113.44 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 201607377 | 5006204 | 6/16/2017 | 2,525.85 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90297 | 5006189 | 4/21/2017 | 5,000.00 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90412 | 5006189 | 5/24/2017 | 177.52 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90417 | 5006189 | 5/26/2017 | 2,304.46 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90466 | 5006189 | 6/8/2017 | 533.54 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90337 | 5006180 | 4/28/2017 | 625.19 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90387 | 5006180 | 5/16/2017 | 323.48 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90391 | 5006180 | 5/17/2017 | 450.87 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90404 | 5006180 | 5/19/2017 | 481.28 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90412 | 5006180 | 5/24/2017 | 2,126.94 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90262 | 5006152 | 4/13/2017 | 1,669.90 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90262 | 5006150 | 4/13/2017 | 2,304.79 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay\VA02623 | Payment | 90337 | 5006150 | 4/28/2017 | 4,374.81 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay VA02623 | | Payment | 90168 | | 5006139 | 3/24/2017 | 3,273.09 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay VA02623 | | Payment | 90262 | | 5006139 | 4/13/2017 | 1,025.31 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay VA02623 | | Payment | 90168 | | 5006138 | 3/24/2017 | 1,828.65 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay VA02623 | | Payment | 90168 | | 5006020 | 3/24/2017 | 10,019.40 |
| VA02623 | MNSTAR TECHNOLOGIES ***Wire Pay VA02623 | | Payment | 90168 | | 5505465 | 3/24/2017 | (2,292.48) |
| | **MNSTAR TECHNOLOGIES ***Wire Payment*** Total** | | | | | | | 62,490.95 |
| VA03402 | GuideSource | #N/A | Payment | 201607424 | 6/16/2017 Consulting | | 6/16/2017 | 45,000.00 |
| VA03402 | GuideSource | #N/A | Payment | 201607375 | | 20111731 | 6/15/2017 | 7,582.50 |
| VA03402 | GuideSource | #N/A | Payment | 90436 | Retainer | | 5/26/2017 | 7,500.00 |
| | **GuideSource Total** | | | | | | | 60,082.50 |
| VA01146 | Lake States Lumber (Cedar Creek LLC) ' VA01146 | | Payment | 90390 | PO#P5004145 | | 5/17/2017 | 9,752.60 |
| VA01146 | Lake States Lumber (Cedar Creek LLC) ' VA01146 | | Payment | 201607398 | 03589190-001 | | 6/16/2017 | 9,752.60 |
| VA01146 | Lake States Lumber (Cedar Creek LLC) ' VA01146 | | Payment | 201607398 | 03469234-001 | | 6/16/2017 | 1,083.62 |
| VA01146 | Lake States Lumber (Cedar Creek LLC) ' VA01146 | | Payment | 90457 | 03448353-001 | | 6/7/2017 | 1,979.20 |
| VA01146 | Lake States Lumber (Cedar Creek LLC) ' VA01146 | | Payment | 201607389 | 03448353-001 | | 6/16/2017 | 1,459.58 |
| VA01146 | Lake States Lumber (Cedar Creek LLC) ' VA01146 | | Payment | 90195 | 03438250-001 | | 3/30/2017 | 28.68 |
| VA01146 | Lake States Lumber (Cedar Creek LLC) ' VA01146 | | Payment | 90390 | 03438250-001 | | 5/17/2017 | 975.26 |
| VA01146 | Lake States Lumber (Cedar Creek LLC) ' VA01146 | | Payment | 90457 | 03438250-001 | | 6/7/2017 | 8,748.66 |
| VA01146 | Lake States Lumber (Cedar Creek LLC) ' VA01146 | | Payment | 90195 | 03378422-001 | | 3/30/2017 | 6,005.20 |
| VA01146 | Lake States Lumber (Cedar Creek LLC) ' VA01146 | | Payment | 90195 | 03325955-001 | | 3/30/2017 | 17,218.72 |
| | **Lake States Lumber (Cedar Creek LLC) ***Wire Payment*** Total** | | | | | | | 57,004.12 |
| VA01616 | XCEL ENERGY | VA01616 | Payment | 201607379 | | 543749244 | 6/12/2017 | 14,854.53 |
| VA01616 | XCEL ENERGY | VA01616 | Payment | 201607235 | | 539656801 | 5/5/2017 | 18,067.46 |
| VA01616 | XCEL ENERGY | VA01616 | Payment | 201607156 | | 536035820 | 4/13/2017 | 21,108.85 |
| VA01616 | XCEL ENERGY | VA01616 | Payment | 201607156 | | 532256503 | 4/13/2017 | 525.29 |
| | **XCEL ENERGY Total** | | | | | | | 54,556.13 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | | Payment | 201607369 | PO#P5004429 | | 6/12/2017 | 4,788.98 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | | Payment | 201607331 | PO#P5004398 | | 6/7/2017 | 3,294.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | | Payment | 201607307 | PO#P5004324 | | 5/31/2017 | 2,694.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | | Payment | 201607271 | | 1048211 | 5/17/2017 | 2,550.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | | Payment | 201607331 | 1048722-SC | | 6/7/2017 | 561.07 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | | Payment | 201607271 | | 1046986 | 5/17/2017 | 2,652.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | | Payment | 201607331 | 1037735-SC | | 6/7/2017 | 52.56 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | | Payment | 201607331 | 1040112-SC | | 6/7/2017 | 710.69 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | | Payment | 201607192 | PO#P5003963 | | 4/25/2017 | 2,550.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | | Payment | 201607271 | PO#P5003963 | | 5/17/2017 | (2,550.00) |

| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607140 PO#P5003645 | | 4/12/2017 | 2,652.00 |
|---|---|---|---|---|---|---|
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607271 PO#P5003645 | | 5/17/2017 | (2,652.00) |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607331 | 1031012 | 6/7/2017 | 259.78 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607051 | 1027307 | 3/30/2017 | 4,865.26 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607061 | 1027307 | 3/23/2017 | 1,721.84 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607331 | 1029551 | 6/7/2017 | 664.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607384 | 1029550 | 6/14/2017 | 335.40 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607331 | 1029549 | 6/7/2017 | 294.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607331 | 1029548 | 6/7/2017 | 125.80 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607331 | 1029547 | 6/7/2017 | 397.50 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607383 | 1029546 | 6/13/2017 | 5,242.98 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607051 | 1026489 | 3/30/2017 | 134.74 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607346 | 1030898 | 6/8/2017 | 1,059.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607331 | 1030598 | 6/7/2017 | 68.60 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607346 | 1030085 | 6/8/2017 | 2,985.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607346 | 1030086 | 6/8/2017 | 2,544.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607331 | 1030087 | 6/7/2017 | 160.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607061 | 1028770 | 3/23/2017 | 3,816.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607140 | 1028769 | 4/12/2017 | 2,652.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607192 | 1028769 | 4/25/2017 | 2,550.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607307 | 1028769 | 5/31/2017 | 758.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607307 | 1028768 | 5/31/2017 | 240.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607307 | 1028767 | 5/31/2017 | 294.00 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607061 | 1028766 | 3/23/2017 | 1,134.16 |
| VA01245 | PL Enterprises Inc. (dba Rochford Supp VA01245 | Payment | 201607307 | 1028766 | 5/31/2017 | 1,409.84 |
| | **PL Enterprises Inc. (dba Rochford Supply)** Wire Payment** Total** | | | | | 51,015.20 |
| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | Payment | 201607372 PO#P5004482 | | 6/15/2017 | 13,598.28 |
| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | Payment | 201607338 | 1515846 | 6/8/2017 | 2,525.00 |
| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | Payment | 201607189 | 1507590 | 4/21/2017 | 3,915.00 |
| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | Payment | 201607189 | 1507352 | 4/21/2017 | 435.00 |
| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | Payment | 201607189 | 1501765 | 4/21/2017 | 3,620.00 |
| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | Payment | 201607142 PO#P5003665 | | 4/13/2017 | 4,350.00 |
| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | Payment | 201607189 PO#P5003665 | | 4/21/2017 | (4,350.00) |
| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | Payment | 90140 PO#P5003288 | | 3/21/2017 | 3,620.00 |
| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | Payment | 201607189 PO#P5003288 | | 4/21/2017 | (3,620.00) |
| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | Payment | 201607142 | 1483823 | 4/13/2017 | 5,000.00 |

| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | | Payment | 201607182 | 1483823 | 4/21/2017 | 2,191.00 |
|---|---|---|---|---|---|---|---|
| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | | Payment | 90140 | 1483841 | 3/21/2017 | 1,980.00 |
| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | | Payment | 90140 | 1483707 | 3/21/2017 | 540.00 |
| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | | Payment | 201607182 | 1483787 | 4/21/2017 | 300.00 |
| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | | Payment | 201607064 | 1483500 | 3/24/2017 | 2,500.00 |
| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | | Payment | 201607098 | 1483500 | 3/31/2017 | 2,500.00 |
| VA01683 | ASA ELECTRONICS, LLC ***Wire Payme VA01683 | | Payment | 201607204 | 1483500 | 4/28/2017 | 1,612.70 |
| | **ASA ELECTRONICS, LLC ***Wire Payment*** Total** | | | | | | 40,716.98 |
| VA03222 | Westfield Insurance | VA03222 | Payment | 201607275 AC#2200737615-3/01/17 | | 5/19/2017 | 5,937.78 |
| VA03222 | Westfield Insurance | VA03222 | Payment | 201607149 AC#2200737615-2/01/17 | | 4/14/2017 | 33,266.36 |
| | **Westfield Insurance Total** | | | | | | 39,204.14 |
| VA01777 | American Funds | VA01777 | Payment | 201607419 P/R 6/15/2017 401K W/H | | 6/15/2017 | 5,982.98 |
| VA01777 | American Funds | VA01777 | Payment | 201607315 P/R 5/18/2017 401K W/H | | 5/26/2017 | 5,768.16 |
| VA01777 | American Funds | VA01777 | Payment | 201607252 P/R 5/4/2017 401K W/H | | 5/11/2017 | 5,957.27 |
| VA01777 | American Funds | VA01777 | Payment | 201607218 P/R 2017 401K W/H | | 4/28/2017 | 438.12 |
| VA01777 | American Funds | VA01777 | Payment | 201607217 P/R 4/21/2017 401K W/H | | 4/28/2017 | 5,365.46 |
| VA01777 | American Funds | VA01777 | Payment | 201607152 P/R 4/7/2017 401K W/H | | 4/12/2017 | 5,489.02 |
| VA01777 | American Funds | VA01777 | Payment | 201607087 P/R 3/23/2017 401K W/H | | 3/29/2017 | 6,001.72 |
| | **American Funds Total** | | | | | | 35,002.73 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607329 | 1957313 | 6/7/2017 | 548.57 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607329 | 1956040 | 6/7/2017 | 269.69 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607202 Prepay Inv 2474487 | | 4/28/2017 | 3,251.41 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607385 | 2455435 | 6/15/2017 | 108.43 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607385 | 2444518 | 6/15/2017 | 3,948.71 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607385 | 835626 | 6/15/2017 | 1,223.43 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607329 | 2427048 | 6/7/2017 | 228.01 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607385 | 2427048 | 6/15/2017 | 173.70 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607041 | 2381410 | 3/23/2017 | 1,896.84 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607329 | 2427021 | 6/7/2017 | 2,738.59 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607329 | 2404705 | 6/7/2017 | 93.70 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607263 | 827242 | 5/17/2017 | 1,260.44 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607329 | 2404703 | 6/7/2017 | 1,575.71 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607141 | 2401569 | 4/12/2017 | 568.08 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607202 | 2401569 | 4/28/2017 | 2,500.00 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607263 | 2401569 | 5/17/2017 | 1,778.04 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607041 | 2387275 | 3/23/2017 | 181.46 |

| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607041 | 2385033 | 3/23/2017 | 48.19 |
|---|---|---|---|---|---|---|---|
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607263 | 818268 | 5/17/2017 | 1,260.44 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607141 | 2392559 | 4/12/2017 | 102.98 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607141 | 2394648 | 4/12/2017 | 45.78 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607141 | 2396120 | 4/12/2017 | 75.60 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607141 | 2392562 | 4/12/2017 | 226.09 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607141 | 2394226 | 4/12/2017 | 1,222.17 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607141 | 2392558 | 4/12/2017 | 3,274.67 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607041 | 810168 | 3/23/2017 | 1,216.67 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607041 | 2375680 | 3/23/2017 | 57.63 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607041 | 2375679 | 3/23/2017 | 2,000.83 |
| VA01911 | Mississippi Welders Supply Co, Inc. *** VA01911 | | Payment | 201607041 | 2371608 | 3/23/2017 | 1,903.31 |
| | **Mississippi Welders Supply Co, Inc. ***Pay via ACH*** Total** | | | | | | **33,779.17** |
| VD02057 | Composites One LLC | VD02057 | Payment | 90279 PO#P5006687 | | 4/19/2017 | 5,009.00 |
| VD02057 | Composites One LLC | VD02057 | Payment | 90279 PO#P5003641 | | 4/19/2017 | 392.00 |
| VD02057 | Composites One LLC | VD02057 | Payment | 90385 | 5925916 | 5/16/2017 | 1,927.51 |
| VD02057 | Composites One LLC | VD02057 | Payment | 90453 | 5925916 | 6/6/2017 | 1,500.00 |
| VD02057 | Composites One LLC | VD02057 | Payment | 201607390 | 5925916 | 6/16/2017 | 426.13 |
| VD02057 | Composites One LLC | VD02057 | Payment | 201607390 | 5925915 | 6/16/2017 | 117.76 |
| VD02057 | Composites One LLC | VD02057 | Payment | 90177 Prepay | | 3/24/2017 | 7,713.67 |
| VD02057 | Composites One LLC | VD02057 | Payment | 201607390 | 5932792 | 6/16/2017 | 1,896.11 |
| VD02057 | Composites One LLC | VD02057 | Payment | 201607390 | 5931371 | 6/16/2017 | 1,860.00 |
| VD02057 | Composites One LLC | VD02057 | Payment | 90177 | 5922296 | 3/24/2017 | 2,000.00 |
| VD02057 | Composites One LLC | VD02057 | Payment | 90279 | 5922296 | 4/19/2017 | 1,999.00 |
| VD02057 | Composites One LLC | VD02057 | Payment | 90320 | 5922296 | 4/25/2017 | 4,785.00 |
| VD02057 | Composites One LLC | VD02057 | Payment | 90385 | 5922296 | 5/16/2017 | 1,960.33 |
| | **Composites One LLC Total** | | | | | | **31,586.51** |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607371 PO#P5004411 | | 6/15/2017 | 2,650.84 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607368 PO#P5004411 | | 6/12/2017 | 2,650.84 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607337 PO#P5004411 | | 6/8/2017 | 2,467.00 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607308 PO#P5004262 | | 5/26/2017 | 2,337.00 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607298 IN00053716 | | 5/25/2017 | 3,026.78 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607298 CMI0005423 | | 5/25/2017 | (38.95) |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607298 MI00058153 | | 5/25/2017 | 261.00 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607298 MI00057163 | | 5/25/2017 | 958.97 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607183 IN00052148 | | 4/21/2017 | 1,666.63 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607183 IN00052262 | | 4/21/2017 | 374.40 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607298 IN00052337 | | 5/25/2017 | 2,804.40 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607143 PO#P5003811 | | 4/13/2017 | 4,156.00 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607298 PO#P5003811 | | 5/25/2017 | (4,156.00) |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607166 MI00056565 | | 4/20/2017 | 137.20 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607166 MI00056270 | | 4/20/2017 | 336.06 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607166 IN00050772 | | 4/20/2017 | 7,838.98 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607039 PO#P5003433 | | 3/21/2017 | 2,856.20 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607298 PO#P5003433 | | 5/25/2017 | (2,856.20) |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607166 UPS | | 4/20/2017 | (2,335.24) |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607166 PO#P5002989 | | 4/20/2017 | (5,977.00) |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607183 MI00054574 | | 4/21/2017 | 407.50 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607183 MI00054573 | | 4/21/2017 | 174.00 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607183 IN00048123 | | 4/21/2017 | 171.50 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607183 IN00048042 | | 4/21/2017 | 312.00 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607183 IN00048041 | | 4/21/2017 | 99.00 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607183 IN00048040 | | 4/21/2017 | 619.75 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607052 IN00046585 | | 3/30/2017 | 1,164.00 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607067 IN00046996 | | 3/24/2017 | 182.20 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607183 IN00046996 | | 4/21/2017 | 268.05 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607052 IN00046524 | | 3/30/2017 | 197.25 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607067 MI00053743 | | 3/24/2017 | 474.46 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607067 MI00053717 | | 3/24/2017 | 1,842.26 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607052 IN00046853 | | 3/30/2017 | 1,076.78 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607067 IN00046853 | | 3/24/2017 | 305.48 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607052 IN00046517 | | 3/30/2017 | 634.14 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607052 IN00046533 | | 3/30/2017 | 783.00 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607052 IN00046547 | | 3/30/2017 | 447.00 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607052 IN00046550 | | 3/30/2017 | 291.00 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607039 MI00053363 | | 3/21/2017 | 31.30 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607052 MI00053363 | | 3/30/2017 | 1,134.17 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607052 IN00046521 | | 3/30/2017 | 900.50 |
| VA01133 | ITC Incorporated | VA01133 | Payment | 201607039 IN00046107 | | 3/21/2017 | 112.50 |
| | **ITC Incorporated Total** | | | | | | 30,786.75 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90485 | 6/14/2017 | 6/14/2017 | 3,142.65 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90374 | 215001 | 5/10/2017 | 2,726.66 |

| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90409 | 215001 | 5/24/2017 | 503.94 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90355 | 214897 | 5/3/2017 | 63.00 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90355 213830-01 | | 5/3/2017 | 302.65 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90409 | 215522 | 5/24/2017 | 485.52 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90443 | 215522 | 5/31/2017 | 404.58 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90461 | 215521 | 6/7/2017 | 2,651.78 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90355 214430-01 | | 5/3/2017 | 273.96 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90355 | 215002 | 5/3/2017 | 200.33 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90409 | 215002 | 5/24/2017 | 196.83 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90323 | 214430 | 4/27/2017 | 3,312.62 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90355 | 214430 | 5/3/2017 | 1,169.28 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90228 | 213830 | 4/5/2017 | 2,802.95 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90243 | 213830 | 4/12/2017 | 2,498.97 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90281 | 213830 | 4/19/2017 | 1,174.01 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90355 | 213830 | 5/3/2017 | 584.68 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90150 | 213308 | 3/22/2017 | 2,990.87 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90188 | 213308 | 3/29/2017 | 2,873.29 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90281 | 213308 | 4/19/2017 | 1,997.66 |
| VA01790 | CLASS C COMPONENTS INC. | VA01790 | Payment | 90150 | 213146 | 3/22/2017 | 188.32 |
| | **CLASS C COMPONENTS INC. Total** | | | | | | 30,544.55 |
| VA01170 | Moeller Marine Products ***Wire Payı | VA01170 | Payment | 201607339 | 547821 | 6/8/2017 | 4,598.94 |
| VA01170 | Moeller Marine Products ***Wire Payı | VA01170 | Payment | 201607144 | 547822 | 4/13/2017 | 5,740.14 |
| VA01170 | Moeller Marine Products ***Wire Payı | VA01170 | Payment | 201607400 | 547822 | 6/16/2017 | 11,126.71 |
| VA01170 | Moeller Marine Products ***Wire Payı | VA01170 | Payment | 201607339 | 547823 | 6/8/2017 | 911.07 |
| VA01170 | Moeller Marine Products ***Wire Payı | VA01170 | Payment | 201607065 | 547748 | 3/24/2017 | 624.10 |
| VA01170 | Moeller Marine Products ***Wire Payı | VA01170 | Payment | 201607339 | 547748 | 6/8/2017 | 3.56 |
| VA01170 | Moeller Marine Products ***Wire Payı | VA01170 | Payment | 201607065 | 546042 | 3/24/2017 | 5,199.62 |
| | **Moeller Marine Products ***Wire Payment*** Total** | | | | | | 28,204.14 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 201607264 PO#P499481 | | 5/18/2017 | 1,080.00 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 201607264 PO#P5001815 | | 5/18/2017 | 2,581.20 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 201607404 | 319412 | 6/16/2017 | 870.22 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 201607330 | 317929 | 6/7/2017 | 916.38 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 201607404 | 317929 | 6/16/2017 | 3,729.78 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 201607330 | 316646 | 6/7/2017 | 1,548.72 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 90299 PO#P5001815 | | 4/21/2017 | (3,097.44) |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 201607264 | 315271 | 5/18/2017 | 366.12 |

| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 201607330 | 315271 | 6/7/2017 | 1,793.88 |
|---------|------------------|---------|---------|-----------|--------|----------|----------|
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 90299 | 315255 | 4/21/2017 | 1,548.72 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 90299 | 314359 | 4/21/2017 | 3,097.44 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 90299 | 313039 | 4/21/2017 | 1,548.72 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 90210 | 312428 | 3/30/2017 | 262.50 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 90210 | 312415 | 3/30/2017 | 2,581.20 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 90299 | 312426 | 4/21/2017 | 1,548.72 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 90210 | 312232 | 3/30/2017 | 516.24 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 90210 | 312151 | 3/30/2017 | 395.06 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 90210 | 312146 | 3/30/2017 | 1,032.48 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 90210 | 311824 | 3/30/2017 | 597.44 |
| VA02859 | Ameri-Kart Corp. | VA02859 | Payment | 90210 | 311823 | 3/30/2017 | 1,386.88 |
| | **Ameri-Kart Corp. Total** | | | | | | 24,304.26 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607410 | 1006096 | 6/19/2017 | 3,203.60 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607410 | 1006095 | 6/19/2017 | 1,898.75 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607410 | 1006094 | 6/19/2017 | 787.20 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607410 | 1006093 | 6/19/2017 | 505.98 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607410 | 1005073 | 6/19/2017 | 1,694.30 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607410 | 1005072 | 6/19/2017 | 605.90 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607410 | 1005071 | 6/19/2017 | 1,430.80 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607410 | 1005070 | 6/19/2017 | 1,399.60 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607237 | 1005069 | 5/5/2017 | 621.20 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607410 | 1005068 | 6/19/2017 | 1,280.00 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607410 | 1005067 | 6/19/2017 | 410.40 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607237 | 1004139 | 5/5/2017 | 2,146.20 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607237 | 1004138 | 5/5/2017 | 2,099.40 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607056 | 1004137 | 3/30/2017 | 504.18 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607410 | 1004137 | 6/19/2017 | 117.02 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607237 | 1004136 | 5/5/2017 | 1,280.00 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607237 | 1004135 | 5/5/2017 | 984.00 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607237 | 1004134 | 5/5/2017 | 410.40 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607237 PO#P5003199 | | 5/5/2017 | (7,541.20) |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607056 | 1003415 | 3/30/2017 | 1,828.45 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607056 | 1001163 | 3/30/2017 | 6,150.25 |
| VA01258 | Springfield Marine Co. | VA01258 | Payment | 201607056 | 1001162 | 3/30/2017 | 1,272.00 |
| | **Springfield Marine Co. Total** | | | | | | 23,088.43 |

| VA02674 | Marinetech Products Inc. | VA02674 | Payment | 90208 MFG47273 | | 3/30/2017 | 5,366.00 |
|---------|--------------------------|---------|---------|----------------|----|-----------|----------|
| VA02674 | Marinetech Products Inc. | VA02674 | Payment | 90338 MFG47273 | | 4/28/2017 | 1,147.00 |
| VA02674 | Marinetech Products Inc. | VA02674 | Payment | 90467 MFG47364 | | 6/8/2017 | 45.50 |
| VA02674 | Marinetech Products Inc. | VA02674 | Payment | 90467 MFG47361 | | 6/8/2017 | 2,306.56 |
| VA02674 | Marinetech Products Inc. | VA02674 | Payment | 90467 MFG47531 | | 6/8/2017 | 669.50 |
| VA02674 | Marinetech Products Inc. | VA02674 | Payment | 90467 MFG47360 | | 6/8/2017 | 1,206.00 |
| VA02674 | Marinetech Products Inc. | VA02674 | Payment | 90338 MFG47359 | | 4/28/2017 | 517.12 |
| VA02674 | Marinetech Products Inc. | VA02674 | Payment | 90467 MFG47362 | | 6/8/2017 | 2,781.44 |
| VA02674 | Marinetech Products Inc. | VA02674 | Payment | 90169 MFG47271 | | 3/24/2017 | 2,000.00 |
| VA02674 | Marinetech Products Inc. | VA02674 | Payment | 90263 MFG47271 | | 4/13/2017 | 4,000.00 |
| VA02674 | Marinetech Products Inc. | VA02674 | Payment | 90338 MFG47271 | | 4/28/2017 | 2,396.27 |
| | **Marinetech Products Inc. Total** | | | | | | 22,435.39 |
| va03260 | Global Interior Solutions | va03260 | Payment | 201607238 | 14465 | 5/9/2017 | 2,941.00 |
| va03260 | Global Interior Solutions | va03260 | Payment | 201607238 | 14464 | 5/9/2017 | 2,941.00 |
| va03260 | Global Interior Solutions | va03260 | Payment | 90158 PO#P5000125 | | 3/23/2017 | 5,882.00 |
| va03260 | Global Interior Solutions | va03260 | Payment | 201607238 PO#P5000125 | | 5/9/2017 | (5,882.00) |
| va03260 | Global Interior Solutions | va03260 | Payment | 90308 | 13986 | 4/21/2017 | 1,250.00 |
| va03260 | Global Interior Solutions | va03260 | Payment | 90462 | 13986 | 6/7/2017 | 3,235.10 |
| va03260 | Global Interior Solutions | va03260 | Payment | 90158 | 13842 | 3/23/2017 | 1,250.00 |
| va03260 | Global Interior Solutions | va03260 | Payment | 90174 | 13842 | 3/24/2017 | 1,250.00 |
| va03260 | Global Interior Solutions | va03260 | Payment | 90216 | 13842 | 3/30/2017 | 1,250.00 |
| va03260 | Global Interior Solutions | va03260 | Payment | 90268 | 13842 | 4/13/2017 | 8,115.60 |
| | **Global Interior Solutions Total** | | | | | | 22,232.70 |
| VA02418 | RAO Manufacturing Company | VA02418 | Payment | 90446 PO#P5004261 | | 6/5/2017 | 7,042.00 |
| VA02418 | RAO Manufacturing Company | VA02418 | Payment | 90446 PO#P5004261 | | 6/5/2017 | (7,042.00) |
| VA02418 | RAO Manufacturing Company | VA02418 | Payment | 201607251 | 274646 | 5/10/2017 | 4,745.00 |
| VA02418 | RAO Manufacturing Company | VA02418 | Payment | 90143 PO#P5002570 | | 3/21/2017 | 4,745.00 |
| VA02418 | RAO Manufacturing Company | VA02418 | Payment | 201607251 PO#P5002570 | | 5/10/2017 | (4,745.00) |
| VA02418 | RAO Manufacturing Company | VA02418 | Payment | 201607407 | 268580 | 6/19/2017 | 2,018.00 |
| VA02418 | RAO Manufacturing Company | VA02418 | Payment | 201607407 | 268360 | 6/19/2017 | 1,669.00 |
| VA02418 | RAO Manufacturing Company | VA02418 | Payment | 201607407 | 268359 | 6/19/2017 | 2,188.00 |
| VA02418 | RAO Manufacturing Company | VA02418 | Payment | 90143 | 268217 | 3/21/2017 | 1,000.00 |
| VA02418 | RAO Manufacturing Company | VA02418 | Payment | 90365 | 268217 | 5/5/2017 | 8,000.00 |
| VA02418 | RAO Manufacturing Company | VA02418 | Payment | 90446 | 268217 | 6/5/2017 | 758.00 |
| VA02418 | RAO Manufacturing Company | VA02418 | Payment | 201607407 | 268217 | 6/19/2017 | 1,925.00 |
| VA02418 | RAO Manufacturing Company | VA02418 | Payment | 90446 | 268217 | 6/5/2017 | (758.00) |

| | **RAO Manufacturing Company Total** | | | | | | 21,545.00 |
|---|---|---|---|---|---|---|---|
| VA02714 | Champagne Metals ***Wire Payment* | VA02714 | Payment | 201607396 | 4231 | 6/16/2017 | 20,344.00 |
| VA02714 | Champagne Metals ***Wire Payment* | VA02714 | Payment | 201607394 | 3303 | 6/16/2017 | 733.62 |
| | **Champagne Metals ***Wire Payment*** Total** | | | | | | 21,077.62 |
| VD03117 | ADP, LLC | VD03117 | Payment | 90482 | 493244470 | 6/13/2017 | 1,467.60 |
| VD03117 | ADP, LLC | VD03117 | Payment | 90482 | 492892650 | 6/13/2017 | 958.72 |
| VD03117 | ADP, LLC | VD03117 | Payment | 90482 | 493717007 | 6/13/2017 | 958.72 |
| VD03117 | ADP, LLC | VD03117 | Payment | 90482 | 492227978 | 6/13/2017 | 1,071.07 |
| VD03117 | ADP, LLC | VD03117 | Payment | 90482 | 491794206 | 6/13/2017 | 1,603.29 |
| VD03117 | ADP, LLC | VD03117 | Payment | 90482 | 491335141 | 6/13/2017 | 1,056.09 |
| VD03117 | ADP, LLC | VD03117 | Payment | 90482 | 490716702 | 6/13/2017 | 1,086.05 |
| VD03117 | ADP, LLC | VD03117 | Payment | 90482 | 490177110 | 6/13/2017 | 1,551.39 |
| VD03117 | ADP, LLC | VD03117 | Payment | 90482 | 489829913 | 6/13/2017 | 1,145.97 |
| VD03117 | ADP, LLC | VD03117 | Payment | 90351 | 489196713 | 4/28/2017 | 1,056.09 |
| VD03117 | ADP, LLC | VD03117 | Payment | 90351 | 488828358 | 4/28/2017 | 1,554.03 |
| VD03117 | ADP, LLC | VD03117 | Payment | 90317 | 488164643 | 4/21/2017 | 2,741.34 |
| VD03117 | ADP, LLC | VD03117 | Payment | 90317 | 487479847 | 4/21/2017 | 1,355.69 |
| VD03117 | ADP, LLC | VD03117 | Payment | 90317 | 486212840 | 4/21/2017 | 3,344.21 |
| | **ADP, LLC Total** | | | | | | 20,950.26 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102307 | | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102439 | | 6/7/2017 | 195.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102438 | | 6/7/2017 | 66.14 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102310 | | 6/7/2017 | 53.29 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90157 3-1099864 | | 3/23/2017 | 1,044.41 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90157 3-1099143 | | 3/23/2017 | 172.80 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90157 3-1099142 | | 3/23/2017 | 837.20 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90157 3-1099141 | | 3/23/2017 | 1,891.07 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90157 3-1099140 | | 3/23/2017 | 257.54 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90157 3-1099138 | | 3/23/2017 | 171.15 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102379 | | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102428 | | 6/7/2017 | 54.99 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102413 | | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 201607393 3-1102409 | | 6/16/2017 | 250.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102408 | | 6/7/2017 | 345.72 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102406 | | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102380 | | 6/7/2017 | 50.00 |

| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102378 | 6/7/2017 | 68.41 |
|---------|--------------------------|---------|---------|-----------------|----------|-------|
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102337 | 6/7/2017 | 55.26 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102309 | 6/7/2017 | 53.29 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102308 | 6/7/2017 | 74.60 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102285 | 6/7/2017 | 68.46 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102284 | 6/7/2017 | 56.97 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102336 | 6/7/2017 | 61.06 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102232 | 6/7/2017 | 211.90 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90470 3-1102231 | 6/8/2017 | 2,706.43 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102207 | 6/7/2017 | 73.91 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102206 | 6/7/2017 | 73.91 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102205 | 6/7/2017 | 73.91 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102204 | 6/7/2017 | 98.75 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102191 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102203 | 6/7/2017 | 79.05 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102190 | 6/7/2017 | 59.14 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102189 | 6/7/2017 | 56.85 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102188 | 6/7/2017 | 52.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102187 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102131 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102123 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102122 | 6/7/2017 | 57.87 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102240 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102211 | 6/7/2017 | 57.35 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102210 | 6/7/2017 | 57.35 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102209 | 6/7/2017 | 57.35 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102208 | 6/7/2017 | 57.35 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102202 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102185 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102168 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102127 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102128 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102129 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102130 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102214 | 6/7/2017 | 492.25 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102213 | 6/7/2017 | 1,728.24 |

| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102212 | 6/7/2017 | 1,476.25 |
|---------|--------------------------|---------|---------|-----------------|----------|----------|
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101680 | 4/28/2017 | 1,171.12 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101722 | 4/28/2017 | 813.28 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101776 | 4/28/2017 | 82.36 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101865 | 4/28/2017 | 86.82 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101866 | 4/28/2017 | 57.77 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101867 | 4/28/2017 | 68.36 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101868 | 4/28/2017 | 68.22 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101869 | 4/28/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101870 | 4/28/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101871 | 4/28/2017 | 59.22 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101872 | 4/28/2017 | 71.24 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101874 | 4/28/2017 | 82.11 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1101927 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1101928 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101929 | 4/28/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101946 | 4/28/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101947 | 4/28/2017 | 65.95 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101948 | 4/28/2017 | 57.87 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101954 | 4/28/2017 | 52.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1101975 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1101976 | 6/7/2017 | 66.67 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1101977 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1101978 | 6/7/2017 | 72.45 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1101979 | 6/7/2017 | 61.26 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1101980 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1101981 | 6/7/2017 | 68.46 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1101996 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1101997 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1101998 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1101999 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102000 | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102043 | 6/7/2017 | 65.17 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102044 | 6/7/2017 | 71.81 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102045 | 6/7/2017 | 73.61 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102046 | 6/7/2017 | 61.41 |

| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102047 | | 6/7/2017 | 50.00 |
|---|---|---|---|---|---|---|---|
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102063 | | 6/7/2017 | 68.46 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102064 | | 6/7/2017 | 67.54 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90157 3-1101789 | | 3/23/2017 | 751.92 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101816 | | 4/28/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101817 | | 4/28/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101818 | | 4/28/2017 | 62.84 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101819 | | 4/28/2017 | 61.26 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101820 | | 4/28/2017 | 62.84 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101859 | | 4/28/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101860 | | 4/28/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101861 | | 4/28/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101862 | | 4/28/2017 | 61.26 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90330 3-1101863 | | 4/28/2017 | 57.45 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1101913 | | 6/7/2017 | 53.77 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1101914 | | 6/7/2017 | 64.78 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1101920 | | 6/7/2017 | 68.36 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102084 | | 6/7/2017 | 52.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102001 | | 6/7/2017 | 50.00 |
| VA01130 | Hiawatha Metalcraft Inc. | VA01130 | Payment | 90459 3-1102119 | | 6/7/2017 | 743.60 |
| | **Hiawatha Metalcraft Inc. Total** | | | | | | 20,600.46 |
| VA01539 | WINTHROP & WEINSTINE, P.A. | VA01539 | Payment | 90166 | 402933 | 3/24/2017 | 2,000.00 |
| VA01539 | WINTHROP & WEINSTINE, P.A. | VA01539 | Payment | 90201 | 402933 | 3/30/2017 | 1,001.00 |
| VA01539 | WINTHROP & WEINSTINE, P.A. | VA01539 | Payment | 90288 | 402933 | 4/21/2017 | 2,500.00 |
| VA01539 | WINTHROP & WEINSTINE, P.A. | VA01539 | Payment | 90331 | 402933 | 4/28/2017 | 2,500.00 |
| VA01539 | WINTHROP & WEINSTINE, P.A. | VA01539 | Payment | 90398 | 402933 | 5/19/2017 | 5,000.00 |
| VA01539 | WINTHROP & WEINSTINE, P.A. | VA01539 | Payment | 90424 | 402933 | 5/26/2017 | 200.00 |
| VA01539 | WINTHROP & WEINSTINE, P.A. | VA01539 | Payment | 90201 | 402932 | 3/30/2017 | 76.00 |
| VA01539 | WINTHROP & WEINSTINE, P.A. | VA01539 | Payment | 90201 | 402931 | 3/30/2017 | 923.00 |
| VA01539 | WINTHROP & WEINSTINE, P.A. | VA01539 | Payment | 90256 | 405075 | 4/13/2017 | 5,800.00 |
| | **WINTHROP & WEINSTINE, P.A. Total** | | | | | | 20,000.00 |
| VD02493 | Capital One Bank | VD02493 | Payment | 201607386 #5787 May, 2017 | | 6/15/2017 | 19,969.76 |
| | **Capital One Bank Total** | | | | | | 19,969.76 |
| VA02900 | SeaStar Canada | VA02900 | Payment | 201607333 PO#P5004228 | | 6/8/2017 | 2,698.85 |
| VA02900 | SeaStar Canada | VA02900 | Payment | 201607042 | 1610548386 | 3/24/2017 | 2,480.10 |
| VA02900 | SeaStar Canada | VA02900 | Payment | 201607054 | 1610548386 | 3/30/2017 | 4,375.00 |

| VA02900 | SeaStar Canada | VA02900 | Payment | 201607196 | 1610548386 | 4/25/2017 | 4,000.00 |
|---------|----------------|---------|---------|-----------|------------|-----------|----------|
| VA02900 | SeaStar Canada | VA02900 | Payment | 201607203 | 1610548386 | 4/28/2017 | 4,000.00 |
| VA02900 | SeaStar Canada | VA02900 | Payment | 201607378 | 1610548386 | 6/12/2017 | 155.00 |
| VA02900 | SeaStar Canada | VA02900 | Payment | 201607042 | 1610548358 | 3/24/2017 | 576.20 |
| VA02900 | SeaStar Canada | VA02900 | Payment | 201607042 | 1610548102 | 3/24/2017 | 443.70 |
| | **SeaStar Canada Total** | | | | | | 18,728.85 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607388 | 6028040794 | 6/15/2017 | 1,255.71 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607342 | 6028040793 | 6/5/2017 | 327.39 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607342 | 6028040791 | 6/5/2017 | 670.38 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607342 | 6028040792 | 6/5/2017 | 75.00 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607342 | 6028040788 | 6/5/2017 | 985.34 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607341 | 6028040787 | 6/2/2017 | 605.55 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607341 | 6028040786 | 6/2/2017 | 1,018.50 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607341 | 6028040785 | 6/2/2017 | 267.73 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607341 | 6028040784 | 6/2/2017 | 484.04 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607341 | 6028040783 | 6/2/2017 | 535.50 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607281 | 6028040782 | 5/23/2017 | 348.42 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607281 | 6028040781 | 5/23/2017 | 331.53 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607281 | 6028040780 | 5/23/2017 | 452.30 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607281 | 6028040779 | 5/23/2017 | 243.36 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607281 | 6028040778 | 5/23/2017 | 814.35 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607281 | 6028040777 | 5/23/2017 | 454.74 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607281 | 6028040776 | 5/23/2017 | 404.32 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607250 | 6028040775 | 5/10/2017 | 285.72 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607250 | 6028040774 | 5/10/2017 | 163.87 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607250 | 6028040773 | 5/10/2017 | 1,095.92 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607250 | 6028040772 | 5/10/2017 | 195.22 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607250 | 6028040768 | 5/10/2017 | 81.00 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607211 | 6028040767 | 4/28/2017 | 99.84 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607211 | 6028040766 | 4/28/2017 | 154.13 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607211 | 6028040765 | 4/28/2017 | 135.15 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607211 | 6028040763 | 4/28/2017 | 270.70 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607211 | 6028040762 | 4/28/2017 | 75.00 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607208 | 6028040761 | 4/20/2017 | 245.57 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607208 | 6028040760 | 4/20/2017 | 302.28 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607208 | 6028040756 | 4/20/2017 | 223.64 |

| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607208 | 6028040755 | 4/20/2017 | 146.89 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607208 | 6028040754 | 4/20/2017 | 111.52 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607208 | 6028040753 | 4/20/2017 | 75.00 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607137 | 6028040752 | 4/10/2017 | 150.00 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607208 | 6028040752 | 4/20/2017 | (75.00) |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607137 | 6028040751 | 4/10/2017 | 75.00 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607137 | 6028040748 | 4/10/2017 | 622.90 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607137 | 6028040747 | 4/10/2017 | 316.74 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607137 | 6028040746 | 4/10/2017 | 719.72 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607137 | 6028040745 | 4/10/2017 | 561.27 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607137 | 6028040744 | 4/10/2017 | 540.78 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607045 | 6028040743 | 3/27/2017 | 639.22 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607045 | 6028040739 | 3/27/2017 | 294.04 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607045 | 6028040738 | 3/27/2017 | 296.42 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607045 | 6028040737 | 3/27/2017 | 406.97 |
| VA03055 | Fleet One, LLC | VA03055 | Payment | 201607045 | 6028040736 | 3/27/2017 | 755.65 |
| | **Fleet One, LLC Total** | | | | | | 18,239.32 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607332 PO#P5004410 | | 6/8/2017 | 1,854.00 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607382 IN/023711 | | 6/13/2017 | 514.59 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607382 IN/020759 | | 6/13/2017 | 1,214.86 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607382 IN/020666 | | 6/13/2017 | 1,969.14 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607332 IN/020490 | | 6/8/2017 | 556.83 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607382 IN/020490 | | 6/13/2017 | 679.41 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607305 IN/020408 | | 5/26/2017 | 218.87 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607332 IN/020408 | | 6/8/2017 | 1,297.17 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607305 IN/020089 | | 5/26/2017 | 553.67 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607305 CN/334 | | 5/26/2017 | (31.00) |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607305 IN/019339 | | 5/26/2017 | 677.55 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607305 IN/019249 | | 5/26/2017 | 956.00 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607233 IN/019171 | | 5/4/2017 | 688.29 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607305 IN/019171 | | 5/26/2017 | 1,332.91 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607233 IN/019083 | | 5/4/2017 | 676.40 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607233 IN/019067 | | 5/4/2017 | 678.71 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607233 IN/018982 | | 5/4/2017 | 677.55 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607233 IN/018938 | | 5/4/2017 | 678.05 |
| VA02994 | Cast Products, Inc. | VA02994 | Payment | 201607233 IN/018889 | | 5/4/2017 | 1,545.00 |

| | **Cast Products, Inc. Total** | | | | | | 16,738.00 |
|---|---|---|---|---|---|---|---|
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90428 | 116432 | 5/26/2017 | 2,809.80 |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90264 PO#P499993 | | 4/13/2017 | 2,753.61 |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90428 PO#P499993 | | 5/26/2017 | (2,753.61) |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90428 | 115256 | 5/26/2017 | 457.67 |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90428 | 114605 | 5/26/2017 | 688.40 |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90428 | 114601 | 5/26/2017 | 2,065.20 |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90183 Prepay | | 3/27/2017 | 565.11 |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90183 Prepay | | 3/27/2017 | (565.11) |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90146 PO#P5003430 | | 3/21/2017 | 2,809.80 |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90428 PO#P5003430 | | 5/26/2017 | (2,809.80) |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90428 | 113530 | 5/26/2017 | 413.04 |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90428 | 113529 | 5/26/2017 | 1,927.52 |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90428 PO#P00049993 | | 5/26/2017 | (2,396.49) |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90428 | 111779 | 5/26/2017 | 1,318.81 |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90428 | 111778 | 5/26/2017 | 1,042.52 |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90264 | 111777 | 4/13/2017 | 3,500.00 |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90300 | 111777 | 4/21/2017 | 3,500.00 |
| VA02867 | Metal Moulding Corp. | VA02867 | Payment | 90428 | 111777 | 5/26/2017 | 541.27 |
| | **Metal Moulding Corp. Total** | | | | | | 15,867.74 |
| VA01326 | Barbour Plastics, Inc. ***Pay via ACH*** | VA01326 | Payment | 201607250 7020266-07 | | 5/10/2017 | 4,320.00 |
| VA01326 | Barbour Plastics, Inc. ***Pay via ACH*** | VA01326 | Payment | 201607200 PO#P5003980 | | 4/28/2017 | 4,320.00 |
| VA01326 | Barbour Plastics, Inc. ***Pay via ACH*** | VA01326 | Payment | 201607250 PO#P5003980 | | 5/10/2017 | (4,320.00) |
| VA01326 | Barbour Plastics, Inc. ***Pay via ACH*** | VA01326 | Payment | 201607165 7019396-07 | | 4/20/2017 | 2,304.00 |
| VA01326 | Barbour Plastics, Inc. ***Pay via ACH*** | VA01326 | Payment | 201607103 5008503-05 | | 4/4/2017 | 7,600.00 |
| VA01326 | Barbour Plastics, Inc. ***Pay via ACH*** | VA01326 | Payment | 201607103 7018717-07 | | 4/4/2017 | 1,036.80 |
| VA01326 | Barbour Plastics, Inc. ***Pay via ACH*** | VA01326 | Payment | 201607037 PO#P5003322 | | 3/21/2017 | 2,304.00 |
| VA01326 | Barbour Plastics, Inc. ***Pay via ACH*** | VA01326 | Payment | 201607165 PO#P5003322 | | 4/20/2017 | (2,304.00) |
| VA01326 | Barbour Plastics, Inc. ***Pay via ACH*** | VA01326 | Payment | 201607103 PO#P5002980 | | 4/4/2017 | (8,636.80) |
| VA01326 | Barbour Plastics, Inc. ***Pay via ACH*** | VA01326 | Payment | 201607037 7016263-07 | | 3/21/2017 | 2,500.00 |
| VA01326 | Barbour Plastics, Inc. ***Pay via ACH*** | VA01326 | Payment | 201607200 7016263-07 | | 4/28/2017 | 1,023.50 |
| VA01326 | Barbour Plastics, Inc. ***Pay via ACH*** | VA01326 | Payment | 201607147 7016463-07 | | 4/13/2017 | 3,940.00 |
| VA01326 | Barbour Plastics, Inc. ***Pay via ACH*** | VA01326 | Payment | 201607200 7016463-07 | | 4/28/2017 | 1,476.50 |
| | **Barbour Plastics, Inc. ***Pay via ACH*** Total** | | | | | | 15,564.00 |
| va03315 | Northpoint Commercial Finance | va03315 | Payment | 90439 8667812420 Apr 2017 | | 5/26/2017 | 4,602.61 |
| va03315 | Northpoint Commercial Finance | va03315 | Payment | 201607188 8667812420 Mar 2017 | | 4/21/2017 | 5,749.62 |

| va03315 | Northpoint Commercial Finance | va03315 | Payment | 201607188 8667812420 Feb 2017 | | 4/21/2017 | 4,243.94 |
|---|---|---|---|---|---|---|---|
| | **Northpoint Commercial Finance Total** | | | | | | 14,596.17 |
| VA03054 | Wells Fargo Equipment Finance, Inc | #N/A | Payment | 201607314 | 12433864 | 5/30/2017 | 920.83 |
| VA03054 | Wells Fargo Equipment Finance, Inc | #N/A | Payment | 201607302 | 12427792 | 5/25/2017 | 2,936.61 |
| VA03054 | Wells Fargo Equipment Finance, Inc | #N/A | Payment | 201607280 | 12408942 | 5/22/2017 | 1,233.30 |
| VA03054 | Wells Fargo Equipment Finance, Inc | #N/A | Payment | 201607215 | 12345354 | 5/1/2017 | 920.83 |
| VA03054 | Wells Fargo Equipment Finance, Inc | #N/A | Payment | 201607195 | 12339285 | 4/25/2017 | 2,936.61 |
| VA03054 | Wells Fargo Equipment Finance, Inc | #N/A | Payment | 201607178 | 12320553 | 4/21/2017 | 1,233.30 |
| VA03054 | Wells Fargo Equipment Finance, Inc | #N/A | Payment | 201607093 | 12250397 | 3/31/2017 | 920.83 |
| VA03054 | Wells Fargo Equipment Finance, Inc | #N/A | Payment | 201607083 | 12244388 | 3/27/2017 | 2,936.61 |
| | **Wells Fargo Equipment Finance, Inc Total** | | | | | | 14,038.92 |
| VA03078 | Farnam Street Financial, Inc. | VA03078 | Payment | 90430 | 561071 | 5/26/2017 | 229.78 |
| VA03078 | Farnam Street Financial, Inc. | VA03078 | Payment | 90430 | 561071 | 5/26/2017 | (229.78) |
| VA03078 | Farnam Street Financial, Inc. | VA03078 | Payment | 90430 | 560951 | 5/26/2017 | 13,480.93 |
| VA03078 | Farnam Street Financial, Inc. | VA03078 | Payment | 90430 | 560951 | 5/26/2017 | (13,480.93) |
| VA03078 | Farnam Street Financial, Inc. | VA03078 | Payment | 90276 | 560347 | 4/14/2017 | 13,480.93 |
| VA03078 | Farnam Street Financial, Inc. | VA03078 | Payment | 90276 | 560467 | 4/14/2017 | 229.78 |
| | **Farnam Street Financial, Inc. Total** | | | | | | 13,710.71 |
| VA03386 | Ugly John's Custom Boats | #N/A | Payment | 90182 40609 Trailer 250 Velo | | 3/27/2017 | 3,448.00 |
| VA03386 | Ugly John's Custom Boats | #N/A | Payment | 90155 40609 S Series Trailer | | 3/22/2017 | 3,349.00 |
| VA03386 | Ugly John's Custom Boats | #N/A | Payment | 90148 | 40683 | 3/21/2017 | 3,638.00 |
| VA03386 | Ugly John's Custom Boats | #N/A | Payment | 90154 | 40609 | 3/22/2017 | 3,238.00 |
| | **Ugly John's Custom Boats Total** | | | | | | 13,673.00 |
| VA03072 | Impact North, Inc. | VA03072 | Payment | 90447 Retainer | | 6/5/2017 | 695.20 |
| VA03072 | Impact North, Inc. | VA03072 | Payment | 90408 Retainer | | 5/24/2017 | 4,000.00 |
| VA03072 | Impact North, Inc. | VA03072 | Payment | 90380 Retainer-3 | | 5/12/2017 | 2,000.00 |
| VA03072 | Impact North, Inc. | VA03072 | Payment | 90367 Retainer-2 | | 5/5/2017 | 2,000.00 |
| VA03072 | Impact North, Inc. | VA03072 | Payment | 90319 Retainer | | 4/24/2017 | 4,500.00 |
| | **Impact North, Inc. Total** | | | | | | 13,195.20 |
| VA01009 | Attwood Corporation | #N/A | Payment | 201607229 | 282236 | 4/18/2017 | 424.40 |
| VA01009 | Attwood Corporation | #N/A | Payment | 201607139 273755-CM | | 4/12/2017 | (230.40) |
| VA01009 | Attwood Corporation | #N/A | Payment | 201607139 278635-CM | | 4/12/2017 | (122.89) |
| VA01009 | Attwood Corporation | #N/A | Payment | 201607139 | 273240 | 4/12/2017 | 230.40 |
| VA01009 | Attwood Corporation | #N/A | Payment | 201607139 | 272878 | 4/12/2017 | 8,108.10 |
| VA01009 | Attwood Corporation | #N/A | Payment | 201607139 | 271204 | 4/12/2017 | 1,701.48 |
| VA01009 | Attwood Corporation | #N/A | Payment | 201607139 | 270884 | 4/12/2017 | 1,366.47 |

| VA01009 | Attwood Corporation | #N/A | Payment | 201607139 | 268046 | 4/12/2017 | 774.36 |
| VA01009 | Attwood Corporation | #N/A | Payment | 201607139 | 264974 | 4/12/2017 | 0.73 |
| VA01009 | Attwood Corporation | #N/A | Payment | 201607139 | 261007 | 4/12/2017 | 876.74 |
| | **Attwood Corporation Total** | | | | | | 13,129.39 |
| VA01545 | Lori Melbostad | VA01545 | Payment | 90511 CC Purchases 6/6-6/12 | | 6/16/2017 | 2,975.61 |
| VA01545 | Lori Melbostad | VA01545 | Payment | 90511 CC Purchases 6/6-6/12 | | 6/16/2017 | (2,975.61) |
| VA01545 | Lori Melbostad | VA01545 | Payment | 90499 LM Personal CC Used | | 6/15/2017 | 8,649.00 |
| VA01545 | Lori Melbostad | VA01545 | Payment | 90499 Bal of April 17 CC | | 6/15/2017 | 3,948.29 |
| | **Lori Melbostad Total** | | | | | | 12,597.29 |
| VA01355 | UPS | VA01355 | Payment | 201607088 | 553669107 | 3/29/2017 | 2,331.09 |
| VA01355 | UPS | VA01355 | Payment | 201607088 | 553669097 | 3/29/2017 | 1,386.78 |
| VA01355 | UPS | VA01355 | Payment | 201607088 | 1160460667 | 3/29/2017 | 46.38 |
| VA01355 | UPS | VA01355 | Payment | 201607088 | 553669087 | 3/29/2017 | 2,850.44 |
| VA01355 | UPS | VA01355 | Payment | 201607088 | 553669077 | 3/29/2017 | 1,953.71 |
| VA01355 | UPS | VA01355 | Payment | 201607088 | 1158001630 | 3/29/2017 | 37.83 |
| VA01355 | UPS | VA01355 | Payment | 201607088 | 553669067 | 3/29/2017 | 3,786.56 |
| VA01355 | UPS | VA01355 | Payment | 201607088 | 1157279058 | 3/29/2017 | 10.40 |
| | **UPS Total** | | | | | | 12,403.19 |
| VA03240 | Rockford Corporation ***Wire Paymer | VA03240 | Payment | 201607145 PO#P5003587 | | 4/13/2017 | 2,933.07 |
| VA03240 | Rockford Corporation ***Wire Paymer | VA03240 | Payment | 201607145 | 1433979 | 4/13/2017 | 2,933.07 |
| VA03240 | Rockford Corporation ***Wire Paymer | VA03240 | Payment | 201607185 | 1433979 | 4/21/2017 | 5,866.14 |
| | **Rockford Corporation ***Wire Payment*** Total** | | | | | | 11,732.28 |
| VA03209 | JIF Marine | VA03209 | Payment | 90273 | 24081 | 4/14/2017 | 1,065.59 |
| VA03209 | JIF Marine | VA03209 | Payment | 90153 PO#P491750 | | 3/22/2017 | 1,066.01 |
| VA03209 | JIF Marine | VA03209 | Payment | 90214 PO#P491750 | | 3/30/2017 | (1,066.01) |
| VA03209 | JIF Marine | VA03209 | Payment | 90214 | 22730 | 3/30/2017 | 1,512.59 |
| VA03209 | JIF Marine | VA03209 | Payment | 90214 | 22727 | 3/30/2017 | 553.00 |
| VA03209 | JIF Marine | VA03209 | Payment | 90153 | 22547 | 3/22/2017 | 1,000.00 |
| VA03209 | JIF Marine | VA03209 | Payment | 90214 | 22547 | 3/30/2017 | 1,066.01 |
| VA03209 | JIF Marine | VA03209 | Payment | 90266 | 22547 | 4/13/2017 | 2,065.59 |
| VA03209 | JIF Marine | VA03209 | Payment | 90266 | 22547 | 4/13/2017 | (2,065.59) |
| VA03209 | JIF Marine | VA03209 | Payment | 90273 | 22547 | 4/14/2017 | 1,000.00 |
| VA03209 | JIF Marine | VA03209 | Payment | 90305 | 22547 | 4/21/2017 | 1,000.00 |
| VA03209 | JIF Marine | VA03209 | Payment | 90346 | 22547 | 4/28/2017 | 1,000.00 |
| VA03209 | JIF Marine | VA03209 | Payment | 201607261 | 22547 | 5/12/2017 | 1,000.00 |
| VA03209 | JIF Marine | VA03209 | Payment | 201607261 | 22547 | 5/12/2017 | (1,000.00) |

| VA03209 | JIF Marine | VA03209 | Payment | 90381 | | 22547 | 5/12/2017 | 1,000.00 |
|---------|------------|---------|---------|-------|---|-------|-----------|----------|
| VA03209 | JIF Marine | VA03209 | Payment | 90400 | | 22547 | 5/19/2017 | 1,000.00 |
| VA03209 | JIF Marine | VA03209 | Payment | 90472 | | 22547 | 6/9/2017 | 1,000.00 |
| | **JIF Marine Total** | | | | | | | 11,197.19 |
| VA02499 | SCHWINTEK INC | VA02499 | Payment | 90464 PO#P5004403 | | | 6/8/2017 | 2,137.50 |
| VA02499 | SCHWINTEK INC | VA02499 | Payment | 90261 Prepay | | | 4/13/2017 | 4,987.50 |
| VA02499 | SCHWINTEK INC | VA02499 | Payment | 201607140 | | 19049 | 4/12/2017 | 1,060.00 |
| VA02499 | SCHWINTEK INC | VA02499 | Payment | 201607140 | | 19030 | 4/12/2017 | 2,850.00 |
| VA02499 | SCHWINTEK INC | VA02499 | Payment | 90144 PO#P499976 | | | 3/21/2017 | 2,850.00 |
| VA02499 | SCHWINTEK INC | VA02499 | Payment | 201607140 PO#P499976 | | | 4/12/2017 | (2,850.00) |
| VA02499 | SCHWINTEK INC | VA02499 | Payment | 90144 PO#P499367 | | | 3/21/2017 | 1,060.00 |
| VA02499 | SCHWINTEK INC | VA02499 | Payment | 201607140 PO#P499367 | | | 4/12/2017 | (1,060.00) |
| | **SCHWINTEK INC Total** | | | | | | | 11,035.00 |
| VD03102 | SiteDoneRite ***Wire Payment*** | VD03102 | Payment | 201607409 | | 2991 | 6/19/2017 | 3,000.00 |
| VD03102 | SiteDoneRite ***Wire Payment*** | VD03102 | Payment | 201607409 | | 2974 | 6/19/2017 | 3,000.00 |
| VD03102 | SiteDoneRite ***Wire Payment*** | VD03102 | Payment | 90272 | | 2956 | 4/13/2017 | 1,500.00 |
| VD03102 | SiteDoneRite ***Wire Payment*** | VD03102 | Payment | 90315 | | 2956 | 4/21/2017 | 1,500.00 |
| VD03102 | SiteDoneRite ***Wire Payment*** | VD03102 | Payment | 90179 | | 2937 | 3/24/2017 | 1,000.00 |
| VD03102 | SiteDoneRite ***Wire Payment*** | VD03102 | Payment | 90221 | | 2937 | 3/30/2017 | 1,000.00 |
| | **SiteDoneRite ***Wire Payment*** Total** | | | | | | | 11,000.00 |
| VA01164 | MARINE FASTENERS MIDWEST, INC. | VA01164 | Payment | 90484 | 6/14/2017 | | 6/14/2017 | 2,788.87 |
| VA01164 | MARINE FASTENERS MIDWEST, INC. | VA01164 | Payment | 90197 2B-259143 | | | 3/30/2017 | 1,050.00 |
| VA01164 | MARINE FASTENERS MIDWEST, INC. | VA01164 | Payment | 90197 2B-261115 | | | 3/30/2017 | 4,096.51 |
| VA01164 | MARINE FASTENERS MIDWEST, INC. | VA01164 | Payment | 90197 2B-261127 | | | 3/30/2017 | 1,481.33 |
| VA01164 | MARINE FASTENERS MIDWEST, INC. | VA01164 | Payment | 90422 2B-261127 | | | 5/26/2017 | 500.00 |
| | **MARINE FASTENERS MIDWEST, INC. Total** | | | | | | | 9,916.71 |
| VD01882 | Garmin International ***Pay via ACH*** | VD01882 | Payment | 201607180 | | 108357692 | 4/21/2017 | 1,968.00 |
| VD01882 | Garmin International ***Pay via ACH*** | VD01882 | Payment | 201607180 | | 108262978 | 4/21/2017 | 902.96 |
| VD01882 | Garmin International ***Pay via ACH*** | VD01882 | Payment | 201607180 | | 108262984 | 4/21/2017 | 269.99 |
| VD01882 | Garmin International ***Pay via ACH*** | VD01882 | Payment | 201607234 | | 108262983 | 5/4/2017 | 4,000.00 |
| VD01882 | Garmin International ***Pay via ACH*** | VD01882 | Payment | 201607180 | | 108262982 | 4/21/2017 | 1,962.24 |
| | **Garmin International ***Pay via ACH*** Total** | | | | | | | 9,103.19 |
| VA03245 | PT EUDE Indonesia/EuroDesign Group | VA03245 | Payment | 201607050 | | 2548 | 3/30/2017 | 600.00 |
| VA03245 | PT EUDE Indonesia/EuroDesign Group | VA03245 | Payment | 201607160 | | 2548 | 4/13/2017 | 1,800.00 |
| VA03245 | PT EUDE Indonesia/EuroDesign Group | VA03245 | Payment | 201607184 | | 2548 | 4/21/2017 | 1,800.00 |
| VA03245 | PT EUDE Indonesia/EuroDesign Group | VA03245 | Payment | 201607206 | | 2548 | 4/28/2017 | 1,800.00 |

| VA03245 | PT EUDE Indonesia/EuroDesign Group | VA03245 | Payment | 201607063 | | 2625 | 3/24/2017 | 427.00 |
| VA03245 | PT EUDE Indonesia/EuroDesign Group | VA03245 | Payment | 201607063 | | 2559 | 3/24/2017 | 1,373.00 |
| VA03245 | PT EUDE Indonesia/EuroDesign Group | VA03245 | Payment | 201607050 | | 2536 | 3/30/2017 | 1,200.00 |
| | **PT EUDE Indonesia/EuroDesign Group ** Wire Payment** Total** | | | | | | | **9,000.00** |
| VA02325 | Clockwork Active Media Systems | VA02325 | Payment | 90480 | | 15111 | 6/12/2017 | 1,250.00 |
| VA02325 | Clockwork Active Media Systems | VA02325 | Payment | 90480 | | 15045 | 6/12/2017 | 1,250.00 |
| VA02325 | Clockwork Active Media Systems | VA02325 | Payment | 90480 | | 14950 | 6/12/2017 | 1,250.00 |
| VA02325 | Clockwork Active Media Systems | VA02325 | Payment | 90334 | | 14856 | 4/28/2017 | 1,250.00 |
| VA02325 | Clockwork Active Media Systems | VA02325 | Payment | 90334 | | 14750 | 4/28/2017 | 1,250.00 |
| VA02325 | Clockwork Active Media Systems | VA02325 | Payment | 90206 | | 14665 | 3/30/2017 | 1,250.00 |
| VA02325 | Clockwork Active Media Systems | VA02325 | Payment | 90334 | | 14665 | 4/28/2017 | 150.00 |
| VA02325 | Clockwork Active Media Systems | VA02325 | Payment | 90167 | | 14575 | 3/24/2017 | 1,250.00 |
| | **Clockwork Active Media Systems Total** | | | | | | | **8,900.00** |
| VA02561 | VISTA MFG. INC. | VA02561 | Payment | 201607335 | PO#P5004185 | | 6/8/2017 | 1,752.00 |
| VA02561 | VISTA MFG. INC. | VA02561 | Payment | 201607186 | PO#P5003893 | | 4/21/2017 | 3,936.94 |
| VA02561 | VISTA MFG. INC. | VA02561 | Payment | 201607030 | PO#P5003286 | | 3/14/2017 | (1,275.04) |
| VA02561 | VISTA MFG. INC. | VA02561 | Payment | 201607186 | | 64436 | 4/21/2017 | 3,936.94 |
| VA02561 | VISTA MFG. INC. | VA02561 | Payment | 201607335 | | 64436 | 6/8/2017 | 1,752.00 |
| VA02561 | VISTA MFG. INC. | VA02561 | Payment | 201607030 | | 64433 | 3/14/2017 | (1,275.04) |
| | **VISTA MFG. INC. Total** | | | | | | | **8,827.80** |
| va03270 | Nathan Harper | #N/A | Payment | | 90494 5/25/2017 Expenses | | 6/15/2017 | 698.80 |
| va03270 | Nathan Harper | #N/A | Payment | | 90494 5/25/2017 Expenses | | 6/15/2017 | (698.80) |
| va03270 | Nathan Harper | #N/A | Payment | | 90455 6/1/2017 Expenses | | 6/6/2017 | 537.12 |
| va03270 | Nathan Harper | #N/A | Payment | | 90455 5/31/2017 Expenses | | 6/6/2017 | 68.72 |
| va03270 | Nathan Harper | #N/A | Payment | | 90455 6/1/2017 Expenses | | 6/6/2017 | 1,020.00 |
| va03270 | Nathan Harper | #N/A | Payment | | 90434 5/16/2017 Expenses | | 5/26/2017 | 27.83 |
| va03270 | Nathan Harper | #N/A | Payment | | 90434 5/19/2017 Expenses | | 5/26/2017 | 652.80 |
| va03270 | Nathan Harper | #N/A | Payment | | 90369 April 2017 Expenses | | 5/5/2017 | 119.52 |
| va03270 | Nathan Harper | #N/A | Payment | | 90369 5/3/2017 Expenses | | 5/5/2017 | 180.00 |
| va03270 | Nathan Harper | #N/A | Payment | | 90369 4/29/2017 Expenses | | 5/5/2017 | 1,364.80 |
| va03270 | Nathan Harper | #N/A | Payment | | 90369 4/25/2017 Expenses | | 5/5/2017 | 174.40 |
| va03270 | Nathan Harper | #N/A | Payment | | 90369 4/21/2017 Expenses | | 5/5/2017 | 214.50 |
| va03270 | Nathan Harper | #N/A | Payment | | 90369 4/18/2017 Expenses | | 5/5/2017 | 214.40 |
| va03270 | Nathan Harper | #N/A | Payment | | 90309 4/1/2017 Expenses | | 4/21/2017 | 917.60 |
| va03270 | Nathan Harper | #N/A | Payment | | 90238 3/28/2017 Expenses | | 4/7/2017 | 29.08 |
| va03270 | Nathan Harper | #N/A | Payment | | 90238 3/18/2017 Expenses | | 4/7/2017 | 1,387.20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| va03270 | Nathan Harper | #N/A | Payment | 90180 | 3/14/2017 Expenses | 3/24/2017 | 1,610.80 |
| va03270 | Nathan Harper | #N/A | Payment | 90180 | 3/13/2017 Fuel Reimbur | 3/24/2017 | 74.77 |
| va03270 | Nathan Harper | #N/A | Payment | 90180 | 3/18/2017 Fuel Reimbur | 3/24/2017 | 73.14 |
| | **Nathan Harper Total** | | | | | | 8,666.68 |
| VA02767 | Spradling International, Inc. | VA02767 | Payment | 201607207 | 523445 | 4/14/2017 | 4,294.58 |
| VA02767 | Spradling International, Inc. | VA02767 | Payment | 201607267 | 523445 | 5/12/2017 | 4,292.58 |
| | **Spradling International, Inc. Total** | | | | | | 8,587.16 |
| VA03404 | American Watersports Inc. | #N/A | Payment | 90452 | Refund M751 | 6/6/2017 | 8,575.75 |
| | **American Watersports Inc. Total** | | | | | | 8,575.75 |
| VD01354 | Robert Pearl Photography | VD01354 | Payment | 90176 | 2505 | 3/24/2017 | 1,000.00 |
| VD01354 | Robert Pearl Photography | VD01354 | Payment | 90219 | 2505 | 3/30/2017 | 1,000.00 |
| VD01354 | Robert Pearl Photography | VD01354 | Payment | 90270 | 2505 | 4/13/2017 | 2,000.00 |
| VD01354 | Robert Pearl Photography | VD01354 | Payment | 90314 | 2505 | 4/21/2017 | 1,000.00 |
| VD01354 | Robert Pearl Photography | VD01354 | Payment | 90349 | 2505 | 4/28/2017 | 1,000.00 |
| VD01354 | Robert Pearl Photography | VD01354 | Payment | 90403 | 2505 | 5/19/2017 | 2,000.00 |
| | **Robert Pearl Photography Total** | | | | | | 8,000.00 |
| VA02913 | AIA Countertops | #N/A | Payment | 201607378 | 320225 | 6/15/2017 | 1,776.00 |
| VA02913 | AIA Countertops | #N/A | Payment | 90419 | PO#P5004277 | 5/26/2017 | 1,776.00 |
| VA02913 | AIA Countertops | #N/A | Payment | 201607378 | PO#P5004277 | 6/15/2017 | (1,776.00) |
| VA02913 | AIA Countertops | #N/A | Payment | 201607252 | 317995 | 5/10/2017 | 900.00 |
| VA02913 | AIA Countertops | #N/A | Payment | 90342 | PO#P5003894 | 4/28/2017 | 900.00 |
| VA02913 | AIA Countertops | #N/A | Payment | 201607252 | PO#P5003894 | 5/10/2017 | (900.00) |
| VA02913 | AIA Countertops | #N/A | Payment | 201607192 | 315569 | 4/24/2017 | 235.00 |
| VA02913 | AIA Countertops | #N/A | Payment | 201607192 | 315548 | 4/24/2017 | 1,977.00 |
| VA02913 | AIA Countertops | #N/A | Payment | 201607192 | 315454 | 4/24/2017 | 2,659.11 |
| VA02913 | AIA Countertops | #N/A | Payment | 201607192 | 314835 | 4/24/2017 | 437.73 |
| VA02913 | AIA Countertops | #N/A | Payment | 90147 | PO#P5002707 | 3/21/2017 | 5,308.84 |
| VA02913 | AIA Countertops | #N/A | Payment | 201607192 | PO#P5002707 | 4/24/2017 | (5,308.84) |
| | **AIA Countertops Total** | | | | | | 7,984.84 |
| VD01495 | Delta Dental | #N/A | Payment | 201607347 | 6920271 | 6/1/2017 | 2,635.50 |
| VD01495 | Delta Dental | #N/A | Payment | 201607228 | 6888843 | 5/1/2017 | 1,771.60 |
| VD01495 | Delta Dental | #N/A | Payment | 201607107 | 6855185 | 4/3/2017 | 3,519.60 |
| | **Delta Dental Total** | | | | | | 7,926.70 |
| VA02776 | Kagy Distributing LLC | %F VA02776 | Payment | 201607231 | Commission-Feb 17 | 4/3/2017 | 1,455.31 |
| VA02776 | Kagy Distributing LLC | %F VA02776 | Payment | 90325 | Commission-Mar 17 | 4/28/2017 | 6,114.16 |
| | **Kagy Distributing LLC** | **%Ryan W Kagy Total** | | | | | 7,569.47 |

| VA01333 | Columbus Auto Truck & Trailer | VA01333 | Payment | 90200 | | 19238 | 3/30/2017 | 90.00 |
|---------|-------------------------------|---------|---------|-------|--|-------|-----------|-------|
| VA01333 | Columbus Auto Truck & Trailer | VA01333 | Payment | 90286 | | 19227 | 4/21/2017 | 2,500.00 |
| VA01333 | Columbus Auto Truck & Trailer | VA01333 | Payment | 90200 | | 19241 | 3/30/2017 | 1,002.49 |
| VA01333 | Columbus Auto Truck & Trailer | VA01333 | Payment | 90200 | | 19281 | 3/30/2017 | 146.10 |
| VA01333 | Columbus Auto Truck & Trailer | VA01333 | Payment | 90200 | | 19273 | 3/30/2017 | 473.03 |
| VA01333 | Columbus Auto Truck & Trailer | VA01333 | Payment | 90200 | | 19261 | 3/30/2017 | 90.00 |
| VA01333 | Columbus Auto Truck & Trailer | VA01333 | Payment | 90200 | | 19187 | 3/30/2017 | 801.91 |
| VA01333 | Columbus Auto Truck & Trailer | VA01333 | Payment | 90200 | | 19188 | 3/30/2017 | 1,700.63 |
| VA01333 | Columbus Auto Truck & Trailer | VA01333 | Payment | 90200 | | 19193 | 3/30/2017 | 260.15 |
| VA01333 | Columbus Auto Truck & Trailer | VA01333 | Payment | 90200 | | 19030 | 3/30/2017 | 435.70 |
| | **Columbus Auto Truck & Trailer Total** | | | | | | | 7,500.01 |
| VA03152 | New Ulm Public Utilities | VA03152 | Payment | 90384 0320220004-04/18/17 | | | 5/16/2017 | 1,972.95 |
| VA03152 | New Ulm Public Utilities | VA03152 | Payment | 90304 0320220004-03/17/17 | | | 4/21/2017 | 2,160.74 |
| VA03152 | New Ulm Public Utilities | VA03152 | Payment | 90213 0320220004-02/16/17 | | | 3/30/2017 | 2,939.04 |
| | **New Ulm Public Utilities Total** | | | | | | | 7,072.73 |
| VA01102 | Faria Beede Instruments ***Pay via AC | VA01102 | Payment | 201607259 PO#P5003438 | | | 5/12/2017 | 373.92 |
| VA01102 | Faria Beede Instruments ***Pay via AC | VA01102 | Payment | 201607259 CR0000007898 | | | 5/12/2017 | (22.01) |
| VA01102 | Faria Beede Instruments ***Pay via AC | VA01102 | Payment | 201607179 | | 1288775 | 4/21/2017 | 975.60 |
| VA01102 | Faria Beede Instruments ***Pay via AC | VA01102 | Payment | 201607259 | | 1288805 | 5/12/2017 | 404.40 |
| VA01102 | Faria Beede Instruments ***Pay via AC | VA01102 | Payment | 201607259 | | 1288792 | 5/12/2017 | 869.28 |
| VA01102 | Faria Beede Instruments ***Pay via AC | VA01102 | Payment | 201607259 | | 1288660 | 5/12/2017 | 412.18 |
| VA01102 | Faria Beede Instruments ***Pay via AC | VA01102 | Payment | 201607179 | | 1288297 | 4/21/2017 | 310.20 |
| VA01102 | Faria Beede Instruments ***Pay via AC | VA01102 | Payment | 201607179 | | 1288296 | 4/21/2017 | 1,110.69 |
| VA01102 | Faria Beede Instruments ***Pay via AC | VA01102 | Payment | 201607179 | | 1288295 | 4/21/2017 | 704.39 |
| VA01102 | Faria Beede Instruments ***Pay via AC | VA01102 | Payment | 201607179 | | 1287943 | 4/21/2017 | 332.40 |
| VA01102 | Faria Beede Instruments ***Pay via AC | VA01102 | Payment | 201607179 | | 1287905 | 4/21/2017 | 426.15 |
| VA01102 | Faria Beede Instruments ***Pay via AC | VA01102 | Payment | 201607179 | | 1287382 | 4/21/2017 | 1,113.33 |
| | **Faria Beede Instruments ***Pay via ACH*** Total** | | | | | | | 7,010.53 |
| VA02588 | MARCO | VA02588 | Payment | 90336 | | 20390790 | 4/28/2017 | 3,884.25 |
| VA02588 | MARCO | VA02588 | Payment | 90336 | | 20231780 | 4/28/2017 | 3,104.17 |
| | **MARCO Total** | | | | | | | 6,988.42 |
| VA02065 | Wells Fargo CDF Atlanta/Suzuki | VA02065 | Payment | 201607362 PLA0576 | | | 6/8/2017 | 5,792.36 |
| VA02065 | Wells Fargo CDF Atlanta/Suzuki | VA02065 | Payment | 201607265 155997 4/2017 Interest | | | 5/12/2017 | 346.69 |
| VA02065 | Wells Fargo CDF Atlanta/Suzuki | VA02065 | Payment | 201607207 | | | 4/30/2017 | 53,741.33 |
| VA02065 | Wells Fargo CDF Atlanta/Suzuki | VA02065 | Payment | 201607265 155997 3/2017 Interest | | | 5/12/2017 | 344.15 |
| VA02065 | Wells Fargo CDF Atlanta/Suzuki | VA02065 | Payment | 201607265 155997 2/2017 Interest | | | 5/12/2017 | 408.59 |

| VA02065 | Wells Fargo CDF Atlanta/Suzuki | | VA02065 | Payment | 201607207 WF Funding Credit 2/17 | | 4/30/2017 | (53,741.33) |
|---|---|---|---|---|---|---|---|---|
| | **Wells Fargo CDF Atlanta/Suzuki Total** | | | | | | | 6,891.79 |
| VD03132 | FRONTIER | (Suite C) | VD03132 | Payment | 90187 | 4757198 | 3/29/2017 | 802.25 |
| VD03132 | FRONTIER | (Suite C) | VD03132 | Payment | 90187 | 4741437 | 3/29/2017 | 790.39 |
| VD03132 | FRONTIER | (Suite C) | VD03132 | Payment | 90187 | 4725680 | 3/29/2017 | 778.71 |
| VD03132 | FRONTIER | (Suite C) | VD03132 | Payment | 90187 | 4709754 | 3/29/2017 | 767.20 |
| VD03132 | FRONTIER | (Suite C) | VD03132 | Payment | 90187 | 4693154 | 3/29/2017 | 755.86 |
| VD03132 | FRONTIER | (Suite C) | VD03132 | Payment | 90187 | 4677012 | 3/29/2017 | 744.69 |
| VD03132 | FRONTIER | (Suite C) | VD03132 | Payment | 90187 | 4660824 | 3/29/2017 | 733.69 |
| VD03132 | FRONTIER | (Suite C) | VD03132 | Payment | 90187 | 4644760 | 3/29/2017 | 722.85 |
| VD03132 | FRONTIER | (Suite C) | VD03132 | Payment | 90187 | 4628471 | 3/29/2017 | 723.01 |
| | **FRONTIER** | **(Suite C) Total** | | | | | | 6,818.65 |
| VA01669 | MN Dept. of Revenue | (Sales Tax) | #N/A | Payment | 201607290 Sales&UseTax-Apr 17 | | 5/20/2017 | 5,927.00 |
| VA01669 | MN Dept. of Revenue | (Sales Tax) | #N/A | Payment | 201607172 Sales&UseTax-Mar 17 | | 4/20/2017 | 163.00 |
| | **MN Dept. of Revenue** | **(Sales Tax) Total** | | | | | | 6,090.00 |
| VA03379 | MLM Acquistions LLC (dba Moose Land | | #N/A | Payment | 90175 Refund | | 3/24/2017 | 6,000.00 |
| | **MLM Acquistions LLC (dba Moose Landing Marina) Total** | | | | | | | 6,000.00 |
| VA02753 | Omnova Solutions | | VA02753 | Payment | 90340 PO#P5003694 | | 4/28/2017 | 3,000.00 |
| VA02753 | Omnova Solutions | | VA02753 | Payment | 90340 | 90421596 | 4/28/2017 | 3,000.00 |
| | **Omnova Solutions Total** | | | | | | | 6,000.00 |
| VA02139 | Aubright, Inc. | | VA02139 | Payment | 201607336 PO#P5004177 | | 6/8/2017 | 389.84 |
| VA02139 | Aubright, Inc. | | VA02139 | Payment | 201607146 | 163368 | 4/13/2017 | 4,061.20 |
| VA02139 | Aubright, Inc. | | VA02139 | Payment | 201607146 | 163113 | 4/13/2017 | 1,316.80 |
| | **Aubright, Inc. Total** | | | | | | | 5,767.84 |
| VA01439 | Uflex USA Inc. | | VA01439 | Payment | 90139 PO#P5003381 | | 3/21/2017 | 1,851.08 |
| VA01439 | Uflex USA Inc. | | VA01439 | Payment | 90139 | 212310 | 3/21/2017 | 236.26 |
| VA01439 | Uflex USA Inc. | | VA01439 | Payment | 90255 | 212048 | 4/13/2017 | 3,630.16 |
| | **Uflex USA Inc. Total** | | | | | | | 5,717.50 |
| VA03218 | I Limited LLC | | VA03218 | Payment | 201607150 Rent-Apr, 2017 | | 4/14/2017 | 5,405.50 |
| | **I Limited LLC Total** | | | | | | | 5,405.50 |
| VA02087 | Vico Plastics | | VA02087 | Payment | 90473 PO#P5004397 | | 6/12/2017 | 1,425.32 |
| VA02087 | Vico Plastics | | VA02087 | Payment | 201607267 | 24404 | 5/17/2017 | 752.00 |
| VA02087 | Vico Plastics | | VA02087 | Payment | 90141 PO#P5003374 | | 3/21/2017 | 752.00 |
| VA02087 | Vico Plastics | | VA02087 | Payment | 201607267 PO#P5003374 | | 5/17/2017 | (752.00) |
| VA02087 | Vico Plastics | | VA02087 | Payment | 90141 | 23517 | 3/21/2017 | 752.00 |
| VA02087 | Vico Plastics | | VA02087 | Payment | 90259 | 23517 | 4/13/2017 | 2,224.00 |

| VA02087 | Vico Plastics | VA02087 | Payment | 90473 | 23517 | 6/12/2017 | 111.20 |
|---|---|---|---|---|---|---|---|
| | **Vico Plastics Total** | | | | | | 5,264.52 |
| VA01077 | Dr. Shrink | VA01077 | Payment | 90327 | 254477 | 4/28/2017 | 500.00 |
| VA01077 | Dr. Shrink | VA01077 | Payment | 90500 | 254477 | 6/15/2017 | 2,300.00 |
| VA01077 | Dr. Shrink | VA01077 | Payment | 201607403 | 254477 | 6/16/2017 | 2,300.00 |
| | **Dr. Shrink Total** | | | | | | 5,100.00 |
| VA01676 | Midwest Marine Marketing, Inc. | VA01676 | Payment | 90202 | Commission-Feb 17 | 3/30/2017 | 5,093.97 |
| | **Midwest Marine Marketing, Inc.** | **%Ross Solwold Total** | | | | | 5,093.97 |
| VD03140 | Ford Credit | #N/A | Payment | 201607349 | 51682411-PMT25 | 6/1/2017 | 1,009.90 |
| VD03140 | Ford Credit | #N/A | Payment | 201607356 | 52491092-PMT20 | 6/2/2017 | 681.33 |
| VD03140 | Ford Credit | #N/A | Payment | 201607326 | 52491092-PMT19 | 5/2/2017 | 681.33 |
| VD03140 | Ford Credit | #N/A | Payment | 201607227 | 51682411-PMT24 | 5/1/2017 | 1,009.90 |
| VD03140 | Ford Credit | #N/A | Payment | 201607109 | 52491092-PMT18 | 4/3/2017 | 681.33 |
| VD03140 | Ford Credit | #N/A | Payment | 201607108 | 51682411-PMT23 | 4/3/2017 | 1,009.90 |
| | **Ford Credit Total** | | | | | | 5,073.69 |
| VA03079 | Strait Productions | VA03079 | Payment | 90345 | 169-10 | 4/28/2017 | 215.44 |
| VA03079 | Strait Productions | VA03079 | Payment | 90345 | 169-1 | 4/28/2017 | 681.00 |
| VA03079 | Strait Productions | VA03079 | Payment | 90172 | 168-4 | 3/24/2017 | 1,000.00 |
| VA03079 | Strait Productions | VA03079 | Payment | 90212 | 168-4 | 3/30/2017 | 1,000.00 |
| VA03079 | Strait Productions | VA03079 | Payment | 90265 | 168-4 | 4/13/2017 | 1,000.00 |
| VA03079 | Strait Productions | VA03079 | Payment | 90303 | 168-4 | 4/21/2017 | 1,000.00 |
| VA03079 | Strait Productions | VA03079 | Payment | 90345 | 168-4 | 4/28/2017 | 103.56 |
| | **Strait Productions Total** | | | | | | 5,000.00 |
| va03220 | 80SEVEN | va03220 | Payment | 90173 | 1654 | 3/24/2017 | 1,000.00 |
| va03220 | 80SEVEN | va03220 | Payment | 90215 | 1654 | 3/30/2017 | 1,000.00 |
| va03220 | 80SEVEN | va03220 | Payment | 90267 | 1654 | 4/13/2017 | 1,000.00 |
| va03220 | 80SEVEN | va03220 | Payment | 90306 | 1654 | 4/21/2017 | 1,000.00 |
| va03220 | 80SEVEN | va03220 | Payment | 90348 | 1654 | 4/28/2017 | 1,000.00 |
| | **80SEVEN Total** | | | | | | 5,000.00 |
| VA03407 | Blue Line Logistics, Inc. | VA03407 | Payment | 201607376 | Prepay | 6/15/2017 | 5,000.00 |
| | **Blue Line Logistics, Inc. Total** | | | | | | 5,000.00 |
| VA02791 | Logic Refinery, LLC *** Pay via ACH *** | VA02791 | Payment | 90170 | 1081 | 3/24/2017 | 1,000.00 |
| VA02791 | Logic Refinery, LLC *** Pay via ACH *** | VA02791 | Payment | 201607053 | 1081 | 3/30/2017 | 2,000.00 |
| VA02791 | Logic Refinery, LLC *** Pay via ACH *** | VA02791 | Payment | 201607181 | 1081 | 4/21/2017 | 1,000.00 |
| VA02791 | Logic Refinery, LLC *** Pay via ACH *** | VA02791 | Payment | 201607201 | 1081 | 4/28/2017 | 1,000.00 |
| | **Logic Refinery, LLC *** Pay via ACH *** Total** | | | | | | 5,000.00 |

| VA03394 | Paragon Plastics Inc. ***Pay via ACH** | #N/A | Payment | 201607429 Prepay | | 6/16/2017 | 2,432.68 |
| VA03394 | Paragon Plastics Inc. ***Pay via ACH** | #N/A | Payment | 201607265 | 23757 | 5/22/2017 | 2,417.94 |
| VA03394 | Paragon Plastics Inc. ***Pay via ACH** | #N/A | Payment | 90378 PO#P5003858 | | 5/12/2017 | 2,417.94 |
| VA03394 | Paragon Plastics Inc. ***Pay via ACH** | #N/A | Payment | 201607265 PO#P5003858 | | 5/22/2017 | (2,417.94) |
| | **Paragon Plastics Inc. ***Pay via ACH*** Total** | | | | | | 4,850.62 |
| va03250 | Alexander Dziuk | #N/A | Payment | 90432 5/22/2017 Expenses | | 5/26/2017 | 141.03 |
| va03250 | Alexander Dziuk | #N/A | Payment | 90432 5/19/2017 Expenses | | 5/26/2017 | 652.80 |
| va03250 | Alexander Dziuk | #N/A | Payment | 90368 5/3/2017 Expenses | | 5/5/2017 | 408.40 |
| va03250 | Alexander Dziuk | #N/A | Payment | 90368 4/25/2017 Expenses | | 5/5/2017 | 607.70 |
| va03250 | Alexander Dziuk | #N/A | Payment | 90368 4/21/2017 Expenses | | 5/5/2017 | 839.20 |
| va03250 | Alexander Dziuk | #N/A | Payment | 90237 3/24/2016 Expenses | | 4/7/2017 | 1,183.00 |
| va03250 | Alexander Dziuk | #N/A | Payment | 90237 3/28/2017 Expenses | | 4/7/2017 | 576.00 |
| va03250 | Alexander Dziuk | #N/A | Payment | 90237 3/31/2017 Expenses | | 4/7/2017 | 376.46 |
| | **Alexander Dziuk Total** | | | | | | 4,784.59 |
| VA01598 | HANNAY'S, INC. | VA01598 | Payment | 90450 PO#P5004338 | | 6/5/2017 | 539.70 |
| VA01598 | HANNAY'S, INC. | VA01598 | Payment | 90442 PO#P5004327 | | 5/31/2017 | 2,722.47 |
| VA01598 | HANNAY'S, INC. | VA01598 | Payment | 90418 PO#P5004276 | | 5/26/2017 | 488.74 |
| VA01598 | HANNAY'S, INC. | VA01598 | Payment | 90413 PO#P5004232 | | 5/24/2017 | 967.42 |
| | **HANNAY'S, INC. Total** | | | | | | 4,718.33 |
| VA02915 | Advantage Rep Group | % VA02915 | Payment | 201607230 Commission-Feb 17 | | 4/3/2017 | 4,673.88 |
| | **Advantage Rep Group** | **% Duane Krueger Total** | | | | | 4,673.88 |
| VA02646 | RSL Machining | #N/A | Payment | 90392 2017-03-1120 | | 5/18/2017 | 960.00 |
| VA02646 | RSL Machining | #N/A | Payment | 90160 2017-03-1112 | | 3/24/2017 | 960.00 |
| VA02646 | RSL Machining | #N/A | Payment | 90160 2016-09-0194 | | 3/24/2017 | 384.00 |
| VA02646 | RSL Machining | #N/A | Payment | 90160 2017-02-1111 | | 3/24/2017 | 768.00 |
| VA02646 | RSL Machining | #N/A | Payment | 90160 2017-02-1008 | | 3/24/2017 | 578.50 |
| VA02646 | RSL Machining | #N/A | Payment | 90160 2017-01-1007 | | 3/24/2017 | 960.00 |
| | **RSL Machining Total** | | | | | | 4,610.50 |
| VA03009 | SEI Manufacturing Inc. | VA03009 | Payment | 90356 Prepay 6203 | | 5/3/2017 | 36.41 |
| VA03009 | SEI Manufacturing Inc. | VA03009 | Payment | 90171 PO#P5001012 | | 3/24/2017 | 4,500.86 |
| VA03009 | SEI Manufacturing Inc. | VA03009 | Payment | 90344 | 6045 | 4/28/2017 | 36.41 |
| VA03009 | SEI Manufacturing Inc. | VA03009 | Payment | 201607235 P497370 | | 5/4/2017 | 35.70 |
| VA03009 | SEI Manufacturing Inc. | VA03009 | Payment | 201607235 PO#P497370 | | 5/4/2017 | (35.70) |
| | **SEI Manufacturing Inc. Total** | | | | | | 4,573.68 |
| VA02737 | Hawkeye Marketing Corporation | VA02737 | Payment | 90360 Commission-Apr 17 | | 5/5/2017 | 185.30 |
| VA02737 | Hawkeye Marketing Corporation | VA02737 | Payment | 90360 Commission-Mar 17 | | 5/5/2017 | 4,396.41 |

| VA02737 | Hawkeye Marketing Corporation | VA02737 | Payment | 90360 Commission-Feb 17 | | 5/5/2017 | (36.10) |
|---|---|---|---|---|---|---|---|
| | **Hawkeye Marketing Corporation** | **%Dan Hasshaw Total** | | | | | 4,545.61 |
| VA01720 | Component Supply, Inc. | VA01720 | Payment | 90257 | 3063 | 4/13/2017 | 2,114.00 |
| VA01720 | Component Supply, Inc. | VA01720 | Payment | 90203 | 3055 | 3/30/2017 | 2,114.00 |
| | **Component Supply, Inc. Total** | | | | | | 4,228.00 |
| VA03400 | Mark & Diane Gregory | #N/A | Payment | 90402 PMY80139F313 Settlemen | | 5/19/2017 | 4,000.00 |
| | **Mark & Diane Gregory Total** | | | | | | 4,000.00 |
| VA01344 | Town & Country Disposal | VA01344 | Payment | 90397 730-03/01/17 | | 5/19/2017 | 92.11 |
| VA01344 | Town & Country Disposal | VA01344 | Payment | 90397 730-02/01/17 | | 5/19/2017 | 1,854.96 |
| VA01344 | Town & Country Disposal | VA01344 | Payment | 90397 730-01/02/17 | | 5/19/2017 | 2,052.93 |
| | **Town & Country Disposal Total** | | | | | | 4,000.00 |
| VA03005 | Transport Loisirs Inc | #N/A | Payment | 90343 | 8332 | 4/28/2017 | 4,000.00 |
| | **Transport Loisirs Inc Total** | | | | | | 4,000.00 |
| VA01679 | AMERICAN FINANCIAL PRINTING, INC. | #N/A | Payment | 90291 | 162396 | 4/21/2017 | 2,000.00 |
| VA01679 | AMERICAN FINANCIAL PRINTING, INC. | #N/A | Payment | 90332 | 162396 | 4/28/2017 | 1,964.34 |
| | **AMERICAN FINANCIAL PRINTING, INC. Total** | | | | | | 3,964.34 |
| VD03135 | Seadek Marine Products | VD03135 | Payment | 201607269 | 112138 | 5/17/2017 | 1,935.00 |
| VD03135 | Seadek Marine Products | VD03135 | Payment | 90149 PO#P5002225 | | 3/21/2017 | 1,935.00 |
| VD03135 | Seadek Marine Products | VD03135 | Payment | 201607269 PO#P5002225 | | 5/17/2017 | (1,935.00) |
| VD03135 | Seadek Marine Products | VD03135 | Payment | 90149 | 100082 | 3/21/2017 | 1,935.00 |
| | **Seadek Marine Products Total** | | | | | | 3,870.00 |
| VA02821 | Vantage Resource Group, Inc. ***Wire | VA02821 | Payment | 201607428 PO#P5004446 | | 6/16/2017 | 1,262.00 |
| VA02821 | Vantage Resource Group, Inc. ***Wire | VA02821 | Payment | 201607428 PO#P5004445 | | 6/16/2017 | 1,556.00 |
| VA02821 | Vantage Resource Group, Inc. ***Wire | VA02821 | Payment | 90438 PO#P5004274 | | 5/26/2017 | 508.00 |
| VA02821 | Vantage Resource Group, Inc. ***Wire | VA02821 | Payment | 90438 Inv 4013 | | 5/26/2017 | 399.10 |
| VA02821 | Vantage Resource Group, Inc. ***Wire | VA02821 | Payment | 90377 PO#P5004100 | | 5/12/2017 | 381.00 |
| VA02821 | Vantage Resource Group, Inc. ***Wire | VA02821 | Payment | 90438 PO#P5004100 | | 5/26/2017 | (381.00) |
| | **Vantage Resource Group, Inc. ***Wire Payment*** Total** | | | | | | 3,725.10 |
| VA03268 | Volunteer Fast Freight LLC | #N/A | Payment | 90161 | 6292 | 3/24/2017 | 3,557.40 |
| | **Volunteer Fast Freight LLC Total** | | | | | | 3,557.40 |
| VA01779 | Triangle Industries, Inc. | VA01779 | Payment | 90508 06152017 Prepay | | 6/15/2017 | 3,212.50 |
| VA01779 | Triangle Industries, Inc. | VA01779 | Payment | 90508 | 144113 | 6/15/2017 | 321.25 |
| | **Triangle Industries, Inc. Total** | | | | | | 3,533.75 |
| VA03285 | Michael Rietschel | VA03285 | Payment | 90495 6/9/2017 Expenses | | 6/15/2017 | 40.01 |
| VA03285 | Michael Rietschel | VA03285 | Payment | 90495 6/5/2017 Expenses | | 6/15/2017 | 96.10 |
| VA03285 | Michael Rietschel | VA03285 | Payment | 90495 6/6/2017 Expenses | | 6/15/2017 | 99.28 |

| VA03285 | Michael Rietschel | VA03285 | Payment | 90495 | 6/1/2017 Expenses | 6/15/2017 | 175.00 |
|---------|-------------------|---------|---------|-------|-------------------|-----------|--------|
| VA03285 | Michael Rietschel | VA03285 | Payment | 90495 | 5/28/2017 Expenses | 6/15/2017 | 571.20 |
| VA03285 | Michael Rietschel | VA03285 | Payment | 90495 | 5/24/2017 Expenses | 6/15/2017 | 284.20 |
| VA03285 | Michael Rietschel | VA03285 | Payment | 90495 | 5/25/2017 Expenses | 6/15/2017 | 40.12 |
| VA03285 | Michael Rietschel | VA03285 | Payment | 90416 | 5/25/2017 Expenses | 5/25/2017 | 52.01 |
| VA03285 | Michael Rietschel | VA03285 | Payment | 90416 | 5/24/2017 Expenses | 5/25/2017 | 50.00 |
| VA03285 | Michael Rietschel | VA03285 | Payment | 90406 | 5/23/2017 Expenses | 5/24/2017 | 105.01 |
| VA03285 | Michael Rietschel | VA03285 | Payment | 90394 | 5/18/2017 Expenses | 5/18/2017 | 86.58 |
| VA03285 | Michael Rietschel | VA03285 | Payment | 90394 | 5/9/2017 Expenses | 5/18/2017 | 975.10 |
| VA03285 | Michael Rietschel | VA03285 | Payment | 90371 | Fuel Expenses 5/2-5/3 | 5/9/2017 | 250.00 |
| VA03285 | Michael Rietschel | VA03285 | Payment | 90247 | 4/6/2017 Expenses | 4/12/2017 | 153.65 |
| VA03285 | Michael Rietschel | VA03285 | Payment | 90247 | 3/24/2017 Expenses | 4/12/2017 | 504.00 |
| VA03285 | Michael Rietschel | VA03285 | Payment | 90247 | Feb.& Mar. 2017 Tolls | 4/12/2017 | 25.50 |
| | **Michael Rietschel Total** | | | | | | 3,507.76 |
| VA03264 | The Network Guys Inc | VA03264 | Payment | 90217 | 2833 | 3/30/2017 | 1,897.50 |
| VA03264 | The Network Guys Inc | VA03264 | Payment | 90217 | 3036 | 3/30/2017 | 400.00 |
| VA03264 | The Network Guys Inc | VA03264 | Payment | 90217 | 2966 | 3/30/2017 | 400.00 |
| VA03264 | The Network Guys Inc | VA03264 | Payment | 90217 | 2860 | 3/30/2017 | 400.00 |
| VA03264 | The Network Guys Inc | VA03264 | Payment | 90217 | 2859 | 3/30/2017 | 400.00 |
| | **The Network Guys Inc Total** | | | | | | 3,497.50 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058254400 | 5/26/2017 | 1,650.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058254400 | 5/26/2017 | (1,650.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058167046 | 5/26/2017 | 129.88 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058167046 | 5/26/2017 | (129.88) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058244041 | 5/26/2017 | 250.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058244041 | 5/26/2017 | (250.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058089122 | 5/26/2017 | 185.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058089122 | 5/26/2017 | (185.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058077912 | 5/26/2017 | 185.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058077912 | 5/26/2017 | (185.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057859937 | 5/26/2017 | 240.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057859937 | 5/26/2017 | (240.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057695025 | 5/26/2017 | 212.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057695025 | 5/26/2017 | (212.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057671401 | 5/26/2017 | 235.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057671401 | 5/26/2017 | (235.00) |

| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057633457 | 5/26/2017 | 250.15 |
|---------|-------------------------------|---------|---------|-------|------------|-----------|--------|
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057633457 | 5/26/2017 | (250.15) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058181501 | 5/26/2017 | 80.53 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058181501 | 5/26/2017 | (80.53) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058181491 | 5/26/2017 | 98.50 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058181491 | 5/26/2017 | (98.50) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057969496 | 5/26/2017 | 660.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057969496 | 5/26/2017 | (660.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058104813 | 5/26/2017 | 129.50 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058104813 | 5/26/2017 | (129.50) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058004208 | 5/26/2017 | 85.90 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6058004208 | 5/26/2017 | (85.90) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057839833 | 5/26/2017 | 175.05 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057839833 | 5/26/2017 | (175.05) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057761940 | 5/26/2017 | 167.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057761940 | 5/26/2017 | (167.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057707956 | 5/26/2017 | 162.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057707956 | 5/26/2017 | (162.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057503939 | 5/26/2017 | 274.40 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057503939 | 5/26/2017 | (274.40) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057375131 | 5/26/2017 | 1,775.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057375131 | 5/26/2017 | (1,775.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057329801 | 5/26/2017 | 1,400.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057329801 | 5/26/2017 | (1,400.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057248163 | 5/26/2017 | 1,450.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057248163 | 5/26/2017 | (1,450.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056959231 | 5/26/2017 | 350.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056959231 | 5/26/2017 | (350.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057790120 | 5/26/2017 | 280.06 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057790120 | 5/26/2017 | (280.06) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057768814 | 5/26/2017 | 85.90 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057768814 | 5/26/2017 | (85.90) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057598090 | 5/26/2017 | 137.74 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057598090 | 5/26/2017 | (137.74) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057493524 | 5/26/2017 | 186.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057493524 | 5/26/2017 | (186.00) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057372773 | 5/26/2017 | 186.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057372773 | 5/26/2017 | (186.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057515298 | 5/26/2017 | 381.88 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057515298 | 5/26/2017 | (381.88) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057439207 | 5/26/2017 | 212.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057439207 | 5/26/2017 | (212.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057417215 | 5/26/2017 | 260.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057417215 | 5/26/2017 | (260.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057356319 | 5/26/2017 | 228.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057356319 | 5/26/2017 | (228.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057609201 | 5/26/2017 | 105.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057609201 | 5/26/2017 | (105.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057449518 | 5/26/2017 | 134.61 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057449518 | 5/26/2017 | (134.61) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057424743 | 5/26/2017 | 226.49 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057424743 | 5/26/2017 | (226.49) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057543829 | 5/26/2017 | 198.50 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057543829 | 5/26/2017 | (198.50) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057517887 | 5/26/2017 | 329.89 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057517887 | 5/26/2017 | (329.89) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057432299 | 5/26/2017 | 129.75 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057432299 | 5/26/2017 | (129.75) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057417154 | 5/26/2017 | 101.93 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057417154 | 5/26/2017 | (101.93) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057416177 | 5/26/2017 | 206.30 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057416177 | 5/26/2017 | (206.30) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057255247 | 5/26/2017 | 185.50 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057255247 | 5/26/2017 | (185.50) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057228118 | 5/26/2017 | 683.56 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057228118 | 5/26/2017 | (683.56) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056921695 | 5/26/2017 | 1,800.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056921695 | 5/26/2017 | (1,800.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057339056 | 5/26/2017 | 2,000.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057339056 | 5/26/2017 | (2,000.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057336353 | 5/26/2017 | 129.91 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057336353 | 5/26/2017 | (129.91) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057237600 | 5/26/2017 | 153.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057237600 | 5/26/2017 | (153.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057080420 | 5/26/2017 | 140.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057080420 | 5/26/2017 | (140.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057248388 | 5/26/2017 | 127.90 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057248388 | 5/26/2017 | (127.90) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057108005 | 5/26/2017 | 154.48 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057108005 | 5/26/2017 | (154.48) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057101906 | 5/26/2017 | 127.02 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057101906 | 5/26/2017 | (127.02) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057163735 | 5/26/2017 | 200.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057163735 | 5/26/2017 | (200.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056831671 | 5/26/2017 | 195.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056831671 | 5/26/2017 | (195.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057110771 | 5/26/2017 | 109.38 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057110771 | 5/26/2017 | (109.38) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057095525 | 5/26/2017 | 111.36 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057095525 | 5/26/2017 | (111.36) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056959435 | 5/26/2017 | 154.48 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056959435 | 5/26/2017 | (154.48) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056932645 | 5/26/2017 | 142.46 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056932645 | 5/26/2017 | (142.46) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056868124 | 5/26/2017 | 142.04 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056868124 | 5/26/2017 | (142.04) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056788009 | 5/26/2017 | 198.50 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056788009 | 5/26/2017 | (198.50) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056770206 | 5/26/2017 | 115.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056770206 | 5/26/2017 | (115.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057016588 | 5/26/2017 | 225.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6057016588 | 5/26/2017 | (225.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056909282 | 5/26/2017 | 185.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056909282 | 5/26/2017 | (185.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056887149 | 5/26/2017 | 250.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056887149 | 5/26/2017 | (250.00) |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056864076 | 5/26/2017 | 248.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90426 | 6056864076 | 5/26/2017 | (248.00) |

| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90366 | | 6056949792 | 5/5/2017 | 122.40 |
|---|---|---|---|---|---|---|---|---|
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90366 | | 6056835033 | 5/5/2017 | 99.88 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90366 | | 6056648799 | 5/5/2017 | 138.50 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90366 | | 6056630284 | 5/5/2017 | 102.50 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90366 | | 6056797224 | 5/5/2017 | 278.50 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90366 | | 6056781811 | 5/5/2017 | 160.76 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90366 | | 6056775680 | 5/5/2017 | 109.38 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90366 | | 6056771815 | 5/5/2017 | 112.50 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90366 | | 6056668010 | 5/5/2017 | 1,275.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90366 | | 6056639522 | 5/5/2017 | 155.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90366 | | 6056593200 | 5/5/2017 | 101.50 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90366 | | 6056566608 | 5/5/2017 | 128.95 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90366 | | 6056623587 | 5/5/2017 | 168.50 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90366 | | 6056623571 | 5/5/2017 | 192.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90366 | | 6056583892 | 5/5/2017 | 125.00 |
| VA02574 | C.H. Robinson Worldwide, Inc. | VA02574 | Payment | 90366 | | 6056572076 | 5/5/2017 | 135.00 |
| | **C.H. Robinson Worldwide, Inc. Total** | | | | | | | **3,405.37** |
| VA03387 | Riverview Sports & Marine | #N/A | Payment | 90184 Refund M639, 694, 713 | | | 3/29/2017 | 3,311.27 |
| | **Riverview Sports & Marine Total** | | | | | | | **3,311.27** |
| VA03168 | Renee Petersen | #N/A | Payment | 90241 P/R 04/11/17 | | | 4/11/2017 | 3,044.79 |
| | **Renee Petersen Total** | | | | | | | **3,044.79** |
| VA01624 | B & N SHEET METAL | VA01624 | Payment | 90227 | | 80168 | 4/4/2017 | 3,000.00 |
| | **B & N SHEET METAL Total** | | | | | | | **3,000.00** |
| VD02381 | LIGHTNING PRINTING INC. | VD02381 | Payment | 90178 | | 84667 | 3/24/2017 | 1,000.00 |
| VD02381 | LIGHTNING PRINTING INC. | VD02381 | Payment | 90220 | | 84667 | 3/30/2017 | 1,000.00 |
| VD02381 | LIGHTNING PRINTING INC. | VD02381 | Payment | 90271 | | 84667 | 4/13/2017 | 1,000.00 |
| | **LIGHTNING PRINTING INC. Total** | | | | | | | **3,000.00** |
| VA01957 | Spartan Promotional Group | VA01957 | Payment | 90205 | | 535547 | 3/30/2017 | 210.16 |
| VA01957 | Spartan Promotional Group | VA01957 | Payment | 90292 | | 535547 | 4/21/2017 | 1,000.00 |
| VA01957 | Spartan Promotional Group | VA01957 | Payment | 90333 | | 535547 | 4/28/2017 | 1,000.00 |
| VA01957 | Spartan Promotional Group | VA01957 | Payment | 90205 | | 535548 | 3/30/2017 | 744.48 |
| VA01957 | Spartan Promotional Group | VA01957 | Payment | 90205 | | 532668 | 3/30/2017 | 45.36 |
| | **Spartan Promotional Group Total** | | | | | | | **3,000.00** |
| VD02585 | Matt Williamson | #N/A | Payment | 90350 | | 1001 | 4/28/2017 | 2,975.20 |
| | **Matt Williamson Total** | | | | | | | **2,975.20** |
| VA01219 | T-H MARINE SUPPLIES,INC. ***Pay via | VA01219 | Payment | 201607334 PO#P5004330 | | | 6/8/2017 | 1,967.90 |

| VA01219 | T-H MARINE SUPPLIES,INC. ***Pay via | VA01219 | Payment | 201607100 | 326730 | 3/31/2017 | 351.52 |
| VA01219 | T-H MARINE SUPPLIES,INC. ***Pay via | VA01219 | Payment | 201607100 | 326707 | 3/31/2017 | 648.48 |
| | **T-H MARINE SUPPLIES,INC. ***Pay via ACH*** Total** | | | | | | 2,967.90 |
| VA01261 | SUNRISE FIBERGLASS CORP. | VA01261 | Payment | 90423 PO#P5004226 | | 5/26/2017 | 1,808.00 |
| VA01261 | SUNRISE FIBERGLASS CORP. | VA01261 | Payment | 90423 PO#P5004226 | | 5/26/2017 | (1,808.00) |
| VA01261 | SUNRISE FIBERGLASS CORP. | VA01261 | Payment | 90448 PO#P5004226 | | 6/5/2017 | 1,988.80 |
| VA01261 | SUNRISE FIBERGLASS CORP. | VA01261 | Payment | 90423 | 59110 | 5/26/2017 | 180.80 |
| VA01261 | SUNRISE FIBERGLASS CORP. | VA01261 | Payment | 90423 | 59110 | 5/26/2017 | (180.80) |
| VA01261 | SUNRISE FIBERGLASS CORP. | VA01261 | Payment | 90476 | 59110 | 6/12/2017 | 933.00 |
| VA01261 | SUNRISE FIBERGLASS CORP. | VA01261 | Payment | 90476 | 59110 | 6/12/2017 | (933.00) |
| VA01261 | SUNRISE FIBERGLASS CORP. | VA01261 | Payment | 90477 | 59110 | 6/12/2017 | 933.22 |
| | **SUNRISE FIBERGLASS CORP. Total** | | | | | | 2,922.02 |
| VA02687 | Heartland Payment Systems | #N/A | Payment | 201607348 5/1/17-5/31/17 Fees | | 6/1/2017 | 811.86 |
| VA02687 | Heartland Payment Systems | #N/A | Payment | 201607355 6/2/2017 Authnet Fee | | 6/2/2017 | 13.10 |
| VA02687 | Heartland Payment Systems | #N/A | Payment | 201607226 5/2/2017 Authnet Fee | | 5/2/2017 | 13.00 |
| VA02687 | Heartland Payment Systems | #N/A | Payment | 201607222 4/1/17-4/30/17 Fees | | 5/1/2017 | 813.19 |
| VA02687 | Heartland Payment Systems | #N/A | Payment | 201607120 4/4/2017 Authnet Fee | | 4/4/2017 | 12.60 |
| VA02687 | Heartland Payment Systems | #N/A | Payment | 201607118 3/1/17-3/31/17 Fees | | 4/3/2017 | 1,155.37 |
| | **Heartland Payment Systems Total** | | | | | | 2,819.12 |
| VA01897 | X-TREME Paint & Auto Body | VA01897 | Payment | 90509 Estimate 06152017 | | 6/15/2017 | 3,450.00 |
| VA01897 | X-TREME Paint & Auto Body | VA01897 | Payment | 90509 Estimate 06152017 | | 6/15/2017 | (3,450.00) |
| VA01897 | X-TREME Paint & Auto Body | VA01897 | Payment | 90364 PO#P5003523 | | 5/5/2017 | 1,250.00 |
| VA01897 | X-TREME Paint & Auto Body | VA01897 | Payment | 90204 | 7260 | 3/30/2017 | 175.00 |
| VA01897 | X-TREME Paint & Auto Body | VA01897 | Payment | 90204 | 7261 | 3/30/2017 | 305.00 |
| VA01897 | X-TREME Paint & Auto Body | VA01897 | Payment | 90204 | 7232 | 3/30/2017 | 450.00 |
| VA01897 | X-TREME Paint & Auto Body | VA01897 | Payment | 90204 | 7231 | 3/30/2017 | 600.00 |
| | **X-TREME Paint & Auto Body Total** | | | | | | 2,780.00 |
| VA02984 | Craig Kangas | #N/A | Payment | 90451 5/27/2017 Expenses | | 6/5/2017 | 116.75 |
| VA02984 | Craig Kangas | #N/A | Payment | 90451 5/25/2017 Expenses | | 6/5/2017 | 332.51 |
| VA02984 | Craig Kangas | #N/A | Payment | 90451 6/3/2017 Expenses | | 6/5/2017 | 747.25 |
| VA02984 | Craig Kangas | #N/A | Payment | 90451 5/23/2017 Expenses | | 6/5/2017 | 294.24 |
| VA02984 | Craig Kangas | #N/A | Payment | 90246 3/29/2017 Expenses | | 4/12/2017 | 504.00 |
| VA02984 | Craig Kangas | #N/A | Payment | 90239 03/29-3/30/17 Trip Exp | | 4/7/2017 | 527.23 |
| VA02984 | Craig Kangas | #N/A | Payment | 90239 03/31/17 Cash Expenses | | 4/7/2017 | 92.66 |
| | **Craig Kangas Total** | | | | | | 2,614.64 |
| VA03076 | TD Auto Finance ***> PAY ONLINE | #N/A | Payment | 201607316 1101088222-PMT#34 | | 5/31/2017 | 866.44 |

| VA03076 | TD Auto Finance ***> PAY ONLINE | #N/A | Payment | 201607223 1101088222-PMT#33 | | 5/1/2017 | 866.44 |
|---|---|---|---|---|---|---|---|
| VA03076 | TD Auto Finance ***> PAY ONLINE | #N/A | Payment | 201607091 1101088222-PMT#32 | | 3/30/2017 | 866.44 |
| | **TD Auto Finance ***> PAY ONLINE Total** | | | | | | 2,599.32 |
| VA01502 | J H Larson Company | #N/A | Payment | 90287 S101327284.001 | | 4/21/2017 | 1,007.77 |
| VA01502 | J H Larson Company | #N/A | Payment | 90287 S101303298.001 | | 4/21/2017 | 1,561.44 |
| | **J H Larson Company Total** | | | | | | 2,569.21 |
| VA03063 | Mansfield Oil Company | #N/A | Payment | 90429 | 20151458 | 5/26/2017 | 1,943.21 |
| VA03063 | Mansfield Oil Company | #N/A | Payment | 90429 | 20151457 | 5/26/2017 | 466.85 |
| | **Mansfield Oil Company Total** | | | | | | 2,410.06 |
| VA02541 | WHITECAP INDUSTRIES | VA02541 | Payment | 90207 Prepay | | 3/30/2017 | 2,387.00 |
| | **WHITECAP INDUSTRIES Total** | | | | | | 2,387.00 |
| VA02587 | CEDAR BOX COMPANY ***Pay via ACH | VA02587 | Payment | 201607260 | 161080 | 5/12/2017 | 1,000.00 |
| VA02587 | CEDAR BOX COMPANY ***Pay via ACH | VA02587 | Payment | 90296 | 159654 | 4/21/2017 | 1,263.15 |
| | **CEDAR BOX COMPANY ***Pay via ACH*** Total** | | | | | | 2,263.15 |
| VA03385 | Ursa Major | VA03385 | Payment | 90435 | 17944 | 5/26/2017 | 1,191.62 |
| VA03385 | Ursa Major | VA03385 | Payment | 90435 | 17928 | 5/26/2017 | 1,043.19 |
| | **Ursa Major Total** | | | | | | 2,234.81 |
| VA01613 | Frontier Communications | (VA01613 | Payment | 201607345 6511961776-Apr17 | | 6/7/2017 | 722.85 |
| VA01613 | Frontier Communications | (VA01613 | Payment | 201607236 6511961776-Mar17 | | 5/5/2017 | 723.39 |
| VA01613 | Frontier Communications | (VA01613 | Payment | 201607157 6511961776-Feb17 | | 4/13/2017 | 759.47 |
| | **Frontier Communications** | **(Suite B) Total** | | | | | 2,205.71 |
| VA01341 | Gladwin Machinery & Supply Co. | #N/A | Payment | 90437 Quote | | 5/26/2017 | 468.30 |
| VA01341 | Gladwin Machinery & Supply Co. | #N/A | Payment | 90437 SIM.68894 | | 5/26/2017 | 1,013.24 |
| VA01341 | Gladwin Machinery & Supply Co. | #N/A | Payment | 90437 SIM.68008 | | 5/26/2017 | 688.52 |
| | **Gladwin Machinery & Supply Co. Total** | | | | | | 2,170.06 |
| VA01018 | Ad Tape & Label Company, Inc. | VA01018 | Payment | 201607237 | 98868 | 5/9/2017 | 328.20 |
| VA01018 | Ad Tape & Label Company, Inc. | VA01018 | Payment | 90249 PO#P5003469 | | 4/13/2017 | 328.20 |
| VA01018 | Ad Tape & Label Company, Inc. | VA01018 | Payment | 201607237 PO#P5003469 | | 5/9/2017 | (328.20) |
| VA01018 | Ad Tape & Label Company, Inc. | VA01018 | Payment | 90326 | 96983 | 4/28/2017 | 211.35 |
| VA01018 | Ad Tape & Label Company, Inc. | VA01018 | Payment | 90249 | 96971 | 4/13/2017 | 64.89 |
| VA01018 | Ad Tape & Label Company, Inc. | VA01018 | Payment | 90326 | 96971 | 4/28/2017 | 288.65 |
| VA01018 | Ad Tape & Label Company, Inc. | VA01018 | Payment | 90191 | 96811 | 3/30/2017 | 312.80 |
| VA01018 | Ad Tape & Label Company, Inc. | VA01018 | Payment | 90191 | 96911 | 3/30/2017 | 87.94 |
| VA01018 | Ad Tape & Label Company, Inc. | VA01018 | Payment | 90249 | 96911 | 4/13/2017 | 435.11 |
| VA01018 | Ad Tape & Label Company, Inc. | VA01018 | Payment | 90191 | 96913 | 3/30/2017 | 427.46 |
| | **Ad Tape & Label Company, Inc. Total** | | | | | | 2,156.40 |

| VA01259 | SSI | VA01259 | Payment | 90254 Prepay | | 4/13/2017 | 1,117.20 |
|---------|-----|---------|---------|--------------|--|-----------|----------|
| VA01259 | SSI | VA01259 | Payment | 201607139 51996-4 | | 4/10/2017 | 1,117.20 |
| VA01259 | SSI | VA01259 | Payment | 90138 PO#P498329 | | 3/21/2017 | 1,117.20 |
| VA01259 | SSI | VA01259 | Payment | 201607139 PO#P498329 | | 4/10/2017 | (1,117.20) |
| VA01259 | SSI | VA01259 | Payment | 90254 51996-2 | | 4/13/2017 | (100.00) |
| | **SSI Total** | | | | | | 2,134.40 |
| VA01726 | American Suzuki Motor Corporation ** | VA01726 | Payment | 90240 PO#P5003640 | | 4/10/2017 | 1,672.20 |
| VA01726 | American Suzuki Motor Corporation ** | VA01726 | Payment | 90137 PO#P5003289 | | 3/21/2017 | 201.42 |
| VA01726 | American Suzuki Motor Corporation ** | VA01726 | Payment | 90510 | 13685312 | 6/16/2017 | 255.11 |
| | **American Suzuki Motor Corporation ** Wire Payment** Total** | | | | | | 2,128.73 |
| VA01038 | Eide Saw and Knife Service | VA01038 | Payment | 90193 | 266731 | 3/30/2017 | 311.25 |
| VA01038 | Eide Saw and Knife Service | VA01038 | Payment | 90193 | 266330 | 3/30/2017 | 32.00 |
| VA01038 | Eide Saw and Knife Service | VA01038 | Payment | 90193 | 266209 | 3/30/2017 | 221.00 |
| VA01038 | Eide Saw and Knife Service | VA01038 | Payment | 90193 | 266072 | 3/30/2017 | 55.50 |
| VA01038 | Eide Saw and Knife Service | VA01038 | Payment | 90193 | 266084 | 3/30/2017 | 108.50 |
| VA01038 | Eide Saw and Knife Service | VA01038 | Payment | 90193 | 265916 | 3/30/2017 | 90.50 |
| VA01038 | Eide Saw and Knife Service | VA01038 | Payment | 90193 | 265923 | 3/30/2017 | 246.00 |
| VA01038 | Eide Saw and Knife Service | VA01038 | Payment | 90193 | 265856 | 3/30/2017 | 162.00 |
| VA01038 | Eide Saw and Knife Service | VA01038 | Payment | 90193 | 265222 | 3/30/2017 | 293.50 |
| VA01038 | Eide Saw and Knife Service | VA01038 | Payment | 90193 | 265221 | 3/30/2017 | 89.50 |
| VA01038 | Eide Saw and Knife Service | VA01038 | Payment | 90193 | 265358 | 3/30/2017 | 30.00 |
| VA01038 | Eide Saw and Knife Service | VA01038 | Payment | 90193 | 264737 | 3/30/2017 | 141.50 |
| VA01038 | Eide Saw and Knife Service | VA01038 | Payment | 90193 | 264132 | 3/30/2017 | 258.50 |
| VA01038 | Eide Saw and Knife Service | VA01038 | Payment | 90193 | 264247 | 3/30/2017 | 33.00 |
| | **Eide Saw and Knife Service Total** | | | | | | 2,072.75 |
| VA01091 | Eagle Mouldings | VA01091 | Payment | 90501 PO#P5002331 | | 6/15/2017 | 436.80 |
| VA01091 | Eagle Mouldings | VA01091 | Payment | 90501 PO#P5002331 | | 6/15/2017 | (436.80) |
| VA01091 | Eagle Mouldings | VA01091 | Payment | 90285 | 108426 | 4/21/2017 | 500.00 |
| VA01091 | Eagle Mouldings | VA01091 | Payment | 90328 | 108426 | 4/28/2017 | 500.00 |
| VA01091 | Eagle Mouldings | VA01091 | Payment | 90251 | 108425 | 4/13/2017 | 500.00 |
| VA01091 | Eagle Mouldings | VA01091 | Payment | 201607405 | 108425 | 6/19/2017 | 555.28 |
| | **Eagle Mouldings Total** | | | | | | 2,055.28 |
| VD03129 | DuraMark Technologies, LLC | VD03129 | Payment | 90222 | 41074 | 3/30/2017 | 681.29 |
| VD03129 | DuraMark Technologies, LLC | VD03129 | Payment | 90222 | 40910 | 3/30/2017 | 324.71 |
| VD03129 | DuraMark Technologies, LLC | VD03129 | Payment | 90222 | 40562 | 3/30/2017 | 994.00 |
| | **DuraMark Technologies, LLC Total** | | | | | | 2,000.00 |

| VA02849 | Rise, Incorporated | VA02849 | Payment | 90341 INV-EXT71144 | | 4/28/2017 | 588.01 |
| VA02849 | Rise, Incorporated | VA02849 | Payment | 90341 INV-EXT71091 | | 4/28/2017 | 1,411.99 |
| | **Rise, Incorporated Total** | | | | | | **2,000.00** |
| VA02487 | TRI-PLASTICS INC | VA02487 | Payment | 90260 | 8371 | 4/13/2017 | 535.00 |
| VA02487 | TRI-PLASTICS INC | VA02487 | Payment | 90295 | 8371 | 4/21/2017 | 1,000.00 |
| VA02487 | TRI-PLASTICS INC | VA02487 | Payment | 90260 | 8345 | 4/13/2017 | 465.00 |
| | **TRI-PLASTICS INC Total** | | | | | | **2,000.00** |
| VA01023 | Applied Products, Inc. | #N/A | Payment | 90250 | 255376 | 4/13/2017 | 114.60 |
| VA01023 | Applied Products, Inc. | #N/A | Payment | 90250 | 254627 | 4/13/2017 | 114.60 |
| VA01023 | Applied Products, Inc. | #N/A | Payment | 90192 | 253949 | 3/30/2017 | 994.60 |
| VA01023 | Applied Products, Inc. | #N/A | Payment | 90250 | 253949 | 4/13/2017 | 765.40 |
| | **Applied Products, Inc. Total** | | | | | | **1,989.20** |
| VA03174 | Standard Insurance Company RC | VA03174 | Payment | 90386 P/N 00 751014 Mar 2017 | | 5/16/2017 | 916.70 |
| VA03174 | Standard Insurance Company RC | VA03174 | Payment | 90386 P/N 00 751014 Feb 2017 | | 5/16/2017 | 1,070.46 |
| | **Standard Insurance Company RC** | **(Life) Total** | | | | | **1,987.16** |
| VA03073 | Land 'N' Sea Distributing, Inc. | #N/A | Payment | 90186 24086540-00 | | 3/29/2017 | 172.38 |
| VA03073 | Land 'N' Sea Distributing, Inc. | #N/A | Payment | 90186 24644898-00 | | 3/29/2017 | 617.82 |
| VA03073 | Land 'N' Sea Distributing, Inc. | #N/A | Payment | 90186 23880748-00 | | 3/29/2017 | 745.53 |
| VA03073 | Land 'N' Sea Distributing, Inc. | #N/A | Payment | 90186 23884493-00 | | 3/29/2017 | 412.38 |
| | **Land 'N' Sea Distributing, Inc. Total** | | | | | | **1,948.11** |
| VA02946 | GEMECO MARINE ACCESSORIES, LLC | #N/A | Payment | 201607377 SI-277568 | | 6/15/2017 | 1,832.00 |
| VA02946 | GEMECO MARINE ACCESSORIES, LLC | #N/A | Payment | 90469 PO#P5004406 | | 6/8/2017 | 1,832.00 |
| VA02946 | GEMECO MARINE ACCESSORIES, LLC | #N/A | Payment | 201607377 PO#P5004406 | | 6/15/2017 | (1,832.00) |
| | **GEMECO MARINE ACCESSORIES, LLC Total** | | | | | | **1,832.00** |
| VA01162 | Marine East ***Wire Payment*** | VA01162 | Payment | 201607401 I-44983 | | 6/16/2017 | 1,000.00 |
| VA01162 | Marine East ***Wire Payment*** | VA01162 | Payment | 90196 I-44336 | | 3/30/2017 | 336.14 |
| VA01162 | Marine East ***Wire Payment*** | VA01162 | Payment | 90196 I-44499 | | 3/30/2017 | 484.36 |
| | **Marine East ***Wire Payment*** Total** | | | | | | **1,820.50** |
| VA03082 | Randy Stambaugh | #N/A | Payment | 90492 6/2/2017 Expenses | | 6/15/2017 | 146.43 |
| VA03082 | Randy Stambaugh | #N/A | Payment | 90492 3/12/2017 Expenses | | 6/15/2017 | 704.75 |
| VA03082 | Randy Stambaugh | #N/A | Payment | 90492 2/12/2017 Expenses | | 6/15/2017 | 901.43 |
| VA03082 | Randy Stambaugh | #N/A | Payment | 90492 3/30/2017 Expenses | | 6/15/2017 | 46.45 |
| | **Randy Stambaugh Total** | | | | | | **1,799.06** |
| VA02606 | Akzo Nobel-Interpon Powder ***Pay v | VA02606 | Payment | 90465 PO#P5004348 | | 6/8/2017 | 1,785.75 |
| | **Akzo Nobel-Interpon Powder ***Pay via ACH*** Total** | | | | | | **1,785.75** |
| VA02384 | LOGISTICS SUPPLY CORPORATION | VA02384 | Payment | 90481 PO#P5004235 | | 6/13/2017 | 112.60 |

| VA02384 | LOGISTICS SUPPLY CORPORATION | VA02384 | Payment | 90481 PO#P5004235 | | 6/13/2017 | (112.60) |
|---|---|---|---|---|---|---|---|
| VA02384 | LOGISTICS SUPPLY CORPORATION | VA02384 | Payment | 90478 PO#P5004235 | | 6/12/2017 | 494.40 |
| VA02384 | LOGISTICS SUPPLY CORPORATION | VA02384 | Payment | 90478 PO#P5004235 | | 6/12/2017 | (494.40) |
| VA02384 | LOGISTICS SUPPLY CORPORATION | VA02384 | Payment | 90478 | 438505 | 6/12/2017 | 515.00 |
| VA02384 | LOGISTICS SUPPLY CORPORATION | VA02384 | Payment | 90478 | 438505 | 6/12/2017 | (515.00) |
| VA02384 | LOGISTICS SUPPLY CORPORATION | VA02384 | Payment | 201607381 | 438505 | 6/13/2017 | 515.00 |
| VA02384 | LOGISTICS SUPPLY CORPORATION | VA02384 | Payment | 90142 PO#P5003432 | | 3/21/2017 | 515.00 |
| VA02384 | LOGISTICS SUPPLY CORPORATION | VA02384 | Payment | 90478 PO#P5003432 | | 6/12/2017 | (515.00) |
| VA02384 | LOGISTICS SUPPLY CORPORATION | VA02384 | Payment | 90478 PO#P5003432 | | 6/12/2017 | 515.00 |
| VA02384 | LOGISTICS SUPPLY CORPORATION | VA02384 | Payment | 201607381 PO#P5003432 | | 6/13/2017 | (515.00) |
| VA02384 | LOGISTICS SUPPLY CORPORATION | VA02384 | Payment | 90142 | 416319 | 3/21/2017 | 500.00 |
| VA02384 | LOGISTICS SUPPLY CORPORATION | VA02384 | Payment | 201607381 | 416319 | 6/13/2017 | 715.04 |
| | **LOGISTICS SUPPLY CORPORATION Total** | | | | | | 1,730.04 |
| VA03281 | Blue Sea Systems | VA03281 | Payment | 90269 | 308253 | 4/13/2017 | 500.00 |
| VA03281 | Blue Sea Systems | VA03281 | Payment | 201607266 | 308253 | 5/12/2017 | 400.00 |
| VA03281 | Blue Sea Systems | VA03281 | Payment | 201607311 | 308253 | 5/26/2017 | 400.00 |
| VA03281 | Blue Sea Systems | VA03281 | Payment | 201607213 | 308965 | 4/28/2017 | 211.38 |
| VA03281 | Blue Sea Systems | VA03281 | Payment | 201607213 | 307310 | 4/28/2017 | 188.62 |
| | **Blue Sea Systems Total** | | | | | | 1,700.00 |
| VA03032 | PLASTECH CORPORATION | VA03032 | Payment | 90211 Prepay | | 3/30/2017 | 1,519.44 |
| VA03032 | PLASTECH CORPORATION | VA03032 | Payment | 90211 CM191232RMA credit | | 3/30/2017 | (17.53) |
| VA03032 | PLASTECH CORPORATION | VA03032 | Payment | 90211 | 190013 | 3/30/2017 | 23.38 |
| | **PLASTECH CORPORATION Total** | | | | | | 1,525.29 |
| VA01212 | Prospec Electronics of SC, Inc. | VA01212 | Payment | 90253 | 183440 | 4/13/2017 | 1,500.00 |
| | **Prospec Electronics of SC, Inc. Total** | | | | | | 1,500.00 |
| VA03373 | Steven Steinmetz | #N/A | Payment | 90311 P7752 Refund | | 4/21/2017 | 1,495.78 |
| | **Steven Steinmetz Total** | | | | | | 1,495.78 |
| VA01833 | PowerNet Global Communications | #N/A | Payment | 201607251 | 39237230 | 5/9/2017 | 395.53 |
| VA01833 | PowerNet Global Communications | #N/A | Payment | 201607198 | 39026749 | 4/25/2017 | 112.60 |
| VA01833 | PowerNet Global Communications | #N/A | Payment | 201607251 | 39026749 | 5/9/2017 | 335.25 |
| VA01833 | PowerNet Global Communications | #N/A | Payment | 201607198 | 38773804 | 4/25/2017 | 548.85 |
| | **PowerNet Global Communications Total** | | | | | | 1,392.23 |
| VA03312 | Daniel Poppler | #N/A | Payment | 90496 6/2/2017 Expenses | | 6/15/2017 | 166.04 |
| VA03312 | Daniel Poppler | #N/A | Payment | 90496 5/25/2017 Expenses | | 6/15/2017 | 76.55 |
| VA03312 | Daniel Poppler | #N/A | Payment | 90496 5/17/2017 Expenses | | 6/15/2017 | 365.38 |
| VA03312 | Daniel Poppler | #N/A | Payment | 90389 5/17/2017 Expenses | | 5/17/2017 | 365.38 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VA03312 | Daniel Poppler | #N/A | Payment | 90362 5/4/2017 Expenses | | 5/5/2017 | 136.06 |
| VA03312 | Daniel Poppler | #N/A | Payment | 90242 03/31 Trip Receipts | | 4/12/2017 | 265.42 |
| VA03312 | Daniel Poppler | #N/A | Payment | 90242 3/22/2017 Tolls | | 4/12/2017 | 12.00 |
| | **Daniel Poppler Total** | | | | | | 1,386.83 |
| VA03388 | Shelly Mohr | #N/A | Payment | 90189 P/R 03/30/17 | | 3/30/2017 | 1,384.90 |
| | **Shelly Mohr Total** | | | | | | 1,384.90 |
| VA02449 | DAN'S TOWING | #N/A | Payment | 90335 | 66525 | 4/28/2017 | 515.40 |
| VA02449 | DAN'S TOWING | #N/A | Payment | 90335 | 67033 | 4/28/2017 | 268.44 |
| VA02449 | DAN'S TOWING | #N/A | Payment | 90335 | 67032 | 4/28/2017 | 268.44 |
| VA02449 | DAN'S TOWING | #N/A | Payment | 90335 | 65668 | 4/28/2017 | 282.71 |
| VA02449 | DAN'S TOWING | #N/A | Payment | 90335 | 65194 | 4/28/2017 | 0.06 |
| | **DAN'S TOWING Total** | | | | | | 1,335.05 |
| VA03212 | North Country Lift Truck, Inc. | #N/A | Payment | 90347 4854P | | 4/28/2017 | 201.86 |
| VA03212 | North Country Lift Truck, Inc. | #N/A | Payment | 90347 4857P | | 4/28/2017 | 124.85 |
| VA03212 | North Country Lift Truck, Inc. | #N/A | Payment | 90347 4861P | | 4/28/2017 | 102.70 |
| VA03212 | North Country Lift Truck, Inc. | #N/A | Payment | 90347 4859P | | 4/28/2017 | 163.88 |
| VA03212 | North Country Lift Truck, Inc. | #N/A | Payment | 90347 4856P | | 4/28/2017 | 152.37 |
| VA03212 | North Country Lift Truck, Inc. | #N/A | Payment | 90347 4860P | | 4/28/2017 | 104.27 |
| VA03212 | North Country Lift Truck, Inc. | #N/A | Payment | 90347 4853P | | 4/28/2017 | 157.25 |
| VA03212 | North Country Lift Truck, Inc. | #N/A | Payment | 90347 4858P | | 4/28/2017 | 104.27 |
| VA03212 | North Country Lift Truck, Inc. | #N/A | Payment | 90347 4855P | | 4/28/2017 | 153.37 |
| | **North Country Lift Truck, Inc. Total** | | | | | | 1,264.82 |
| VA03258 | Shamrock Disposal, LLC ***Wire Paym VA03258 | | Payment | 201607402 | 80649 | 6/16/2017 | 450.00 |
| VA03258 | Shamrock Disposal, LLC ***Wire Paym VA03258 | | Payment | 90401 | 79751 | 5/19/2017 | 350.00 |
| VA03258 | Shamrock Disposal, LLC ***Wire Paym VA03258 | | Payment | 90433 | 79751 | 5/26/2017 | 100.00 |
| VA03258 | Shamrock Disposal, LLC ***Wire Paym VA03258 | | Payment | 90433 | 79750 | 5/26/2017 | 250.00 |
| | **Shamrock Disposal, LLC ***Wire Payment*** Total** | | | | | | 1,150.00 |
| VA03396 | Joseph Simons | #N/A | Payment | 90284 P/R 4/20/2017 | | 4/20/2017 | 1,114.38 |
| | **Joseph Simons Total** | | | | | | 1,114.38 |
| VA03399 | James Grotte | #N/A | Payment | 90376 P/R 05/12/17 | | 5/12/2017 | 1,099.55 |
| | **James Grotte Total** | | | | | | 1,099.55 |
| VA02743 | DW Marine Sales Inc. | %[ VA02743 | Payment | 90361 Commission-Mar 17 | | 5/5/2017 | 526.70 |
| VA02743 | DW Marine Sales Inc. | %[ VA02743 | Payment | 90209 3/7/2017 Expenses | | 3/30/2017 | 557.56 |
| | **DW Marine Sales Inc.** | **%David Wilson Total** | | | | | 1,084.26 |
| VA02202 | Michael J Clark | #N/A | Payment | 90407 5/23/2017 Expenses | | 5/24/2017 | 160.71 |
| VA02202 | Michael J Clark | #N/A | Payment | 90383 5/13/2017 Expenses | | 5/16/2017 | 536.39 |

| VA02202 | Michael J Clark | #N/A | Payment | 90226 025404054-TA TruckReim | | 4/4/2017 | 291.04 |
|---|---|---|---|---|---|---|---|
| VA02202 | Michael J Clark | #N/A | Payment | 90226 Feb. 2017 Tolls/Miami | | 4/4/2017 | 84.25 |
| | **Michael J Clark Total** | | | | | | 1,072.39 |
| VA03223 | I.P.S. | #N/A | Payment | 90506 | 5088 | 6/15/2017 | 936.00 |
| VA03223 | I.P.S. | #N/A | Payment | 90506 | 4738 | 6/15/2017 | 132.05 |
| | **I.P.S. Total** | | | | | | 1,068.05 |
| VA02429 | Ameritex Fabric Systems Division | #N/A | Payment | 201607268 | 135742 | 5/17/2017 | 436.60 |
| VA02429 | Ameritex Fabric Systems Division | #N/A | Payment | 90294 Prepay | | 4/21/2017 | 436.60 |
| VA02429 | Ameritex Fabric Systems Division | #N/A | Payment | 201607268 Prepay | | 5/17/2017 | (436.60) |
| VA02429 | Ameritex Fabric Systems Division | #N/A | Payment | 90294 | 132541 | 4/21/2017 | 84.00 |
| VA02429 | Ameritex Fabric Systems Division | #N/A | Payment | 90294 | 132511 | 4/21/2017 | 84.00 |
| VA02429 | Ameritex Fabric Systems Division | #N/A | Payment | 90294 | 131678 | 4/21/2017 | 436.60 |
| | **Ameritex Fabric Systems Division Total** | | | | | | 1,041.20 |
| VA01826 | ObeCo, Incorporated | #N/A | Payment | 201607167 | 54865 | 4/20/2017 | 737.10 |
| VA01826 | ObeCo, Incorporated | #N/A | Payment | 201607167 | 54556 | 4/20/2017 | 289.72 |
| VA01826 | ObeCo, Incorporated | #N/A | Payment | 201607167 | 54383 | 4/20/2017 | 194.72 |
| VA01826 | ObeCo, Incorporated | #N/A | Payment | 90224 PO#P5003263 | | 3/31/2017 | 737.10 |
| VA01826 | ObeCo, Incorporated | #N/A | Payment | 201607167 PO#P5003263 | | 4/20/2017 | (737.10) |
| VA01826 | ObeCo, Incorporated | #N/A | Payment | 90151 PO#P5003133 | | 3/22/2017 | 289.72 |
| VA01826 | ObeCo, Incorporated | #N/A | Payment | 201607167 PO#P5003133 | | 4/20/2017 | (289.72) |
| VA01826 | ObeCo, Incorporated | #N/A | Payment | 201607167 PO#P5003058 | | 4/20/2017 | (194.72) |
| | **ObeCo, Incorporated Total** | | | | | | 1,026.82 |
| VA01110 | Forest Lake Security, Inc. | #N/A | Payment | 90503 | 4907 | 6/15/2017 | 51.42 |
| VA01110 | Forest Lake Security, Inc. | #N/A | Payment | 90329 | 4904 | 4/28/2017 | 607.11 |
| VA01110 | Forest Lake Security, Inc. | #N/A | Payment | 90329 | 4891 | 4/28/2017 | 85.00 |
| VA01110 | Forest Lake Security, Inc. | #N/A | Payment | 90329 | 4854 | 4/28/2017 | 112.63 |
| VA01110 | Forest Lake Security, Inc. | #N/A | Payment | 90329 | 4827 | 4/28/2017 | 86.92 |
| VA01110 | Forest Lake Security, Inc. | #N/A | Payment | 90329 | 4778 | 4/28/2017 | 83.00 |
| | **Forest Lake Security, Inc. Total** | | | | | | 1,026.08 |
| VA03236 | Marlen Textiles ***Pay via ACH*** | VA03236 | Payment | 201607194 | 5639 | 4/25/2017 | 500.00 |
| VA03236 | Marlen Textiles ***Pay via ACH*** | VA03236 | Payment | 201607232 | 5639 | 5/4/2017 | 500.00 |
| | **Marlen Textiles ***Pay via ACH*** Total** | | | | | | 1,000.00 |
| VD03103 | Ultrafabrics, Inc. | VD03103 | Payment | 90316 0256124-IN | | 4/21/2017 | 1,000.00 |
| | **Ultrafabrics, Inc. Total** | | | | | | 1,000.00 |
| VA02866 | Taco Metals, Inc. | VA02866 | Payment | 90474 PO#P5004414 | | 6/12/2017 | 990.22 |
| VA02866 | Taco Metals, Inc. | VA02866 | Payment | 90468 PO#P5004414 | | 6/8/2017 | 944.00 |

| VA02866 | Taco Metals, Inc. | VA02866 | Payment | 90468 PO#P5004414 | | 6/8/2017 | (944.00) |
| | **Taco Metals, Inc. Total** | | | | | | 990.22 |
| VA03003 | Tom Bamford | #N/A | Payment | 90354 5/1/2017 Expenses | | 5/2/2017 | 981.36 |
| | **Tom Bamford Total** | | | | | | 981.36 |
| VA01663 | GLOBAL EQUIPMENT CO. | #N/A | Payment | 90290 | 110271691 | 4/21/2017 | 584.76 |
| VA01663 | GLOBAL EQUIPMENT CO. | #N/A | Payment | 90290 | 110207924 | 4/21/2017 | 292.38 |
| VA01663 | GLOBAL EQUIPMENT CO. | #N/A | Payment | 90290 | 110039610 | 4/21/2017 | 54.80 |
| VA01663 | GLOBAL EQUIPMENT CO. | #N/A | Payment | 90290 | 109909551 | 4/21/2017 | 30.71 |
| | **GLOBAL EQUIPMENT CO. Total** | | | | | | 962.65 |
| VA01649 | Watson Co. Inc. | VA01649 | Payment | 90289 | 872745 | 4/21/2017 | 902.96 |
| VA01649 | Watson Co. Inc. | VA01649 | Payment | 90289 | 870797 | 4/21/2017 | 41.69 |
| | **Watson Co. Inc. Total** | | | | | | 944.65 |
| VA01020 | CINTAS CORPORATION #470 | VA01020 | Payment | 90396 | 470121643 | 5/19/2017 | 138.74 |
| VA01020 | CINTAS CORPORATION #470 | VA01020 | Payment | 90396 | 470118847 | 5/19/2017 | 192.66 |
| VA01020 | CINTAS CORPORATION #470 | VA01020 | Payment | 90396 | 470115387 | 5/19/2017 | 192.66 |
| VA01020 | CINTAS CORPORATION #470 | VA01020 | Payment | 90396 | 470111879 | 5/19/2017 | 192.66 |
| VA01020 | CINTAS CORPORATION #470 | VA01020 | Payment | 90396 | 470111108 | 5/19/2017 | 167.72 |
| | **CINTAS CORPORATION #470 Total** | | | | | | 884.44 |
| VA02678 | Cardmember Service (Elan) | VA02678 | Payment | 201607164 #2698 JAN, 2017 | | 4/14/2017 | 548.00 |
| VA02678 | Cardmember Service (Elan) | VA02678 | Payment | 201607310 #2698 JAN, 2017 | | 5/26/2017 | 329.00 |
| | **Cardmember Service (Elan) Total** | | | | | | 877.00 |
| VA03389 | Randall Skrypek | #N/A | Payment | 90190 P/R 03/30/17 | | 3/30/2017 | 853.06 |
| | **Randall Skrypek Total** | | | | | | 853.06 |
| VA03229 | Tasto Lawn Care & Snow Removal | #N/A | Payment | 90307 | 20170342 | 4/21/2017 | 130.00 |
| VA03229 | Tasto Lawn Care & Snow Removal | #N/A | Payment | 90307 | 20170244 | 4/21/2017 | 310.00 |
| VA03229 | Tasto Lawn Care & Snow Removal | #N/A | Payment | 90307 | 20170147 | 4/21/2017 | 370.00 |
| | **Tasto Lawn Care & Snow Removal Total** | | | | | | 810.00 |
| VA01093 | Ekvall Engineering | VA01093 | Payment | 90163 | 9876 | 3/24/2017 | 480.00 |
| VA01093 | Ekvall Engineering | VA01093 | Payment | 90163 | 9877 | 3/24/2017 | 296.00 |
| | **Ekvall Engineering Total** | | | | | | 776.00 |
| VA02019 | Discount Steel, Inc. | #N/A | Payment | 90449 PO#P5004373 | | 6/5/2017 | 413.54 |
| VA02019 | Discount Steel, Inc. | #N/A | Payment | 90449 | 4219110 | 6/5/2017 | 324.36 |
| VA02019 | Discount Steel, Inc. | #N/A | Payment | 90449 | 4161569 | 6/5/2017 | 4,494.51 |
| VA02019 | Discount Steel, Inc. | #N/A | Payment | 90393 PO#P5004173 | | 5/18/2017 | 324.36 |
| VA02019 | Discount Steel, Inc. | #N/A | Payment | 90449 PO#P5004173 | | 6/5/2017 | (324.36) |
| VA02019 | Discount Steel, Inc. | #N/A | Payment | 90449 Quote# 77351 | | 6/5/2017 | (4,494.51) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Discount Steel, Inc. Total** | | | | | | 737.90 |
| VA01318 | C.P.S. Distributors, Inc. | VA01318 | Payment | 90199 Prepay | | 3/30/2017 | 137.03 |
| VA01318 | C.P.S. Distributors, Inc. | VA01318 | Payment | 90199 394090-00 | | 3/30/2017 | 19.07 |
| VA01318 | C.P.S. Distributors, Inc. | VA01318 | Payment | 90165 393537-00 | | 3/24/2017 | (211.35) |
| VA01318 | C.P.S. Distributors, Inc. | VA01318 | Payment | 90199 393338-00 | | 3/30/2017 | 57.25 |
| VA01318 | C.P.S. Distributors, Inc. | VA01318 | Payment | 90165 393308-00 | | 3/24/2017 | 468.00 |
| VA01318 | C.P.S. Distributors, Inc. | VA01318 | Payment | 90165 392302-00 | | 3/24/2017 | 243.00 |
| | **C.P.S. Distributors, Inc. Total** | | | | | | 713.00 |
| VA01908 | WHITE WATER MARINE HARDWARE | #N/A | Payment | 90441 PO#P5004280 | | 5/26/2017 | 611.04 |
| | **WHITE WATER MARINE HARDWARE Total** | | | | | | 611.04 |
| VA01568 | RON HANSON | VA01568 | Payment | 90487 6/7/2017 Expenses | | 6/15/2017 | 98.81 |
| VA01568 | RON HANSON | VA01568 | Payment | 90487 6/8/2017 Walmart Exp | | 6/15/2017 | 46.19 |
| VA01568 | RON HANSON | VA01568 | Payment | 90454 6/6/2017 Expenses | | 6/6/2017 | 131.43 |
| VA01568 | RON HANSON | VA01568 | Payment | 90454 5/30/2017 Expenses | | 6/6/2017 | 75.00 |
| VA01568 | RON HANSON | VA01568 | Payment | 90248 4/13/2017 Impound Fee | | 4/13/2017 | 220.19 |
| | **RON HANSON Total** | | | | | | 571.62 |
| VA02950 | SULLIVAN GROUP | VA02950 | Payment | 90159 | 291464 | 3/23/2017 | 79.00 |
| VA02950 | SULLIVAN GROUP | VA02950 | Payment | 90159 | 290103 | 3/23/2017 | 59.41 |
| VA02950 | SULLIVAN GROUP | VA02950 | Payment | 90159 | 285179 | 3/23/2017 | 31.04 |
| VA02950 | SULLIVAN GROUP | VA02950 | Payment | 90159 | 285758 | 3/23/2017 | 42.83 |
| VA02950 | SULLIVAN GROUP | VA02950 | Payment | 90159 | 286862 | 3/23/2017 | 79.00 |
| VA02950 | SULLIVAN GROUP | VA02950 | Payment | 90159 | 283096 | 3/23/2017 | 79.00 |
| VA02950 | SULLIVAN GROUP | VA02950 | Payment | 90159 | 284526 | 3/23/2017 | 79.00 |
| VA02950 | SULLIVAN GROUP | VA02950 | Payment | 90159 | 282104 | 3/23/2017 | 39.04 |
| VA02950 | SULLIVAN GROUP | VA02950 | Payment | 90159 | 280673 | 3/23/2017 | 44.55 |
| | **SULLIVAN GROUP Total** | | | | | | 532.87 |
| VA03392 | Dale Hischer | #N/A | Payment | 90230 P/R 04/05/17 | | 4/5/2017 | 485.23 |
| | **Dale Hischer Total** | | | | | | 485.23 |
| VA01096 | EVM, Inc. | #N/A | Payment | 201607266 | 654759 | 5/17/2017 | 278.61 |
| VA01096 | EVM, Inc. | #N/A | Payment | 90277 PO#P5003835 | | 4/18/2017 | 278.61 |
| VA01096 | EVM, Inc. | #N/A | Payment | 201607266 PO#P5003835 | | 5/17/2017 | (278.61) |
| VA01096 | EVM, Inc. | #N/A | Payment | 90194 | 652783 | 3/30/2017 | 205.18 |
| | **EVM, Inc. Total** | | | | | | 483.79 |
| VA01754 | SEADOG LINE ***Wire Payment*** | VA01754 | Payment | 201607373 PO#P5004454 | | 6/15/2017 | 464.24 |
| | **SEADOG LINE ***Wire Payment*** Total** | | | | | | 464.24 |
| VA01825 | WJB INDUSTRIES, INC. | #N/A | Payment | 90415 | 15291 | 5/25/2017 | 462.40 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **WJB INDUSTRIES, INC. Total** | | | | | | 462.40 |
| VA03193 | Zach Stenger | #N/A | Payment | 90493 5/7/2017 Advertising | | 6/15/2017 | 50.00 |
| VA03193 | Zach Stenger | #N/A | Payment | 90493 5/1/2017 Expenses | | 6/15/2017 | 102.00 |
| VA03193 | Zach Stenger | #N/A | Payment | 90493 3-4/2017 Adobe Creativ | | 6/15/2017 | 107.36 |
| VA03193 | Zach Stenger | #N/A | Payment | 90493 2/19/2017 Expenses | | 6/15/2017 | 182.64 |
| | **Zach Stenger Total** | | | | | | 442.00 |
| VA01793 | Pitney Bowes Global Financial Svcs | VA01793 | Payment | 201607138 | 3100745794 | 4/10/2017 | 244.49 |
| VA01793 | Pitney Bowes Global Financial Svcs | VA01793 | Payment | 201607138 00402074LN | | 4/10/2017 | 186.30 |
| | **Pitney Bowes Global Financial Svcs Total** | | | | | | 430.79 |
| VA02730 | Ambassador Marine, Inc. | VA02730 | Payment | 90339 | 857704 | 4/28/2017 | 107.83 |
| VA02730 | Ambassador Marine, Inc. | VA02730 | Payment | 90339 | 857667 | 4/28/2017 | 292.17 |
| | **Ambassador Marine, Inc. Total** | | | | | | 400.00 |
| VA03024 | Minnesota Pollution Control Agency | #N/A | Payment | 90302 141697 Stormwater 17 | | 4/21/2017 | 400.00 |
| | **Minnesota Pollution Control Agency Total** | | | | | | 400.00 |
| VA02836 | Tecnoseal Marine Anodes USA | #N/A | Payment | 90427 13-5130 | | 5/26/2017 | 134.35 |
| VA02836 | Tecnoseal Marine Anodes USA | #N/A | Payment | 90427 13-4864 | | 5/26/2017 | 254.25 |
| | **Tecnoseal Marine Anodes USA Total** | | | | | | 388.60 |
| VA01402 | Bruce's Foods | VA01402 | Payment | 90504 AC4622880-02/28/17 | | 6/15/2017 | 8.55 |
| VA01402 | Bruce's Foods | VA01402 | Payment | 90504 AC4622880-11/15/16 | | 6/15/2017 | 0.89 |
| VA01402 | Bruce's Foods | VA01402 | Payment | 90504 AC4622880-01/11/17 | | 6/15/2017 | 3.83 |
| VA01402 | Bruce's Foods | VA01402 | Payment | 90504 AC4622880-12/08/16 | | 6/15/2017 | 3.84 |
| VA01402 | Bruce's Foods | VA01402 | Payment | 90504 AC4622880-11/28/16 | | 6/15/2017 | 8.40 |
| VA01402 | Bruce's Foods | VA01402 | Payment | 90504 AC4622880-10/27/16 | | 6/15/2017 | 23.45 |
| VA01402 | Bruce's Foods | VA01402 | Payment | 90504 AC4622880-10/07/16 | | 6/15/2017 | 273.67 |
| | **Bruce's Foods Total** | | | | | | 322.63 |
| VA02752 | UPS Freight | #N/A | Payment | 90370 | 26631120 | 5/5/2017 | 314.14 |
| | **UPS Freight Total** | | | | | | 314.14 |
| VD03139 | Waterjet Cutting Solutions Inc. | #N/A | Payment | 201607270 | 18941 | 5/17/2017 | 135.00 |
| VD03139 | Waterjet Cutting Solutions Inc. | #N/A | Payment | 90245 PO#P5003726 | | 4/12/2017 | 135.00 |
| VD03139 | Waterjet Cutting Solutions Inc. | #N/A | Payment | 201607270 PO#P5003726 | | 5/17/2017 | (135.00) |
| VD03139 | Waterjet Cutting Solutions Inc. | #N/A | Payment | 90245 PO#P5002159 | | 4/12/2017 | 175.00 |
| VD03139 | Waterjet Cutting Solutions Inc. | #N/A | Payment | 201607270 PO#P5002159 | | 5/17/2017 | (175.00) |
| VD03139 | Waterjet Cutting Solutions Inc. | #N/A | Payment | 201607270 | 18812 | 5/17/2017 | 175.00 |
| | **Waterjet Cutting Solutions Inc. Total** | | | | | | 310.00 |
| VA01412 | Minnesota DVS Office | VA01412 | Payment | 90353 AC03900-1stQtr20167 | | 4/30/2017 | 307.30 |
| | **Minnesota DVS Office Total** | | | | | | 307.30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VA02712 | A-1 TIRE SERVICE, INC. | VA02712 | Payment | 90298 | 39988 | 4/21/2017 | 179.51 |
| VA02712 | A-1 TIRE SERVICE, INC. | VA02712 | Payment | 90298 | 39918 | 4/21/2017 | 71.19 |
| VA02712 | A-1 TIRE SERVICE, INC. | VA02712 | Payment | 90298 | 39651 | 4/21/2017 | 56.50 |
| | **A-1 TIRE SERVICE, INC. Total** | | | | | | 307.20 |
| VA01186 | N.M.M.A. | VA01186 | Payment | 90475 | 174714 | 6/12/2017 | 300.00 |
| | **N.M.M.A. Total** | | | | | | 300.00 |
| VA03383 | Mark Bennett | #N/A | Payment | 90313 Parts refund 4/2016 | | 4/21/2017 | 258.52 |
| | **Mark Bennett Total** | | | | | | 258.52 |
| VA01705 | JOHN DEURR | #N/A | Payment | 90488 5/27/2017 Expenses | | 6/15/2017 | 133.84 |
| VA01705 | JOHN DEURR | #N/A | Payment | 90488 3/24/2017 Expenses | | 6/15/2017 | 100.56 |
| | **JOHN DEURR Total** | | | | | | 234.40 |
| VA03398 | Krystal Urman | #N/A | Payment | 90483 20170613 Petty Cash | | 6/13/2017 | 150.95 |
| VA03398 | Krystal Urman | #N/A | Payment | 90483 20170613 Petty Cash | | 6/13/2017 | (150.95) |
| VA03398 | Krystal Urman | #N/A | Payment | 90410 20170524 Petty Cash | | 5/24/2017 | 121.59 |
| VA03398 | Krystal Urman | #N/A | Payment | 90359 Petty Cash 5/4/2017 | | 5/4/2017 | 112.35 |
| | **Krystal Urman Total** | | | | | | 233.94 |
| VA03391 | Northpoint Commercial Finance Canad | #N/A | Payment | 90440 8888578065 Apr 2017 | | 5/26/2017 | 126.55 |
| VA03391 | Northpoint Commercial Finance Canad | #N/A | Payment | 90318 8888578065 Mar 2017 | | 4/21/2017 | 89.69 |
| | **Northpoint Commercial Finance Canada Total** | | | | | | 216.24 |
| VA03293 | Bryan L Holland | #N/A | Payment | 90218 Feb. 17 Boat Show Exp. | | 3/30/2017 | 213.62 |
| | **Bryan L Holland Total** | | | | | | 213.62 |
| VA01358 | Northern Tool & Equipment | #N/A | Payment | 201607127 | 36185534 | 4/7/2017 | 12.75 |
| VA01358 | Northern Tool & Equipment | #N/A | Payment | 201607127 | 36059267 | 4/7/2017 | 192.35 |
| | **Northern Tool & Equipment Total** | | | | | | 205.10 |
| VA01117 | Gem Products | VA01117 | Payment | 90463 PO#P5004412 | | 6/8/2017 | 186.20 |
| | **Gem Products Total** | | | | | | 186.20 |
| va03301 | St Croix County Circuit Court | #N/A | Payment | 90372 Citation# D196327-5 DP | | 5/9/2017 | 175.30 |
| | **St Croix County Circuit Court Total** | | | | | | 175.30 |
| VA03393 | Ian Gunderson | #N/A | Payment | 90231 P/R 04/05/17 | | 4/5/2017 | 173.73 |
| | **Ian Gunderson Total** | | | | | | 173.73 |
| VA03382 | Steve Tinker | #N/A | Payment | 90312 Parts refund 10/31/16 | | 4/21/2017 | 171.89 |
| | **Steve Tinker Total** | | | | | | 171.89 |
| va03239 | Litin Paper, Packaging & Converting | va03239 | Payment | 90431 | 462112 | 5/26/2017 | 51.87 |
| va03239 | Litin Paper, Packaging & Converting | va03239 | Payment | 90431 | 460738 | 5/26/2017 | 105.00 |
| | **Litin Paper, Packaging & Converting Total** | | | | | | 156.87 |
| VA01108 | Forest Lake Floral | #N/A | Payment | 90502 | 155422 | 6/15/2017 | 91.06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Forest Lake Floral Total** | | | | | 91.06 |
| VA03347 | Dustin Pawelk | #N/A | Payment | 90497 3/22/2017 Expenses | 6/15/2017 | 70.62 |
| VA03347 | Dustin Pawelk | #N/A | Payment | 90497 3/30/2017 Expenses | 6/15/2017 | 20.09 |
| | **Dustin Pawelk Total** | | | | | 90.71 |
| VA02645 | Kenneth DuFresne | #N/A | Payment | 90490 5/26/2017 Expenses | 6/15/2017 | 98.50 |
| VA02645 | Kenneth DuFresne | #N/A | Payment | 90490 5/26/2017 Expenses | 6/15/2017 | (98.50) |
| VA02645 | Kenneth DuFresne | #N/A | Payment | 90357 5/4/2017 Expenses | 5/4/2017 | 68.85 |
| VA02645 | Kenneth DuFresne | #N/A | Payment | 90357 03/15/2017 Cash Expens | 5/4/2017 | 20.00 |
| | **Kenneth DuFresne Total** | | | | | 88.85 |
| VA03372 | Kathy O'Brien | #N/A | Payment | 90310 8/25/2016 Cancelled Or | 4/21/2017 | 80.52 |
| | **Kathy O'Brien Total** | | | | | 80.52 |
| VA03397 | Violations Processing Center | #N/A | Payment | 90373 Viol# T011773699087 | 5/9/2017 | 66.70 |
| | **Violations Processing Center Total** | | | | | 66.70 |
| va03259 | Brian Kilmartin | #N/A | Payment | 90236 Kwik Trip 3/21/17 | 4/7/2017 | 64.65 |
| | **Brian Kilmartin Total** | | | | | 64.65 |
| VA01887 | U.S. Bank | #N/A | Payment | 201607169 AC#8064 Apr, 2017 | 4/19/2017 | 21.00 |
| VA01887 | U.S. Bank | #N/A | Payment | 201607169 AC#8064 Mar, 2017 | 4/19/2017 | 21.00 |
| VA01887 | U.S. Bank | #N/A | Payment | 201607169 AC#8064 Feb, 2017 | 4/19/2017 | 15.17 |
| | **U.S. Bank Total** | | | | | 57.17 |
| VA01006 | American Fastening Systems | #N/A | Payment | 90420 0102263-IN | 5/26/2017 | 57.13 |
| | **American Fastening Systems Total** | | | | | 57.13 |
| VA03308 | Dr. Vinyl of East Central MN, Inc | #N/A | Payment | 90507         692054 | 6/15/2017 | 55.00 |
| | **Dr. Vinyl of East Central MN, Inc Total** | | | | | 55.00 |
| VA03022 | Lance Iverson | #N/A | Payment | 90491 05/02/2017 Expenses | 6/15/2017 | 50.01 |
| | **Lance Iverson Total** | | | | | 50.01 |
| VA01965 | MN Dept. of Labor and Industry | #N/A | Payment | 90293 ABR0156546I | 4/21/2017 | 30.00 |
| | **MN Dept. of Labor and Industry Total** | | | | | 30.00 |
| VA02986 | State of Minnesota | #N/A | Payment | 90301 1310500192016 M-84569 | 4/21/2017 | 25.00 |
| | **State of Minnesota Total** | | | | | 25.00 |
| VA01820 | JASPER PLASTIC SOLUTIONS | #N/A | Payment | 201607265 INV46065 | 5/17/2017 | 900.00 |
| VA01820 | JASPER PLASTIC SOLUTIONS | #N/A | Payment | 201607265 POP467043 | 5/17/2017 | (900.00) |
| | **JASPER PLASTIC SOLUTIONS Total** | | | | | - |
| VA01641 | NORTHERN WHOLESALE SUPPLY INC | VA01641 | Payment | 201607331         2453420 | 6/7/2017 | 1,958.64 |
| VA01641 | NORTHERN WHOLESALE SUPPLY INC | VA01641 | Payment | 201607331 PO#P5003280 | 6/7/2017 | (1,958.64) |
| | **NORTHERN WHOLESALE SUPPLY INC Total** | | | | | - |
| VD03137 | Sideshift Inc. | VD03137 | Payment | 201607101 DM-21161 | 4/4/2017 | (609.00) |

| VD03137 | Sideshift Inc. | VD03137 | Payment | 201607101 DM-21153 | | 4/4/2017 | (812.00) |
| VD03137 | Sideshift Inc. | VD03137 | Payment | 201607101 DM-21106 | | 4/4/2017 | (812.00) |
| VD03137 | Sideshift Inc. | VD03137 | Payment | 201607101 DM-21191 | | 4/4/2017 | (812.00) |
| VD03137 | Sideshift Inc. | VD03137 | Payment | 201607101 | 21191 | 4/4/2017 | 609.00 |
| VD03137 | Sideshift Inc. | VD03137 | Payment | 201607101 | 21161 | 4/4/2017 | 812.00 |
| VD03137 | Sideshift Inc. | VD03137 | Payment | 201607101 | 21153 | 4/4/2017 | 812.00 |
| VD03137 | Sideshift Inc. | VD03137 | Payment | 201607101 | 21106 | 4/4/2017 | 812.00 |
| | **Sideshift Inc. Total** | | | | | | - |
| | **Grand Total** | | | | | | 7,562,605.67 |

# STATEMENT OF FINANCIAL AFFAIRS
## EXHIBIT 4

| Vendor | Name | On Creditor List | Type | Check | Invoice | Due/Paid Date | Amt Paid |
|---|---|---|---|---|---|---|---|
| VA01877 | E.C. Hallberg Leasing | INSIDER | Payment | 90405 | Lease#15-5/15/17 | 5/24/2017 | 9,297.00 |
| VA01877 | E.C. Hallberg Leasing | INSIDER | Payment | 90274 | Lease#15-4/15/17 | 4/14/2017 | 9,297.00 |
| VA01877 | E.C. Hallberg Leasing | INSIDER | Payment | 90181 | Lease#16Buyout-3/15/17 | 3/27/2017 | 36,868.00 |
| VA01877 | E.C. Hallberg Leasing | INSIDER | Payment | 90181 | Lease#13Buyout-3/15/17 | 3/27/2017 | 92,400.00 |
| | **E.C. Hallberg Leasing Total** | INSIDER | | | | | 147,862.00 |
| VA01129 | Hallberg Marine, Inc. | INSIDER | Payment | 90232 | Rent-Apr 2017 | 4/6/2017 | 56,663.00 |
| | **Hallberg Marine, Inc. Total** | INSIDER | | | | | 56,663.00 |
| VA01888 | Hallberg, Inc | INSIDER | Payment | 90233 | Rent-Apr, 2017 PBW | 4/6/2017 | 14,618.00 |
| VA01888 | Hallberg, Inc | INSIDER | Payment | 90233 | Rent-Apr 2017 | 4/6/2017 | 12,896.00 |
| | **Hallberg, Inc Total** | INSIDER | | | | | 27,514.00 |
| VA03395 | Menne Holdings | INSIDER | Payment | 90280 | 256 | 4/19/2017 | 10,000.00 |
| | **Menne Holdings Total** | INSIDER | | | | | 10,000.00 |
| VA01944 | Michael Menne | INSIDER | Payment | 90489 | 3/31/2017 Expenses | 6/15/2017 | 479.71 |
| VA01944 | Michael Menne | INSIDER | Payment | 90258 | 2/19/2017 Expenses | 4/13/2017 | 1,637.23 |
| | **Michael Menne Total** | INSIDER | | | | | 2,116.94 |
| VD02454 | Steve Melbostad | INSIDER | Payment | 90498 | 4/12/2017 Expenses | 6/15/2017 | 2,083.31 |
| | **Steve Melbostad Total** | INSIDER | | | | | 2,083.31 |
| VA01393 | Bob Menne | INSIDER | Payment | 89824 | 10/3-10/6/16 I-BEX | 12/20/2016 | $ 277.00 |
| VA01393 | Bob Menne | INSIDER | Payment | 90486 | 3/1/2017 Expenses | 6/15/2017 | 400.00 |
| | **Bob Menne Total** | INSIDER | | | | | 677.00 |
| VA01545 | Lori Melbostad | INSIDER | | 90499 | Bal of April 17 CC | 6/15/2017 | $ 3,948.29 |
| | **Lori Melbostad Total** | INSIDER | | | | | $ 3,948.29 |

## Pay Statements - Rollup Totals

Name  Melbostad, Lori

| | YEAR & WEEK | PAY DATE | PERIOD END | GROSS | NET | CHECK / VOUCHER # | CO / FILE # |
|---|---|---|---|---|---|---|---|
| 🏛 | 2017 - 24 - 1 | 06/16/2017 | 06/16/2017 | $ 5,076.92 | $ 0.00 | 00240025 | W0X/009023 |
| 🏛 | 2017 - 22 - 1 | 06/02/2017 | 06/02/2017 | $ 5,076.92 | $ 0.00 | 00220024 | W0X/009023 |
| 🏛 | 2017 - 20 - 1 | 05/19/2017 | 05/19/2017 | $ 5,076.92 | $ 0.00 | 00200022 | W0X/009023 |
| 🏛 | 2017 - 18 - 1 | 05/05/2017 | 05/05/2017 | $ 5,076.92 | $ 0.00 | 00180025 | W0X/009023 |
| 🏛 | 2017 - 16 - 1 | 04/21/2017 | 04/21/2017 | $ 5,076.92 | $ 0.00 | 00160027 | W0X/009023 |
| 🏛 | 2017 - 14 - 1 | 04/07/2017 | 04/07/2017 | $ 5,076.92 | $ 0.00 | 00140025 | W0X/009023 |
| 🏛 | 2017 - 12 - 1 | 03/24/2017 | 03/24/2017 | $ 5,076.92 | $ 0.00 | 00120025 | W0X/009023 |
| 🏛 | 2017 - 10 - 1 | 03/10/2017 | 03/10/2017 | $ 5,076.92 | $ 0.00 | 00100026 | W0X/009023 |
| 🏛 | 2017 - 08 - 1 | 02/24/2017 | 02/24/2017 | $ 5,076.92 | $ 0.00 | 00080026 | W0X/009023 |
| 🏛 | 2017 - 06 - 1 | 02/10/2017 | 02/10/2017 | $ 5,076.92 | $ 0.00 | 00060029 | W0X/009023 |
| 🏛 | 2017 - 04 - 1 | 01/27/2017 | 01/27/2017 | $ 5,076.92 | $ 0.00 | 00040031 | W0X/009023 |
| 🏛 | 2017 - 02 - 1 | 01/13/2017 | 01/13/2017 | $ 5,076.92 | $ 0.00 | 00020037 | W0X/009023 |
| 🏛 | 2016 - 52 - 1 | 12/30/2016 | 12/30/2016 | $ 5,076.92 | $ 0.00 | 00520038 | W0X/009023 |
| 🏛 | 2016 - 50 - 1 | 12/16/2016 | 12/16/2016 | $ 5,076.92 | $ 0.00 | 00500037 | W0X/009023 |
| 🏛 | 2016 - 48 - 1 | 12/02/2016 | 12/02/2016 | $ 12,692.30 | $ 0.00 | 00480038 | W0X/009023 |
| 🏛 | 2016 - 46 - 1 | 11/18/2016 | 11/18/2016 | $ 5,076.92 | $ 0.00 | 00460037 | W0X/009023 |
| 🏛 | 2016 - 44 - 1 | 11/04/2016 | 11/04/2016 | $ 5,076.92 | $ 0.00 | 00440034 | W0X/009023 |
| 🏛 | 2016 - 42 - 1 | 10/21/2016 | 10/21/2016 | $ 5,076.92 | $ 0.00 | 00420041 | W0X/009023 |
| 🏛 | 2016 - 40 - 1 | 10/07/2016 | 10/07/2016 | $ 5,076.92 | $ 0.00 | 00400040 | W0X/009023 |
| 🏛 | 2016 - 38 - 1 | 09/23/2016 | 09/23/2016 | $ 5,076.92 | $ 0.00 | 00380039 | W0X/009023 |
| 🏛 | 2016 - 36 - 1 | 09/09/2016 | 09/09/2016 | $ 5,076.92 | $ 0.00 | 00360041 | W0X/009023 |
| 🏛 | 2016 - 34 - 1 | 08/26/2016 | 08/26/2016 | $ 5,076.92 | $ 0.00 | 00340041 | W0X/009023 |
| 🏛 | 2016 - 32 - 1 | 08/12/2016 | 08/12/2016 | $ 5,076.92 | $ 0.00 | 00320037 | W0X/009023 |
| 🏛 | 2016 - 30 - 1 | 07/29/2016 | 07/29/2016 | $ 5,076.92 | $ 0.00 | 00300037 | W0X/009023 |
| 🏛 | 2016 - 28 - 1 | 07/15/2016 | 07/15/2016 | $ 5,076.92 | $ 0.00 | 00280039 | W0X/009023 |

| 🏛 | 2016 - 26 - 1 | 07/01/2016 | 07/01/2016 | $ 5,076.92 | $ 0.00  00260037 | W0X/009023 |

Earnings Statement Summary

Gross Pay                                                           $ 139,615.30

## Pay Statements - Rollup Totals

**Name** Menne, Robert

| | YEAR & WEEK | PAY DATE | PERIOD END | GROSS | NET | CHECK / VOUCHER # | CO / FILE # |
|---|---|---|---|---|---|---|---|
| 🏛 | 2017 - 24 - 1 | 06/16/2017 | 06/16/2017 | $ 3,300.00 | $ 0.00 | 00240029 | W0X/009001 |
| 🏛 | 2017 - 22 - 1 | 06/02/2017 | 06/02/2017 | $ 3,300.00 | $ 0.00 | 00220029 | W0X/009001 |
| 🏛 | 2017 - 20 - 1 | 05/19/2017 | 05/19/2017 | $ 3,300.00 | $ 0.00 | 00200027 | W0X/009001 |
| 🏛 | 2017 - 18 - 1 | 05/05/2017 | 05/05/2017 | $ 3,300.00 | $ 0.00 | 00180030 | W0X/009001 |
| 🏛 | 2017 - 16 - 1 | 04/21/2017 | 04/21/2017 | $ 3,300.00 | $ 0.00 | 00160032 | W0X/009001 |
| 🏛 | 2017 - 14 - 1 | 04/07/2017 | 04/07/2017 | $ 3,300.00 | $ 0.00 | 00140030 | W0X/009001 |
| 🏛 | 2017 - 12 - 1 | 03/24/2017 | 03/24/2017 | $ 3,300.00 | $ 0.00 | 00120030 | W0X/009001 |
| 🏛 | 2017 - 10 - 1 | 03/10/2017 | 03/10/2017 | $ 3,300.00 | $ 0.00 | 00100031 | W0X/009001 |
| 🏛 | 2017 - 08 - 1 | 02/24/2017 | 02/24/2017 | $ 3,300.00 | $ 0.00 | 00080031 | W0X/009001 |
| 🏛 | 2017 - 06 - 1 | 02/10/2017 | 02/10/2017 | $ 3,300.00 | $ 0.00 | 00060034 | W0X/009001 |
| 🏛 | 2017 - 04 - 1 | 01/27/2017 | 01/27/2017 | $ 3,300.00 | $ 0.00 | 00040036 | W0X/009001 |
| 🏛 | 2017 - 02 - 1 | 01/13/2017 | 01/13/2017 | $ 3,300.00 | $ 0.00 | 00020042 | W0X/009001 |
| 🏛 | 2016 - 52 - 1 | 12/30/2016 | 12/30/2016 | $ 3,300.00 | $ 0.00 | 00520043 | W0X/009001 |
| 🏛 | 2016 - 50 - 1 | 12/16/2016 | 12/16/2016 | $ 3,300.00 | $ 0.00 | 00500042 | W0X/009001 |
| 🏛 | 2016 - 48 - 1 | 12/02/2016 | 12/02/2016 | $ 3,300.00 | $ 0.00 | 00480043 | W0X/009001 |
| 🏛 | 2016 - 46 - 1 | 11/18/2016 | 11/18/2016 | $ 3,300.00 | $ 0.00 | 00460042 | W0X/009001 |
| 🏛 | 2016 - 44 - 1 | 11/04/2016 | 11/04/2016 | $ 3,300.00 | $ 0.00 | 00440039 | W0X/009001 |
| 🏛 | 2016 - 42 - 1 | 10/21/2016 | 10/21/2016 | $ 3,300.00 | $ 0.00 | 00420046 | W0X/009001 |
| 🏛 | 2016 - 40 - 1 | 10/07/2016 | 10/07/2016 | $ 3,300.00 | $ 0.00 | 00400045 | W0X/009001 |
| 🏛 | 2016 - 38 - 1 | 09/23/2016 | 09/23/2016 | $ 3,300.00 | $ 0.00 | 00380044 | W0X/009001 |
| 🏛 | 2016 - 36 - 1 | 09/09/2016 | 09/09/2016 | $ 3,300.00 | $ 0.00 | 00360045 | W0X/009001 |
| 🏛 | 2016 - 34 - 1 | 08/26/2016 | 08/26/2016 | $ 3,300.00 | $ 0.00 | 00340045 | W0X/009001 |
| 🏛 | 2016 - 32 - 1 | 08/12/2016 | 08/12/2016 | $ 3,300.00 | $ 0.00 | 00320041 | W0X/009001 |
| 🏛 | 2016 - 30 - 1 | 07/29/2016 | 07/29/2016 | $ 6,300.00 | $ 0.00 | 00300041 | W0X/009001 |
| 🖬 | 2016 - 28 - 1 | 07/15/2016 | 07/15/2016 | $ 3,000.00 | $ 2,499.90 | 57503425 | W0X/009001 |

| | 2016 - 26 - 1 | 07/01/2016 | 07/01/2016 | $ 3,000.00 | $ 2,499.90 | 57486274 | W0X/009001 |

Earnings Statement Summary

Gross Pay                                                                                    $ 88,200.00

## Pay Statements - Rollup Totals

Name  Menne, Betty

| | YEAR & WEEK | PAY DATE | PERIOD END | GROSS | NET | CHECK / VOUCHER # | CO / FILE # |
|---|---|---|---|---|---|---|---|
| 🏛 | 2017 - 24 - 1 | 06/16/2017 | 06/16/2017 | $ 2,369.23 | $ 0.00 | 00240027 | W0X/009004 |
| 🏛 | 2017 - 22 - 1 | 06/02/2017 | 06/02/2017 | $ 2,369.23 | $ 0.00 | 00220026 | W0X/009004 |
| 🏛 | 2017 - 20 - 1 | 05/19/2017 | 05/19/2017 | $ 2,369.23 | $ 0.00 | 00200024 | W0X/009004 |
| 🏛 | 2017 - 18 - 1 | 05/05/2017 | 05/05/2017 | $ 2,369.23 | $ 0.00 | 00180027 | W0X/009004 |
| 🏛 | 2017 - 16 - 1 | 04/21/2017 | 04/21/2017 | $ 2,369.23 | $ 0.00 | 00160029 | W0X/009004 |
| 🏛 | 2017 - 14 - 1 | 04/07/2017 | 04/07/2017 | $ 2,369.23 | $ 0.00 | 00140027 | W0X/009004 |
| 🏛 | 2017 - 12 - 1 | 03/24/2017 | 03/24/2017 | $ 2,369.23 | $ 0.00 | 00120027 | W0X/009004 |
| 🏛 | 2017 - 10 - 1 | 03/10/2017 | 03/10/2017 | $ 2,369.23 | $ 0.00 | 00100028 | W0X/009004 |
| 🏛 | 2017 - 08 - 1 | 02/24/2017 | 02/24/2017 | $ 2,369.23 | $ 0.00 | 00080028 | W0X/009004 |
| 🏛 | 2017 - 06 - 1 | 02/10/2017 | 02/10/2017 | $ 2,369.23 | $ 0.00 | 00060031 | W0X/009004 |
| 🏛 | 2017 - 04 - 1 | 01/27/2017 | 01/27/2017 | $ 2,369.23 | $ 0.00 | 00040033 | W0X/009004 |
| 🏛 | 2017 - 02 - 1 | 01/13/2017 | 01/13/2017 | $ 2,369.23 | $ 0.00 | 00020039 | W0X/009004 |
| 🏛 | 2016 - 52 - 1 | 12/30/2016 | 12/30/2016 | $ 2,369.23 | $ 0.00 | 00520040 | W0X/009004 |
| 🏛 | 2016 - 50 - 1 | 12/16/2016 | 12/16/2016 | $ 2,369.23 | $ 0.00 | 00500039 | W0X/009004 |
| 🏛 | 2016 - 48 - 1 | 12/02/2016 | 12/02/2016 | $ 2,369.23 | $ 0.00 | 00480040 | W0X/009004 |
| 🏛 | 2016 - 46 - 1 | 11/18/2016 | 11/18/2016 | $ 2,369.23 | $ 0.00 | 00460039 | W0X/009004 |
| 🏛 | 2016 - 44 - 1 | 11/04/2016 | 11/04/2016 | $ 2,369.23 | $ 0.00 | 00440036 | W0X/009004 |
| 🏛 | 2016 - 42 - 1 | 10/21/2016 | 10/21/2016 | $ 2,369.23 | $ 0.00 | 00420043 | W0X/009004 |
| 🏛 | 2016 - 40 - 1 | 10/07/2016 | 10/07/2016 | $ 2,369.23 | $ 0.00 | 00400042 | W0X/009004 |
| 🏛 | 2016 - 38 - 1 | 09/23/2016 | 09/23/2016 | $ 2,369.23 | $ 0.00 | 00380041 | W0X/009004 |
| 🏛 | 2016 - 36 - 1 | 09/09/2016 | 09/09/2016 | $ 2,369.23 | $ 0.00 | 00360043 | W0X/009004 |
| 🏛 | 2016 - 34 - 1 | 08/26/2016 | 08/26/2016 | $ 2,369.23 | $ 0.00 | 00340043 | W0X/009004 |
| 🏛 | 2016 - 32 - 1 | 08/12/2016 | 08/12/2016 | $ 2,369.23 | $ 0.00 | 00320039 | W0X/009004 |
| 🏛 | 2016 - 30 - 1 | 07/29/2016 | 07/29/2016 | $ 4,523.03 | $ 0.00 | 00300039 | W0X/009004 |
| 💳 | 2016 - 28 - 1 | 07/15/2016 | 07/15/2016 | $ 2,153.85 | $ 1,745.78 | 57503424 | W0X/009004 |

| | 2016 - 26 - 1 | 07/01/2016 | 07/01/2016 | $ 2,153.85 | $ 1,745.77 | 57486272 | | W0X/009004 |

Earnings Statement Summary

Gross Pay                                                                 $ 63,323.02

# STATEMENT OF FINANCIAL AFFAIRS
# EXHIBIT 28

| Name and Address | Position and Nature of Interest | % of Interest |
|---|---|---|
| DENISE HALLBERG TETRAULT<br>20154 FARNHAM LANE N.<br>FOREST LAKE, MN  55025 | SHAREHOLDER – 6,250 VOTING SHARES<br>COMMON STOCK | 6.8% |
| DANA HALLBERG<br>10059 N. SHORE TRAIL<br>FOREST LAKE, MN  55025 | SHAREHOLDER – 6,250 VOTING SAHRES<br>COMMON STOCK | 6.8% |
| MELISSA HALLBERG WINDSCHITL<br>7620 RIDGEVIEW WAY A 460<br>CHANHASSEN, MN  55317 | SHAREHOLDER – 6,250 VOTING SHARES<br>COMMON STOCK | 6.8% |
| MICHAEL HALLBERG<br>2124 ST. CLAIR<br>ST. PAUL, MN  55105 | SHAREHOLDER – VO6,250 VOTING SHARES<br>COMMON STOCK | 6.8% |
| JAMES MENNE, AS TRUSTEE OR THE<br>SUCCESSOR TRUSTEE OF THE<br>ROBERT J. MENNE, JR. 2012<br>IRREVOCABLE GRANTOR TRUST<br>DATED OCTOBER 11, 2012<br>4806 FABLE HILL CIRCLE NORTH<br>HUGO, MN  55038 | SHAREHOLDER – 25,486.955 VOTING SHARES<br>COMMON STOCK | 27.76% |
| JAMES MENNE, AS TRUSTEE OR THE<br>SUCCESSOR TRUSTEE OF THE<br>BETTY J. MENNE 2012<br>IRREVOCABLE GRANTOR TRUST<br>DATED OCTOBER 11, 2012<br>4806 FABLE HILL CIRCLE NORTH<br>HUGO, MN  55038 | SHAREHOLDER – 26,234.51 VOTING SHARES<br>COMMON STOCK | 28.58% |
| ROBERT J. MENNE, JR. AND<br>BETTY J. MENNE, AS TRUSTEES<br>OF THE ROBERT J. MENNE, JR.<br>REVOCABLE TRUST DATED<br>AUGUST 27, 2014, AS AMENDED<br>8924 RAPS ROAD<br>COOK, MN  55723 | SHAREHOLDER – 4,537.26 VOTING SHARES<br>COMMON STOCK | 4.94% |
| BETTY J. MENNE AND<br>ROBERT J. MENNE JR., AS TRUSTEES<br>OF THE BETTY J. MENNE<br>REVOCABLE TRUST DATED<br>AUGUST 27, 2014, AS AMENDED<br>8924 RAPS ROAD<br>COOK, MN  55723 | SHAREHOLDER – 4,537.26 VOTING SHARES<br>COMMON STOCK | 4.94% |

{00357310 }

ROBERT J. MENNE, JR. REVOCABLE    SHAREHOLDER – 9493.67 VOTING SHARES        10.34%
TRUST U/A DATED OCTOBER 8, 2002   OF COMMON STOCK
8924 RAPS ROAD
COOK, MN  55723

# STATEMENT OF FINANCIAL AFFAIRS
# EXHIBIT 30

| Vendor | Name | On Creditor List | Type | Check | Invoice | Due/Paid Date | Amt Paid |
|---|---|---|---|---|---|---|---|
| VA01877 | E.C. Hallberg Leasing | INSIDER | Payment | 90405 | Lease#15-5/15/17 | 5/24/2017 | 9,297.00 |
| VA01877 | E.C. Hallberg Leasing | INSIDER | Payment | 90274 | Lease#15-4/15/17 | 4/14/2017 | 9,297.00 |
| VA01877 | E.C. Hallberg Leasing | INSIDER | Payment | 90181 | Lease#16Buyout-3/15/17 | 3/27/2017 | 36,868.00 |
| VA01877 | E.C. Hallberg Leasing | INSIDER | Payment | 90181 | Lease#13Buyout-3/15/17 | 3/27/2017 | 92,400.00 |
| | **E.C. Hallberg Leasing Total** | INSIDER | | | | | 147,862.00 |
| VA01129 | Hallberg Marine, Inc. | INSIDER | Payment | 90232 | Rent-Apr 2017 | 4/6/2017 | 56,663.00 |
| | **Hallberg Marine, Inc. Total** | INSIDER | | | | | 56,663.00 |
| VA01888 | Hallberg, Inc | INSIDER | Payment | 90233 | Rent-Apr, 2017 PBW | 4/6/2017 | 14,618.00 |
| VA01888 | Hallberg, Inc | INSIDER | Payment | 90233 | Rent-Apr 2017 | 4/6/2017 | 12,896.00 |
| | **Hallberg, Inc Total** | INSIDER | | | | | 27,514.00 |
| VA03395 | Menne Holdings | INSIDER | Payment | 90280 | 256 | 4/19/2017 | 10,000.00 |
| | **Menne Holdings Total** | INSIDER | | | | | 10,000.00 |
| VA01944 | Michael Menne | INSIDER | Payment | 90489 | 3/31/2017 Expenses | 6/15/2017 | 479.71 |
| VA01944 | Michael Menne | INSIDER | Payment | 90258 | 2/19/2017 Expenses | 4/13/2017 | 1,637.23 |
| | **Michael Menne Total** | INSIDER | | | | | 2,116.94 |
| VD02454 | Steve Melbostad | INSIDER | Payment | 90498 | 4/12/2017 Expenses | 6/15/2017 | 2,083.31 |
| | **Steve Melbostad Total** | INSIDER | | | | | 2,083.31 |
| VA01393 | Bob Menne | INSIDER | Payment | 89824 | 10/3-10/6/16 I-BEX | 12/20/2016 | $ 277.00 |
| VA01393 | Bob Menne | INSIDER | Payment | 90486 | 3/1/2017 Expenses | 6/15/2017 | 400.00 |
| | **Bob Menne Total** | INSIDER | | | | | 677.00 |
| VA01545 | Lori Melbostad | INSIDER | | 90499 | Bal of April 17 CC | 6/15/2017 | $ 3,948.29 |
| | **Lori Melbostad Total** | INSIDER | | | | | $ 3,948.29 |

## Pay Statements - Rollup Totals

Name  Melbostad, Lori

| | YEAR & WEEK | PAY DATE | PERIOD END | GROSS | NET | CHECK / VOUCHER # | CO / FILE # |
|---|---|---|---|---|---|---|---|
| 🏛 | 2017 - 24 - 1 | 06/16/2017 | 06/16/2017 | $ 5,076.92 | $ 0.00 | 00240025 | W0X/009023 |
| 🏛 | 2017 - 22 - 1 | 06/02/2017 | 06/02/2017 | $ 5,076.92 | $ 0.00 | 00220024 | W0X/009023 |
| 🏛 | 2017 - 20 - 1 | 05/19/2017 | 05/19/2017 | $ 5,076.92 | $ 0.00 | 00200022 | W0X/009023 |
| 🏛 | 2017 - 18 - 1 | 05/05/2017 | 05/05/2017 | $ 5,076.92 | $ 0.00 | 00180025 | W0X/009023 |
| 🏛 | 2017 - 16 - 1 | 04/21/2017 | 04/21/2017 | $ 5,076.92 | $ 0.00 | 00160027 | W0X/009023 |
| 🏛 | 2017 - 14 - 1 | 04/07/2017 | 04/07/2017 | $ 5,076.92 | $ 0.00 | 00140025 | W0X/009023 |
| 🏛 | 2017 - 12 - 1 | 03/24/2017 | 03/24/2017 | $ 5,076.92 | $ 0.00 | 00120025 | W0X/009023 |
| 🏛 | 2017 - 10 - 1 | 03/10/2017 | 03/10/2017 | $ 5,076.92 | $ 0.00 | 00100026 | W0X/009023 |
| 🏛 | 2017 - 08 - 1 | 02/24/2017 | 02/24/2017 | $ 5,076.92 | $ 0.00 | 00080026 | W0X/009023 |
| 🏛 | 2017 - 06 - 1 | 02/10/2017 | 02/10/2017 | $ 5,076.92 | $ 0.00 | 00060029 | W0X/009023 |
| 🏛 | 2017 - 04 - 1 | 01/27/2017 | 01/27/2017 | $ 5,076.92 | $ 0.00 | 00040031 | W0X/009023 |
| 🏛 | 2017 - 02 - 1 | 01/13/2017 | 01/13/2017 | $ 5,076.92 | $ 0.00 | 00020037 | W0X/009023 |
| 🏛 | 2016 - 52 - 1 | 12/30/2016 | 12/30/2016 | $ 5,076.92 | $ 0.00 | 00520038 | W0X/009023 |
| 🏛 | 2016 - 50 - 1 | 12/16/2016 | 12/16/2016 | $ 5,076.92 | $ 0.00 | 00500037 | W0X/009023 |
| 🏛 | 2016 - 48 - 1 | 12/02/2016 | 12/02/2016 | $ 12,692.30 | $ 0.00 | 00480038 | W0X/009023 |
| 🏛 | 2016 - 46 - 1 | 11/18/2016 | 11/18/2016 | $ 5,076.92 | $ 0.00 | 00460037 | W0X/009023 |
| 🏛 | 2016 - 44 - 1 | 11/04/2016 | 11/04/2016 | $ 5,076.92 | $ 0.00 | 00440034 | W0X/009023 |
| 🏛 | 2016 - 42 - 1 | 10/21/2016 | 10/21/2016 | $ 5,076.92 | $ 0.00 | 00420041 | W0X/009023 |
| 🏛 | 2016 - 40 - 1 | 10/07/2016 | 10/07/2016 | $ 5,076.92 | $ 0.00 | 00400040 | W0X/009023 |
| 🏛 | 2016 - 38 - 1 | 09/23/2016 | 09/23/2016 | $ 5,076.92 | $ 0.00 | 00380039 | W0X/009023 |
| 🏛 | 2016 - 36 - 1 | 09/09/2016 | 09/09/2016 | $ 5,076.92 | $ 0.00 | 00360041 | W0X/009023 |
| 🏛 | 2016 - 34 - 1 | 08/26/2016 | 08/26/2016 | $ 5,076.92 | $ 0.00 | 00340041 | W0X/009023 |
| 🏛 | 2016 - 32 - 1 | 08/12/2016 | 08/12/2016 | $ 5,076.92 | $ 0.00 | 00320037 | W0X/009023 |
| 🏛 | 2016 - 30 - 1 | 07/29/2016 | 07/29/2016 | $ 5,076.92 | $ 0.00 | 00300037 | W0X/009023 |
| 🏛 | 2016 - 28 - 1 | 07/15/2016 | 07/15/2016 | $ 5,076.92 | $ 0.00 | 00280039 | W0X/009023 |

| | 2016 - 26 - 1 | 07/01/2016 | 07/01/2016 | $ 5,076.92 | $ 0.00 | 00260037 | W0X/009023 |

Earnings Statement Summary

Gross Pay                                                                                       $ 139,615.30

## Pay Statements - Rollup Totals

Name  Menne, Robert

| | YEAR & WEEK | PAY DATE | PERIOD END | GROSS | NET | CHECK / VOUCHER # | CO / FILE # |
|---|---|---|---|---|---|---|---|
| | 2017 - 24 - 1 | 06/16/2017 | 06/16/2017 | $ 3,300.00 | $ 0.00 | 00240029 | W0X/009001 |
| | 2017 - 22 - 1 | 06/02/2017 | 06/02/2017 | $ 3,300.00 | $ 0.00 | 00220029 | W0X/009001 |
| | 2017 - 20 - 1 | 05/19/2017 | 05/19/2017 | $ 3,300.00 | $ 0.00 | 00200027 | W0X/009001 |
| | 2017 - 18 - 1 | 05/05/2017 | 05/05/2017 | $ 3,300.00 | $ 0.00 | 00180030 | W0X/009001 |
| | 2017 - 16 - 1 | 04/21/2017 | 04/21/2017 | $ 3,300.00 | $ 0.00 | 00160032 | W0X/009001 |
| | 2017 - 14 - 1 | 04/07/2017 | 04/07/2017 | $ 3,300.00 | $ 0.00 | 00140030 | W0X/009001 |
| | 2017 - 12 - 1 | 03/24/2017 | 03/24/2017 | $ 3,300.00 | $ 0.00 | 00120030 | W0X/009001 |
| | 2017 - 10 - 1 | 03/10/2017 | 03/10/2017 | $ 3,300.00 | $ 0.00 | 00100031 | W0X/009001 |
| | 2017 - 08 - 1 | 02/24/2017 | 02/24/2017 | $ 3,300.00 | $ 0.00 | 00080031 | W0X/009001 |
| | 2017 - 06 - 1 | 02/10/2017 | 02/10/2017 | $ 3,300.00 | $ 0.00 | 00060034 | W0X/009001 |
| | 2017 - 04 - 1 | 01/27/2017 | 01/27/2017 | $ 3,300.00 | $ 0.00 | 00040036 | W0X/009001 |
| | 2017 - 02 - 1 | 01/13/2017 | 01/13/2017 | $ 3,300.00 | $ 0.00 | 00020042 | W0X/009001 |
| | 2016 - 52 - 1 | 12/30/2016 | 12/30/2016 | $ 3,300.00 | $ 0.00 | 00520043 | W0X/009001 |
| | 2016 - 50 - 1 | 12/16/2016 | 12/16/2016 | $ 3,300.00 | $ 0.00 | 00500042 | W0X/009001 |
| | 2016 - 48 - 1 | 12/02/2016 | 12/02/2016 | $ 3,300.00 | $ 0.00 | 00480043 | W0X/009001 |
| | 2016 - 46 - 1 | 11/18/2016 | 11/18/2016 | $ 3,300.00 | $ 0.00 | 00460042 | W0X/009001 |
| | 2016 - 44 - 1 | 11/04/2016 | 11/04/2016 | $ 3,300.00 | $ 0.00 | 00440039 | W0X/009001 |
| | 2016 - 42 - 1 | 10/21/2016 | 10/21/2016 | $ 3,300.00 | $ 0.00 | 00420046 | W0X/009001 |
| | 2016 - 40 - 1 | 10/07/2016 | 10/07/2016 | $ 3,300.00 | $ 0.00 | 00400045 | W0X/009001 |
| | 2016 - 38 - 1 | 09/23/2016 | 09/23/2016 | $ 3,300.00 | $ 0.00 | 00380044 | W0X/009001 |
| | 2016 - 36 - 1 | 09/09/2016 | 09/09/2016 | $ 3,300.00 | $ 0.00 | 00360045 | W0X/009001 |
| | 2016 - 34 - 1 | 08/26/2016 | 08/26/2016 | $ 3,300.00 | $ 0.00 | 00340045 | W0X/009001 |
| | 2016 - 32 - 1 | 08/12/2016 | 08/12/2016 | $ 3,300.00 | $ 0.00 | 00320041 | W0X/009001 |
| | 2016 - 30 - 1 | 07/29/2016 | 07/29/2016 | $ 6,300.00 | $ 0.00 | 00300041 | W0X/009001 |
| | 2016 - 28 - 1 | 07/15/2016 | 07/15/2016 | $ 3,000.00 | $ 2,499.90 | 57503425 | W0X/009001 |

| | 2016 - 26 - 1 | 07/01/2016 | 07/01/2016 | $ 3,000.00 | $ 2,499.90 | 57486274 | | W0X/009001 |

Earnings Statement Summary

Gross Pay                                                                                                    $ 88,200.00

## Pay Statements - Rollup Totals

**Name  Menne, Betty**

| | YEAR & WEEK | PAY DATE | PERIOD END | GROSS | NET | CHECK / VOUCHER # | CO / FILE # |
|---|---|---|---|---|---|---|---|
| 🏛 | 2017 - 24 - 1 | 06/16/2017 | 06/16/2017 | $ 2,369.23 | $ 0.00 | 00240027 | W0X/009004 |
| 🏛 | 2017 - 22 - 1 | 06/02/2017 | 06/02/2017 | $ 2,369.23 | $ 0.00 | 00220026 | W0X/009004 |
| 🏛 | 2017 - 20 - 1 | 05/19/2017 | 05/19/2017 | $ 2,369.23 | $ 0.00 | 00200024 | W0X/009004 |
| 🏛 | 2017 - 18 - 1 | 05/05/2017 | 05/05/2017 | $ 2,369.23 | $ 0.00 | 00180027 | W0X/009004 |
| 🏛 | 2017 - 16 - 1 | 04/21/2017 | 04/21/2017 | $ 2,369.23 | $ 0.00 | 00160029 | W0X/009004 |
| 🏛 | 2017 - 14 - 1 | 04/07/2017 | 04/07/2017 | $ 2,369.23 | $ 0.00 | 00140027 | W0X/009004 |
| 🏛 | 2017 - 12 - 1 | 03/24/2017 | 03/24/2017 | $ 2,369.23 | $ 0.00 | 00120027 | W0X/009004 |
| 🏛 | 2017 - 10 - 1 | 03/10/2017 | 03/10/2017 | $ 2,369.23 | $ 0.00 | 00100028 | W0X/009004 |
| 🏛 | 2017 - 08 - 1 | 02/24/2017 | 02/24/2017 | $ 2,369.23 | $ 0.00 | 00080028 | W0X/009004 |
| 🏛 | 2017 - 06 - 1 | 02/10/2017 | 02/10/2017 | $ 2,369.23 | $ 0.00 | 00060031 | W0X/009004 |
| 🏛 | 2017 - 04 - 1 | 01/27/2017 | 01/27/2017 | $ 2,369.23 | $ 0.00 | 00040033 | W0X/009004 |
| 🏛 | 2017 - 02 - 1 | 01/13/2017 | 01/13/2017 | $ 2,369.23 | $ 0.00 | 00020039 | W0X/009004 |
| 🏛 | 2016 - 52 - 1 | 12/30/2016 | 12/30/2016 | $ 2,369.23 | $ 0.00 | 00520040 | W0X/009004 |
| 🏛 | 2016 - 50 - 1 | 12/16/2016 | 12/16/2016 | $ 2,369.23 | $ 0.00 | 00500039 | W0X/009004 |
| 🏛 | 2016 - 48 - 1 | 12/02/2016 | 12/02/2016 | $ 2,369.23 | $ 0.00 | 00480040 | W0X/009004 |
| 🏛 | 2016 - 46 - 1 | 11/18/2016 | 11/18/2016 | $ 2,369.23 | $ 0.00 | 00460039 | W0X/009004 |
| 🏛 | 2016 - 44 - 1 | 11/04/2016 | 11/04/2016 | $ 2,369.23 | $ 0.00 | 00440036 | W0X/009004 |
| 🏛 | 2016 - 42 - 1 | 10/21/2016 | 10/21/2016 | $ 2,369.23 | $ 0.00 | 00420043 | W0X/009004 |
| 🏛 | 2016 - 40 - 1 | 10/07/2016 | 10/07/2016 | $ 2,369.23 | $ 0.00 | 00400042 | W0X/009004 |
| 🏛 | 2016 - 38 - 1 | 09/23/2016 | 09/23/2016 | $ 2,369.23 | $ 0.00 | 00380041 | W0X/009004 |
| 🏛 | 2016 - 36 - 1 | 09/09/2016 | 09/09/2016 | $ 2,369.23 | $ 0.00 | 00360043 | W0X/009004 |
| 🏛 | 2016 - 34 - 1 | 08/26/2016 | 08/26/2016 | $ 2,369.23 | $ 0.00 | 00340043 | W0X/009004 |
| 🏛 | 2016 - 32 - 1 | 08/12/2016 | 08/12/2016 | $ 2,369.23 | $ 0.00 | 00320039 | W0X/009004 |
| 🏛 | 2016 - 30 - 1 | 07/29/2016 | 07/29/2016 | $ 4,523.03 | $ 0.00 | 00300039 | W0X/009004 |
| 💳 | 2016 - 28 - 1 | 07/15/2016 | 07/15/2016 | $ 2,153.85 | $ 1,745.78 | 57503424 | W0X/009004 |

| | | 2016 - 26 - 1 | 07/01/2016 | 07/01/2016 | $ 2,153.85 | $ 1,745.77 | 57486272 | | W0X/009004 |

Earnings Statement Summary

Gross Pay                                                                    $ 63,323.02

LOCAL FORM  1007-1
REVISED  06/16

# United States Bankruptcy Court
## District of Minnesota

In re   **PREMIER MARINE, INC.**                                          Case No.   **17-32006**

                                                    Debtor(s)        Chapter     **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept    ............................ $   **37,725.50**
Prior to the filing of this statement I have received    .............. $   **37,725.50**
Balance Due   .......................................................... $   **0.00**

2.   The source of the compensation paid to me was:
     ■   Debtor                        ☐   Other (specify)

3.   The source of the compensation to be paid to me is:
     ■   Debtor                        ☐   Other (specify)

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

     A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

     B. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

     D. Representation of the debtor in contested bankruptcy matters; and

     E. Other services reasonably necessary to represent the debtor(s).

6.   Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION

LOCAL FORM 1007-1
REVISED 06/16

     I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **July 5, 2017** _____

Signature of Attorney
**/s/ MICHAEL F McGRATH**
_____
**MICHAEL F McGRATH 168610**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
### District of Minnesota

In re  **PREMIER MARINE, INC.**

Debtor(s)

Case No.  **17-32006**

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| SEE ATTACHED EXHIBIT A | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July  5, 2017**

Signature  **/s/ LORI J. MELBOSTAD**

**LORI J. MELBOSTAD**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# EXHIBIT A

# LIST OF EQUITY SECURITY HOLDERS

| Name and Address | Security Class | Number of Shares | % of Interest |
|---|---|---|---|
| ROBERT J. MENNE, JR. REVOCABLE TRUST U/A DATED OCTOBER 8, 2002 8924 RAPS ROAD COOK, MN  55723 | VOTING SHARES COMMON STOCK | 9,493.67 | 10.34% |
| JAMES MENNE, AS TRUSTEE OR THE SUCCESSOR TRUSTEE OF THE ROBERT J. MENNE, JR. 2012 IRREVOCABLE GRANTOR TRUST DATED OCTOBER 11, 2012 4806 FABLE HILL CIRCLE NORTH HUGO, MN  55038 | VOTING SHARES COMMON STOCK | 25,486.955 | 27.76% |
| JAMES MENNE, AS TRUSTEE OR THE SUCCESSOR TRUSTEE OF THE BETTY J. MENNE 2012 IRREVOCABLE GRANTOR TRUST DATED OCTOBER 11, 2012 4806 FABLE HILL CIRCLE NORTH HUGO, MN  55038 | VOTING SHARES COMMON STOCK | 26,234.51 | 28.58% |

{00357314 }

# United States Bankruptcy Court
### District of Minnesota

In re   **PREMIER MARINE, INC.**                         Case No.   **17-32006**
                                             Debtor(s)            Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July  5, 2017**                         **/s/ LORI J. MELBOSTAD**
                                               **LORI J. MELBOSTAD**/PRESIDENT
                                               Signer/Title

.

AMERICAN BANK OF THE NORTH
2310 NW 3RD STREET
GRAND RAPIDS MN 55744


BETTY MENNE
8924 RAPS ROAD
COOK MN 55723


C P S DISTRIBUTORS INC
6024 PARETTA DR
KANSAS CITY MO 64120


COMMONWEALTH OF MASSACHUSETTS
SECRETARY OF THE COMMONWEALTH
ONE ASHBURTON PL ROOM 1717
BOSTON MA 02108-1512


FORD CREDIT
PO BOX 62180
COLORADO SPRINGS CO 80962


HALLBERG MARINE INC
PO BOX 277
WYOMING MN 55092


HASSHAW, DAN
HAWKEYE MARKETING CORP
31455 GLENRIDGE ROAD
WESTLAKE VILLAGE CA 91361


I LIMITED LLC
1789 WHITECAP CIRCLE
NORTH FORT MYERS FL 33903


MIDWEST BANK
613 HIGHWAY 10 E
DETROIT LAKES MN 56502-0703

MINNESOTA DVS OFFICE
445 MINNESOTA STREET
SAINT PAUL MN 55101-5188


NORTHPOINT COMMERCIAL FINANCE
11675 RAINWATER DRIVE STE 450
ALPHARETTA GA 30009


POTVIN, MAURICE
11 BRYANT'SL LANDING ROAD
AUSTIN, QC J0B 1B0
CANADA


ROBERT MENNE
8924 RAPS ROAD
COOK MN 55723


SOLWOLD, ROSS
4821 3RD STREET SW
MOORHEAD MN 56560


WELLS FARGO EQUIPMENT FINANCE
MAC N9306-070
733 MARQUETTE AVENUE STE 700
MINNEAPOLIS MN 55402


WILSON, DAVID
229-3309 PTARMIGAN PLACE
WHISTLER, BC V0N 1B3
CANADA

# United States Bankruptcy Court
## District of Minnesota

In re   **PREMIER MARINE, INC.** _____   Case No.   __17-32006__
                                                  Debtor(s)           Chapter   __11__


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **PREMIER MARINE, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


__July  5, 2017_____            **/s/ MICHAEL F McGRATH**
Date                                         **MICHAEL F McGRATH 168610**
                                             Signature of Attorney or Litigant
                                             Counsel for   **PREMIER MARINE, INC.**
                                             **RAVICH MEYER KIRKMAN MCGRATH NAUMAN & TANSEY, P.A.**
                                             **150 S. FIFTH STREET, SUITE 3450**
                                             **MINNEAPOLIS, MN 55402-4201**
                                             **612-332-8511 Fax:612-332-8302**
                                             **mfmcgrath@ravichmeyer.com**

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re                                                                    Case No. 17-32006

**PREMIER MARINE, INC.**

Debtor(s).

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☑ OTHER (PLEASE DESCRIBE:  **SCHEDULES COMPLETION**      )

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1.      The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2.      The  Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3.      **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4.      I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, and schedules, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5.      My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6.      I have been authorized to file this petition on behalf of the debtor.

Date:   _7-3-17_

X _____          X _____
Signature of Debtor 1 or Authorized                  Signature of Debtor 2
Representative

Lori J. Melbostad
Printed Name of Debtor 1 or                          Printed Name of Debtor 2
Authorized Representative